UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF        7:20-cv-06158-KMK
TARTIKOV, INC., RABBI MORDECHAI BABAD,
RABBI MEILECH MENCZER, RABBI JACOB
HERSHKOWITZ, and RABBI CHAIM ROSENBERG,

                               Plaintiffs,
      -against-

VILLAGE OF POMONA, NY and BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY,

                               Defendants.
-------------------------------------------------------------------------X

# PLAINTIFFS' NOTICE OF MOTION FOR PRELIMIANRY INJUNCTION PURSUANT TO FED R. CIV. P. 65

## ORAL ARGUMENT REQUESTED

NOTICE IS HEREBY GIVEN that upon the accompanying Memorandum of Law, dated October 20, 2020, the Declaration of Joseph Churgin, Esq. dated October 20, 2020, the Declaration of Jacob Hershkowitz, dated October 15, 2020, the Declaration of Meilech Menczer, dated October 15, 2020, the Declaration of Chaim Rosenberg, dated October 15, 2020, the Declaration of Chaim Babad, dated October 15, 2020, the Declaration of Mordcho Babad, dated October 15, 2020, the Declaration of Michael Tauber, dated October 15, 2020, the declaration of Kevin Kinser E. Ed, dated October 16, 2020 and the declaration of Steven Resnicoff, dated October 16, 2020, and all exhibits attached thereto, the Plaintiffs Congregation Rabbinical College of Tartikov, Inc. ("Tartikov" or the "Rabbinical College"), Rabbi Mordechai Babad, Rabbi Meilech Menczer, Rabbi Jacob Hershkowitz, Rabbi Chaim Rosenberg (collectively, the "Plaintiffs"), by and through their attorneys, SAVAD CHURGIN, shall move this Court before

Hon. Kenneth M. Karas, USDJ, at the United States Courthouse, located at 300 Quarropas Street, White Plains, New York 10601, on **December 7, 2020**, at 10:00 a.m., or soon thereafter as counsel may be heard, for a preliminary injunction, pursuant to Fed R. Civ. P. 65, enjoining Defendants Village of Pomona, N.Y. and the Board of Trustees of the Village of Pomona, N.Y. (collectively "Pomona", the "Village" or "Defendants") from enforcing the provisions of the Village Code that prohibit non-accredited educational institutions, family dwellings, and separate cooking, dining and housekeeping facilities.

PLEASE TAKE FURTHER NOTICE that responsive briefs and papers will be served pursuant to the schedule previously set by the Court.

Dated:    Nanuet, New York
          October 20, 2020

_____
Joseph A. Churgin (JC 6854)
Donna C. Sobel (DS 3267)
Savad Churgin
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954

Roman P. Storzer (pro hac vice motion pending)
Storzer & Associates, P.C.
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036

John G. Stepanovich (JS 8876)
Stepanovich Law, PLC
618 Village Drive, Suite K
Virginia Beach, Virginia 23454

*Attorneys for Plaintiffs*

To: Feerick Nugent MacCartney PLLC
96 South Broadway
South Nyack, New York 10960

*Attorneys for Defendants*