
PLAINTIFF'S EXHIBIT NO. 331
FOR IDENTIFICATION
DATE: 7/7/14  RPTR: MB

# The Village Green

*Newsletter of the Village of Pomona*
July 2004

## Village Works on Drainage and Road Repairs

The past few workshops and board meetings have seen the Village Board attempting to get the village back in shape after the severe winter. There have been many drainage problems reported, as well as the potholes, sinking storm drains and other road problems that the village is trying to deal with. As you know, we rely on the two town's highway departments for repair of our roads, and unfortunately our village was not the only area in the county to have these problems. We are working through the list, and sincerely hope to have all of them finished by the middle of July.

A Public Hearing was held during the regular board meeting on May 24th to receive public comment on the Village Report to be filed showing compliance with the New York State Department of Environmental Conservation Storm Water permit regulation. The village has a storm-water management program that complies with the DEC requirements, and is steadily moving towards full compliance with the permit requirements. It is very important for all residents to know that our storm drains discharge into the water supply, and a major accomplishment has been the marking of all catch basins in the village to that effect.

### Message from Mayor Herbert Marshall ...

We have a problem, and that problem is the Town of Ramapo and its Supervisor's unchecked ambition for higher office. The town's Master Plan, engineered by Supervisor St. Lawrence and passed by his rubber stamp town board, draws a clear line in the sand. It now seems unfortunately clear that they consider their responsibility to the 75% of town residents living in its 12 villages and to those of us living in the surrounding community, fully subordinate to their pandering to the special interest groups able to deliver the critically important block vote which has become so essential to those seeking office in Ramapo.

While the town has a right to adopt a master plan that addresses the general welfare of the community as they see it, they must also give due consideration to the needs of the people of the region of which that community is a part, and they have not. In response to public outcry from its residents, the villages of Airmont, Chestnut Ridge, Suffern, Montebello, Pomona, Wesley Hills, and Sloatsburg have banded together and filed suit against the town to force responsible action mitigating the environmental impacts that will result from their adopted plan.

Although residents in the Ramapo section of our village pay almost 50% more in town taxes than residents in the Haverstraw section, Ramapo services come in a poor second. Just look at the poor quality of snow removal and general road maintenance in Ramapo as opposed to Haverstraw. We simply do not seem to count in town hall, and that must change.

Continuing their astonishing record of arrogance toward the residents of our specific community, the Ramapo Town Board, following a campaign of unconscionable delays in the legitimate formation of the village of Ladentown, passed a new law opening the door to high density development, 16 units per acre, in environmental sensitive areas like the Patrick Farm property which the incorporation of the village was specifically designed to protect.

This intolerable abuse of power by town officials must be stopped. We, the disenfranchised majority of Rockland County, can no longer stand idly by while Supervisor St. Lawrence and his henchmen destroy the area that we love. We must make our voices heard in the courts, at the polls, and in town hall. We too have rights, and it's time we sent a clear message to those who are trying to take them away.

POM 13283

## July 2004 — Village of Pomona

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  | 1<br><br>Bulk trash/Garbage Ramapo | 2<br>Cultural Center Open 2-6pm<br><br>Bulk trash/Garbage Haverstraw | 3<br>Cultural Center Open 2-6pm |
| 4<br>INDEPENDENCE DAY<br>God Bless America | 5<br><br>Bulk trash/Garbage Ramapo | 6<br><br>Bulk trash/Garbage Haverstraw | 7<br><br>Recycling - paper | 8<br>8.00pm Village Hall Planning Board Regular meeting<br>Bulk trash/Garbage Ramapo | 9<br>Cultural Center Open 2-6pm<br><br>Bulk trash/Garbage Haverstraw | 10<br>Cultural Center Open 2-6pm |
| 11<br>Cultural Center Open 2-6pm | 12<br>7.30pm Village Hall Village Board Workshop Meeting<br>Bulk trash/Garbage Ramapo | 13<br><br>Bulk trash/Garbage Haverstraw | 14<br><br>Recycling - bottles/cans | 15<br><br>Bulk trash/Garbage Ramapo | 16<br>Cultural Center Open 2-6pm<br><br>Bulk trash/Garbage Haverstraw | 17<br>Cultural Center Open 2-6pm |
| 18<br>Pomona Fish-In Secor Park 1.00pm - 4.00pm<br>2.00 pm Village Hall Pomona Clean-up Squad | 19<br><br>Bulk trash/Garbage Ramapo | 20<br><br>Bulk trash/Garbage Haverstraw | 21<br><br>Recycling - paper | 22<br><br>Bulk trash/Garbage Ramapo | 23<br>Cultural Center Open 2-6pm<br>Summer Concert Cultural Center HK Combo - 8 pm<br>Bulk trash/Garbage Haverstraw | 24<br>Cultural Center Open 2-6pm |
| 25<br>Cultural Center Open 2-6pm | 26<br>7.30pm Village Hall Village Board Regular Meeting<br>Bulk trash/Garbage Ramapo | 27<br><br>Bulk trash/Garbage Haverstraw | 28<br>8.00pm Village Hall ZBA Scheduled Meeting<br>Recycling - bottles/cans | 29<br><br>Bulk trash/Garbage Ramapo | 30<br>Cultural Center Open 2-6pm<br><br>Bulk trash/Garbage Haverstraw | 31<br>Cultural Center Open 2-6pm<br>LAST DAY Summer Exhibit |

### Environmental Tip

Homeowners should be careful not to get fertilizers and pesticides on the sidewalks and streets. "During a rainfall, those chemicals run right down the gutter into the storm drains, which go directly to our streams, rivers and ponds" reports Paul Trader, executive director of Cornell Cooperative Extension of Rockland. "Fertilizers and herbicides (weed killers) can do a lot of damage to our water sources, can cause algae to fill ponds, and can even kill plants in and around the water. So after applying granular or powdered fertilizers or pesticides, simply sweep the chemicals back into the lawn."

For more information about yard care and gardening, call the Horticulture Diagnostic Lab at Cornell Cooperative Extension Monday through Thursday from 9.00am to 2.00pm at 845-429-7085, ext 3.

## How does the formation of the new Village of Ladentown, and Ramapo's recent passing of their Adult Student Housing Law affect our residents?

Simply put, villages are usually formed to adopt their own zoning laws to protect the residents of the new village and give their residents a clearer voice in local government. The Village of Pomona was formed in 1967 largely due to resident protests of a high density development of Cheesecote Mountain proposed by the owners which would have resulted in several thousand new homes on the mountain. The Village of Ladentown is being formed by local residents who have lost confidence in their town and to protect the existing zoning of several large parcels within the proposed new village, all of which border the Village of Pomona. Development of these parcels into higher density housing by the down-zoning proposed by the town of Ramapo would directly affect village residents by adversely impacting traffic, pollution, the water supply, the environment, and the general ambiance of our community.

The most immediate threat to our village residents is the desire of Ramapo to down-zone the nearly 200 acre property known as Patrick Farm. This property is immediately adjacent to Pomona, on the north side of 202 and west of 306. It is currently zoned for single family residences on a minimum of 2 acres per home. The recently passed Ramapo Master Plan calls for down-zoning this property to single family homes on one acre, but the new Ramapo Town Adult Student Housing Law specifically targets this property, as well as others, to further down-zone it to permit subdivisions that would allow up to 16 residential units per acre.

Doing the math, it seems that this new law would allow more than 2,000 units in the Patrick Farm property. This number is eerily close to the owner's original plan to down-zone the property and build 2,200 units.

Timely formation of the Village of Ladentown would remove this property from the clutches of the Ramapo town board and allow the new village to preserve the original zoning, thus hugely benefitting our residents.

## COME AND GET HOOKED ON THE FUN !!

### The Great Pomona Fish-In
Sunday July 18th
1.00pm - 4.00pm

**Fairty Pond at Secor Park**



**Brought to you once again by the Village Recreation Committee**

As in previous years, Professional Angler, **Lou Cohn** will run the event, ably assisted by the Recreation Committee volunteers. He's bringing the bait, the expertise, his patience (and we hope good weather)

The competition is open to children up to age 16 years, and there will be prizes galore

Smallest Fish - Largest Fish - Most Fish - Fish caught by the Youngest child

Please bring your own child's fishing pole, and make sure you're covered with bug repellent containg DEET
Visit the village website for directions and images of last year's wonderful event

www.pomonavillage.com

## Meet (and thank) our Neighbor ... Linda Simmons



We are delighted to honor Linda in our column this month. Although Linda is resigning from the chairperson position of the Recreation Committee after more than four years of great accomplishments, she will remain on the committee itself. Always active in the Village, Linda has been appointed to the Zoning Board of Appeals, which she tells us she is enjoying even more than she thought that she would.

Linda has lived in the village since 1995 with her husband Kurt, and children Rachel (8), Bernard (14) and Jessica (4). Although now a full-time homemaker, she has had a diverse career in broadcasting, accounting, sales and sales management, and software systems consulting. Having children temporarily interrupted her work towards an MBA in Financial Management and Marketing, but Linda feels strongly that devoting herself to her family presents the most rewarding, albeit challenging, position of all.

As well as the time that Linda devotes to village activities, she is an EPIC facilitator for the East Ramapo School District and is involved in all of her children's respective schools, either as committee chair with the PTA or in any way that she can be involved.

**Linda, we thank you for chairing a Recreation Committee that is second to none!**

### JULY NEWSLETTER

Editor: Leslie Sanderson
Production and Web integration: Nick Sanderson
www.pomonavillage.com



100 Ladentown Road
Pomona NY 10970
845-354-0545

Mayor: Herbert Marshall
Deputy Mayor: Nick Sanderson
Trustee: Ian Banks
Trustee: Alan Lamer
Trustee: Alma Sanders Roman
Clerk-Treasurer: Sue Glantz

VILLAGE OF POMONA INCORPORATED FEB. 3, 1967

Presorted Standard
U.S. Postage
PAID
Permit #70153
Monsey, NY