# FAX




| | | | |
|---|---|---|---|
| Voice | (845) 354-0545 | Today's Date: | Dec. 3. 2002 |
| Fax | (845) 354-0604 | | |

**To:**     Mayor Kobre

**From:**   Leslie at Village of Pomona

No. of pages, including cover page:     2

Re: Community Rally December 12, 2002

*************************************************************

Dear Mayor Kobre,

Attached is the postcard from the 4 villages that we would like to send out as soon as possible.

Would you kindly call me at 354-0545 with your approval.

Thank you.



Pom 25212

# FAX





Voice.    (845) 354-0545        Today's Date:    Dec. 3. 2002
Fax      (845) 354-0604

**To:**    Mayor Frankl

**From:**    Leslie at Village of Pomona

No. of pages, including cover page:    2

Re: Community Rally December 12, 2002

*****************************************************************

Dear Mayor Frankl,

Attached is the postcard from the 4 villages that we would like to send out as soon as possible.

Would you kindly call me at 354-0545 with your approval.

Thank you.




Village of New Hempstead

## PROTECT YOUR QUALITY OF LIFE AND THE VALUE OF YOUR HOME

The Villages of Chestnut Ridge, New Hempstead, Pomona and Wesley Hills will co-host a public information meeting to discuss the Town of Ramapo proposed down-zoning of the Patrick Farm property on Routes 202 and 306

The meeting will take place on Thursday, December 12th at 8.00 pm at Pomona Middle School, Pomona Rd (between routes 45 and 306)

Village of Pomona

Village of Wesley Hills

Karen - Chestnut Ridge — 2500     upper main base W.P.

2500  printout labels?

fax. 352-6277     425-2805     labels from W.P. or file printed from

to Amy - Database or exactly what was sent to mailways

any format     n/s attn.

Trustee @ PomonaVillage.com

212-830-7586

Voter regis.
taxes 12/4
tH tomorrow

?  1331

N.H. — disc from tax guy

354-8100
New Hempstead  — 1331 parcels

Village of Pomona
W.H.                → 2,628 records
Uninc. Ramapo

2400 parcels
2583 2500
25 tax rolls
bills for Chestnut Ridge
assessor 27,000 coded by Joana Holes village

Wesley Hills
354-4097

Harvey Erdsheker
727-084?

10 min → text access Excel

## GARBAGE/RECYCLABLE/BULK COMPLAINTS

Tuesday — concert
Wednesday — dance
Thursday — Hebrew then dinner