

# TRANSMITTAL

Date:      December 10, 2002

To:

| | | |
|---|---|---|
| Mayor Marshall | X | Reuben Ortenberg |
| Dpy Mayor Appel | X | Mike Zrelak |
| Trustee Banks | X | Joe Corless |
| Trustee Roman | X | |
| Trustee Sanderson | X | |
| Susan Glantz | X | |

Information Attached:

Board of Trustees Meeting 11/25/02 Minutes w/attachments

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For your review and comment      ___
For your approval                ___
Sent by Sue                      ___



PLAINTIFF'S
EXHIBIT
109
PENGAD 800-631-6989

# VILLAGE OF POMONA

100 Ladentown Road
Pomona, New York 10970
TEL: (845) 354-0545
FAX: (845) 354-0604
www.pomonavillage.com

Mayor
  Herbert Marshall
Deputy Mayor
  Alvin Appel
Trustees
  Ian Banks
  Alma Roman
  Nick Sanderson

BOARD OF TRUSTEES
MEETING AGENDA
11/25/02

1. Salute the Flag

2. Open Period

3. Public Hearing – Revision of Local Laws 118 and 119

4. Adoption of Minutes
   A. 10/7/02
   B. 10/28/02
   C. 11/12/02

5. Committee Reports
   A. Cultural Center
   B. Recreation
   C. Finance
   D. Other

6. Grants and Awards

7. Southern Homes Average Request

8. Building Department Period
   A. Code Enforcement
   B. Engineering
   C. Building Inspector

9. Legal Period

10. Old Business

11. New Business

12. Office Period

13. Trustees Period

14. Executive Session

VILLAGE OF POMONA
BOARD OF TRUSTEES MEETING
NOVEMBER 25, 2002

A Board of Trustees meeting of the Village of Pomona was held at the Pomona Village Hall, Old Route 202 and Camp Hill Road, Pomona, New York at 7:30 p.m. on November 25, 2002.

<u>Present</u>

| | |
|---|---|
| Mayor: | Herb Marshall |
| Deputy Mayor: | Al Appel |
| Trustees: | Ian Banks |
| | Alma Roman |
| | Nick Sanderson |
| Village Attorney: | Reuben Ortenberg |
| Village Engineer: | Joe Corless |
| Bldg. Inspector: | Michael Zrelak, Jr. |
| Village Clerk: | Susan Glantz |

<u>Summary of Motions</u>:

Deputy Mayor Appel moved to table the Revision of Local Laws 118 and 119 to the next meeting. Seconded by Trustee Banks. Motion carried 5-0.

Trustee Sanderson moved to adopt the minutes of October 7, 2002 as amended. Seconded by Deputy Mayor Appel. Motion carried 5-0.

Trustee Sanderson moved to adopt the minutes of October 28, 2002 as amended. Seconded by Trustee Banks. Motion carried 5-0.

Trustee Sanderson moved to table the minutes of November 11, 2002 to the next regular meeting. Seconded by Trustee Banks. Motion carried 5-0.

Trustee Sanderson moved to approve the concept of average density for the Southern Homes subdivision. Seconded by Trustee Roman. Motion carried 5-0.

Trustee Sanderson moved a resolution supporting the joint effort of the Villages of Chestnut Ridge, New Hempstead, Wesley Hills with Pomona to protect against inappropriate master plan proposals of the Town of Ramapo. Seconded by Deputy Mayor Appel. Motion carried 5-0.

Trustee Banks moved a resolution requiring the Village Board approval for any change in the depository of Village funds. Seconded by Trustee Roman. Motion carried 5-0.

Page 1 of 6

Trustee Roman moved to adopt the response document to the October 25, 2002 Comptroller's report M-188 as presented.   Seconded by Trustee Roman. Motion carried 3-2. Trustees Banks and Sanderson voted No.

1.      Salute the Flag

Mayor Marshall read a brief statement regarding the format of the meeting.

2.      Open Period

William J. Stein, P.E., 31 Concord Drive, New City, NY, a consulting engineer who spoke on behalf of his client JWL Construction.

Trustee Sanderson moved to close the Open Period.  Seconded by Deputy Mayor Appel.  Motion carried 5-0.

3.      Public Hearing – Revision of Local Laws 118 and 119

Mr. William J. Stein, P.E. 31 Concord Drive, New City, NY, representing his client JWL Construction, addressed the Board regarding phased construction as described in Local Law 119.

Trustee Roman moved to close the Public Hearing.  Seconded by Deputy Mayor Appel.  Motion carried 5-0.

After much discussion by the Board, the matter was tabled to the next meeting for further review.

Deputy Mayor Appel moved to table the Revision of Local Laws 118 and 119 to the next meeting.  Seconded by Trustee Banks.  Motion carried 5-0.

4.      Adoption of Minutes
A.      October 7, 2002

On Page 2, item 6, the minutes should reflect the type of truck to be purchased by the Town of Haverstraw, which is a snow plowing truck.  Also, the term of payment is 7 years not 8 years.

Trustee Sanderson moved to adopt the minutes of October 7, 2002 as amended.  Seconded by Deputy Mayor Appel.  Motion carried 5-0.

POM0001679

B.      October 28, 2002

On Page 8, item 11, the motion needs to be clarified as it is in the first page of the minutes.

**Trustee Sanderson moved to adopt the minutes of October 28, 2002 as amended.  Seconded by Trustee Banks.  Motion carried 5-0.**

C.      November 11, 2002

**Trustee Sanderson moved to table the minutes of November 11, 2002 to the next regular meeting.  Seconded by Trustee Banks.  Motion carried 5-0.**

5.      **Committee Reports**
A.      **Cultural Center**

A copy of the Director's report is attached to the minutes.  Gde reported that the flagpole and new sign have been installed.  The electric work still needs to be done to light the flag and sign and should be installed by Wednesday, November 27th.  Also, the large rocks still need to be installed along the front of the property to protect the flagpole and sign.

B.      **Recreation**

Trustee Roman reported the Recreation Committee has met recently and is planning a Valentine Day celebration and looking at a Day of Caring.

C.      **Finance**

Mayor Marshall reported the Investment Report is a new report to be distributed to the Board.  A copy of a letter from Jeffrey Frega regarding the investment of Village funds is attached to the minutes.

D.      **Other**

Nothing at this time.

6.      **Grants and Awards**

Deputy Mayor Appel reported that $15,000 was received for the installation of a clock and $10,000 for additional work on the outside of Village Hall.  The moneys were awarded from Senator Morahan and Assemblyman Gromack.

7.      **Southern Homes Average Density Request**

Mr. Ortenberg recused himself from this matter.

POM0001680

James Cobb, Attorney for the Applicant, Nanuet, New York spoke regarding the application for a density zoning resolution pursuant to Article 10 of the Zoning Code. It is a 3-lot subdivision off Pomona Road. The bulk requirements have been met in the plan.

**Trustee Sanderson moved to approve the concept of average density for the Southern Homes subdivision. Seconded by Trustee Roman. Motion carried 5-0.**

8.   **Building Department**
A.   **Code Enforcement**

Deputy Mayor Appel reported there is a problem with residents leaving leaves in the roadways. Trustee Sanderson commented that a notice will be placed in the next Newsletter that the Village will not be picking up leaves again this winter.

Deputy Mayor Appel reported to the Board that the property belonging to Mr. Max Frenzel had been posted, in three different areas, as agreed upon at the last Board meeting. Also, a formal notice from the Code Enforcement Officer dated November 4, 2002 was sent to Mr. Frenzel requiring him to make the property safe and secure or to remove the structures. The work was to begin within 10 days of the date of the notice and to complete the work no later than 60 days of the date of the notice. Mr. Frenzel appeared before the Board to ask for an extension to the deadline. The Board was in agreement to keep the deadline as stated in the notice to Mr. Frenzel, which is scheduled to run out on January 4, 2003. Mr. Frenzel responded he will try to comply and notify the Board when the work is started.

B.   **Engineering**

Mayor Marshall inquired about the Halley Drive extension, which was reported to have dangerous holes in it. Mr. Corless reported the holes are for two precast concrete manholes for a future pump station. A letter will be sent to Mr. Schecter and his attorney putting them on notice that the open holes that exist represent an attractive nuisance and requesting that the situation be corrected.

Mr. Corless reported the underground work being done by Cablevision is about finished. They are also finishing up the overhead work.

Mr. Corless reported receiving a plan submittal by United Water abandoning their driveway from Overlook that runs up the hill to the tower. A driveway will be installed on East Court to go up to the tower. Mayor Marshall directed the Village Clerk to send a letter to the neighboring residents notifying them when the work is completed.

POM0001681

**C.    Building Inspector**

Mr. Zrelak reported that work is still ongoing at the Ferreira development on Pomona Road.

**9.    Legal**

Mr. Ortenberg has been in communication with the Town of Haverstraw's Town Attorney regarding the upcoming snow removal contract.

**10.    Old Business**

Mayor Marshall gave a brief review on the Patrick Farm property and the Town of Ramapo's draft Comprehensive Plan.

**Trustee Sanderson moved a resolution supporting the joint effort of the Villages of Chestnut Ridge, New Hempstead, Wesley Hills with Pomona to protect against inappropriate master plan proposals of the Town of Ramapo. Seconded by Deputy Mayor Appel. Motion carried 5-0.**

A postcard will be prepared and sent to residents notifying them of a December 12, 2002 meeting at 8 p.m. at the Pomona Middle School regarding the proposed formation of the Village of Ladentown.

An update on the mulch plant situation is that an appeal to the motion to close it was heard in the Appellate Court on November 15th and a decision will be forthcoming.

**11.    New Business**

Mayor Marshall opened discussion on the New York State Comptroller's Officer's Report regarding the Village's investments.  A letter from the Village's auditors, Fulton, Timmes, Frega & Straubinger, P.A. is attached to the minutes.  Mr. Ortenberg commented that Mr. Frega is not an attorney and the matter is a legal requirement that is statutory and requires legal guidance.  Trustee Sanderson reserved comment until the matter is discussed at the workshop.

**Trustee Banks moved a resolution requiring the Village Board approval for any change in the depository of Village funds.  Seconded by Trustee Roman. Motion carried 5-0.**

**Trustee Roman moved to adopt the response document to the October 25, 2002 Comptroller's report M-188 as presented.    Seconded by Trustee Roman. Motion carried 3-2. Trustees Banks and Sanderson voted No.**

POM0001682

12.    **Office Period**

Discussion was held regarding continuing the services of Shadow Security during the winter months.  The Board decided to have Shadow Security continue to maintain the same schedule they are presently on.

13.    **Trustees Period**

Nothing at this time.

14.    **Executive Session**

Deputy Mayor Appel moved for the Board to go into Executive Session to discuss matters of litigation and personnel.  Seconded by Trustee Roman. Motion carried 5-0.

Trustee Roman moved to close the Executive Session and return to the public meeting.  Seconded by Trustee Sanderson.

Trustee Banks moved to adjourn the meeting.  Seconded by Trustee Roman.  Motion carried 5-0.

Meeting adjourned at 9:35 p.m.

Respectfully submitted,

Malverne J. Toll

POM0001683

# POMONA CULTURAL CENTER
# MONTHLY REPORT: DECEMBER 2002

## CURRENT EXHIBITION

Our current exhibition, **Holiday Exhibition 2002 ~ Ceramics & Painting**, opened November 16, 2002, with a reception from 6 - 9 P.M. Featured artists are **Judy & Shelly Bieber**, and **Man Sheng Wang**. Attendence was excellent, despite the inclement weather. Special guest, **Mr. Pasaribu, Consulate General** of the **Republic of Indonesia**, was in attendence.

## UPCOMING EXHIBITION

Our next exhibition, **Winter 2003 ~ Painting & Sculpture**, will open January 18, 2003, with an opening reception from 6 - 9 P.M.

## WORKSHOPS/CLASSES

- **Holiday Gift Craft** taught by **Susan Wilharm-Bull,** will be Nov. 23 & 24, from 3 - 5 P.M. Workshop is open to children & adults. Pre-registration is suggested as space is limited.

- **Creative Album Making,** taught by **Rhonda Klass** will be taught with pre-registration only, and scheduled by request. The date has been changed from Thurs. Dec. 12th to Thurs. evening Dec. 19th, at 7:00 P.M.

- **Yoga Classes** taught by **Prabha Bansal,** continue Friday mornings from 9:30 - 11:00 A.M.

- **Music for Children,** taught by **Sonali Palchaudhuri,** will be scheduled on Sundays, 1 - 3 P.M. starting Dec. 1. Pre-registration is required.

## SPECIAL EVENTS

- **Paul, The Magic Clown** will perform at the Center, Saturday, December 21, 2002 at at 3:00 P.M. Light refreshments will be served.
- **Live Music & Poetry Reading,** Saturday, January 4, 2003 at 1:30 P.M., featuring the **Ramapough Poet's Society.** Light refreshments will be served.

## MAINTENANCE

- Outdoor sign has been installed!!! It looks GREAT!! Concrete work was installed by *Alpine Landscapers*, and the sign was made by *All Type Signs*. Lighting/electrical work will be completed this week by *A.J. Contracting*. Also, other outdoor lighting fixtures will be checked at this time.

- Flagpole installation has been completed by *Gates Flag & Banner*. It also looks GREAT!!

LOCAL LAW NO. _____ - **2002**          November ___, 2002

**A LOCAL LAW**
**AMENDING CHAPTERS 118 AND 119**
**OF THE POMONA CODE**
**CLARIFYING THE APPLICATION OF PHASED**
**CONSTRUCTION REQUIREMENTS**

WHEREAS, Chapter 118 of the Pomona Code, at §118-32E(1)(a) provides for phased construction as part of site plan review under certain circumstances; and

WHEREAS, Chapter 119, providing for site development plan procedures related to so-called "steep slopes", was intended by the Board of Trustees to incorporate the phased construction provisions of Chapter 118; and

WHEREAS, it has come to the attention of the Board of Trustees that the authority of the Planning Board to require phased construction under Chapter 118 and 119 of the Pomona Code is intended to exist independently of whether the building inspector specifically recommends phased construction for any given lot, and that the Planning Board has the authority to require phased construction regardless of the source of the information upon which the Planning Board determines that phased construction is appropriate;

NOW, THEREFORE, on motion of Trustee, _____,
duly seconded by Trustee, _____,

BE IT ENACTED, by the Board of Trustees of the Village of Pomona, New York, as follows:

Section 1: §118-32E(1)(a) of the Pomona Code is hereby amended to provide as follows:

E.      Review by other agencies.

(1)     Village agencies and officials.

(a)     The Planning Board shall submit copies of the site plan to the Village Engineer, Building Inspector and Architectural Review Board or other village agencies and officials as it deems appropriate, all of which shall submit a written report within 30 days of the date of forwarding for review and report. In the case of the Building Inspector, the report shall include a recommendation as to whether the proposed project shall be divided into phases, the precise number of which shall be recommended by the Building Inspector. However, the Planning Board shall have the authority to require phased site plan review whether or not recommended, and regardless of the source of the information upon which the Planning Board bases its decision to require phased site plan review. In the event that the Planning Board decides to adopt the recommendations of the Building Inspector for phased site plan review, or in the event that the Planning Board decides to require phased site plan review based upon information or recommendations other than the recommendation of the building inspector, the phases shall include, but not necessarily be limited to, tree clearing, structural measures for erosion control installation, drainage improvements, driveway installation and construction of the building. Each such phase shall require a separate written certificate of compliance, to be issued by the Building Inspector, upon his being satisfied that the required work for each such phase has been satisfactorily completed. Such certificate of compliance shall contain an authorization for the builder to proceed to the next succeeding phase, if any. There shall be mandatory inspection of each building site to which this chapter shall be applicable, after each rain event, as well as biweekly, whether or not there is a rain event.

Section 2: Pomona Code §119-7C(6) is hereby amended by the addition of sub-section "(t)", which shall provide as follows:

(t) the Planning Board shall have the authority to require phased site development plan review whether or not recommended by the building inspector or Village Engineer, and regardless of the source of the information upon which the Planning Board bases its decision to require phased site development plan review. In the event that the Planning Board decides to adopt the recommendations of the Building Inspector, Village Engineer or professional planner for phased site development plan review, or in the event that the Planning Board decides to require phased site development plan review based upon information or recommendations other than the recommendation of the Building Inspector, Village Engineer, Professional Planner, the phases shall include, but not necessarily be limited to, tree clearing, structural measures for erosion control installation, drainage improvements, driveway installation and construction of the building. Each such phase shall require a separate written certificate of compliance, to be issued by the Building Inspector, upon his being satisfied that the required work for each such phase has been satisfactorily completed. Such certificate of compliance shall contain an authorization for the builder to proceed to the next succeeding phase, if any. There shall be mandatory inspection of each building site to which this chapter shall be applicable, after each rain event, as well as biweekly, whether or not there is a rain event.

Section 3: This local Law shall be effective immediately upon its filing with the Secretary of State of the State of New York.



# Fulton, Timmes, Frega & Straubinger, P.A. CERTIFIED PUBLIC ACCOUNTANTS

10 South Franklin Tpk., Suite 202, Ramsey, New Jersey 07446
201-327-7600 / Fax 201-327-0177 / E-mail FTFSRamsey@aol.com

November 22, 2002

Mayor Herb Marshall
Village of Pomona
Pomona, NY 10970

Dear Mayor Marshall,

With regards to the recent New York State audit findings on the Village's investments in a Dreyfus Money Market Account. Please note that this investment was not a mutual fund but a money market fund. The price of the fund has never fluctuated. The spokesman from the Comptroller's Office indicated that general municipal law prohibits investments in equity markets. I interpret equity market investments as investments in stocks. A money market account is not an investment in stocks. Dreyfus invests the money in their money market accounts in United States Treasury Bills and Bank Certificates of Deposit.

I still feel the Dreyfus Money Market Account is a safe and prudent investment. But since it was invested through a brokerage company New York State feels it is not in compliance with general municipal law. As a result any short-term investments should be invested with the Village's bank.

If I could be of any further assistance with this matter lease call my office

Very Truly Yours,

FULTON, TIMMES, FREGA & STRAUBINGER, P.A.

Jeffrey Frega

JF/ls

SEP. -03' 02 (TUE) 08:02    BNY MT. IVY  BR. 657              TEL:914 354 1742        P. 001

# THE BANK OF NEW YORK
NEW YORK'S FIRST BANK ~ FOUNDED 1784 BY ALEXANDER HAMILTON

340 ROUTE 202, MT. IVY, NEW YORK 10970

August 30, 2002

Village Of Pomona
General Fund Account
100 Ladentown Rd
Pomona NY 10970

RE: Acct # 026400037

To Whom it may concern:

    This letter is to confirm that the mutual fund moneymarket on the above mentioned account has been switched to a FDIC insured fund. If you have any questions feel free to contact me at (845)354-1780.

Thank You,

Victoria A Toth
Branch Manager
Mt Ivy Branch

Village of Pomona
# VILLAGE OF POMONA
100 Ladentown Road
Pomona, NY  10970
(845)354-0545

Mayor
  Herbert Marshall

Deputy Mayor
  Alvin Appel

Trustees
  Ian Banks
  Nick Sanderson
  Alma Sanders Roman

Clerk-Treasurer
  Susan Glantz

Deputy Clerk
  Carolyn LaChiana

## Response Document
## To the October 25, 2002
## Controller Report #2002M-188

**FINDING:**

Village General Fund Moneys were invested through a brokerage firm in a money market
mutual fund, which ruled an unauthorized investment under General Municipal Law.

**RECOMMENDATIONS:**

1) The village discontinue investing money market mutual funds.
2) The Board of Trustees monitor the deposit and investment of village funds to
   ensure compliance with the villages investment policy and those statues
   governing the deposit and investment of village funds.

**CORRECTIVE ACTION:**

1) The transfer of all village investment funds from the Dreyfuss Money Market
   Account, deemed not in compliance by State Auditors, to a state approved FDIC
   Insured Fund as verified on August 30, 2002 by Bank of New York.
2) A Village Investment Report as an addition to the to the monthly treasurers report
   distributed to the Board of Trustees and presented the its regular monthly
   meeting.
3) A new Board of Trustees resolution requiring specific Board approval for any
   change in the repository of village funds.

12/02/2002  16:07    2013270177              FTFS                              PAGE  02



# Fulton, Timmes, Frega & Straubinger, P.A. CERTIFIED PUBLIC ACCOUNTANTS

10 South Franklin Tpk., Suite 202, Ramsey, New Jersey 07446
201-327-7600 / Fax 201-327-0177 / E-mail FTFSRamsey@aol.com

December 2, 2002

Mayor Herb Marshall
Village of Pomona
Pomona, NY 10970

Dear Mayor Marshall,

As per your request I am providing a detail listing of all monies held by the Village of Pomona as of October 31, 2002. The following were on deposit:

| | |
|---|---|
| **Bank of New York** – General checking (026-440037) | $409,687.58 |
| FDIC insurance limit | (100,000.00) |
| Value of collateral | (310,582.04) |
| Uninsured/uncollateralized | $        0.00 |
| | |
| **M&T Bank** – Sewer checking (11000103001640) | $     239.00 |
| Sewer money market (1500010800387) | 177,576.38 |
| Total deposits with M&T | $177,815.38 |
| FDIC insurance limit | (100,239.00) |
| Value of collateral | ( 78,888.40) |
| Uninsured/uncollateralized | $        0.00 |
| | |
| **JPMorgan/Chase** – Trust and Agency checking (6502704-65) | $267,010.52 |
| Trust and Agency reserve (6502704-66) | 145,994.98 |
| Total deposits with JPM | 413,005.50 |
| FDIC insurance limit | (100,000.00) |
| Value of collateral | (329,181.43) |
| Uninsured/uncollateralized | $        0.00 |

FDIC insurance covers up to $100,000 for an interest bearing and $100,000 for a non-interest bearing account per bank. Collateral is pledged to cover any uninsured amounts. I have provided a copy of the collateral letters for each bank showing the value pledged as of October 31, 2002.

RECEIVED: 12/ 2/02  6:20PM;  ->VILLAGE OF POMONA; #063, PAGE 3

12/02/2002  16:07   2013270177          FTFS                    PAGE  03

Please feel free to contact me with any questions regarding this matter.

Sincerely,

Steven Straubinger

Encl.

RESOLUTION NO. *25* - **2002**                    NOVEMBER 25, 2002

RESOLUTION SUPPORTING
THE JOINT EFFORT OF
THE VILLAGES OF CHESTNUT RIDGE,
NEW HEMPSTEAD, WESLEY HILLS WITH POMONA
TO PROTECT AGAINST INAPPROPRIATE
MASTER PLAN PROPOSALS OF THE
<u>TOWN OF RAMAPO</u>

WHEREAS, the Town of Ramapo is engaged in the process of amending its Master Plan, and

WHEREAS, one of the proposed changes to the Town of Ramapo Master Plan contemplates multiple family housing on lands commonly known as "The Patrick Farm", and

WHEREAS, the Board of Trustees considers such use of a portion of the Town of Ramapo, close to the Village of Pomona, to be detrimental to the economic and environmental best interests of the residents of the Village of Pomona; and

WHEREAS, the Villages of Wesley Hills, New Hempstead, and Chestnut Ridge have, and have voiced similar concerns regarding the proposed re-zoning of the "Patrick Farm" property,

NOW, THEREFORE, on motion of Trustee, *Sanderson*

duly seconded by Trustee, *Appel*

BE IT RESOLVED by the Board of Trustees of the Village of Pomona, New York, as follows:

1. For the following reasons, the Village of Pomona deplores and opposes the zoning designation for the "Patrick Farm" property in the proposed Town of Ramapo Master Plan:

   a.  It is detrimental to the economic and environmental best interests of the residents of the Village of Pomona, and could have a long term negative effect on the entire surrounding area;

   b.  Town of Ramapo proposals ignore and disenfranchise all taxpaying town residents outside of the unincorporated town;

   c.  The current published version of Town of Ramapo Draft Comprehensive Plan expresses a responsibility to the general region effected by its recommendation, but its proposals ignore that responsibility;

   2.  The Village of Pomona supports the efforts of the above mentioned villages, and joins with them in a concerted effort to prevent the "Patrick Farm" property from being used as a multi-family site; and

   3.  The Village of Pomona pledges the energies of its board of trustees in furtherance of the cause set forth in this resolution.

   AYES: 5   NAYS: 0
   ABSTENTIONS: 0   ABSENT: 0

ADOPTED AT A REGULAR MEETING OF THE BOARD OF TRUSTEES OF THE VILLAGE OF POMONA, NEW YORK, HELD THE 25th DAY OF NOVEMBER, 2002



**WASTE MANAGEMENT**
89 Black Meadow Road
Chester, NY 10918
(845) 469-6414
(845) 469-3503 Fax

December 4, 2002

Village of Pomona
Mayor Herbert Marshall
100 Ladentown Road
Pomona, NY 10970

Dear Mayor Marshall:

Thank you for meeting with Mike Gentile and myself today.  Listed below are bullet
points discussed at our meeting.

<u>Holiday Pick-Ups</u>

**Christmas 2002**
No Recycling Pick Ups will be made in the Village

**New Years Day 2003**
No Recycling Pick Ups will be made in the Village

**Memorial Day 2003**
Tuesday, May 27, 2003 the Ramapo and Haverstraw Sections will be serviced.

**July 4, 2003**
Saturday, July 5, 2003 the Haverstraw Section will be serviced.

**Labor Day 2003**
Tuesday, September 2, 2003 the Ramapo and Haverstraw Sections will be serviced.

**Thanksgiving 2003**
Friday, November 28, 2003 the Ramapo Section will be serviced
Saturday, November 29, 2003 the Haverstraw Section will be serviced.

**Christmas 2003**
Friday, December 26, 2003 the Ramapo Section will be serviced
Saturday, December 27, 2003 the Haverstraw Section will be serviced.

<u>Rate Schedule</u>

Effective January 1, 2003, Waste Management will invoice the Village of Pomona $14,237.50 per month.

Effective June 1, 2003, Waste Management will invoice the Village of Pomona $14,949.38 per month. This reflects a 5% increase.

Effective June 1, 2005, Waste Management will invoice the Village of Pomona $15,696.84 per month. This reflects a 5% increase.

Effective June 1, 2007, Waste Management will invoice the Village of Pomona $16,481.69 per month. This reflects a 5% increase.

<u>Trash Service at Village Hall</u>

Waste Management will remove the waste from Village Hall daily.

Thank you for your business. Please contact me at 845-469-6414 x312 with any questions or concerns.

Sincerely,

Marisa J. Ellis
District Sales Manager



RECEIVED
DEC - 6 2002
VILLAGE OF POMONA

*Sue*

Notes from Meeting with Waste Management on December 4, 2002

1.   Mike says if the guys are forgetting to take the garbage from outside the village hall, just remind them and they will get used to doing it.

2.   Mike asked us to please use the two-way radio to get Mike or Stacy – please do not discuss things with Tony without including Mike in the loop.  He wants to know what is going on so he can help when there is a problem.

3.   We told Mike and Marissa that we must know if there is going to be a garbage change in schedule due to a holiday so that we can let the residents know.  The recent Thanksgiving fiasco does not have to happen again if we know ahead of time.

4.   We went over the schedule for the next 12 months so that we can put it in the newsletter and let residents know.

> ▶Wednesday, December 25th, 2002 - no recycling
> ▶Wednesday, January 1st, 2003 - no recycling
> ▶Memorial Day all garbage (both towns) will be picked up on 5/27/03
> ▶Independence Day Friday, July 4th. Haverstraw section picked up on Saturday 7/05/03
> ▶Labor Day, September 1, all garbage (both towns) will be picked up on 9/2/03
> ▶Thanksgiving Day Thursday 2003 - Thursday section (Ramapo) will be picked up on Friday and Friday section (Haverstraw) will be picked up on Saturday
> ▶Christmas Day Thursday 2003 - Thursday section (Ramapo) will be picked up on Friday and Friday section (Haverstraw) will be picked up on Saturday
> ▶New Year's Day Thursday 2004 - Thursday section (Ramapo) will be picked up on Friday and Friday section (Haverstraw) will be picked up on Saturday

Other Notes:

Re: Cardboard Boxes - they can be put out on paper day or bulk day.

According to Tony, if someone has 4 or 5 boxes, they do not have to be flattened and tied. If they have a lot more than that, they do have to be flattened and tied.

Leslie