

PLAINTIFF'S
EXHIBIT NO. 330
FOR IDENTIFICATION
DATE: 7/1/14  RPTR: MB

## ALERT FROM THE VILLAGES OF

### POMONA   WESLEY HILLS   NEW HEMPSTEAD   CHESTNUT RIDGE

## UNITED WE STAND

### STOP DOWNZONING IN RAMAPO

SAY **NO** TO THE PRD ZONE CHANGE IN THE MASTER PLAN

SAY **NO** TO TAXATION WITHOUT REPRESENTATION

### JOIN US

**DECEMBER 12, 2002**
**8:00 PM**
**POMONA Jr. HIGH SCHOOL**
**POMONA ROAD**
**WESLEY HILLS, NEW YORK**

### AT STAKE IS
### YOUR QUALITY OF LIFE   YOUR PROPERTY VALUES

---

*Leslie*

*I did not have a chance to see Al's copy for postcard.. You & Amy decide. Patty is in labor & I am going to the hospital —*

*Talk to you soon*

*—Zelie*

POM 25210