# The Village Green

*Newsletter of the Village of Pomona*

March 2004

## Village Board Holds Public Hearings on Local Laws

The February regular board meeting saw two public hearings on amendments to local laws. The shade tree law was amended to clarify the requirement of shade trees when a single lot is developed, and the board considered a change to the section of village code that deals with driveway gradients. The board decided to keep the public hearing open until they have had a chance to receive comments from the Village Engineer who was unavailable for the February meeting. No one from the public spoke at either public hearing.

In a workshop setting at the beginning of the meeting, Mr. Eric Bergstol, a prominent and long-time developer in the county, gave a brief presentation to the Board on his plans to develop the vacant property across the street from Pacesetter, The Ivy Cart and Pantry Deli, which he has recently purchased. This property lies within the towns of Ramapo and Haverstraw, and although no part of it is in the village, the Board has been extremely attentive to various development plans over the years, since any development there will undoubtedly affect village residents. Mr. Bergstol explained that his plans are not by any means complete, but that his concept is to develop the property to be predominantly residential. He went on to explain that any development would require a full environmental review, public hearings and a traffic study of Rt. 202. He also informed the board that he was aware of the recent resolution passed by the board concerning development in and around the village (see February Message from the Mayor).

In other business at the meeting, Mayor Marshall announced that the Village has been awarded a state

Please see **Village Board**, page 3

### Message from Mayor Herbert Marshall ...

As we begin to see the white and gray of winter finally giving way to the wonderful colors of spring, I thought that it might be a good time to discuss some of our more interesting local laws, and why we have chosen to make them part of our every day lives.

First of all, did you know that ......

Real Estate Signs placed on our roadways or other public property, or within public right of way fronting each residence in the village is subject to a $500 village fine for littering.

We have a "Pooper Scooper Law" just like New York City, and although you may keep chickens and ducks on your property, you can't have more than 4 and none can be an un-neutered rooster.

Landscapers are subject to fairly substantial penalties if they park vehicles on village roads which interfere with the safety and convenience of public travel, or deposit clippings, leaves, and other landscape debris on those same roads.

Bulk Trash may be placed curbside no earlier than the weekend preceding the pickup date.

All Swimming Pools must be completely surrounded by a 5-foot fence equipped with a self-closing and self-latching gate.

Customary home occupations, with some very specific regulations, may be operated within village boundaries, but they do not include: beauty parlors, tearooms, rooming houses, veterinary offices, cooperative warehouses, or any home occupation involving merchandising, trade or the exchanging of commodities. Nor can more than one professional sign or nameplate with an area not over 1 x 1 1/2 feet be displayed.

Please see **Mayor**, page 4

POM0013365

# March 2004

**VILLAGE OF POMONA · INCORPORATED FEB. 3, 1967**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | **1**<br><br>Bulk trash/Garbage<br>**Ramapo** | **2**<br>Democratic Primary<br><br>Bulk trash/Garbage<br>**Haverstraw** | **3**<br><br>Recycling -<br>paper | **4**<br><br>Bulk trash/Garbage<br>**Ramapo** | **5**<br>Cultural Center<br>Open 2-6pm<br><br>Bulk trash/Garbage<br>**Haverstraw** | **6**<br>Cultural Center<br>Open 2-6pm |
| **7**<br>Cultural Center<br>Open 2-6pm | **8**<br>7.30pm Village Hall<br>Village Board<br>Workshop<br><br>Bulk trash/Garbage<br>**Ramapo** | **9**<br><br>Bulk trash/Garbage<br>**Haverstraw** | **10**<br><br>Recycling -<br>bottles/cans | **11**<br>8.00 pm Village Hall<br>Planning Board<br>Regular Meeting<br><br>Bulk trash/Garbage<br>**Ramapo** | **12**<br><br>Bulk trash/Garbage<br>**Haverstraw** | **13** |
| **14**<br>2.00 pm Village Hall<br>Clean-up Squad | **15**<br><br>Bulk trash/Garbage<br>**Ramapo** | **16**<br><br>Bulk trash/Garbage<br>**Haverstraw** | **17**<br><br>Recycling -<br>paper | **18**<br><br>Bulk trash/Garbage<br>**Ramapo** | **19**<br><br>Bulk trash/Garbage<br>**Haverstraw** | **20** |
| **21** | **22**<br>7.30pm Village Hall<br>Village Board<br>Regular Meeting<br><br>Bulk trash/Garbage<br>**Ramapo** | **23**<br><br>Bulk trash/Garbage<br>**Haverstraw** | **24**<br><br>Recycling -<br>bottles/cans | **25**<br><br>Bulk trash/Garbage<br>**Ramapo** | **26**<br><br>Bulk trash/Garbage<br>**Haverstraw** | **27**<br>**Cultural Center<br>Opening Reception<br>Spring Exhibition<br>6.00pm - 9.00 pm** |
| **28**<br>Cultural Center<br>Open 2-6pm | **29**<br><br>Bulk trash/Garbage<br>**Ramapo** | **30**<br><br>Bulk trash/Garbage<br>**Haverstraw** | **31**<br>**Cultural Center<br>Workshop on<br>Lyme Disease and<br>West Nile Virus<br>7.30 pm**<br><br>5th Wed.<br>no recycling |  |  |  |

# Cultural Center Agenda

**SPRING EXHIBITION**
**(Yes! Finally Spring is here)**
Please join us on
**Saturday, March 27th at 6 pm**
for the Opening Reception featuring work by
Mark Gordon, Jacqueline Shatz & Lydia Viscardi

**Up-Coming Workshops**

Lyme Disease & West Nile Virus - March 31st - 7.30pm
Feng Shui - April 17th & 18th
Life Drawing - watch for times
Pysansky Egg Decorating - watch for times

**Call the Cultural Center at 362-8062 for information  - Gallery Hours Friday-Sunday, 2-6 pm**

## Historian's Corner ...

*You may have lived here for years or only a few months, but chances are, you don't really know why or how Pomona came to be a village. Here are some facts as excerpted from an original article by Village Historian, Ellie Litman.*

In August of 1965, Gerrit and Herman DeWaard and Samuel and Edward Schecter filed a petition with the Village of Haverstraw proposing a downzoning for 410 acres on Cheesecoate Mountain, then in the unincorporated part of the Town of Haverstraw. The project called for 2210 apartment units, 2340 townhouse units and 440 single-dwelling units with a possible increase of 12-24,000 in population.

Issues that came to light during the discussions of the planned project included adequate schooling as addressed by Dr. Steven Wortman. He estimated an increase of 4,000 new students in the district as well as the need for an additional library and hospital. The East Ramapo School District Board of Trustees urged that the application be denied as the developers would donate land for a school but would not build it. On the other side, the developers agreed to set aside an additional 100 acres of land north of the site to be forever green. They would provide sewers and a sewer plant to be utilized by surrounding areas, and yearly construction would be controlled. The Town of Haverstraw Planning Board recommended that the project be approved.

At that point the community was mobilized. Citizen associations were formed, and their leaders spoke at the public hearing. Edward Mabley presented petitions protesting the application from neighboring property owners including famed actor, Burgess Meredith. President of the Pomona Citizens Association, Dr. Jon Van den Hende, informed the board that his group would petition the state to create a new school district. Former Town of Haverstraw Attorney, Leon Klingher, emphasized the fact that Henry Horowitz, engineer for the petitioner, did not present any reason for the downzoning and added that since adjoining property owners were not notified, the hearing was illegal.

The Rockland County Planning Board then recommended the plan be denied, pointing out that over 17,000 persons could be accommodated on that site plus an additional 85,000 persons could be accommodated on an additional 1,700 acres of vacant land in the town. Then those living in the Town of Ramapo protested that their tax dollars would go toward schooling in Haverstraw. The situation escalated.

Leaders of the Pomona Citizens Association continued to implement their plan to form a village so local residents could control zoning in their neighborhood. At that time, state law dictated that a village cover less than three square miles, creating another area of issue concerning those who wanted to become part of the village but were, by virtue of distance, not legally allowed in. In August of 1966, the State Supreme Court verified the area mileage was accurate as submitted, and thus paved the way for a vote by residents of the area for self-determination. The October 21 vote at Camp Hill School (now our Village Hall) made Pomona the 13th village in Rockland County. Later that day, Jon Van den Hende was installed as the first mayor along with Trustees, Edward Mabley, Lewis Boswick, Joseph Carbery and Harold Lazaar.

At a celebration of the founding of the village, the mayor noted that "we do not believe down-zoning necessarily means progress. We intend to show the people of Rockland County that we are capable of governing ourselves and growing in a way that is a credit to our neighbors, our children and ourselves."

Village neighbor Burgess Meredith*, who had continued throughout the year to lend his support for the effort in every way possible chose to organize a benefit horse show on his extensive property to assist the finances of the newly formed village. Show revenues far exceeded expectations with celebrities such as Jose Ferrer, Charles Addams, Mitch Miller, Kitty Kallen, Lotte Lenya and Joel Grey attracting the large crowd.

Oh, and who named the village? This area, home to the oldest fruit farm in America, was named for Pomona, the Goddess of Fruit Trees, by its early owners–the Concklins.

*\*The Village named the park off Brookside Drive 'Burgess Meredith Park' to honor Mr. Meredith for his unfailing support.  It is interesting to note that Burgess Meredith did not officially live in the Village, but on Camp Hill Road, North, in the unincorporated portion of Ramapo. Ed.*

---

### Village gets Emergency Center grant

**Village Board**, from page 1
grant for funding of a Community Emergency Preparedness Center at Village Hall.

Senator Thomas Morahan and Assemblyman Alex Gromack assisted in obtaining this funding, for which the board is very grateful. The center will be equipped with an emergency generator, communications equipment, and emergency supplies including food, first aid items, cots and potable water.

During an emergency, Village Hall will be manned by members of the Village Emergency Preparedness Team to assist any residents who are in need at the time.

In his announcement, the Mayor added that the grant was not all that was asked for, but that it will provide the village with a good start in providing emergency preparedness for village residents.

Case 7:20-cv-06158-KMK   Document 34-11   Filed 10/20/20   Page 4 of 4

## Mayor Discusses Good Neighbor Policy



**Mayor**, from page 1

The common thread in each of the local laws mentioned is an overriding "Good Neighbor Policy" put in place to help protect the quality of life that we have come to expect in our village.

As a general rule, if the effect of any action or project has potentially adverse implications for any member of the community, or is oppositional to the character and nature of the village, it will be severely restricted or fully prohibited.

It is our right and privilege to enjoy every aspect of this lovely rustic community which we have chosen to make our own, but each of us must actively work to maintain the spirit of that community. Within that same framework, we in government, believe it is our responsibility to make sure that the spirit of Pomona is fully reflected in our local laws.

So the next time you begin to wonder about some annoying "Pomonaism" coming from Village Hall, please think about our "Good Neighbor Policy" and how you would feel about an un-neutered rooster on your neighbor's roof at dawn on a quiet summer morning.

Presorted Standard
U.S. Postage
P A I D
Permit #70153
Monsey, NY



100 Ladentown Road
Pomona NY 10970
845-354-0545

Mayor:         Herbert Marshall
Deputy Mayor:  Nick Sanderson
Trustee:       Ian Banks
Trustee:       Alan Lamer
Trustee:       Alma Sanders Roman
Clerk-Treasurer: Sue Glantz

MARCH NEWSLETTER

Editor:        Leslie Sanderson
Production and
Web integration: Nick Sanderson
www.pomonavillage.com

POM0013368