```
1    VILLAGE OF POMONA:NEW YORK              ORIGINAL
     BOARD OF TRUSTEES,
2
     ------------------------------------------X
3    In Re.

4    PUBLIC HEARINGS ON:
     LOCAL LAW AMENDMENT: DORMITORIES(CONTINUED)
5    LOCAL LAW AMENDMENT: WETLANDS

6    ------------------------------------------X
                         Monday -- 7:30 p.m.
7                        January 22, 2007

8                        Town Hall
                         Pomona, New York
9
     B E F O R E:
10
                   VILLAGE OF POMONA BOARD OF TRUSTEES
11   PRESENT:
                   HERBERT MARSHALL, MAYOR
12                 NICK SANDERSON, DEPUTY MAYOR
                   IAN BANKS, TRUSTEE
13                 ALAN LAMER, TRUSTEE
                   ALMA ROMAN, TRUSTEE
14                 DORIS ULMAN, VILLAGE ATTORNEY
                   MICHAEL ZRELAK, BUILDING INSPECTOR
15                 LESLIE SANDERSON, VILLAGE CLERK

16

17

18

19

20

21

22              SANDY SAUNDERS REPORTING
23               254 South Main Street
                    Second Floor
24             New City, New York 10956
                   (845) 634-7561
25
```

PLAINTIFF'S
EXHIBIT
118
9/30/14
PENGAD 800-631-6989

1           (Meeting opened with Pledge of Allegiance)

2           MAYOR MARSHALL:   Okay, if you want to speak

3      tonight, please fill out a participation request

4      form and turn it into the village clerk.

5           All right, a couple of things before we begin

6      the meeting; to avoid any misunderstanding about

7      tonight's proceedings, this is a regularly scheduled

8      meeting of the Village Board of Trustees.   Tonight's

9      agenda includes five public hearings, and a

10     significant amount of normal village business.   It

11     does not include any discussion concerning any

12     proposed development of the Camp property located on

13     Route 306, at Route 202.   Since no such development

14     plans have been submitted to the village, there is

15     nothing to discuss.   Because of the high number of

16     public hearings on tonight's agenda, the order of

17     agenda items will be changed, moving the open period

18     to the time slot following the public hearings.

19          Now a word on the conduct of the meeting; the

20     purpose of this meeting is to allow the Board of

21     Trustees to handle the many issues involved in the

22     regular functioning of village government.   It is

23     not and cannot become an open forum for public

24     debate.   There simply is not enough time.

25          However, there are specific times set aside for

RC 1066

1   public comment and interaction such as the public

2   hearings, and the open period.  Other public

3   involvement in the meeting cannot be allowed.

4   During the public comment period if you would like

5   to be recognized, it will be necessary to submit a

6   participation request form to the village clerk.

7   When your name is called, if you wish to address the

8   board, you will be required to approach the podium,

9   and enter your name and address into the record and

10  then proceed with your comments.  Each speaker will

11  be limited to three minutes, unless questioned by

12  the board.  I ask that you try to keep your comments

13  as brief as possible, and during the public hearing

14  restrict their content exclusively to the published

15  subject of the hearing.  The scheduled duration of

16  the open period, in which you can say whatever you'd

17  like, so long as it's not a personal attack, will be

18  limited to 45 minutes.  If the regular business of

19  the meeting is completed prior to 10 P. M. there

20  will be a second brief open period to entertain any

21  additional questions which may arise from the

22  conduct of our meeting.

23          All right, now that being said, we're going to

24  get underway.  Before we do, however, is there

25  anyone who has filled out a form who hasn't had it

4

1    collected?  Ladies and gentlemen, you cannot stand

2    in the doorway.  If you are going to attend the

3    meeting you have to move back into the room.  You

4    cannot stand and block the doorway.

5         FROM THE FLOOR: (Unidentified)  Why do you seem

6    so mad at all of us?  We're just here.  Tell us

7    where to stand and we'd be happy to stand.

8         MAYOR MARSHALL:  Why not go down the middle.

9    Does anyone have a participation request form that

10   hasn't been turned in?

11        Okay.  We're going to begin our meeting.  The

12   first item on the agenda is a continued public

13   hearing concerning the Local Law Amendment on

14   dormitories.  Now, as I explained at the beginning

15   of the last public hearing, this law is a simple and

16   very minor amendment, as part of our normal process

17   of evaluating, of revising our laws, and for your

18   information our village laws are a work in progress.

19   They're amended on a regular basis, particularly

20   when they are influenced by new legislation that

21   has, or new court decisions that have come down.  In

22   the case of the dormitory law, it is a law that has

23   been on the books since 2004.  The changes are very,

24   very minor, and they were discussed at length during

25   the last public hearing.

RC 1068

1          Now, at this time if the village clerk will

2     hand me the participation request forms, we will

3     open the public hearing concerning dormitories, and

4     the first one to speak will be Susan Cooper.

5          FROM THE FLOOR:  Put me at the end if you

6     would.

7          MAYOR MARSHALL:  Second will be Paul Savad.

8          FROM THE FLOOR: I'm an attorney.  My name is

9     Paul Savad.  My office is in Nanuet, New York.  As

10    everyone knows.  I was here last time.  I represent

11    Tartikov in the capacity as their attorney, and I

12    wish to speak, and I'll speak as quickly as

13    possible, but I have some meaningful things I'd like

14    to say about this law. We believe that our

15    particular property of a hundred acres plus is the

16    largest undeveloped parcel in the village.  We

17    believe that what may be minor changes to you is

18    discriminatory on its face, and it is designed to

19    totally and completely exclude dormitories and also

20    to exclude adult student housing.

21         The first thing I would ask is, I have a

22    question that could be -- it maybe not answered --

23    but has an EAF form been filed in connection with

24    this law?  And the second question is, has a GML

25    response been received from the County of Rockland,

1    and if so, if someone gets to answer at some

2    point -- I'd like to just finish.

3        As I said, we believe that this dormitory law

4    effectively does not permit dorms and particularly

5    on this particular property.  In 2004 the village

6    added dormitory to its definitions which

7    specifically excluded adult student housing, by not

8    permitting cooking, dining and housekeeping

9    facilities.  We believe that this was a reaction to

10   what Ramapo was doing when it adopted adult student

11   housing designated for adult married students,

12   faculty and minor children.  Both text amendments at

13   the public hearings were passed somewhere near

14   November of 2004.

15       Now the proposed law, which I believe is

16   Section 3, Paragraph 12, Subdivision F. of 130-10,

17   if I mischaracterized it, that's the law I intend,

18   effectively, as I said, limits the dormitories and

19   totally prohibits adult student housing, so as to

20   make it impossible at all to have it.  The proposal

21   of 2006, now 2007, effectively excludes all dorms by

22   the limitation of the size of the dorms, to 25

23   percent of all buildings on the lot, and I just want

24   to give an example.  If you assume, as the press

25   assumed, a thirty thousand square foot building for

1   a thousand students, and if that was the only

2   building on the property, then seventy-five hundred

3   square feet would be for dorms.  I have learned from

4   our architects that the architectural standard for

5   dorms is 350 square foot per student, for a dorm

6   room, which can house one or two students.  Well, if

7   you take seventy-five hundred square feet, which

8   would be the maximum amount of dorms permitted, in a

9   thirty thousand square foot school, you would be

10  allowed 22 to 44 students, or 2.2 percent, or 4.4

11  percent if there were two people in the room.  This

12  effectively precludes anyone living on the property,

13  which I submit is contrary to state and federal law.

14       Let me take it a step further.  If you would

15  assume a three thousand square foot building, for a

16  hundred students, you would be allowed 750 square

17  feet under this ordinance, and at 350 square feet

18  per room, which is the architectural standard, you

19  would be allowed between two and six students.

20       So I respectfully submit to the board that this

21  is a deliberate attempt to circumvent state and

22  federal laws, to totally exclude the possibility

23  that any organization, on any property, whether it's

24  secular or religious, would not be permitted under

25  this ordinance to build any school in which students

RC 1071

1    live on campus.

2         Just historically, pertaining to dormitories,

3    real quick, and again I'm talking about this hundred

4    acres; in 1991 this property was subject to a

5    restriction not permitting the camp to expand. They

6    then sold it to Yeshiva Spring Valley, Yeshiva

7    Spring Valley investigated and brought to the

8    attention of the village that it wanted to build a

9    Yeshiva in which no students lived on campus. That

10   resulted in zone changes, in 2004 amending the code

11   concerning dormitories to prohibit adult student

12   housing, which wasn't even proposed by Yeshiva

13   Spring Valley, and this was just after the Town of

14   Ramapo rezoned the property across the street.

15        The 2007 amendment, now in 2007, again is, we

16   believe, effectively directed at this particular

17   piece of property and totally excludes what is

18   defined to permit, and by totally excluding it, it's

19   as if you don't even allow it and by not allowing

20   it, the original intent to follow state and federal

21   laws to permit it, is effectively gutted if you pass

22   this law.  Thank you.

23        MAYOR MARSHALL:  Thank you.  Ladies and

24   gentlemen, please limit your comments to three

25   minutes.  We have a lot of business to get through

1    tonight.

2         (Multiple comments and noise from the floor)

3         MAYOR MARSHALL:  If there is any more public

4    outcry I will clear this room.

5         (Multiple comments from the floor)

6         MAYOR MARSHALL:  This meeting will be conducted

7    in a calm and staid order.  If you cannot accept

8    that, this room only allows 49 people to attend.  If

9    I have to clear it, I'll clear it.  I want to be

10   fair but I don't want disorder in this meeting.

11        Now the next person --

12        FROM THE FLOOR: (Unidentified) Can you just

13   hold people accountable to your rules?

14        MAYOR MARSHALL: I can't hear you.

15        FROM THE FLOOR: One of the rules was three

16   minutes, so all we're just asking is that for the

17   sake of time, that you hold people who come up to

18   the floor accountable for the three minutes.

19        MAYOR MARSHALL:  Thank you.  Next person,

20   Andrew Wiley.

21        FROM THE FLOOR:  I want to speak on the church

22   issue, not this public hearing.

23        MAYOR MARSHALL: Okay.

24        Ed Leventhal.

25        FROM THE FLOOR:  Good evening.  I did not come

RC 1073

1    here to discuss ARLUPA (phon).  I did not come to

2    discuss what is appropriate percentages or living

3    quarters for any persons.  What I did come here to

4    discuss was that if I read the paper correctly, the

5    population of Pomona is 3200 residents.  I don't

6    think it's reasonable to say that one institution

7    can, by virtue of the dormitory restriction or the

8    dormitory permission, be allowed to have 4500

9    people.  This would entirely change the character of

10   the village.  It would entirely change the politics

11   of the village.  And I think there has to be a

12   solution through the zoning laws and through the

13   amendments to the zoning laws that prohibits such a

14   large number of people being within one property,

15   and one institution.  Thank you very much.

16        MAYOR MARSHALL:  Thank you.  Before I ask the

17   next person to come up; this public hearing has to

18   do with the amendment to our local law.  Please try

19   and restrict what you say to that topic at this

20   time, okay?

21        The next person is Eloise Litman.

22        FROM THE FLOOR: Eloise Litman.  I live at 682

23   Route 306 in the Village of Pomona.  I urge you not

24   to allow the type of housing that's being discussed

25   in that law.  I don't think the area calls for it.

RC 1074

```
 1        The village is too small, and I don't think that we

 2   should have that kind of housing anywhere in the

 3   village.  Thank you for allowing me to come up.

 4        MAYOR MARSHALL: The next person is Susan

 5   Cooper.

 6        FROM THE FLOOR:  I pass.  Thank you very much.

 7        MAYOR MARSHALL:  Does anyone else have a form

 8   they would like to submit so they could speak?

 9        Come on up.

10        The objective of having this form is to make

11   this whole process go more smoothly, to give every

12   one a chance to speak.

13        FROM THE FLOOR:  My name is Howard Bleiwas, 7

14   Beaverdam Road, right across the street.  I moved

15   here about five years ago.  First of all I want to

16   respond to attorney Savad; he stated that the law

17   was discriminatory.  I remember the dictionary

18   definition of discriminating; it's carefully

19   deciding based on the facts, and in that case I

20   would like to think we do, we do carefully decide

21   based on the facts.  I've been a firefighter for

22   Hillcrest for almost twenty years.  We don't have

23   the equipment to handle six story buildings, which

24   incidentally will be I think the third through ninth

25   largest buildings in the county, requiring probably
```

RC 1075

12

1    a transition to the first paid firefighters in

2    Rockland.

3         I also wanted to respond to attorney Savad's

4    statement about restricting the number of students.

5    Now I went to Yeshiva Hadar, I'm a member of Temple

6    Beth El, and St. Bonafice -- ask my wife about that.

7    The answer is, and I know this is going to get some

8    gasps, but I welcome the Rabbinical College of

9    Tartikov to the area.  I think any religious

10   institution should take advantage of the law, should

11   use the law, and should be allowed to practice

12   freely.  What I don't think should be allowed, and

13   nothing restricts the number of students.  You have

14   a ten thousand square feet building, whatever the

15   fire inspector says is safe, you can have as many

16   students.  What this issue is, and what the law is

17   about, is how many people can actually be put in a

18   given place.  How big can the buildings be.  When a

19   building -- my house is two stories, and I have to

20   look to the west and there is six stories, when the

21   nature of the law says that we must make fair

22   accommodations for religious practice, we don't have

23   to make fair accommodations for a change in our

24   government, for a change in our neighborhood, and

25   for a change in everything that we moved to Pomona

RC 1076

13

1    to get.  I have to say, I moved here five years ago,

2    and I love the place.  As a matter of fact for

3    Halloween I bring the cotton candy machine.  I look

4    forward to that.  I look forward to the fishing.  I

5    don't look forward to having an increased tax base.

6    I don't look forward to having blights on the

7    landscape, and a change in the nature of the

8    community, and that's really what I wanted to say.

9    Thank you.

10        MAYOR MARSHALL:  Ladies and gentlemen, I want

11   to be fair and equitable.  This is not a public

12   hearing on whether or not we want to have the

13   project that was talked about in the newspaper in

14   the Village of Pomona.  We have not received any

15   information, as I said initially.  There are no

16   plans, there is no information that this village has

17   received, so therefore it is not an issue at this

18   time.  When and if such a project comes in  there

19   will be ample time for public response, because the

20   process that is involved calls for a number of

21   public hearings.  There will be lots and lots of

22   opportunity, and quite frankly at that time I would

23   think that we might go into a separate facility,

24   based on this.      That is not the purpose of our

25   meeting here tonight.  The purpose is to consider

RC 1077

14

1    changes, changes, shavings, streamlining of our

2    existing village law.

3         FROM THE FLOOR: Let me just follow up with

4    that. I encourage the law.

5         MAYOR MARSHALL: Okay. Is there anyone else

6    wishing to speak who has not turned in a form?

7         FROM THE FLOOR: I would like to speak.

8         MAYOR MARSHALL: Come up to the podium. Your

9    name, and address.

10        FROM THE FLOOR: My name is Gregg Briem. I am a

11    resident of Pomona. This is a disgrace. It is an

12    absolutely disgrace. You are in the wrong town, and

13    the wrong village. I worked, as did many of my

14    fellow villagers --

15        MAYOR MARSHALL: Let me interrupt a second --

16        FROM THE FLOOR: No, no, let me speak.

17        MAYOR MARSHALL: I will, just a second. No

18    flash bulbs please at this meeting.

19        FROM THE FLOOR: I worked all my life to raise

20    my children in a suburban environment where they

21    could be safe, where they could be comfortable,

22    where they could make friends, where I can enjoy the

23    rest of my life. I did not bring my family to a

24    college town, whether religious or secular. This

25    village's infrastructure cannot handle,

1       logistically, it is a matter of fact, the amount of

2       students that would be at this college.  It is a

3       matter of fact.  Not discussion or opinion.  Our

4       sewage lines cannot handle it.  Our roads cannot

5       handle it.  Our entire social infrastructure

6       cannot handle, whether it's a rabbinical college or

7       a state university, or a private school.  This is

8       the Village of Pomona.  This is where I brought my

9       family to live.  If you allow this school to be

10      brought to this village, you're going to destroy

11      everything that everybody here worked for all their

12      life and I will never, ever, let that happen.  Thank

13      you.

14          FROM THE FLOOR:  My name is Pat Durkin, 292

15      Quaker Road.  I understand what everyone is saying.

16      My question to you now is, I do believe the

17      amendments are warranted, and I would just like to

18      know --

19          (Multiple comments from the floor)

20          MAYOR MARSHALL:  Just a second.  Please give

21      courtesy to the speakers.  If you want to come up I

22      will gavel anyone that tries to stop you, but give

23      courtesy to the speakers, and that doesn't include

24      shouting out.

25          FROM THE FLOOR: As I said, unlike Mr. Savad, I

RC 1079

1    believe these amendments are warranted.  The village

2    was created to have zoning of its own.  My question

3    now is, what is the procedure following and what

4    legal backing does the village have, because of

5    everything I've read that this sort of thing can be

6    railroaded through due to loopholes in the original

7    federal law.  What is the next step for the village

8    to ensure that this does happen, and everyone, such

9    as I, I have to live within the acre zoning for

10   residential, others should have to live with

11   whatever zoning a village gives to dorms.

12        Thank you.

13        MAYOR MARSHALL:  I am not going to respond to

14   anything that anyone says during the public hearing.

15   In some cases, for example Mr. Savad's question, and

16   your question, your comments, I will try and clarify

17   once the public hearing is closed.

18        Is there anyone else wishing to speak on the

19   dorm, the proposed amendment to our local law

20   regarding dormitories at this time?

21        FROM THE FLOOR: I didn't fill out a form but

22   I'd like to speak.

23        MAYOR MARSHALL: Come on up.

24        FROM THE FLOOR:  My name is Martin Jaffe.  I

25   live at 14 Tamarack Lane in Pomona.  I have only

1    lived here for about 40 years, a short period of

2    time. It's been a wonderful 40 years. I arrived

3    here shortly after the village had been formed. I

4    understood the principles behind the village. And

5    in all honesty, our mayor, as well as his

6    predecessors, have tried to run this village in

7    keeping with the spirit that the village was formed.

8    They have tried to keep a rural community where we

9    could all enjoy life with our families and quite

10   frankly to this day, you have achieved that. They

11   have also seen tremendous growth occurring in the

12   village. I think that this administration has to

13   protect the rights of the people that have lived

14   here, have lived here for 40 some odd years, and

15   even the people who have just recently moved in. We

16   have moved here because it's a rural community. We

17   want it to be a rural community and we don't want it

18   inundated with a population density that is beyond

19   the ability of the infrastructure to handle, so

20   please, maintain the same zoning principles that

21   have kept this village a rural community. Thank

22   you. .

23        MAYOR MARSHALL: Okay, anyone else?

24        FROM THE FLOOR: Can I speak, even though I'm

25   not in Pomona?

RC 1081

1       MAYOR MARSHALL:  Yes, after this gentleman.

2       It would be much more efficient if you folks

3   filled out the form.  Go ahead.

4       FROM THE FLOOR: Dennis Rheel, 70 Pomona Road.

5   A journey begins with one step, and this is the

6   first step, and this is not a step that we haven't

7   seen in other areas at other times.  This is the

8   opening of changing the entire aspects of this area,

9   of the county.  I'm not familiar with all the

10  dormitory specifications or whether it meets the

11  requirements or whatever, but there is no denying

12  what is going on here tonight, and what is going on

13  here tonight is that there is a group who wants to

14  take over this village, and we live in this village

15  and we're saying to you, where are our rights, where

16  does it come from here?  I mean to think of the

17  concept of changing the entire neighborhood here to

18  accommodate people who have the federal law on their

19  side, if it becomes a battle between the federal law

20  and the Village of Pomona I don't know where it's

21  going to go to, or what the aspects are going to

22  evolve to, but at some point if we keep allowing

23  this journey to continue, there is not going to be a

24  village that we know that we belong to.  This

25  totally changes the entire concept of the village,

RC 1082

1    and it puts an unfair burden on the people who are

2    here, because it's totally changing their way of

3    life, and it's also putting a burden on them

4    financially.  I can only speak for myself.  I have a

5    hard time making it here, and now to face the

6    prospect of supporting a lifestyle that is fine with

7    me, I mean, but why should I support it, why should

8    I be responsible for paying the expenses of somebody

9    else's lifestyle, whether you cloak it in religion,

10   you cloak it in anything you want to say, it just

11   seems unfair that the burden should be placed on the

12   people who have lived in the village by other people

13   who want to come in and change the whole nature of

14   the village.  Where is the justice?

15        Okay, that's it.

16        MAYOR MARSHALL:  Ladies and gentlemen, I know

17   that many -- Marlena, just a second -- this is a

18   public hearing on a change in our local law.  This

19   is not the time to come up and to talk about whether

20   you want a project that we have gotten nothing on.

21   There is no proposed project that exists for the

22   Village of Pomona at this time.  I know what you

23   read in the papers.  I know what you think is

24   happening.  I appreciate everything that everyone

25   wants to say.  I want to give you a chance to say

1    it, but this is not the time to say it.  The

2    business at hand is whether or not to vote on a

3    proposed change in our local law.  That's the only

4    thing we're dealing with here.  This is not a

5    property specific issue.

6             (Multiple simultaneous comments from the floor)

7             MAYOR MARSHALL:  This is not the forum for

8    that.

9             There will be ample time for all of you to say

10   whatever you want to say once the project has been

11   submitted to us.  It hasn't been submitted.

12            FROM THE FLOOR: (Unidentified)  We don't want

13   it submitted.  You're not getting it.  We don't want

14   it submitted, okay?

15            (Multiple comments, Mayor banging gavel)

16            MAYOR MARSHALL:  Any more outbursts and the

17   next person that says something will be asked to

18   leave.  We have a meeting to conduct, and I'm not

19   going to discuss it in an open forum.  That's what I

20   said at the outset and I maintain it.

21            Now, that being said, state your name.

22            Please address your comments to this public

23   hearing.

24            FROM THE FLOOR: My name is Marlena Payone

25   (phon) and I live at 619 Route 306 in the Town of

1    Ramapo.   Pomona is across the street from me.  I

2    have been watching the adult student housing, both

3    on Hillside Avenue and over on Grandview.   If you

4    all want to see what the adult student housing looks

5    like, go to Grandview Avenue, take a left, and see

6    the monstrosity.   Thank you.

7         MAYOR MARSHALL: Now --

8         FROM THE FLOOR: Let her talk.

9         MAYOR MARSHALL: You are not running this

10   meeting.

11        FROM THE FLOOR: Maybe we should be running this

12   meeting. Let her talk.  You're going to throw me

13   out, get pictures of it, okay, because you're not

14   letting anybody talk.  That's why the police are out

15   there putting us in three different parking lots.

16   Everyone should understand that this is not going to

17   happen, and we're not going to let it happen.  Let's

18   stop it now.

19        (Multiple shouts of "Stop it Now")

20        Their counsel is here to protect their

21   interests.  We're here, the people who live in this

22   village, to protect our interests, okay.

23        FROM THE FLOOR: Everybody calm down a minute. I

24   just want to say one thing.

25        MAYOR MARSHALL:  I'll give you a chance, but I

RC 1085

1        said something at the outset of this meeting. Now

2        that is, to avoid any misunderstanding about

3        tonight's proceeding, this is a regularly scheduled

4        meeting of the Village Board of Trustees.  Tonight's

5        agenda includes five public hearings, and a

6        significant amount of normal village business.  It

7        does not include any discussion on the part of the

8        board concerning any proposed development of the

9        camp property located on Route 306 and Route 202.

10       Since no such development plans have been submitted

11       to the village, there is nothing for us to discuss.

12       Because of the high number of public hearings

13       tonight, on tonight's agenda, I changed the order of

14       the agenda to accommodate it.

15            Now if you'd like to put your name and address

16       into the record.

17            FROM THE FLOOR: Rhoda Zingali, 10 Emerald

18       Drive, Pomona.  I just want to say a few things.  I

19       wasn't here for the beginning.  I didn't hear your

20       agenda but obviously this turnout of people gives

21       you a fair share of where you are going.  The road

22       you're going to take is not going to be an easy one,

23       after things are submitted, if they get submitted.

24       My question was, or not a question.  The only thing

25       I wanted to say was, I lived here for ten years, and

RC 1086

1    I live right down the road.  Actually my view would

2    be of the new college, if it does ever get up, that

3    would be my view of Pomona.  All I want you to do is

4    stand as strong as you have against me getting a

5    sidewalk on Ledentown Road.  I have been asked and I

6    have been laughed at, you're crazy, you'll never get

7    it.  I have four children.  I would love to walk to

8    Stop and Shop safely, and not have to come around

9    hair pin turns and be afraid that someone is going

10   to take me out.  So just stand as strong against

11   something like this that would change our urban

12   environment.  That's it.  I don't care -- if they

13   were asked to put up a cathedral behind my house, I

14   don't want it.  I like the urban-ness (sic) of

15   Pomona, so just stick to that, stick to your guns as

16   hard as you stuck to your guns about sidewalks and

17   everything will be fine in Pomona.  Okay.  Thank

18   you.

19        MAYOR MARSHALL:  When and if a project is

20   submitted there will be --

21        FROM THE FLOOR: They think that's funny.

22        MAYOR MARSHALL:  Excuse me, am I interrupting

23   you.

24        FROM THE FLOOR:  You laughed at her.  You all

25   smiled and laughed at her like --

RC 1087

1    FROM THE FLOOR: (Ms. Zingali) They smiled

2  because they know these are real problems.

3    MAYOR MARSHALL:  We cannot run a meeting and

4  have you speak everytime somebody else speaks.  Now

5  if I could say something, when and if a project is

6  submitted to the village, there will be many

7  opportunities for everyone who wants to say anything

8  they want to say, all the things that you've been

9  saying tonight, at those meetings.  This is not the

10  time to say it.  There is nothing before us.  I know

11  what you have read in the paper.  There is nothing

12  before us.

13    FROM THE FLOOR: (Unidentified) On the Pomona

14  Village Hall, on the web site, as for what the

15  meetings were going to be held, the first one stated

16  was, the size of the dormitories.  That is what it

17  said, the discussion tonight was going to be the

18  size of the dormitories, and you're telling me I am

19  not supposed to worry.

20    MAYOR MARSHALL: Look a little further on the

21  web site and you would have seen the proposed change

22  in our local law.  What we are considering tonight,

23  if it will expedite this, what we are considering

24  tonight are minor changes to an existing law which

25  defines what dormitories are allowed, the size of

1   them, and several other things.  The changes that

2   we're considering are very minor changes.  Very

3   minor changes.  It has nothing to do with the

4   property that you all are talking about.  It has

5   only --

6            (Multiple simultaneous comments)

7            If you would like to find out, then read the

8   local law.  Ladies and gentlemen, this is not the

9   time to discuss a project that doesn't exist for us.

10  We're here to discuss a change in our local law.  It

11  is a minor change.  Does anyone else want to speak

12  on the proposed change in the local law?

13           Yes.

14           FROM THE FLOOR: Hal Deutschman.  I live at 7

15  Jade Court in Pomona.  I understand what you're

16  saying here tonight, that we're here not to discuss

17  dormitories, but we're here to discuss the proposed

18  amendments to zoning.  The problem is that you

19  started off the meeting allowing this gentleman to

20  talk about his proposal, his group's proposal about

21  dormitories.  He was the one who started this off.

22  If there were three thousand people who live in

23  Pomona and I look around here, and maybe there is

24  close to three hundred, ten percent, before anything

25  is even happening about these proposed amendments,

26

1    are a major concern to the people of this village.

2    What I am asking you to do and I think what these

3    people are asking you to do, is not to change the

4    zoning laws.  I don't know what the amendments are.

5    You tell us we should go read the laws.  We need you

6    to tell us what the laws are and what the changes

7    are being proposed, and if you do that to us, what

8    we're here telling you is, we like it the way it is,

9    we don't want any changes, no matter what these

10   laws, these proposals are being brought forth, and

11   we don't know what they are.  It's almost a big

12   secret.  But if that's what you want to do, we're

13   here to tell you that we don't want to change.  We

14   like our village the way it is.  This is not a

15   religious thing, it's not a secular thing, it's a

16   lifestyle thing.  And we're asking you, if you want

17   us not to discuss what is not going, what has not

18   been proposed yet, but the papers made us feel that

19   it is, because take a look at -- you don't have this

20   kind of group here at any kind of meeting.

21        We're asking you then, before you continue, to

22   please define to us what these zoning laws are.

23        FROM THE FLOOR: (Unidentified)  Can I ask a

24   question?  The meeting is being videotaped by the

25   gentleman against the wall there.  Can I ask him to

RC 1090

1    identify himself please.

2         FROM THE FLOOR: (Unidentified) "They" do that

3    all the time.

4         MAYOR MARSHALL: He has a right.

5         FROM THE FLOOR: (Unidentified) I'd like him to

6    identify himself.

7         FROM THE FLOOR: Joseph Weinberger.  I was hired

8    by a person to record it.

9         (Multiple comments.)

10        FROM THE FLOOR: (Unidentified) Do I have a

11   right to object to being videotaped?

12        (Multiple inaudible comments.)

13        MAYOR MARSHALL: All right, before we take

14   another step, the last gentleman said some things

15   that made a lot of sense.  Doris, will you please

16   explain what the changes in our local law, what

17   we're considering here, and the law that exists.

18        FROM THE FLOOR: (Unidentified)  Why are we

19   considering it?

20        MS. ULMAN:  First I think it is important to

21   tell you what our definition of dormitory is,

22   because I think there is a lot of misconception out

23   there, and the village, the proposal before the

24   board it seems does not change any of the substance

25   of what currently exists.  Our current dormitory

RC 1091

1    definition prohibits single family, two family, or

2    multifamily dwelling units.  It is a traditional

3    dormitory definition, the same as you would see in

4    most of the communities in New York State, and

5    similar to what you would see in most places that

6    have schools, both secondary colleges, and lower

7    sessions.  So the provision does not change.  What

8    we are doing is to make it clear that the dormitory

9    use is an accessory use to a school.  Our prior law

10    said the same thing but not in the specific

11    language.

12        What we added in this amendment is the word

13    that the -- must be on the same lot, an accessory to

14    a principal school use.  That's one of the

15    amendments in this law.  Very innocuous.  One of the

16    other things that we changed was to permit two

17    communal dining rooms in a dormitory building.  We

18    do not permit kitchens in every room.  That is

19    specifically excluded.  We also changed the height

20    limitation of the buildings to 35, not to exceed 35

21    feet.  That's the same height limitation --

22        FROM THE FLOOR: 25 feet.

23        MS. ULMAN:  That's in the current law.  The

24    board is considering raising that to 35 feet --

25        (Shouting)

RC 1092

29

1    FROM THE FLOOR: (Unidentified) That's not an

2    innocuous change at all.

3    MAYOR MARSHALL:  Excuse me, I'm doing this for

4    you.  If you cannot comport yourselves --

5    FROM THE FLOOR:  Just say the old law, and new

6    law proposed, so we know the difference.  I didn't

7    know it used to be 25. It got right past me.

8    So if you can just say, you know, it used to be

9    25 and now it's going to be 35.  We'd like it to go

10   to fifteen really.  Get it in our favor.  Let's

11   change the law in our favor as opposed to

12   accommodating, going up 25 to 35, I think we can go

13   25 to 15 and everybody here will we real happy.

14   MAYOR MARSHALL:  Doris.

15   MS. ULMAN:  35 feet is the same height that is

16   the required maximum height for all other uses

17   in our zoning law.  This just makes dormitories

18   consistent with our other laws.  Your single family

19   houses have a height limitation of 35 feet.  It

20   doesn't mean that every building is going to get to

21   35 feet.  But that is one of the considerations that

22   is before the board this evening.  It has not been

23   done yet.  But it is a consideration.

24   We have included, and we have a thing that's

25   called credits to net lot area.  You need a specific

RC 1093

lot area in order to construct any kind of a

facility.  In determining the minimum lot area for

any project for any project, we as well as most

other communities, deduct certain environmental

concerns that exist on the property.  For example,

if you have a steep slope on the property, we deduct

a certain amount based upon the percentage of steep

slope, to get to the, what we call net lot area.

You deduct wetlands, because you don't want to build

on wetlands.  You deduct flood plain, you deduct --

what we added to this law was a deduction for

wetlands and utility easements, which were not in

the law before.  It creates the same requirement

that we have for other uses in the village.  These

are very, in my opinion, minor changes.  These are

not creating new -- they are more restrictive than

they are --

MAYOR MARSHALL: The change in the law that

we're considering, please keep this in mind, is not

property specific.  It is not directed at the

property that you all are concerned about.  It is

directed at the entire village.  There is more than

one property in the village, on which an educational

facility can be built.  This law controls what goes

on on those properties, for all properties in the

1    village.  It is not property specific.

2        You were next.

3        FROM THE FLOOR:  Christina Oliver.  I live at

4    29 Country Club Lane, and I was wondering, are there

5    dormitories already existent in the village?

6        MAYOR MARSHALL:  No.

7        FROM THE FLOOR: So if there aren't, then can we

8    get rid of the law to allow dormitories?

9        MR. LAMER: I'll take a stab at that one.  Under

10    New York State Law, as well as federal law,

11    educational uses get preference, and part of the

12    educational use is the right to build dormitories.

13    What we're doing here is setting -- there is already

14    a dormitory law in the Village of Pomona.  Basically

15    we're trying to take into consideration various

16    environmental impacts, like we do with other laws;

17    steep slopes, wetlands, flood plains, environment,

18    utility easements, so in effect when you're

19    measuring the amount that you can use for

20    educational use, you have to subtract out those

21    areas where you're not allowed to build.  The

22    purpose of the amendment really is to tighten up the

23    existing law.  We're not creating a new law.  We're

24    trying to make it clear what can and can't be used

25    in connection with the federal and state

RC 1095

1    requirements.

2        FROM THE FLOOR: My name is Larry Modell, 23

3    Woodfield Road, Pomona.  Is there anything in this

4    new proposal that changes the percentage of land use

5    other than subtracting, that something going from 25

6    percent to 20 percent or 20 to 25?

7        MS. ULMAN: Basically that's what Mr. Savad had

8    addressed initially.

9        FROM THE FLOOR: Could we hear that change

10    please.

11        MS. ULMAN:  In the prior law dormitories were

12    considered accessory use to a school use, which they

13    are.  There was no specific percentage as to what

14    determined the accessory use.  The new law creates a

15    25 percent limit on the dormitory use in relation to

16    the total square footage of all buildings on the

17    lot, so that if you have a hundred thousand square

18    foot building, you would be permitted to have not

19    more than 25 thousand square feet of dormitory.

20        FROM THE FLOOR: In the prior statute was it

21    twenty percent?

22        MS. ULMAN: It was nothing.  We have no

23    specification.  The purpose of this is to clarify

24    what the limitation is.

25        MAYOR MARSHALL: It was allowed but there was no

1    specific -- there was nothing specifically that we

2    could point at.  That's the whole purpose of this is

3    to tighten up the existing law.

4         FROM THE FLOOR: In making these changes to

5    conform to existing building code for residential

6    use, does it make this new plan in its consistency,

7    more defendable should there be a plan at some

8    future time submitted for the use of this property,

9    so that rather than have something created as a

10   reaction, you're bringing these changes into a

11   pattern that's consistent with what we already allow

12   and for which there is a well established precedent?

13        MS. ULMAN:  I believe our law is legally

14   defensible, yes.

15        FROM THE FLOOR: Because I think that's

16   important to hear that these are not just arbitrary

17   changes, but that these are very considered changes

18   made to bring all of our laws into some consistent

19   basis for what already exists.

20        MS. ULMAN:  But I think it's very important

21   what you brought up, because what we attempted to do

22   here was to clarify and take away some of the

23   ambiguity that existed in our prior law.  It's very

24   difficult to defend a law that is ambiguous.  If you

25   have clear statements in a law it is much easier to

34

win in court if the case should arise.

FROM THE FLOOR: I think it's important, it is much harder to defend something that appears to be an exception than it is to be the rule, and so I think everybody has similar concerns, but I think it's important in discussing these changes that it's understood what the genesis was, what the incentive was, and what the ultimate outcome will be, so that you can defend yourselves at some point should there be a question about why they exist.

MS. ULMAN: And I may say that that applies to all of our laws. We are constantly looking to make sure that what we have on the books is legally defensible, because if you can't enforce your law you don't have one.

FROM THE FLOOR: Thank you for your efforts on our behalf.

MAYOR MARSHALL: Thank you very much. I said something earlier that perhaps wasn't clear. Supporting what Doris has just said, existing case law is fluid, just like our laws are fluid. In other words the overall direction that we take for our laws, that are weighed when we go to court on issues, are influenced by case law that comes in on a regular basis. Actually the laws that we, the

RC 1098

1   changes in our laws here, in almost every case, have

2   been influenced largely by that case law.  So it

3   behooves us as responsible government officials to

4   adjust our law so that it's not, it's not something

5   that's hollow, it's something that is real and

6   defensible if the time comes to defend it.

7       Yes.

8       FROM THE FLOOR: Joseph Becchnelli (PHON) 30

9   Skymetal Road, Suffern, New York.  I just had a

10  question.  With all your experience, do you feel the

11  new law would make it more difficult for a project

12  like this anywhere in the area to go through, or do

13  you feel it would be less difficult for the project

14  to go through with the new laws?

15      MS. ULMAN:  Any project that comes into the

16  village, through any of our boards, is required to

17  comply with our existing laws.

18      FROM THE FLOOR: I think what everybody is

19  trying to say is we would like to make it tougher

20  for these project to go on, rather than easier so if

21  you can tell us how we can vote for that.

22      MS. ULMAN:  If the project complies with our

23  law --

24      FROM THE FLOOR: The change in the law, you

25  said. Aren't we working with it?

1            MS. ULMAN:  We have a law that we believe

2    complies with state and case law, and if the

3    applicant submits a proposal that is in compliance

4    with our law, they will have the right to build.  I

5    read some of the definitions of dormitories, we have

6    definitions of educational uses.

7            FROM THE FLOOR:  Well, the dormitory one, you

8    just said they have got to have a school, okay.  Now

9    they know that so that when they draw the plans they

10   will draw it for a school.  I don't think it makes

11   it harder.  It seems like the whole thing is to make

12   it more clear, that's why their lawyer is here, to

13   find out what he's got to do to get it through.

14           MS. ULMAN: If he can produce a plan that

15   conforms to our law, I think the entire village will

16   be protected.

17           FROM THE FLOOR:  Okay.

18           MR. LAMER:  I'll take a stab at your question,

19   if I may.  You may have heard at the very beginning

20   that Mr. Savad was complaining that these amendments

21   unfairly restrict some theoretical project that

22   doesn't exist, as far as the village is concerned.

23           FROM THE FLOOR:  Nevertheless everybody is here

24   for the whole future project.  I don't even live in

25   Pomona, I live up the road.  We don't all read the

1    whole web site.  We are here as concerned village

2    people.  It seems like you just make it easier for

3    these projects to go on and we as the people are

4    screaming out, how can we make it harder.

5         MR. LAMER: As I said, Mr. Savad may believe

6    that these amendments unfairly restrict some

7    theoretical project.  The proposed amendments to the

8    regulations, and the inherent restrictions due to

9    steep slopes, environmental concerns, as well as

10   height restrictions, and area restrictions, are

11   necessary to promote the public health, safety, and

12   welfare of the village, and its residents.  And

13   that's the reason why this proposal is before us

14   today.

15        MAYOR MARSHALL:  All right, next.

16        Before you speak, we have to get past this

17   public hearing, how many people want to speak on

18   this?

19        Anyone else?  Sure now?

20        Three people.

21        There are three more people who wish to speak

22   in addition to our current speaker, then I would

23   like that to be it, to end this public hearing.  Are

24   you sure now that you don't want to speak, anyone

25   else?

1        All right, those three people are the only

2    three after this speaker who will come up to speak.

3        FROM THE FLOOR: My name is Michelle Diliberto

4    (phon) 383 Bridget Court, Pomona.  When you were

5    speaking about dormitories, and what the changes

6    were going to be, not only just the 25 feet going up

7    ten feet, you also talked about a common area, which

8    would have a kitchen.  Am I correct, was that one of

9    the changes as well, a common area for the

10   dormitories.

11       MS. ULMAN:  Yes.  Common dining area.

12       FROM THE FLOOR: Common dining area, okay.  Now

13   I went to college, I stayed in a dormitory.  I

14   stayed in a dormitory with a common area that, yes,

15   maybe it is a dormitory on paper, it's an apartment.

16   Apartments that people were living in with families.

17   So how are you going to protect our rights, if for

18   some reason there is a college or something comes to

19   this town, how are you going to protect our rights

20   from families living there, not just the students?

21       I am asking the question.

22       MAYOR MARSHALL:  Are you finished?  If you are

23   finished then I'll have the question answered.

24   We're not going to debate the question.

25       MS. ULMAN:  Our definition of dormitory states

1  that it will contain private or semi-private rooms

2  within the dormitory.   That is normal to most

3  dormitory definitions throughout the state.

4       FROM THE FLOOR: That's not my question.   You

5  didn't answer the question.   You just read the same

6  thing you read to us a few minutes ago.   How are you

7  going to make sure families are not going to be

8  moving in there, not just the students.   How are you

9  going to enforce it?   Thank you.   How are you going

10  to enforce this?   That it is not just going to be

11  students.   All of a sudden they are bringing

12  in their families, and then instead of 45 hundred

13  you're going to triple it.   How are you going to

14  protect that from happening?

15       Since I've been living here, I was born and

16  raised in Rockland County.   I'll almost 32 years

17  old, and I want to make sure that if there is a

18  college built, are there going to be families living

19  there, because what you're saying, these changes are

20  making it very easy for these people to move here,

21  very easy -- you know what, I'm going to go to this

22  school, and guess what, so are five of my kids and

23  so is my wife.   How are you going to help us make

24  sure that that doesn't happen?   How are you going to

25  enforce this law?

RC 1103

1      MS. ULMAN: I don't believe four people can live

2   in a single room.

3      (Shouting)

4      MS. ULMAN: We're not talking about a common

5   area.  Let me finish --

6      (Shouting)

7      MAYOR MARSHALL: Doris, why don't you read the

8   definition.

9      MS. ULMAN:  In the dormitory, as in most

10  dormitories, there is one communal dining room, one

11  common dining room for all the students.  That is

12  normal.  It was in the school that my children went

13  to.  I mean, that's it.

14     FROM THE FLOOR: Where I went to I had a four

15  room with a common area.  That's what I'm asking, is

16  it going to be that.

17     FROM THE FLOOR:  That's not in here.

18  Definitely not.  Sorry for the misunderstanding.

19     MAYOR MARSHALL:  The definition of dormitory --

20     FROM THE FLOOR: (Unidentified) You had said two

21  dining areas, is it going up from one to two?

22     MAYOR MARSHALL:  Definition of dormitories.

23  I'm going to read you the definition of dormitory

24  that exists in our existing law.  To clarify for all

25  of you who are under a misconception that was

1    brought up by the last speaker, "A dormitory is a

2    building that is operated by an educational

3    institution, located on the same lot, and accessory

4    to the principal school use, and which contains

5    private or semi-private rooms, which open onto a

6    common hallway, which rooms are sleeping quarters

7    for administrative staff, faculty or students,

8    communal dining, cooking, laundry, lounge and

9    recreational facilities may be provided.  Dormitory

10   rooms shall not contain separate cooking and dining

11   or housekeeping facilities, except that one dwelling

12   unit with completed housekeeping facilities may be

13   provided for a superintendent or a supervisory staff

14   for every fifth dormitory room -- excuse me, for

15   every fifty -- don't get excited -- for every fifty

16   dormitory rooms.  Not more than one communal dining

17   room shall be provided in any building used for

18   dormitory purposes."  Let me repeat that.  "Not more

19   than one communal dining room shall be provided

20   in any building used for dormitory purposes.  Single

21   family, two family and/or multifamily dwelling

22   units, other than as described above, shall not be

23   considered to be dormitories or part of

24   dormitories."

25        That is what exists in our current law.  That

1    is what is being --

2         (Shouting, multiple inaudible conversations.)

3         MAYOR MARSHALL:    That is not what is being

4    proposed.    That is something that will be discussed

5    afterwards to see if we want to do it.

6         The process of this law, it is proposed, it is

7    discussed, and then it is then a public hearing to

8    get the input of the public towards this issue.

9    Mr. Savad, while I don't agree with what he said,

10   was giving input to this law.    Now, when we go back,

11   once all the input is in, now it's also submitted to

12   the County, which Mr. Savad asked if the County had

13   responded, yes, they have, I believe you got a copy

14   of the GML -- the County planning board responds,

15   our planning board responds, we ask other agencies,

16   depending on the law.    We have gotten responses from

17   each of those, and we'll consider those.    Whether

18   this board decides that they want to have two or

19   not, that's for the board to decide, you stick

20   around.    We probably will try and act on this later

21   on this evening.

22        The changes that were suggested by the other

23   agencies that we sent them to, there were two or

24   three, again all minor, nothing that will change the

25   basic substance of the law that exists.    All that

RC 1106

43

1    we're trying to do is make this clearer and as was

2    said before, ensure the defensibility if it is

3    challenged.

4          FROM THE FLOOR:  Can I ask a question.

5          MAYOR MARSHALL:  Come up.

6          FROM THE FLOOR: Darryl Martin, 48 Ledentown

7    Road.  Where do these proposals come from?  Who

8    suggests these?

9          MAYOR MARSHALL:  They come from various places.

10   Usually they start with the village attorney.  They

11   are the result, as I said earlier, of case law that

12   develops.  Perhaps a case is put forward that gives

13   a ruling that causes the attorney, myself, a member

14   of the board, to look at the local law and say, gee,

15   is this going to be defensible, is this in line with

16   the case law that is evolving and if it's not, we

17   try and change it.  We're going to consider later on

18   this evening, if we ever get there, a local law on

19   wetlands.  That is a result of what happened, of

20   actions, recent actions taken by the Federal

21   government, that puts us in a difficult position to

22   protect our village, so what we did is, we have gone

23   back, and we are proposing a local law to help

24   protect the overall village, because of changes at

25   the federal level.

1        Now, once that law is adopted, I tell you right

2    now, that's the first step.  We have a very complex

3    law dealing, for those of you who live on the

4    mountain, dealing with steep slopes.  That was

5    changed.  It was changed again.  It was changed

6    again.  This law is a start, the wetlands law, is a

7    start, to put a law on the books to protect the

8    village.  I fully expect over the next years for

9    that law to change and evolve just like all the

10   other laws.  What we're considering right here, what

11   we're trying to consider right here, is a law that

12   was developed through the same process.  Something

13   triggered it.  I don't recall quite what it was.

14   But something triggered it so that the law was

15   written.  The law was written.  It was discussed,

16   public hearings, it was put on the books.  Now new

17   case law has come forward to make it, to say to us,

18   hey, you better take a look at your local law, is it

19   clear enough, based on the more recent case law, so

20   that if it goes to court, it is defensible.  Is it

21   in line with the rest of the laws on the books.

22       Everyone is saying, well, I want it fifteen

23   feet, I want it five feet, but you know what, for a

24   law to be defensible it has to be in line with every

25   other law.  It can't be, well, this is one law, we

RC 1108

1    should change this, it should be this way, you can't

2    do it, because you can't defend that in court. It

3    has to be the same as every other building in the

4    village. If every other building is limited to 35

5    feet, you can't say this should be 25 feet because I

6    don't like it. You can't do that because the courts

7    will rule against you.

8         FROM THE FLOOR: What about being fairly

9    applied? What about the kitchens? Is it going from

10    one or two, I can't get an answer?

11         MAYOR MARSHALL: A common kitchen area, one for

12    every fifty dormitories. That's what is on the

13    books right now. What one of the agencies suggested

14    is perhaps you need two, not one, for every 50 rooms

15    to make it fairer. I don't know. We haven't

16    decided yet.

17         FROM THE FLOOR: (Unidentified) Which agency

18    said that?

19         MAYOR MARSHALL: I'll go back and look. You'll

20    hear it later on in the discussion.

21         FROM THE FLOOR: (Unidentified) Can I explain

22    to the people here why we're doing this process?

23         MAYOR MARSHALL: I'm not succeeding. Maybe you

24    can.

25         FROM THE FLOOR: Realize the reason that we're

1   here, and the reason that this gentleman here is

2   taping it, all laws have to be applied fairly and

3   equally.  I can't say because he's white, he is

4   black, he's Christian, he's catholic, he's Jewish, I

5   cannot say those things because they're wrong. That

6   is not what our country is about.

7        We have to have fair use for everybody.  Now

8   what the board is talking about is having fair use.

9   What constitutes fair use?  If for example a

10  dormitory should comprise 25 percent of the space,

11  that says what the limit on the space is.  It's not

12  saying what the limit for you is, or what the limit

13  for you is, it's saying generally.  If we say in

14  response to you trying to build a building, we're

15  changing the law, the courts are going to say,

16  that's a sham, we're throwing it out.  That's the

17  reason we're doing this.  We're doing this --

18       FROM THE FLOOR: (Unidentified speaker) Unless

19  you have a religious loophole.

20       FROM THE FLOOR: The point is we're a country of

21  laws.

22       MAYOR MARSHALL:  Ladies and gentlemen,

23  understand something, this law, as we consider it,

24  is not a religious use law.  It is part of our

25  school law, dealing with schools, not religious use.

RC 1110

1    It's for fair use.

2         FROM THE FLOOR: (Unidentified)  You know, let

3    me ask you one thing, it's really funny how we're

4    talking about law, when you have a group that breaks

5    every law there is, and we are talking about law.

6         (Shouting, multiple inaudible conversations.)

7         MAYOR MARSHALL:  Gentlemen, neither of you have

8    the floor.  Thank you.

9         FROM THE FLOOR: I'm not finished.  I just think

10   that it would have been in your better interests if

11   instead of making those statements that you did in

12   the beginning, if you would have said that you were

13   having these discussions to defend laws that were

14   going to help the village.  I mean, everybody

15   doesn't know what is going on, so you came in here

16   and you don't realize that you treated us very

17   badly.  You don't realize that. That is why

18   everybody is so angry.

19        MAYOR MARSHALL:  Then I certainly do apologize.

20        My intention was to set guidelines so that we

21   could get through this long process that is forced

22   on us tonight.  In addition there was a lot of

23   misinformation that appeared in the news.  Not

24   misinformation necessarily, but information that was

25   premature, that has no basis, based on what the

48

1      village has.  That's why I suspect you're all out

2      there.  I welcome the comments.  We try and run a

3      fair and equitable thing.  Everything that this

4      board does, everything, we attempt to do, we try to

5      maintain our laws and what happens in this village,

6      to be in the best interests of the village as a

7      whole.  That's why we have laws.  Otherwise, you

8      know, we don't pass the laws just because, hey, it's

9      fun to pass the laws.  We do it because it is part

10     of our charter to maintain the health, welfare, and

11     well-being of the community at large, and, I might

12     add, the community at large is not simply the

13     village.  We have a responsibility in what we do to

14     the surrounding community as well.

15         I address those comments to the Town of Ramapo

16     in past public hearings, because I believe in it

17     very strongly.  That's what this board does.  We are

18     here to defend this community.  This community of

19     neighbors that we have, we are here to defend the

20     rights of the people in this community.  However, in

21     a fair and equitable manner.  If someone owns a

22     piece of property, they have a right to develop that

23     property.  That's not my law.  That's what the

24     federal government says.  We have no choice.

25         FROM THE FLOOR: (Unidentified) But we have

RC 1112

zoning codes.

MAYOR MARSHALL: We have zoning laws which are designed to control the development --

FROM THE FLOOR: (Unidentified) You've destroyed our zoning and you've destroyed the community. It's as simple as that.

MAYOR MARSHALL: Did I miss something?

FROM THE FLOOR: If you destroy our zoning codes, you destroy the community.

MAYOR MARSHALL: I don't know what you're talking about.

Come on up.

FROM THE FLOOR: Brett Yagel. 9 Secor Court, Village of Pomona, New York. I understand that there are codes on the book in the Village of Pomona, and I understand that you're tweaking the laws based upon the precedents, that need to be addressed, because if they're not addressed, the village is liable, and if the village is liable, everyone in this audience is liable. Okay. So in defense of the board, they're doing this to protect all of us, because when this goes to court, we will all be in jeopardy, that's number one, okay. I truly believe that the federal law, ARLUPA, is flawed. Nothing has been, on the establishment of

1    the use case and zoning, that's the side.

2        Regarding the dormitory law, on the second

3    page, number twelve, third line, there is a typo,

4    dormitory, not dormsitory.  12 C. the maximum height

5    of a dormitory building shall be two stories or 25

6    feet.  I don't know whether, if I have an old copy

7    or not, but if you're saying it has to be 35 feet

8    you're informed then it should be 35 feet, I would

9    guess.

10       MAYOR MARSHALL:  It is something that we have

11   to consider.

12       MS. ULMAN:  The one you have is the old law

13   that was proposed in the public hearing.  The board

14   has not adopted that.  That's the one that we're

15   considering, but it can be changed if the board

16   desires.

17       MAYOR MARSHALL:  The public hearing we're now

18   in the middle of, I hope the end of it, is a

19   continuation of the public hearing from last week,

20   the same with the house of worship.

21       FROM THE FLOOR: Last month --

22       MAYOR MARSHALL:  Last month, excuse me.  We are

23   required by the process, by law, to continue the

24   public hearing based on the original law.  Now there

25   is possible input that could change some of this, at

1   least tweak it in some way.  That will be discussed

2   when we discuss the possible passage.

3         FROM THE FLOOR: I would ask that it be

4   considered that the set back from the front street

5   or the dormitory buildings should be in the rear of

6   the educational building.  That is something that

7   has not been applied in other areas of our town.

8   I know our zoning is somewhat more restrictive.  The

9   set back is not mentioned in this, and I just wanted

10  to question that.

11        MAYOR MARSHALL:  You're proposing a set back.

12        FROM THE FLOOR: I'm proposing that you consider

13  a set back from the front street or the dormitory

14  building, and that the dormitory building should be

15  in the rear of the educational buildings.

16        MAYOR MARSHALL:  Anything else?

17        FROM THE FLOOR: That's it.

18        MAYOR MARSHALL:  Thank you.

19        FROM THE FLOOR: My name is Josephine Montella.

20  46 White Birch Drive.  When I came here, we

21  established the Town of Pomona and the zoning we

22  desired, the zoning to be one acre zoning.  That to

23  me is what kept the neighborhood so lovely.  The

24  zoning is very important.  I don't want the zoning

25  changed.  We're talking about, we're talking about

1   six story buildings?  What are we talking about?

2   MAYOR MARSHALL:  We're talking about -- you all

3   are talking about six story buildings -- we're

4   talking about a 35 -- 25 foot two story building.

5   That's what we're talking about.

6   FROM THE FLOOR: 25 foot?

7   MAYOR MARSHALL: Yes, your house, the limitation

8   on your house is 35 feet.  Now we might, this law,

9   we might consider a change to 35 feet, so it

10   coincides with the rest of the village.  That is not

11   a six story building.  A six story building is

12   something that was written about in the newspaper.

13   That is not what we're considering.

14   FROM THE FLOOR: I would say that I don't think

15   that would be possible in an area with the codes,

16   with the zoning codes the way they are, unless

17   something is happening here where somebody is paying

18   a tremendous amount for a lot of leadway.

19   MAYOR MARSHALL:  We are not considering a six

20   story building.

21   FROM THE FLOOR: So what are we considering?  A

22   two story building?

23   MAYOR MARSHALL:  Let me try and explain so that

24   you understand.  This law places a limitation on the

25   size of any dormitory that is built, on the height

RC 1116

1    of any dormitory that is built, and most

2    importantly, that any dormitory that is built, be an

3    accessory use, to a school that was built.  What you

4    have read, and what everyone is trying to address,

5    is not what we're discussing here.  We're discussing

6    our local law, which says what I read before, it

7    limits the area, the size, the height of the

8    dormitory.  Now a lot of it has been on the books,

9    so these are just minor changes.  Most of this has

10   been on the books, limitations as to what can be

11   built.  We are not discussing six story buildings or

12   whatever.

13        FROM THE FLOOR:  Well, I would say that there

14   is no possible way that you're going to get through

15   a six story building, but what is your real

16   objective?  What are we trying to get through?

17   That's what I'd like to know.  In other words are we

18   going to start off with a six story building, and

19   then in the end we're going to feel very satisfied

20   if we walk away and it's a three story building?

21        MAYOR MARSHALL: We're not --

22        FROM THE FLOOR: You don't understand what I'm

23   trying to say.  You don't understand what I'm trying

24   to say.

25        MAYOR MARSHALL: We're on two separate roads.

RC 1117

1    FROM THE FLOOR: Please continue.

2    MAYOR MARSHALL: We are not here to consider a

3  six story building.  We are not here to consider

4  anything other than an adjustment of our existing

5  law.

6    FROM THE FLOOR: What is that, what is that?

7    MAYOR MARSHALL:  On dormitories, which allows

8  for a two story building to be built.

9    FROM THE FLOOR: And this is for higher

10  education?

11    MAYOR MARSHALL: For any school use.

12    FROM THE FLOOR: If there is a college or a

13  higher education, anyone can go to it if they desire

14  and can either afford to go to it, or they have a

15  scholastic --

16    MAYOR MARSHALL: That is not within the purview

17  of this village to say who can go to what.  That

18  solely depends upon who owns the property, and who

19  is building the building.  However, what is within

20  our scope is to say, you can build a building so

21  large that will house so many students, because it's

22  in line with state law and case law.  Our law can

23  say, you can build a dormitory, but it can only be

24  so big, and cover so much area, and can be only so

25  high, and has to be a dormitory that is connected to

RC 1118

1    the school.  That is what our law says.  That is

2    what we're speaking about.  We're not talking about

3    any projects.  We are not speaking about -- this law

4    does not address property specific items.  We are

5    not -- this is not directed at the camp at 306, or

6    the property on 202 that has 40 acres, or the

7    property on the mountain that has ample acreage to

8    accommodate that sort of thing.  If somebody builds

9    a school, whether it be a religious school, a

10   secular school, whatever it is, these are the rules

11   that apply, that's what we're discussing.  Did I

12   help you?

13        FROM THE FLOOR: (Unidentified) May I speak for

14   three minutes?

15        MAYOR MARSHALL: You're next.

16        FROM THE FLOOR: Well, my whole objective here

17   is that I didn't want the zoning codes changed.

18        MAYOR MARSHALL:  You're confusing what was done

19   in the Town of Ramapo.  That is not what is

20   happening here.  We are simply polishing our

21   existing law.

22        FROM THE FLOOR: You're not changing our zoning

23   codes?

24        MAYOR MARSHALL:  What we're doing is simply

25   making it more easily interpreted.  That is what we

RC 1119

56

1    are doing. We are not changing the essence of our

2    codes.    This gentleman first, then Jeff, then you.

3         FROM THE FLOOR: Vince Grapella (phon) 29 Sky

4    Meadow Road.  Mr. Mayor, I see what you're trying to

5    do.  Now, there will be variances, and then our

6    worry is, in a planning board, zoning board, will

7    they give a variance.  This monstrosity will have a

8    set back of 20 feet from the curb, for dormitory,

9    for housing.  Now I think all of us were very

10   emotional.  It would be nice, this board is so

11   passive, it would be nice to hear all of you saying,

12   hey, I know how you all feel.  You all look dead up

13   here.  And, Mr. Mayor, I'd like to hear you say, you

14   know, you're listening to us, and you are really

15   stretching your protocol, your decorum of your

16   meeting, and I appreciate it, but I'd like to hear

17   you say, I know how you feel.

18        You know, in America, we have the sense of

19   community.  That's our face.  We're going to be

20   another Kiryas Joel.  That's why we are emotional.

21   You can get into the environmental impact and all

22   that.  That's all I have to say.

23        MAYOR MARSHALL:  Ladies and gentlemen, there

24   isn't anyone sitting up that doesn't know how you

25   feel.

RC 1120

1      Yes.

2           FROM THE FLOOR:   (Name and address inaudible)

3      I know this is a very emotional issue for everybody.

4      I was involved probably from day one with lots of

5      the fighting out in the Town of Ramapo, with the

6      supervisor and everything like that, so I know what

7      it's like to be emotional and crazy about things.  I

8      think that people are misinterpreting this.  They

9      are not, this is not the Town of Ramapo.  This is

10     the Village of Pomona, okay.  I think people are

11     misinterpreting this.  I really feel they are

12     fighting for us, okay.

13          It's frustrating.  Like I said, I've been

14     involved since day one with everything.  It sounds

15     to me like they are on our side.  They're not

16     against us.  I think there is some misinterpretation

17     going on around here.  I think the changes that they

18     are going to try to make are positive things, not a

19     negative thing.  With all the negative information

20     that usually happens in a situation like this,

21     everybody just be cool.  I really think that they

22     have our best interests in mind, in my honest

23     opinion.

24          FROM THE FLOOR:  (Unidentified)  I think a lot

25     of us would have been happier if they'd said that

RC 1121

1    right off the bat.

2         FROM THE FLOOR: You know, just quick --

3         MAYOR MARSHALL: You're jumping the line.

4         FROM THE FLOOR: Greg Briem.  The frustration

5    that we have is that you knew of the press that had

6    come out, whether it be true or not.  You knew that

7    it was out there, and you know we were very, very

8    upset.  I think what would have helped us is if at

9    the beginning of this meeting, you had said, this is

10   what is going on, we know that you've read this, we

11   are here to protect your interests, and the

12   amendments to this law, this project, this alleged

13   project, with the alleged attorney who is allegedly

14   sitting here, produces it, that these amendments

15   will defend us.  If you had said that in the

16   beginning, I don't think as many people would be as

17   upset as they are, because we don't know where you

18   stand.

19        MAYOR MARSHALL:  Ladies and gentlemen, let me

20   say something.  We sitting at this table have

21   limitations that are placed on us as to what we can

22   say, and what we can't say, because our attorney

23   tells us what we can say and what we can't say.  I

24   can't say what I feel -- I can't -- if I agree with

25   you, I don't agree with you, I don't have that

1    luxury of being able to say that here.  All that I

2    can say is that every member of this board works

3    very, very hard to do what is best for this

4    community.  You have your issues.  Don't assume

5    because no one has gotten up and said, wow, I agree

6    with you, oh boy; don't assume that because we

7    didn't do that that we don't agree.  We may or we

8    may not, but please give us the benefit of the

9    doubt.  We have all been doing this -- we work very

10   hard at what we do.  We try and do what is best for

11   the community, but it's our home.

12        There are limitations under the law that

13   restrict what we can say and when we can say it.

14        FROM THE FLOOR: Marvin Neiman, 14 Deer Run.  I

15   have a couple of questions I'd like to get clarified

16   on Miss Ulman's presentation.  I believe that you

17   said that by increasing the height to 35 feet you're

18   only doing that to make it comparable to residences

19   within the village.  Residences within the village,

20   I believe, have certain restrictions, possibly as

21   far as basement exposure.  I am not sure about the

22   use of basements in homes, and also I believe

23   whereas they're allowed to be 35 feet, they're

24   restricted to two stories.  I'm sorry.  Where

25   they're allowed to be 35 feet, they're restricted to

RC 1123

1       two stories.

2           Now, by increasing -- that's not true?  Homes

3       can be three stories?

4           Therefore homes can be three stories plus a

5       basement?

6           MS. ULMAN:  Homes can be not higher than 35

7       feet.

8           FROM THE FLOOR: So a normal story in a building

9       is, give or take, ten feet, so therefore with a

10      basement, in theory, a building can be the basement

11      and three stories above; is that correct?

12          MS. ULMAN:  Depends on the grade, and the

13      height.  If you can get three stories into 35 feet,

14      which I doubt, then it's permitted.  If not, it's 35

15      feet.

16          FROM THE FLOOR: Are there any restrictions as

17      far as basement exposure above ground?

18          MS. ULMAN:  I don't believe so.

19          FROM THE FLOOR: If somebody called something a

20      basement --

21          MS. ULMAN: It is not what you call it.  The

22      definition, a basement is a different definition, a

23      cellar, depending on --

24          MAYOR MARSHALL: Let me interrupt for a second.

25      Local law, paragraph twelve, item D. says, No

dormitory room or dwelling unit shall be permitted
in any cellar.  So what you're referring to, this
law prohibits.

FROM THE FLOOR: Thank you.

MR.  MAYOR:  Next?

FROM THE FLOOR: Doctor Richard Neiman, 25 Haley
Drive, one simple question.  Given a hypothetical
project that is surrounded by two major roads, one
of them with a 50 mile an hour speed limit, the
other one with a 40 or a 45 mile an hour speed
limit, would you look at the utilization of their
property regarding a school differently than one
that's bound by a 30 mile an hour speed limit?  My
question is, should we have different set backs,
different density issues when we're looking at
surrounding roads, which have traffic moving at such
a pace; does that represent an additional
hypothetical threat or potential injury, to a dense
project that's bounded by roads like that?

MR.MAYOR:  Please understand that when a
project development comes into the village, there
are public hearings.  When it is a major project,
for example there is a 40 unit development that is
being considered up off of Coal Hollow Road.  When
that happens there is an environmental impact study

1  that is done for that project.  It considers all of

2  the issues; drainage, traffic, whatever it is. If

3  the project that every one is addressing here comes

4  into the village, that same requirement will apply

5  and all of the issues will be brought to the table.

6      That is during that process, that's the time

7  for every one to come in and say, what about this,

8  what about this, I don't like this, I don't like

9  that.  That's the time to do that.

10      FROM THE FLOOR: It seems to me if we are

11  looking at other institutions in the area, looking

12  at other religious buildings in the area, which are

13  bound by roads that are fixed at 30 miles an hour,

14  does it make a difference regarding a set back and

15  density issues, if your set back twenty feet from a

16  50 mile an hour road, compared to a 30 mile an hour

17  road?  Are there different hazards involved in

18  addressing density issues based on the surrounding

19  roadways?

20      MR. LAMER:  With regard to the law that we're

21  talking about tonight, it's not specific to any

22  particular property.  If there is a project proposed

23  that comes before the board for a special permit,

24  then all of those factors will be considered in

25  determining whether a project is approved and if

1    it's approved, the size and scope of the project.

2    So if it's bordered, theoretically, by high speed

3    roads, that very well may be a factor in how far

4    back the buildings would have to be from the road?

5        Can that be written into our regulations

6    somehow, our zoning regulations regarding speeds on

7    roads?

8        MAYOR MARSHALL:  The only concern that I have

9    with doing that is you may be limiting it to a

10    specific property and we're trying to make this very

11    neutral.

12        FROM THE FLOOR: Do it uniformly.  The entire

13    202 corridor I think is 50 miles an hour pretty

14    much, and part of that corridor falls within your

15    jurisdiction.  Can't we establish special issues, in

16    a uniform fashion, when there is a fifty mile an

17    hour road surrounding a school?  Can't we address

18    that this evening as being a significant issue

19    regards --

20        MS. ULMAN:  Our current law requires that all

21    structures on any school properties be set back a

22    minimum of 125 feet.  That's minimum.  During the

23    project process for the planning board, as we

24    stated, those issues relating to traffic and so on

25    are addressed.  They're environmental issues.  If,

RC 1127

1 for safety purposes, it's necessary for there to be

2 more than a 125 foot set back, that would be

3 determined during the environmental review process.

4 Very difficult to determine in advance.

5   FROM THE FLOOR: But it's impossible for you to

6 say for a school with potential children --

7   MS. ULMAN: 125 foot set back.  That's a pretty

8 large set back.

9   FROM THE FLOOR: Within a uniform fashion from a

10 30 mile an hour roadway, to a fifty, that's my

11 question, can you establish policy?

12   MAYOR MARSHALL:  We cannot establish a policy

13 that is absolutely, because each of these projects

14 varies. The way the process is set up, that would be

15 considered as part of the environmental impact

16 review, and if it was determined that it was a

17 problem, then the applicant, whoever that applicant

18 might be, would be required to provide mitigation

19 for that sort of question.  It's only one type of

20 question.  There are lots of other things that could

21 come into play.  Without seeing a project, without

22 knowing where it is, and what -- ladies and

23 gentlemen, I can't have side talk because we can't

24 hear.

25   Those issues are all valid issues that will be

1     addressed in the process, and also every one will

2     have a chance to speak to them in the process, and I

3     encourage, whoever cares who is here, when we have

4     that process, come out and express your concern so

5     that we can force the addressing of those issues.

6     Development doesn't happen willy nilly when the

7     management authority, which is us, is responsible.

8     I like to think that we're responsible.  If a

9     project comes in, like the project on Coal Hollow

10     Road, a study is done, all of the issues are

11     addressed.  There are things that come up that you

12     cannot envision right now, that will come into play

13     when the project, whatever that project is, is

14     considered.  That's how the system works.

15           FROM THE FLOOR:  Thank you.

16           MAYOR MARSHALL:  Rita, you're next.

17           FROM THE FLOOR: Can I just say first of all, I

18     didn't sign a photo release, and I do not allow you

19     to use any portion of the tape that has my image on

20     it.  Thank you.

21           Rita Lewis, 1 Secor Court, Pomona.

22           (Background noise)

23           MR.  MAYOR:  Ladies and gentlemen, please be

24     courteous, thank you --

25           FROM THE FLOOR: When you talk about the height

66

1    of 35 feet, I just want to say that in residences 35

2    feet is to the top of the ridge line.  Most homes

3    have a pitched roof.  Chances are if an educational

4    facility should come in with a dormitory they'd have

5    a flat roof, so 35 feet is not consistent with

6    residences, if you are trying to be consistent.

7    Maybe you need to tweak that and make it more

8    specific to the type of roof that's being used; if

9    it's a pitched roof, 35 feet, with an attic space;

10   or if it's a flat roof, you need to keep it at the

11   25 feet.

12        The other thing is there is a lot of talk in

13   all of these amendments about net lot use, net lot

14   area.  However, in the codes, in the village codes

15   there really is no description of the net lot area,

16   in terms of a homeowner cannot buy all the lots

17   around them, and increase their lot in this area, in

18   order to comply with this code, so I think there

19   should be something a little more specific about net

20   lot area, and what determines net lot area, and I

21   checked the code, I checked all the definitions and

22   the net lot area is not defined clearly enough, in

23   order to, you know, have a homeowner, if someone up

24   on the mountain wants to suddenly have a ten

25   thousand square feet house, instead of a six

RC 1130

1    thousand square foot house, and they buy both lots

2    either side of them, it's not specific enough.

3        Thank you.

4        MS. ULMAN: I believe we do have a definition of

5    the net lot area, and its uses.

6        FROM THE FLOOR: I looked in 130, I looked in

7    118.  Maybe I missed it.

8        MAYOR MARSHALL:  We'll consider that.

9        FROM THE FLOOR: The other thing is, one more

10    thing is, I think it's more specific to another law

11    that's going to be talked about tonight, the house

12    of worship, the buffer zones are also unclear in the

13    code.  And I know what happened with the Hindu

14    Temple, the buffer zone is really inadequate.  I'd

15    like to see more be a conservation easement on the

16    set backs on all four sides, rather than just an

17    unclear buffer zone.  Thank you.

18        FROM THE FLOOR:  Carlos Savarello (phon) 2

19    Sagamore Circle, Pomona, New York.  I have a

20    question that this proposed amendment that you're

21    talking about, would be -- obviously there'd be a

22    voting on it; when would that voting be and where?

23    What particular time?

24        MAYOR MARSHALL:  I thought it would be tonight.

25    We'll see.  Hang around.

RC 1131

1    It would be nice to get this off our agenda.

2    We'll try and do something for this.

3        FROM THE FLOOR: One more question.  Do all the

4    members of the board reside in the village which you

5    represent?

6        MR. LAMER: 2 North Ridge Road.  I have one

7    graduate of Ramapo High School, two seniors.

8        FROM THE FLOOR:  I just want to make sure that

9    we're on the same page here.

10       MAYOR MARSHALL: You cannot be a member of this

11   board unless you're a resident of the Village of

12   Pomona.  We all live here.

13       FROM THE FLOOR: Steve (name inaudible) 12 White

14   Birch Drive.  Concerning the height issue, my

15   understanding from a project, which shall remain

16   nameless, but I can see from my bedroom, is that the

17   35 feet is determined from the proposed grade.

18   In my naivety I thought it was from the existing

19   grade, and I would kind of like that clarified and

20   perhaps suggest to the board that in the future,

21   however this height is applied throughout the

22   village, whether it be residences or other uses,

23   that it be from the existing grade, not the proposed

24   grade, because as a neighbor, you look at a piece of

25   property and say, nothing can be built more than 35

RC 1132

1    feet above that, and I can live with that.  And then

2    they regrade and it's eight to ten feet higher, and

3    then they put a 35 foot structure up, so I would

4    suggest, I think it was explained to me that it is

5    the average of the four corners of the structure,

6    which is the point that you measure from, so I would

7    like that footprint put down to the existing grade,

8    and then measured -- not if they want to raise it

9    ten feet, god bless 'em, but they lose ten feet of

10   the height of the construction.

11        MAYOR MARSHALL:  You make an interesting point

12   and I will tell you this; that we will consider this

13   as part of our consideration of this law, but we

14   will also discuss this in terms of our overall code

15   and see if it has to be amended to accommodate what

16   you're saying.

17        FROM THE FLOOR: I would appreciates that.

18   Thank you.

19        MAYOR MARSHALL:  Anyone else?

20        FROM THE FLOOR: (Name inaudible)  I am just

21   curious and I may be mistaken, but I was listening

22   to what you were saying about the dormitory law, and

23   I didn't hear you say anything -- I mean, I went to

24   college, and I couldn't bring my spouse to live with

25   me in my college dorm.  Is there anything in your

RC 1133

1    law, or can we put something in your proposed law,

2    that states that it is for students only, and not

3    for family members, because I'm pretty sure that I

4    read in the paper that it said rabbinical students

5    and their families. That is my concern. I would

6    really like if you can consider that, and possibly

7    put something in there, otherwise any college in New

8    York State would be flooded with family members and

9    children, and all of that sort.

10        MR. LAMER:  The dormitory law presently on the

11   books, and it is not going to be changed by any

12   amendment, presently says, administrative staff,

13   faculty, and students.  That's all that it permits

14   under the dormitory law.

15        FROM THE FLOOR:  Did you also see what I saw in

16   the paper, and their families?

17        MAYOR MARSHALL:  Please understand, what you

18   saw in the paper was something that the paper wrote

19   because they saw something that we didn't see.

20   There is no project that has any dormitories, six

21   story, eight story, ten story, that is before us.  I

22   read the paper as well.  You know, it caused

23   everyone to come out, which is kind of interesting.

24   That is not what we're considering here.  If a

25   proposal of that sort comes into the village, then

1    it will be gauged based on our existing law.  Now I

2    would comment further -- I'll get in trouble, so I

3    won't comment further.  But it will we considered

4    in terms of our existing law.

5        FROM THE FLOOR: Is there anything that we can

6    put into the law to truly protect that?

7        MAYOR MARSHALL:  I think what Alan was saying

8    is that it's in the law.  It doesn't state --

9        FROM THE FLOOR: A little more specific.

10       MAYOR MARSHALL:  Accessory use really addresses

11   that to some degree.

12       FROM THE FLOOR: And there is always loopholes

13   and there is always ways around those type of

14   things.

15       MAYOR MARSHALL: Let's see what Doris has to

16   say.

17       MS. ULMAN:  I think our current law is the same

18   language that you'll find in almost any other

19   dormitory law, and as read by Alan I think it's

20   adequate.

21       FROM THE FLOOR: I think maybe that that law is

22   proposed for the state and not for particular

23   villages that are trying to protect their --

24       MAYOR MARSHALL:  But we're bound by that.

25       FROM THE FLOOR: But if we're trying to protect

RC 1135

1   our village, is there a way that we can put

2   amendments to that law?  That's what we're here for,

3   right, to change or make some minor amendments to

4   the law?

5        MS. ULMAN: I would not want to do that.

6        FROM THE FLOOR: Why?

7        MS. ULMAN: Because it could put our whole law

8   in jeopardy.

9        FROM THE FLOOR: How is it controlled in SUNY

10  schools, let's say, for only students who are

11  attending schools to be able to do that?

12       MAYOR MARSHALL:  Let me read the last line of

13  our definition of dormitory.  I don't know if you

14  were here when I read it.  The last line of our law

15  in the definition of dormitory in our law, says,

16  single family, two family and/or multi-family

17  dwelling units other than as described above shall

18  not be considered to be dormitories or part of

19  dormitories.  That's what it says in the law.

20       FROM THE FLOOR: So they will call it something

21  else.

22       MS. ULMAN:  We only permit dormitories. It

23  doesn't matter what you call it.  It has got to look

24  exactly like what we have in our law.

25       MAYOR MARSHALL:  If someone calls it something

RC 1136

1    else and we feel that it doesn't fall under our

2    definition, we will say no and then it will go to

3    court and a judge will decide.

4         FROM THE FLOOR:  One other issue that I am just

5    thinking also is the 35 feet height.  Now, correct

6    me if I'm mistaken, I believe that ceilings can be

7    built at an eight foot level, is that true, so if

8    they are eight feet we could truly get quite a few

9    stories in there.

10        MS. ULMAN:  There is a space in between floors.

11        FROM THE FLOOR: But you could still get a four

12   story building?

13        MAYOR MARSHALL:  The existing law that's being

14   proposed says a maximum height of a dormitory shall

15   be two stories or 25 feet, whichever is less.  We

16   haven't accepted 35 feet, or anything else.  It is

17   something that is being considered.

18        FROM THE FLOOR: I think a lot of the questions

19   that I heard other people asking is why change that?

20   It sounds like you're making it easier.

21        MAYOR MARSHALL:  You're assuming that  we will.

22        FROM THE FLOOR:  Well, if it is something that

23   is being proposed, who proposed it?

24        MS. ULMAN:  I did.

25        FROM THE FLOOR: Why?

RC 1137

1          MS. ULMAN:   In order to make it consistent with

2     our other height requirements.

3          FROM THE FLOOR: But why change it if everyone

4     here is --

5          MS. ULMAN:   Because I believe that legally --

6          MAYOR MARSHALL:   You made your point?

7          FROM THE FLOOR: I made my point?   Okay, thank

8     you.

9          MS. ULMAN:   Do you have one question?

10          MAYOR MARSHALL:   If I let you speak again,

11     everybody is going to want to.

12          FROM THE FLOOR: Just one question, will the

13     concept of restricting families pass the challenge,

14     at least under state education law.   I remember when

15     I went to school there was married student housing.

16     So just a question, then a request to go back to

17     make sure that there is no proviso in the education

18     law for restriction of students and no spouses.

19          MS. ULMAN:   We don't address that issue in our

20     law.

21          MAYOR MARSHALL:   We cannot do that.

22          MS. ULMAN:   Our law does not specify spouses or

23     restrict, that's correct.

24          MAYOR MARSHALL:   Okay, I want to get this over

25     with guys.   Does anybody have one last shot who

1    hasn't spoken?

2         FROM THE FLOOR: Last question.

3         Joe Keller, 7 Linden Court.  Will the students

4    have a right to vote in the community?

5         MS. ULMAN: If they are residents, and they

6    register.

7         When I daughter went to college she was able to

8    vote in the community in which she lived.

9         FROM THE FLOOR: Fine, thank you.

10        MAYOR MARSHALL:  Anyone else?  Okay.

11        Is there a motion to close the public hearing

12   on dormitories?

13        MR. SANDERSON: So made.

14        MR. LAMER: Second.

15        MAYOR MARSHALL:  All in favor?  Opposed?

16        Okay, carried.

17        Is there a motion on the existing law that is

18   under consideration?

19        Ladies and gentlemen of the board, discussion

20   on the comments from the public and the local law

21   that is proposed?  Alma?

22        MS. ROMAN:  I am not prepared to comment,

23   because I heard so much.

24        MAYOR MARSHALL:  Alan?

25        MR. LAMER:  I have a couple of comments.

1   Firstly just a general comment.  I believe that the

2   amendments, in whatever shape they finally take,

3   will allow us to have a neutral law of general

4   applicability, for the application of which will

5   involve just a numeric or mechanical assessment and

6   therefore will be sustainable in a court of law.

7   And we're getting rid of any partially subjective

8   criteria, which would make it subject to challenge.

9       I believe that the law will not allow whoever

10  approved any special permit to require an

11  individualized assessment in the implementation of

12  these land use regulations.  Specifically, I think

13  that although the 35 foot height restriction is

14  consistent with the residential zoning, it's clear

15  that residential houses are different than dormitory

16  houses, and I believe that we need a different

17  height restriction, due to the fact that we have a

18  flat roof building.  It should be the 25 feet.  I

19  also believe that we don't need to increase the

20  communal dining rooms to two and that one would be

21  sufficient for a dormitory, as set forth in the

22  statute.

23      MR. BANKS:  On the height of the building, I

24  think if in fact the dormitories are, as in the law,

25  are an accessory use, that the same law should apply

RC 1140

1    to dormitories as an accessory use, as applies to

2    regular houses in the village.  In the village an

3    accessory use building is limited to twenty feet,

4    and the principal residence is 35, so I think to be

5    consistent with our law, accessory use height is

6    twenty feet.  That's what it is everywhere else.

7         MR: MAYOR:  Anything else.

8         MR.. SANDERSON:  Well, I think that based on the

9    input from the public this evening, I think it's

10   very clear that there is a great deal of concern

11   about the additional changes from the amendments

12   that were first proposed on December 18th.  It's my

13   opinion that we should go back to the December 18th

14   amendments.  We should cut out the two dining rooms

15   and go back to one.  We should go back from 35 feet

16   to 25 feet, which is clearly more acceptable, and if

17   we're going to do that, we should probably go back

18   to 20 percent coverage instead of 25 percent, and

19   keep it the way it was at the first public hearing.

20        MAYOR MARSHALL:  Would someone like to make a

21   motion?

22        MR. SANDERSON:  I will make the motion to adopt

23   the local law amending the zoning of the Village of

24   Pomona in relation to dormitory buildings as

25   presented in the December 18th public hearing,

1    without further amendment.

2        MAYOR MARSHALL:  Would you like to add a

3    correction of the spelling?

4        MR. SANDERSON:  We can add Brett's typo, the

5    dormsitory.

6        MR. LAMER:  Second.

7        MS. ULMAN:  We need a SEQRA determination with

8    that resolution.

9        MR. SANDERSON:  I can do that.  Are we going to

10   do that in a middle, or are we going to do that

11   before the motion, before we adopt the motion on the

12   table?

13       MS. ULMAN:  You can do one motion, but start

14   with the SEQRA.

15       MR. SANDERSON:  I can add to the motion at the

16   beginning.

17       MS. ULMAN:  Yes.

18       MR. SANDERSON:  Well, adding this to the

19   beginning of my initial motion; resolved that the

20   proposed action is an unlisted action, that will not

21   have a significant adverse impact on the environment

22   for the following reasons; that the accessory

23   dormitory use does not increase the physical size or

24   density of the primary school use, and will not

25   increase traffic, water run off, noise, odors, or

community services, and under existing New York

State case law dormitories are required to be

permitted in residential neighborhoods.  The

proposed local law helps to mitigate any potential

impacts, as do the site plan and special permit

processes to which each individual application is

subject.  By limiting the size and creating

setbacks, the local law has a beneficial rather than

adverse environmental impact.  And three, any other

potential impacts not already addressed in the

dormitory and school use legislation will be more

likely to be found on a case by case basis, and

addressed during the site plan, and special permit

processes, to which each individual application will

be subject, and be it further resolved, proposed

local law, the proposed local law amending the

zoning law of the Village of Pomona in relation to

dormitory buildings is hereby adopted -- not as

amended -- as originally proposed in the public

hearing of December 18th, and will be enacted as

Local Law Number One of 2007.

And be it further resolved that the General

Municipal Law Review set forth in the December 18th

2006 letter issued by the Rockland County Department

of Planning is hereby over ridden for the reasons

1     that, one, contrary to the statement set forth in

2     the letter, there is currently a parking requirement

3     for private schools in the village zoning law, which

4     the board believes is sufficient for the dormitory

5     use, and, two, the dormitory use is related to the

6     total square footage of all buildings on the lots,

7     not to the lot area, so that the board does not

8     believe that the minimum lot area needs to be

9     increased.

10          MAYOR MARSHALL:  Is there a second to that

11     motion?

12          MR. LAMER:  Second.

13          MAYOR MARSHALL:  Any further discussion?

14          On the proposed resolution, all in favor?

15     Opposed?

16          Let the record show the Amendment to the Local

17     Law dealing with dormitories is adopted as

18     presented.

19          Motion to close the public hearing?

20          (So moved, seconded and carried.)

21          MAYOR MARSHALL:  The public hearing is closed.

22          (Next two items not transcribed)

23          MAYOR MARSHALL:  The next item on the agenda, a

24     proposed local law amending the code of the Village

25     of Pomona relating to wetlands protection.

RC 1144

1    Although I will probably have to go over this

2    again sometime, let me point out several things.

3    Number one, this local law in some form or other has

4    been under consideration by the Village of Pomona

5    since I believe it was 1997.  During the initial

6    consideration of the local law it was decided to

7    adopt a much amended version, because there was

8    protection by the federal law, and the Corps of

9    Engineers for our wetlands.  That was enough to

10   protect us.  That was taken away fairly recently.

11   As a result the local law that is being presented is

12   an entirely new law, which in part, in large part,

13   correct me if I'm wrong, mirrors the state code on

14   wetlands.

15        MS. ULMAN:  It's very similar to the State D.

16   E. C. regulations on wetlands, yes.

17        MAYOR MARSHALL:  Taking it one step further and

18   then I'll defer this to Doris in a minute.  The

19   bottom line of this is, it defines what wetlands

20   are.  It allows us to protect a smaller wetlands,

21   and it does that by classifying the smaller wetlands

22   in the same category as protected trees, requiring

23   the mapping by every developer, by every parcel that

24   is presented.  It goes a long way towards the

25   protection of those vital pieces of property which

1    protect drainage, which protect the actual

2    environment, the conservation, of the village in

3    general.  It is something that is needed.  Again, I

4    have to emphasize, it is not parcel specific.  It is

5    a law that is designed to protect the entire village

6    and every parcel that is under consideration here

7    within the village.

8         That being said, Doris, would you like to add

9    anything else before I open this up to the floor.

10        MS. ULMAN:  No, I think you covered it.

11        MAYOR MARSHALL:  The public hearing is now

12   open.    Betty can be first.

13        FROM THE FLOOR:  Betty Hedges, 11 Ladentown

14   Road, Pomona.

15        MAYOR MARSHALL:  Are you speaking for yourself

16   or the conservation association?

17        FROM THE FLOOR: I'm speaking for both, if I

18   may.  Mayor Marshall and members of the board, I am

19   president emeritus of the Rockland County

20   Conservation Association, which was founded in 1930,

21   long before any of you were born, and it has worked

22   all these years to protect and conserve our natural

23   resources.  I commend you on your action to protect

24   wetlands by the addition of Chapter 126.

25        As we know, wetlands provide enormous benefits

1    to a community.  They are a valuable resource, and

2    must be protected.  Adoption of this amendment will

3    serve the public good, and I thank you very much.

4          MAYOR MARSHALL:  Sir?

5          FROM THE FLOOR:  Paul Savad.  I am going to

6    repeat a few things.  I'm the attorney for the

7    largest undeveloped parcel in the village.  I

8    believe it is the largest undeveloped parcel.  And

9    I'm speaking, to make it clear, only about this law

10   as it applies to not only our property, but also as

11   it applies to many, many other properties in the

12   village.  And with all due respect, and I have

13   spoken to a few wetlands experts, I think you have

14   some problems with this law, which I'd like to bring

15   to your attention.

16         This applies again not only to the Tartikov

17   property, for which no application has been

18   submitted, nothing is before the board, and we have

19   not spoken to one member of the board about this.

20   I am speaking here only about the proposed laws

21   which happen to have come to my attention.

22         Okay, and I think this is important, the

23   ordinance is designed to regulate use.  It's not

24   designed to protect wetlands.  I am going to explain

25   how it could be used in a discriminatory manner, in

RC 1147

1           a subjective manner, by this particular board.

2           The first thing, the environmental aspects, so

3    say the experts, of the proposed statute is missing.

4    Where there is disturbed habitat there should be

5    standards for rehabilitation and restoration and/or

6    relocation.   What is disturbance?   Disturbance could

7    be as much as fifteen or twenty years ago.   For

8    example, logging, farming, construction before SEQRA

9    and before storm water management.   Missing from the

10   proposed text amendment are mitigation standards

11   present under federal and state environmental laws,

12   which would allow the relocation of these disturbed

13   areas to other portions of the property.

14          This ordinance is use oriented, not

15   environmentally oriented, because it is specifically

16   oriented towards reasonable efforts to use, when it

17   should be directed towards mitigation.

18          In respect to the Tartikov property, we believe

19   that our property has disturbed areas because of

20   cottages built many years ago, which are called

21   fingers, which were artificially created.   This now

22   becomes a use control device rather than

23   environmental mitigation.

24          Further, the assumption that this ordinance is

25   to fill a void created by federal law is incorrect

85

1    and false.  There is no substantive void because the

2    current change in the Army Corps's jurisdiction is

3    for isolated wetlands which rarely exist, like ponds

4    out in the mid west, not connected to waterways.  No

5    more laws are needed, because the vast majority of

6    wetlands are under the present, current jurisdiction

7    of the Army Corps of Engineers and the DEC.

8        In fact, I respectfully refer the village

9    attorney to the fact that on March 18th 2007 the

10   Army Corps of Engineers will be publishing new

11   regulations creating buffers and yards (sic) of up

12   to 50 feet, which would apply to property in this

13   village.  This is what is happening as a result of

14   this ordinance.  It creates an additional permitting

15   layer.  B., since no mitigation standards, then

16   respectfully the trustees can arbitrarily the yard

17   to what they deem to be reasonable uses, and then

18   can say, you can go to court.  That's contrary to

19   the way the present federal and state laws are

20   applied, and this is a badly written law.  It's

21   arbitrary and capricious.

22       The criteria should not be reasonable use

23   because it's subjective.  It should be based upon

24   the ability to mitigate and that's what the

25   environmental experts talk about.  Let me give you

1    an example.  A 40 by 50 pond located on anybody's
2    property in this village, or by a stream on a one
3    acre property, now the one hundred foot buffer
4    sterilizes the ability to build a deck, a pool, or
5    any other structure without coming before this
6    village board.  Then this village board now has to
7    decide reasonable use.  Many existing lots now
8    become non-conforming and preclude any expansion,
9    without first going to the village board.
10          Oversized lots, three or four acres, will not
11   be able to be subdivided to conform to one acre
12   zoning, without this permit.  What is the effect?
13   Well, speaking only to the effect on this property,
14   the Tartikov property, not talking about any
15   development, we have 37 acres right now out of the
16   hundred which are presently encumbered by DEC and
17   federal wetlands jurisdiction.  Nothing was taken
18   away.  This now adds an additional ten acres which
19   will now have to go to permit, based on reasonable
20   use, before the village board.  This is an insidious
21   law.  It's arbitrary and capricious.  It is not
22   constitutional.  And it will not survive court
23   challenge.  It will not survive court challenge, not
24   only by Tartikov, but by any other landowner that's
25   affected by this, that wants to subdivide four or

1    five acres.

2         This is not filling a void, respectfully.  It

3    is not a health, safety, and welfare stop gap.

4    There is no void created by federal law.  From our

5    point of view, representing a property owner, this

6    is targeted to provide another permitting layer, to

7    prevent a use, which will again wind up in court.

8         I just respectfully request that you just

9    consider whether this law is really necessary and

10   doesn't place the village in a bad position, not

11   only with respect to our particular property but

12   with respect to many, many, many other properties in

13   the village.  Thank you for listening.

14        MAYOR MARSHALL:  Thank you.

15        FROM THE FLOOR: (Name inaudible) 9 Secor Court

16   regarding the wetlands protection.  In Mr. Savad's

17   point he says that the wetlands on this property are

18   already under US Army Corps of Engineer

19   jurisdiction.  In the immediate area there are

20   already other wetlands which are under the US Army

21   Corps jurisdiction, as well as New York State DEC

22   jurisdiction.  Those wetlands which are across the

23   road on the Patrick Farms, were damaged by a

24   developer, and the Army Corps, which had

25   jurisdiction at the time, turned it over to the DEC,

1   which only had jurisdiction really on one tributary,

2   but because of resource issues told the DEC you

3   should handle the remediation of the damaged

4   wetlands.          After that the DEC turned around

5   to the Town of Ramapo and said, we don't have the

6   resources to handle the remediation that's

7   necessary.  You handle it.  No fines were ever

8   assessed to that developer, ever, and yet, in lower

9   Rockland County, in 1999, when a DEC protected dam

10  was damaged, the developer was charged three million

11  dollars in fines.  Why wasn't it done in Ramapo?  I

12  applaud this board for going to adopt this amendment

13  and make it part of our local law.  It is protecting

14  our drinking water, which we all need.  Thank you.

15       FROM THE FLOOR: Rita Louis, 1 Secor.  The fines

16  that are in this law, the three thousand dollars per

17  day for each violation, it says pursuant to Section

18  71-2303 of the Environmental Conservation Law, is

19  that a federal or local law?

20       MS. ULMAN:  State law authorizes it.

21       FROM THE FLOOR:  So we came up with that three

22  thousand dollars, or is that something that's

23  already on the books?

24       MS. ULMAN:  Something that we came up with.

25       FROM THE FLOOR: Because I find it to be

1    extremely low.  It's such an important issue, the

2    environmental issue, and just as Brett said before

3    me, wetlands are constantly being compromised and

4    nobody ever gets fined.  So, I mean, I would rather

5    see that upwards of ten thousand dollars per

6    violation, because the point of a violation is to

7    try and deter people from destroying the wetlands.

8    Three thousand dollars to a well financed developer

9    who comes into the village means nothing.  Its like

10   penny change to them.  So they would do whatever

11   they wanted.

12       Also in Paragraph D. there is also fines of not

13   less than five hundred, no more than a thousand

14   dollars, for violation of provisions.  Those also

15   seem to be extremely minuscule considering the types

16   of violations that could occur.

17       In response to something that Mr. Savad said

18   about rendering the lots non-conforming for decks

19   and pools, in terms of this law, I think that's very

20   consistent in terms of many jurisdictions and

21   municipalities have instituted historical districts,

22   we've instituted steep slope laws.  I don't see any

23   problem with rendering lots non-conforming in terms

24   of wetlands, because it's in the best interests of

25   the village, and the environment, and certainly

1    those people who want to put a deck or pool or

2    something else on their house, and they have

3    wetlands, would come before the board, as they

4    always have come before the planning board or before

5    the zoning board.  It would be considered on a per

6    case basis.  I think his points on that issue are

7    not valid.  Thank you.

8         FROM THE FLOOR:  Rachel Abenia-Drol.

9         First of all I'd like to say thank you to the

10   board.  I know this has been a very difficult

11   evening for the board and I appreciate the fact that

12   you tolerated the comments and allowed the public to

13   stay.  For this amendment, I support it.  I live on

14   a parcel of land that's bordered by what is

15   considered federal wetlands, but is not considered

16   New York State wetlands.  And I feel it is very

17   important to preserve and protect that property as

18   wetlands, because it supports a whole range of

19   ecosystems, and I don't think that it is more

20   important to develop properties than it is to

21   preserve the rural area here.  And I appreciate the

22   board's effort on this amendment.

23        FROM THE FLOOR: One quick question.  Andrew

24   Wiley.  Who within the village is qualified to make

25   the determinations?  And if there is no one who is

1    qualified to make a determination, who will make the

2    enforcement or interpretations for the village? Is

3    there a mechanism or enabling act that you can do to

4    hire a consultant on a per basis, or how would you

5    go about doing that? So that's something for you to

6    consider. Thank you.

7        MAYOR MARSHALL: Our village engineer is

8    qualified. And also there is a mechanism within the

9    code that allows us to have experts brought in.

10       FROM THE FLOOR: David Lieber, 5 Litman Lane.

11   Firstly I want to thank you again for allowing us to

12   speak. I didn't catch the woman's name for the

13   conservation society but I strongly believe in what

14   she is trying to do, and applaud what you have done

15   thus far.

16       And I agree with what you have done, as well as

17   the two or three people before you. However, I'm

18   standing here because I also have land that has

19   wetlands as part of it. Unfortunately what these

20   particular laws, I'm sure it's going to affect me

21   negatively as well as other people, and I just want

22   to go through a couple of questions which I have

23   spoken to the village code enforcement inspector.

24       Firstly, like you had in the past, you ironed

25   out the differences between the old and the new. I

92

1   understand and you did mention that previous to 1997

2   this was going to be changed.  What are the old?

3   What are the new?  That's first.  Secondly, why now?

4   We don't have to figure out why this is now.  We all

5   know and you don't have to express it.

6        Thirdly, I bought my residence as a single

7   family residence.  I'm certain my builder had to go

8   through certain things of giving land over here and

9   giving land over here in order to get the lots

10  developed the way they are.  I purchased it as a

11  regular citizen, as a resident of Pomona.  If I ever

12  wanted to put a pool on my property, which is now up

13  until, I don't know if this is going to be passed or

14  not, if I want to put a pool, I wouldn't have to go

15  through what is going to be proposed.  If I want to

16  put a shed, if I want to build an extension, if I

17  wanted to do anything outside of what is being

18  proposed, I don't think I am going to have to go

19  through what I have to go through now if this is

20  proposed, and don't get me wrong, I believe in the

21  wetlands, I believe in the ecosystem.  It has to be

22  there.  It's going to come at a cost to me, it's

23  going to come -- I am not even sure what is going to

24  happen in the event I want to do that.

25       As a regular resident I feel I'm being

RC 1156

1    victimized by laws which are made specifically for,

2    let's just say, certain types of institutions which

3    I think is the reason for most of this.   Okay.  If

4    this law is upheld, I think it should be done

5    differently for large parcels, versus single family

6    residences.

7        I just want to quote a couple of comments that

8    were made earlier.   The setback of 125 feet which

9    was the requirement for whatever was discussed

10   earlier.   Somebody mentioned that's pretty large.

11   You are requesting a setback from the, from the

12   landscape or the easement, for the conservation

13   easement, which I have both, of 100 feet.  To make

14   it almost impossible, if not impossible, to do

15   anything of what I would like to do.  Not that I

16   have any plans right now.  But in the event I wanted

17   to do, it is going to make it impossible.

18       Secondly, another quote, the reduction of the

19   wetlands specific for the net use, was done for

20   educational usage, okay.  And finally, if you take a

21   specific lot, most lots are one acre in the village,

22   if not a drop larger, just because of how they were

23   cut.   It's going to be almost impossible, if not

24   impossible, for anybody to have to go through, and I

25   understand that people have to go through certain

RC 1157

1     things to get things done within the village, but

2     what is being proposed, and I went through this just

3     as an individual, I am not a hundred percent certain

4     of all the regularities of what has to be done, I

5     think it's extremely hard to do what needs to be

6     done as an individual, with what is now being

7     proposed for the wetlands.   Thank you.

8          MAYOR MARSHALL:   Doris, do you have any

9     comment?      Anyone else?

10         Ladies and gentlemen, we have not gotten a

11    response from County Planning on this proposed law,

12    so it will be necessary for us to continue the

13    public hearing to the next board meeting which is

14    February the 26th.

15        Is there a motion to do that?

16        FROM THE FLOOR: Paul Savad.   If the board is

17    going to go on to propose any possible

18    modifications, I'd like to find out how I can get a

19    copy of that before the next meeting.   In other

20    words, other than passing what is already on the

21    books, which is on the web site, if the board

22    decides to make modifications I would like to know

23    how I can get that expeditiously.   I didn't get the

24    GML on the dormitory law until tonight.   I'd like to

25    get the GML so I can review it and I'd also like to

1    know any possible amendments.

2        MAYOR MARSHALL:  Is it appropriate for us, if

3    we consider a change after the workshop meeting,

4    when we discuss this, to transmit it for the sake

5    of -- what is the procedure?

6        MS. ULMAN:  Generally the amendments that are

7    made by the board are public record, and anybody

8    could look at them, or get copies of them if they

9    are filed.

10        FROM THE FLOOR:  That's fine.  If they are made

11    for public record.  I just don't know.

12        MS. ULMAN:  We don't know either.

13        MAYOR MARSHALL:  Our workshop meeting is an

14    official Village Board meeting, where there are

15    minutes.  It's not a workshop in a classic sense.

16        MS. ULMAN:  One of the reasons we don't make

17    them public before the meeting is because it becomes

18    very confusing as to which one you're considering as

19    a public hearing, so that's why we continue to use

20    the original for the public hearing, and any

21    amendments are discussed at the public hearing by

22    the board.

23        FROM THE FLOOR: Thank you.

24        MAYOR MARSHALL:  We'll do what we can.

25        The GML you were supposed to get.  I don't know

1   why you didn't get it.

2        FROM THE FLOOR: I asked for it at the last

3   meeting.  I was told I would get it.

4        MAYOR MARSHALL:  I was under the impression

5   that it was sent to you the day after the meeting.

6        FROM THE FLOOR: It wasn't.

7        MAYOR MARSHALL:  Okay.  You have it now.

8        When we get it, however we can cooperate, we'll

9   cooperate.

10        The workshop meeting is February 12th. There is

11   nothing that says that that will be the final

12   discussion.  If we get the GML from the County that

13   will be some basis for us.  We're starting more from

14   the grass roots, and, Betty, if there are any

15   substantive changes, I'll be happy for your input as

16   well on this thing.  We want this to be a good law,

17   something that fits.

18        I have a question for our attorney.  Do we have

19   mitigation standards?  How do we handle mitigation

20   standards in the law?

21        MS. ULMAN:  I thought we addressed that.  I

22   think they are in the issues that are considered by

23   the Board of Trustees.

24        FROM THE FLOOR: They are not defined.

25        MAYOR MARSHALL: We'll take a look at it.

1          In any case, is there a motion to continue the

2     public hearing relating to the change of local law

3     with relation to wetlands?

4          (Motion made and seconded)

5          MAYOR MARSHALL:  Any further discussion on the

6     motion?  All in favor?  Opposed.

7          The public hearing is continued to the February

8     26th village board meeting.

9          CERTIFIED BY ME TO BE A true and accurate

10    transcript of the within proceedings,

11

12

13    _____

14          Neil Bostock, Official Reporter

15

16

17    Dated:  January 24, 2007

18

19

20

21

22

23

24

25

**A**

A.bena-Drol 90:8
ability 17:19 85:24
  86:4
able 59:1 72:11 75:7
  86:11
about 2:6 5:14 8:3
  11:15 12:4,6,17 13:13
  17:1 19:19 22:2
  23:16 25:4,20,20,25
  30:21 34:10 38:5,7
  40:4 45:8,9 46:6,8
  47:4,5 49:11 51:25,25
  52:1,2,3,4,5,12 55:2,2
  55:3 57:7 59:21 62:7
  62:8,21 65:25 66:13
  66:19 67:11,21 69:22
  77:11 83:9,19,20
  85:25 86:14 89:18
  91:5
above 41:22 60:11,17
  69:1 72:17
absolutely 14:12 64:13
accept 9:7
acceptable 77:16
accepted 73:16
accessory 28:9,13
  32:12,14 41:3 53:3
  71:10 76:25 77:1,3,5
  78:22
accommodate 18:18
  22:14 55:8 69:15
accommodating 29:12
accommodations 12:22
  12:23
accountable 9:13,18
accurate 97:9
achieved 17:10
acre 16:9 51:22 86:3,11
  93:21
acreage 55:7
acres 1:13 71:3,4 55:6
  86:10,15,18 87:1
across 8:14 11:14 21:1
  87:22
act 42:20 91:3
action 78:20,20 82:23
actual 82:1
actually 12:17 23:1
  34:25
add 48:12 78:2,4,15
  82:8
added 6:6 28:12 30:11
adding 78:18
addition 37:22 47:22
  82:24
additional 3:21 61:17
  77:11 85:14 86:18
address 3:7,9 14:9
  20:22 22:15 48:15
  53:4 55:4 57:2 63:17
  74:19
addressed 32:8 49:18
  49:18 63:25 65:1,11
  79:10,13 96:21
addresses 71:10
addressing 62:3,18
  65:5

adds 86:18
adequate 71:20
adjust 35:4
adjustment 54:4
administration 17:12
administrative 41:7
  70:12
adopt 77:22 78:11 81:7
  88:12
adopted 6:10 44:1
  50:14 79:18 80:17
Adoption 83:2
adult 5:20 6:7,10,11,19
  8:11 21:2,4
advance 64:4
advantage 12:10
adverse 78:21 79:9
affect 91:20
affected 86:25
afford 54:14
afraid 23:9
after 8:13 17:3 18:1
  22:23 38:2 88:4 95:3
  96:5
afterwards 42:5
again 8:3,15 42:24 44:5
  44:6 74:10 81:2 82:3
  83:16 87:7 91:11
against 23:4,10 26:25
  45:7 57:16
agencies 42:15,23
  45:13
agency 45:17
agenda 2:9,16,17 4:12
  22:5,13,14,20 68:1
  80:23
ago 11:15 13:1 39:6
  84:7,20
agree 42:9 58:24,25
  59:5,7 91:16
ahead 18:3
Alan 1:13 71:7,19
  75:24
alleged 58:12,13
allegedly 58:13
Allegiance 2:1
allow 2:20 8:19 10:24
  15:9 31:8 33:11
  65:18 76:3,9 84:12
allowed 3:3 7:10,16,19
  10:8 12:11,12 24:25
  31:21 32:25 59:23,25
  90:12
allowing 8:19 11:3
  18:22 25:19 91:11
allows 9:8 54:7 81:20
  91:9
Alma 1:13 75:21
almost 11:22 26:11
  35:1 39:16 71:18
  93:14,23
already 31:5,13 33:11
  33:19 79:10 87:18,20
  88:23 94:20
although 76:13 81:1
always 71:12,13 90:4
ambiguity 33:23
ambiguous 33:1
amended 4:19 69:15
  79:19 81:7

amending 8:10 77:23
  79:16 80:24
amendment 1:4,5 4:13
  4:16 8:15 10:18
  16:19 28:12 31:22
  67:20 70:12 78:1
  80:16 83:2 84:10
  88:12 90:13,22
amendments 6:12
  10:13 15:17 16:1
  25:18,25 26:4 28:15
  36:20 37:6,7 58:12,14
  66:13 72:2,3 76:2
  77:11,14 95:1,6,21
America 56:18
amount 2:10 7:8 15:1
  22:6 30:7 31:19
  52:18
ample 13:19 20:9 55:7
Andrew 9:20 90:23
and/or 41:21 72:16
  84:5
angry 47:18
another 27:14 56:20
  67:10 87:6 93:18
answer 6:1 12:7 39:5
  45:10
answered 5:22 38:23
anybody 21:14 74:25
  93:24 95:7
anybody's 86:1
anyone 3:25 4:9 7:12
  11:7 14:5 15:22
  16:14,18 17:23 25:11
  37:19,24 54:13 56:24
  69:19 75:10 94:9
anything 16:14 19:10
  24:7 25:24 32:3
  51:16 54:4 69:23,25
  71:5 73:16 77:7 82:9
  92:17 93:15
anywhere 11:2 35:12
apartment 38:15
Apartments 38:16
apologize 47:19
appeared 47:23
appears 34:3
applaud 88:12 91:14
applicability 76:4
applicant 36:3 64:17
  64:17
application 76:4 79:6
  79:14 83:17
applied 45:9 46:2 51:7
  68:21 85:20
applies 34:11 77:1
  83:10,11,16
apply 55:11 62:4 76:25
  85:12
appreciate 19:24 56:16
  90:11,21
appreciates 69:17
approach 3:8
appropriate 10:2 95:2
approved 62:25 63:1
  76:10
arbitrarily 85:16
arbitrary 33:16 85:21
  86:21
architects 7:4

architectural 7:4,18
area 10:25 12:9 18:8
  29:25 30:1,2,8 35:12
  37:10 38:7,9,11,12,14
  40:5,5 45:11 52:15
  53:7 54:24 62:11,12
  66:14,15,17,20,20,22
  67:5 80:7,8 87:19
  90:21
areas 18:7 31:21 40:21
  51:7 84:13,19
arise 3:21 34:1
ARLUPA 10:1 49:24
Army 85:2,7,10 87:18
  87:20,24
around 23:8 25:23
  42:20 57:17 66:17
  67:25 71:13 88:4
arrived 17:2
artificially 84:21
aside 2:25
asked 20:17 23:5,13
  42:12 96:2
asking 9:16 26:2,3,16
  26:21 38:21 40:15
  73:19
aspects 18:8,21 84:2
assessed 88:8
assessment 76:5,11
assume 6:24 7:15 59:4
  59:6
assumed 6:25
assuming 73:21
assumption 84:24
attack 3:17
attempt 7:21 48:4
attempted 33:21
attend 4:2 9:8
attending 72:11
attention 8:8 83:15,21
attic 6:17
attorney 1:14 5:8,11
  11:16 12:3 43:10,13
  58:13,22 83:6 85:9
  96:18
audience 49:20
authority 65:7
authorizes 88:20
Avenue 21:3,5
average 69:5
avoid 2:6 22:2
away 33:22 53:20
  81:10 86:18

**B**

B 1:9 85:15
back 4:3 42:10 43:23
  45:19 51:4,9,11,13
  56:8 62:14,15 63:4,21
  64:2,7,8 74:16 77:13
  77:15,15,17
Background 65:22
backing 16:4
backs 61:14 67:16
bad 87:10
badly 47:17 85:20
banging 20:15
BANKS 1:12 76:23

base 13:5
based 11:19,21 13:24
  30:7 44:19 47:25
  49:17 50:24 62:18
  71:11 77:8 85:23
  86:19
basement 59:21 60:5
  60:10,10,17,20,22
basements 59:22
basic 42:25
Basically 31:14 32:7
basis 4:19 33:19 34:25
  47:25 79:12 90:6
  91:4 96:13
bat 58:1
battle 18:19
Beaverdam 11:14
Becchnelli 35:8
become 2:23 86:8
becomes 18:19 84:22
  95:17
bedroom 68:16
before 2:5 3:24 10:16
  24:10,12 25:24 26:21
  27:13,23 29:22 30:13
  37:13,16 43:2 53:6
  62:23 70:21 78:11,11
  82:9,21 83:18 84:8,9
  86:5,20 89:2 90:3,4,4
  91:17 94:19 95:17
begin 2:5 4:11
beginning 4:14 22:19
  36:19 47:12 58:9,16
  78:16,19
begins 18:5
behalf 34:17
behind 17:4 23:13
behooves 35:3
being 3:23 10:14,24
  20:21 26:7,10,24
  27:11 42:1,3 45:8
  59:1 61:24 63:18
  66:8 73:13,17,23
  81:11 82:8 89:3
  92:17,25 94:2,6
believe 5:14,17 6:3,9,15
  8:16 15:16 16:1
  33:13 36:1 37:5 40:1
  42:13 48:16 49:24
  59:16,20,22 60:18
  67:4 73:6 74:5 76:1,9
  76:16,19 80:8 81:5
  83:8 84:18 91:13
  92:20,21
believes 80:4
belong 18:24
beneficial 79:8
benefit 59:8
benefits 82:25
best 48:6 57:22 59:3,10
  89:24
Beth 12:6
better 44:18 47:10
Betty 82:12,13 96:14
between 7:19 18:19
  73:10 91:25
beyond 17:18
big 12:18 26:11 54:24
Birch 51:20 68:14
black 46:4

RC 1162

Bleivas 11:13
bless 69:9
blights 13:6
block 4:4
board 1:1,10 2:8,20 3:8
3:12 7:20 22:4,8
27:24 28:24 29:22
42:14,15,18,19 43:14
46:8 48:4,17 49:21
50:13,15 56:6,6,10
59:2 62:23 63:23
68:4,11,20 75:19 80:4
80:7 82:18 83:18,19
84:1 86:6,6,9,20
88:12 90:3,4,5,10,11
94:13,16,21 95:7,14
95:22 96:23 97:8
boards 35:16
board's 90:22
Boniface 12:6
book 49:15
books 4:23 34:13 44:7
44:16,21 45:13 53:8
53:10 70:11 88:23
94:21
bordered 63:2 90:14
born 39:15 82:21
Bostock 97:14
both 6:12 21:2 28:6
67:1 82:17 93:13
bottom 81:19
bought 92:6
bound 61:13 62:13
71:24
bounded 61:19
boy 59:6
breaks 47:4
Brett 49:13 89:2
Brett's 78:4
Bridget 38:4
brief 3:13,20
Briem 14:10 58:4
bring 13:3 14:23 33:18
69:24 83:14
bringing 33:10 39:11
brought 8:7 15:8,10
26:10 33:21 41:1
62:5 91:9
buffer 67:12,14,17 86:3
buffers 85:11
build 7:25 8:8 30:9
31:12,21 36:4 46:14
54:20,23 86:4 92:16
builder 92:7
building 1:14 6:25 7:2
7:15 12:14,19 28:17
29:20 32:18 33:5
41:2,17,20 45:3,4
46:14 50:5 51:6,14,14
52:4,11,11,20,22
53:15,18,20 54:3,8,19
54:19,20 60:8,10
73:12 76:18,23 77:3
buildings 6:23 11:23,25
12:18 28:20 32:16
51:5,15 52:1,3 53:11
62:12 63:4 77:24
79:18 80:6
builds 55:8
built 30:24 39:18 52:25

53:1,2,3,11 54:8
68:25 73:7 84:20
bulbs 14:18
burden 19:1,3,11
business 2:10 3:18 8:25
20:2 22:6
buy 66:16 67:1

C
C 50:4 81:16
call 30:8 60:21 72:20
72:23
called 3:7 29:25 60:19
84:20
calls 10:25 13:20 72:25
calm 9:7 21:23
came 47:15 51:20
88:21,24
camp 2:12 8:5 22:9
55:5
campus 8:1,9
candy 13:3
capacity 5:11
capricious 85:21 86:21
care 23:12
carefully 11:18,20
cares 55:15
Carlos 67:18
carried 75:16 80:20
case 4:22 11:19 34:1,20
34:24 35:1,2 36:2
43:11,12,16 44:17,19
50:1 54:22 79:2,12,12
90:6 97:1
cases 16:15
catch 91:12
category 81:22
cathedral 23:13
catholic 46:4
caused 70:17
causes 43:13
ceilings 73:6
cellar 60:23 61:2
certain 30:4,7 59:20
92:7,8 93:2,25 94:3
certainly 47:19 89:25
CERTIFIED 97:9
challenge 74:13 76:8
86:23,23
challenged 43:3
chance 11:12 19:25
21:25 65:2
Chances 66:3
change 10:9,10 12:23
12:24,25 13:7 19:13
19:18 20:3 23:11
24:21 25:10,11,12
26:3,13 27:24 28:7
29:2,11 30:18 32:9
35:24 42:24 43:17
44:9 45:1 50:25 52:9
72:3 73:19 74:3 85:2
89:10 95:3 97:2
changed 2:17 22:13
28:16,19 44:5,5,5
50:15 51:25 55:17
70:11 92:2
changes 4:23 5:17 8:10
14:1,1 18:25 24:24

25:1,2,3 26:6,9 27:16
30:15 32:4 33:4,10,17
33:17 34:6 35:1 38:5
38:9 39:19 42:22
43:24 53:9 57:17
77:11 96:15
changing 18:8,17 19:2
46:15 55:22 56:1
Chapter 82:24
character 10:9
charged 88:10
charter 48:17
checked 66:21,21
children 6:12 14:20
23:7 40:12 64:6 70:9
choice 48:24
Christian 46:4
Christina 31:3
church 9:21
Circle 67:19
circumvent 7:21
citizen 92:11
City 1:24
clarified 59:15 68:19
clarify 16:16 32:23
33:22 40:24
classic 95:15
classifying 81:21
clear 9:4,9,9 28:8 31:24
33:25 34:19 36:12
44:19 76:14 77:10
83:9
clearer 43:1
clearly 66:22 77:16
clerk 1:15 2:4 3:6 5:1
cloak 19:9,10
close 25:24 75:11 80:19
closed 16:17 80:21
Club 31:4
Coal 61:24 65:9
code 8:10 33:5 66:18,21
67:13 69:14 80:24
81:13 91:9,23
codes 49:1,9,15 52:15
52:16 55:17,23 56:2
66:14,14
coincides 52:10
collected 4:1
college 12:8 14:24 15:2
15:6 23:2 38:13,18
39:18 54:12 69:24,25
70:7 75:7
colleges 28:6
come 4:21 9:17,25 10:1
10:3,17 11:3,9 14:8
15:21 16:23 18:16
19:13,19 23:8 38:2
43:5,7,9 44:17 49:12
58:6 62:7 64:21 65:4
65:11,12 66:4 70:23
83:21 90:3,4 92:22,23
comes 13:18 34:24 35:6
35:15 38:18 61:21
62:3,23 65:9 70:25
89:9
comfortable 14:21
coming 86:5
commend 82:23
comment 3:1,4 71:2,3
75:22 76:1 94:9

comments 3:10,12 8:24
9:2,5 15:19 16:16
20:6,15,22 25:6 27:9
27:12 48:2,15 75:20
75:25 90:12 93:7
common 38:7,9,11,12
38:14 40:4,11,15 41:6
45:11
communal 28:17 40:10
41:8,16,19 76:20
communities 28:4 30:4
community 13:8 17:8
17:16,17,21 48:11,12
48:14,18,18,20 49:5,9
56:19 59:4,11 75:4,8
79:1 83:1
comparable 59:18
compared 62:16
complaining 36:20
completed 3:19 41:12
completely 5:19
complex 44:2
compliance 35:3
complies 35:22 36:2
comply 35:17 66:18
comport 29:4
comprise 46:10
compromised 89:3
concept 18:17,25 74:13
concern 26:1 63:8 65:4
70:5 77:10
concerned 30:21 36:22
37:1
concerning 2:11 4:13
5:3 8:11 22:8 68:14
concerns 30:5 34:5
37:9
conduct 2:19 3:22
20:18
conducted 9:6
conform 33:5 86:11
conforms 36:15
confusing 55:18 95:18
connected 54:25 85:4
connection 5:23 31:25
conservation 67:15
82:2,16,20 88:18
91:13 93:12
conserve 82:22
consider 13:25 42:17
43:17 44:11 46:23
50:11 51:12 52:9
54:2,3 67:8 69:12
70:6 87:9 91:6 95:3
consideration 29:23
31:15 69:13 75:18
81:4,6 82:6
considerations 29:21
considered 32:12 33:17
41:23 51:4 61:24
62:24 64:15 65:14
71:3 72:18 73:17
90:5,15,15 96:22
considering 24:22,23
25:2 27:17,19 28:24
30:19 44:10 50:15
52:13,19,21 70:24
89:15 95:18
considers 62:1
consistency 33:6

consistent 29:18 33:11
33:18 66:5,6 74:1
76:14 77:5 89:20
constantly 34:12 89:3
constitutes 46:9
constitutional 86:22
construct 30:1
construction 69:10
84:8
consultant 91:4
contain 39:1 41:10
contains 41:4
content 3:14
continuation 50:19
continue 18:23 26:21
50:23 54:1 94:12
95:19 97:1
continued 4:12 97:7
contrary 7:13 80:1
85:18
control 49:3 84:22
controlled 72:9
controls 30:24
conversations 42:2
47:6
cooking 6:8 41:8,10
cool 57:21
Cooper 5:4 11:5
cooperate 96:8,9
copies 95:8
copy 42:13 50:6 94:19
corners 69:5
Corps 81:8 85:7,10
87:18,21,24
Corps's 85:2
correct 38:8 60:11 73:5
74:23 81:13
correction 78:3
correctly 10:4
corridor 63:13,14
cost 92:22
cottages 84:20
cotton 13:3
counsel 21:20
country 31:4 46:6,20
county 5:25 11:25 18:9
39:16 42:12,12,14
79:24 82:19 88:9
94:11 96:12
couple 2:5 59:15 75:25
91:22 93:7
court 4:21 25:15 34:1
34:23 38:4 44:20
45:2 49:13,22 65:21
73:3 75:3 76:6 85:18
86:22,23 87:7,15
courteous 65:24
courtesy 15:21,23
courts 45:6 46:15
cover 54:24
coverage 77:18
covered 82:10
crazy 23:6 57:7
created 16:2 33:9 84:21
84:25 87:4
creates 30:13 32:14
85:14
creating 30:16 31:23
79:7 85:11
credits 29:25

criteria 76:8 85:22
curb 56:8
curious 69:21
current 27:25 28:23
  37:22 41:25 63:20
  71:17 85:2,6
currently 27:25 80:2
cut 77:14 93:23

**D**

D 60:25 81:15 89:12
dam 88:9
damaged 87:23 88:3,10
Darryl 43:6
Dated 97:17
daughter 75:7
David 91:10
day 17:10 57:4,14
  88:17 96:5
dead 56:12
deal 77:10
dealing 20:4 44:3,4
  46:25 80:17
debate 2:24 38:24
DEC 85:7 86:16 87:21
  87:25 88:2,4,9
December 77:12,13,25
  79:20,23
decide 11:20 42:19
  73:3 86:7
decided 45:16 81:6
decides 42:18 94:22
deciding 11:19
decisions 4:21
deck 86:4 90:1
decks 89:18
decorum 56:15
deduct 30:4,6,9,10,10
deduction 30:11
deem 85:17
Deer 59:14
defend 33:24 34:3,9
  35:6 45:2 47:13
  48:18,19 58:15
defendable 33:7
defense 49:21
defensibility 43:2
defensible 33:14 34:14
  35:6 43:15 44:20,24
defer 81:18
define 26:22
defined 8:18 66:22
  96:24
defines 24:25 81:19
Definitely 40:18
definition 11:18 27:21
  28:1,3 38:25 40:8,19
  40:22,23 60:22,22
  67:4 72:13,15 73:2
definitions 6:6 36:5,6
  39:3 66:21
degree 71:11
deliberate 7:21
Dennis 18:4
dense 61:18
density 17:18 61:15
  62:15,18 78:24
denying 18:11
Department 79:24

depending 42:16 60:23
depends 54:18 60:12
DEPUTY 1:12
described 41:22 72:17
description 66:15
designated 6:11
designed 5:18 49:3 82:5
  83:23,24
desire 54:13
desired 51:22
desires 50:16
destroy 15:10 49:8,9
destroyed 49:4,5
destroying 89:7
deter 89:7
determination 78:7
  91:1
determinations 90:25
determine 64:4
determined 32:14 64:3
  64:16 68:17
determines 66:20
determining 30:22 62:25
Deutschman 25:14
develop 48:22 90:20
developed 44:12 92:10
developer 81:23 87:24
  88:8,10 89:8
development 2:12,13
  22:8,10 49:3 61:21,23
  65:6 86:15
develops 43:12
device 84:22
dictionary 11:17
difference 29:6 62:14
differences 91:15
different 21:15 60:22
  61:14,15 62:17 76:15
  76:16
differently 61:12 93:5
difficult 33:24 35:11,13
  43:21 64:4 90:10
Diliberto 38:3
dining 6:8 28:17 38:11
  38:12 40:10,11,21
  41:8,10,16,19 76:20
  77:14
directed 8:16 30:20,22
  55:5 84:17
direction 34:22
discriminating 11:18
discriminatory 5:18
  11:17 83:25
discuss 2:15 10:1,2,4
  20:19 22:11 25:9,10
  25:16,17 26:17 51:2
  69:14 95:4
discussed 4:24 10:24
  42:4,7 44:15 51:1
  93:9 95:21
discussing 34:6 53:5,5
  53:11 55:11
discussion 2:11 15:3
  22:7 24:17 45:20
  75:19 80:13 96:12
  97:5
discussions 47:13
disgrace 14:11,12
disorder 9:10
districts 89:21

disturbance 84:6,6
disturbed 84:4,12,19
Doctor 61:6
doing 6:10 28:8 29:3
  31:13 45:22 46:17,17
  49:21 55:24 56:1
  59:9,18 63:9 91:5
done 29:23 55:18 62:1
  65:10 88:11 91:14,16
  93:4,19 94:1,4,6
doorway 4:2,4
Doris 1:14 27:15 29:14
  34:20 40:7 71:15
  81:18 82:8 94:8
dorm 7:5 16:19 69:25
dormitories 4:14 5:3,19
  6:18 8:2,11 16:20
  24:16,18,25 25:17,21
  29:17 31:5,8,12 32:11
  36:5 38:5,10 40:10,22
  41:23,24 45:12 54:7
  70:20 72:18,19,22
  75:12 76:24 77:1
  79:2 80:17
DORMITORIES(C...
  1:4
dormitory 4:22 6:3,6
  10:7,8 18:10 27:21,25
  28:3,8,17 31:14 32:15
  32:19 36:7 38:13,14
  38:15,25 39:2,3 40:9
  40:19,23 41:1,9,14,16
  41:18,20 46:10 50:2,4
  50:5 51:5,13,14 52:25
  53:1,2,8 54:23,25
  56:8 61:1 66:4 69:22
  70:10,14 71:19 72:13
  72:15 73:14 76:15,21
  77:24 78:23 79:11,18
  80:4,5 94:24
dorms 6:4,21,22 7:3,5,8
  16:11
dormsitory 50:4 78:5
doubt 59:9 60:14
down 4:8,21 21:23 23:1
  69:7
drainage 62:2 82:1
draw 36:9,10
drinking 88:14
Drive 22:18 51:20 61:7
  68:14
drop 93:22
due 16:6 37:8 76:17
  83:12
duration 3:15
during 3:4,13 4:24
  16:14 62:6 63:22
  64:3 79:13 81:5
Durkin 15:14
dwelling 28:2 41:11,21
  61:1 72:17

**E**

E 1:9,9 81:16
each 3:10 42:17 64:13
  79:6,14 88:17
EAF 5:23

earlier 34:19 43:11
  93:8,10
easement 67:15 93:12
  93:13
easements 30:12 31:18
easier 33:25 35:20 37:2
  73:20
easily 55:25
easy 22:22 39:20,21
ecosystem 92:21
ecosystems 90:19
Ed 9:24
education 54:10,13
  74:14,17
educational 30:23
  31:11,12,20 36:6 41:2
  51:6,15 66:3 93:20
effect 31:18 86:12,13
effectively 6:4,18,21
  7:12 8:16,21
efficient 18:7
effort 90:22
efforts 34:16 84:16
eight 69:2 70:21 73:7,8
either 54:14 67:2 95:12
El 12:6
Eloise 10:21,22
else's 19:9
em 69:9
Emerald 22:17
emeritus 82:19
emotional 56:10,20
  57:3,7
emphasize 82:4
enabling 91:3
enacted 79:20
encourage 14:4 65:3
encumbered 86:16
end 5:5 37:23 50:18
  53:19
enforce 34:14 39:9,10
  39:25
enforcement 91:2,23
engineer 87:18 91:7
Engineers 81:9 85:7,10
enjoy 14:22 17:9
enormous 82:25
enough 2:24 44:19
  66:22 67:2 81:9
ensure 16:8 43:2
enter 3:9
entertain 3:20
entire 15:5 18:8,17,25
  30:22 36:15 63:12
  82:5
entirely 10:9,10 81:12
environment 14:20
  23:12 31:17 78:21
  82:2 89:25
environmental 30:4
  31:16 37:9 56:21
  61:25 63:25 64:3,15
  79:9 84:2,11,23 85:25
  88:18 89:2
environmentally 84:15
envision 65:12
equally 46:3
equipment 11:23
equitable 13:11 48:3,21
essence 56:1

establish 63:15 64:11
  64:12
established 33:12 51:21
establishment 49:25
evaluating 4:17
even 8:12,19 17:15,24
  25:25 36:24 92:23
evening 9:25 29:22
  42:21 43:18 63:18
  77:9 90:11
event 92:24 93:16
ever 15:12 23:2 43:18
  88:7,8 89:4 92:11
every 11:11 28:18
  29:20 35:1 41:14,15
  41:15 44:24 45:3,4,12
  45:14 47:5 59:2 62:3
  62:7 65:1 81:23,23
  82:6
everybody 15:11 21:23
  29:13 34:5 35:18
  36:23 46:7 47:14,18
  57:3,21 74:11
everyone 5:10 15:15
  16:8 19:24 21:16
  24:7 44:22 49:20
  53:4 70:23 74:3
everything 12:25 15:11
  16:5 19:24 23:17
  48:3,4 57:6,14
everytime 24:4
everywhere 77:6
evolve 18:22 44:9
evolving 43:16
exactly 72:24
example 6:24 16:15
  30:5 46:9 61:23 84:8
  86:1
exceed 28:20
except 41:11
exception 34:4
excited 41:15
exclude 5:19,20 7:22
excluded 6:7 28:19
excludes 6:21 8:17
excluding 8:18
exclusively 3:14
excuse 23:22 29:3
  41:14 50:22
exist 25:9 30:5 34:10
  36:22 85:3
existed 33:23
existent 31:5
existing 14:2 24:24
  31:23 33:3,5 34:20
  35:17 40:24 54:4
  55:21 68:18,23 69:7
  71:1,4 73:13 75:17
  79:1 86:7
exists 19:21 27:17,25
  33:19 40:24 41:25
  42:25
expand 8:5
expansion 86:8
expect 44:8
expedite 24:23
expeditiously 94:23
expenses 19:8
experience 35:10
experts 83:13 84:3

RC 1164

85:25 91:9
explain 27:16 45:21
  52:23 83:24
explained 4:14 69:4
exposure 59:21 60:17
express 65:4 92:5
extension 92:16
extremely 89:1,15 94:5

**F**

F 1:9 6:16
face 5:18 19:5 56:19
facilities 6:9 41:9,11,12
facility 13:23 30:2,24
  66:4
fact 13:2 15:1,3 76:17
  76:24 85:8,9 90:11
factor 63:3
factors 62:24
facts 11:19,21
faculty 6:12 41:7 70:13
fair 9:10 12:21,23
  13:11 22:21 46:7,8,9
  47:1 48:3,21
fairer 45:15
fairly 45:8 46:2 81:10
fall 73:1
falls 63:14
false 85:1
familiar 18:9
families 17:9 38:16,20
  39:7,12,18 70:5,16
  74:13
family 14:23 15:9 28:1
  28:1 29:18 41:21,21
  70:3,8 72:16,16 92:7
  93:5
far 36:22 59:21 60:17
  63:3 91:15
farming 84:8
Farms 87:23
fashion 63:16 64:9
favor 29:10,11 75:15
  80:14 97:6
February 94:14 96:10
  97:7
federal 7:13,22 8:20
  16:7 18:18,19 31:10
  31:25 43:20,25 48:24
  49:24 81:8 84:11,25
  85:19 86:17 87:4
  88:19 90:15
feel 26:18 35:10,13
  53:19 56:12,17,25
  57:11 58:24 73:1
  90:16 92:25
feet 7:3,7,17,17 12:14
  28:21,22,24 29:15,19
  29:21 32:19 38:6,7
  44:23,23 45:5,5 50:6
  50:7,8 52:8,9 56:8
  59:17,23,25 60:7,9,13
  60:15 62:15 63:22
  66:1,2,5,9,11,25
  68:17 69:1,2,9,9 73:5
  73:8,15,16 76:18 77:3
  77:6,15,16 85:12 93:8
  93:13
fellow 14:14

few 22:18 39:6 73:8
  83:6,13
fifteen 29:10 44:22
  84:7
fifth 41:14
fifty 41:15,15 45:12
  63:16 64:10
fighting 57:5,12
figure 92:4
filed 5:23 95:9
fill 2:3 16:21 84:25
filled 3:25 18:3
filling 87:2
final 96:11
finally 76:2 93:20
financed 89:8
financially 19:4
find 25:7 36:13 71:18
  88:25 94:18
fine 19:6 23:17 75:9
  95:10
fined 89:4
fines 88:7,11,15 89:12
fingers 84:21
finish 6:2 40:5
finished 38:22,23 47:9
fire 12:15
firefighter 11:21
firefighters 12:1
first 4:12 5:4,21 11:15
  12:1 18:6 24:15
  27:20 44:2 56:2
  65:17 77:12,19 82:12
  84:2 86:9 90:9 92:3
Firstly 76:1 91:11,24
fishing 13:4
fits 96:17
five 2:9 11:15 13:1 22:5
  39:22 44:23 87:1
  89:13
fixed 62:13
flash 14:18
flat 66:5,10 76:18
flawed 49:25
flood 30:10 31:17
flooded 70:8
floor 1:23 4:5 5:5,8 9:2
  9:5,12,15,18,21,25
  10:22 11:6,13 14:3,7
  14:10,16,19 15:14,19
  15:25 16:21,24 17:24
  18:4 20:6,12,24 21:8
  21:11,23 22:17 23:21
  23:24 24:1,13 25:14
  26:23 27:2,5,7,10,18
  28:22 29:1,5 31:3,7
  32:2,9,20 33:4,15
  34:2,16 35:8,18,24
  36:7,17,23 38:3,12
  39:4 40:14,17,20 43:4
  43:6 45:8,17,21,25
  46:18,20 47:2,8,9
  48:25 49:4,8,13 50:21
  51:3,12,17,19 52:6,14
  52:21 53:13,22 54:1,6
  54:9,12 55:13,16,22
  56:3 57:2,24 58:2,4
  59:14 60:8,16,19 61:4
  61:6 62:10 63:12
  64:5,9 65:15,17,25

67:6,9,18 68:3,8,13
69:17,20 70:15 71:5,9
71:12,21,25 72:6,9,20
73:4,11,18,22,25 74:3
74:7,12 75:2,9 82:9
82:13,17 83:5 87:15
88:15,21,25 90:8,23
91:10 94:16 95:10,23
96:2,6,24
floors 73:10
fluid 34:21,21
folks 18:2
follow 8:20 14:3
following 2:18 16:3
  78:22
foot 6:25 7:5,9,15 32:18
  52:4,6 64:2,7 67:1
  69:3 73:7 76:13 86:3
footage 32:16 80:6
footprint 69:7
force 65:5
forced 47:21
form 2:4 3:6,25 4:9
  5:23 11:7,10 14:6
  16:21 18:3 81:3
formed 17:3,7
forms 5:2
forth 26:10 76:21 79:23
  80:1
forum 2:23 20:7,19
forward 13:4,4,5,6
  43:12 44:17
found 79:12
founded 82:20
four 23:7 40:1,14 67:16
  69:5 73:11 86:10,25
frankly 13:22 17:10
freely 12:12
friends 14:22
from 3:21 4:5 5:5,8,25
  7:3 9:2,5,12,15,21,25
  10:22 11:6,13 14:3,7
  14:10,16,19 15:14,19
  15:25 16:21,24 17:24
  18:4,16 20:6,12,24
  21:1,8,11,23 22:17
  23:21,24 24:1,13
  25:14 26:23 27:2,5,7
  27:10,18 28:22 29:1,5
  31:3,7 32:2,5,9,20
  33:4,15 34:2,16 35:8
  35:18,24 36:7,17,23
  38:3,12,20 39:4,14
  40:14,17,20,21 42:16
  43:4,6,7,9 45:8,9,17
  45:21,25 46:18,20
  47:2,9 48:25 49:4,8
  49:13 50:19,21 51:3,4
  51:12,13,17,19 52:6
  52:14,21 53:13,22
  54:1,6,9,12 55:13,16
  55:22 56:3,8 57:2,4
  57:24 58:2,4 59:14
  60:8,16,19 61:4,6
  62:10,15 63:4,12 64:5
  64:9,9 65:15,17,25
  67:6,9,18 68:3,8,13
  68:15,16,17,18,23
  69:6,17,20 70:15 71:5
  71:9,12,21,25 72:6,9

72:20 73:4,11,18,22
73:25 74:3,7,12 75:2
75:9,20 77:9,11,15
82:13,17 83:5 84:9
87:4,15 88:15,21,25
89:7 90:8,23 91:10
93:11,11 94:11,16
95:10,23 96:2,6,12,13
96:24
front 51:4,13
frustrating 57:13
frustration 58:4
fully 44:8
fun 48:9
functioning 2:22
funny 23:21 47:3
further 7:14 24:20 71:2
  71:3 78:1 79:15,22
  80:13 81:17 84:24
  97:5
future 33:8 36:24 68:20

**G**

gap 87:3
gasps 12:8
gauged 71:1
gavel 15:22 20:15
gee 43:14
general 76:1,3 79:22
  82:3
generally 46:13 95:6
genesis 34:7
gentleman 18:1 25:19
  26:25 27:14 46:1
  56:2
gentlemen 4:1 8:24
  13:10 19:16 25:8
  46:22 47:7 56:23
  58:19 64:23 65:23
  75:19 94:10
gets 6:1 89:4
getting 20:13 23:4 76:7
give 6:24 11:11 15:20
  15:22 19:25 21:25
  56:7 59:8 60:9 85:25
given 12:18 61:7
gives 16:11 22:20 43:12
giving 42:10 92:8,9
GML 5:24 42:14 94:24
  94:25 95:25 96:12
go 4:8 11:11 13:23 18:3
  18:21 21:5 26:5 29:9
  29:12 34:23 35:12,14
  35:20 37:3 39:21
  42:10 45:19 54:13,14
  54:17 73:2 74:16
  77:13,15,15,17 81:1
  85:18 86:19 91:5,22
  92:7,14,18,19 93:24
  93:25 94:17
god 69:9
goes 30:24 44:20 49:22
  81:24
going 3:23 4:2,11 12:7
  15:10 16:13 18:12,12
  18:21,21,23 20:19
  21:12,16,17 22:21,22
  22:22 23:9 24:15,17
  26:17 29:9,12,20 32:5

38:6,6,17,19,24 39:7
39:7,9,9,10,13,13,18
39:21,23,24 40:16,21
40:23 43:15,17 45:9
46:15 47:14,15 53:14
53:18,19 56:19 57:17
57:18 58:10 67:11
70:11 74:11 77:17
78:9,10 83:5,24 86:9
88:12 91:20 92:2,13
92:15,18,22,23,23
93:17,23 94:17
gone 43:22
good 9:25 83:3 96:16
gotten 19:20 42:16 59:5
  94:10
government 2:22 12:24
  35:3 43:23 48:24
grade 60:12 68:17,19
  68:23,24 69:7
graduate 68:7
Grandview 21:3,5
Grapella 56:3
grass 96:14
great 77:10
Greg 58:4
Gregg 14:10
ground 60:17
group 18:13 26:20 47:4
group's 25:20
growth 17:11
guess 39:22 50:9
guidelines 47:20
guns 23:15,16
gutted 3:1
guys 74:25

**H**

habitat 84:4
Hadar 12:5
hair 23:9
Hal 25:14
Haley 61:6
Hall 1:8 24:14
Halloween 13:3
hallway 41:6
hand 5:2 20:2
handle 2:21 11:23
  14:25 15:4,5,6 17:19
  88:3,6,7 96:19
Hang 67:25
happen 15:12 16:8
  21:17,17 39:24 65:6
  83:21 92:24
happened 43:19 67:13
happening 19:24 25:25
  39:14 52:17 55:20
  85:13
happens 48:5 57:20
  61:25
happier 57:25
happy 4:7 29:13 96:15
hard 23:7 23:16 59:3
  59:10 94:5
harder 34:3 36:11 37:4
having 11:10 13:5,6
  46:8 47:13
hazards 62:17
health 37:11 48:10

RC 1165

hear 9:14 22:19 32:9 33:16 45:20 56:11,13 56:16 64:24 69:23
heard 36:19 73:19 75:23
hearing 3:13,15 4:13 4:15,25 5:3 9:22 10:17 13:12 16:14,17 19:18 20:23 37:17,23 42:7 50:13,17,19,24 75:11 77:19,25 79:20 80:19,21 82:11 94:13 95:19,20,21 97:2,7
hearings 1:4 2:9,16,18 3:2 6:13 13:21 22:5 22:12 44:16 48:16 61:22
Hedges 82:13
height 28:19,21 29:15 29:16,19 37:10 50:4 52:25 53:7 59:17 60:13 65:25 68:14,21 69:10 73:5,14 74:2 76:13,17,23 77:5
held 24:15
help 39:23 43:23 47:14 55:12
helped 58:8
helps 79:4
her 21:8,12 23:24,25
HERBERT 1:11
hey 44:18 48:8 56:12
high 2:15 22:12 54:25 63:2 68:7
higher 54:9,13 60:6 69:2
Hillcrest 11:22
Hillside 21:3
him 26:25 27:5
himself 27:1,6
Hindu 67:13
hire 91:4
hired 27:7
historical 89:21
historically 8:2
hold 9:13,17
hollow 35:5 61:24 65:9
home 59:11
homeowner 66:16,23
homes 59:22 60:2,4,6 66:2
honest 57:22
honesty 17:5
hope 50:18
hour 61:9,10,13 62:13 62:16,16 63:13,17 64:10
house 7:6 12:19 23:13 50:20 52:7,8 54:21 66:25 67:1,11 90:2
housekeeping 6:8 41:11,12
houses 29:19 76:15,16 77:2
housing 5:20 6:7,11,19 8:12 10:24 11:12 21:2 21:4 56:9 74:15
Howard 11:13
hundred 5:15 7:2,7,16 8:3 25:24 32:17

39:12 86:3,16 89:13 94:3
hypothetical 61:7,18

I
IAN 1:12
identify 27:1,6
image 65:19
immediate 87:19
impact 56:21 61:25 64:15 78:21 79:9
impacts 31:16 79:5,10
implementation 76:11
important 27:20 33:16 33:20 34:2,6 51:24 83:22 89:1 90:17,20
importantly 53:2
impossible 6:20 64:5 93:14,14,17,23,24
impression 96:4
inadequate 67:14
inaudible 27:12 42:2 47:6 57:2 68:13 69:20 87:15
incentive 34:7
incidentally 11:24
include 1:15 15:23 22:7
included 29:24
includes 2:9 22:5
incorrect 84:25
increase 66:17 76:19 78:23,25
increased 13:5 80:9
increasing 59:17 60:2
individual 79:6,14 94:3 94:6
individualized 76:11
influenced 4:20 34:24 35:2
information 4:18 13:15 13:16 47:24 57:19
informed 50:8
infrastructure 14:25 15:5 17:19
inherent 37:8
initial 78:19 81:5
initially 13:15 32:8
injury 61:18
innocuous 28:15 29:2
input 42:8,10,11 50:25 77:9 96:15
insidious 86:20
inspector 1:14 12:15 91:23
instead 39:12 47:11 66:25 77:18
instituted 89:21,22
institution 10:6,15 12:10 41:3
institutions 62:11 93:2
intend 6:17
intent 8:20
intention 47:20
interaction 3:1
interesting 69:11 70:23
interests 21:21,22 47:10 48:6 57:22 58:11 89:24
interpretations 91:2

interpreted 55:25
interrupt 14:15 60:24
interrupting 23:22
inundated 17:18
investigated 8:7
involve 76:5
involved 2:21 13:20 57:4,14 62:17
involvement 3:3
ironed 91:24
isolated 85:3
issue 9:22 12:16 13:17 20:5 42:8 57:3 63:18 68:14 73:4 74:19 89:1,2 90:6
issued 79:24
issues 2:21 34:24 59:4 61:15 62:2,5,15,18 63:15,24,25 64:25,25 65:5,10 88:2 96:22
item 4:12 60:25 80:23
items 2:17 55:4 80:22

J
Jade 25:15
Jaffe 16:24
January 1:7 97:17
Jeff 56:2
jeopardy 49:23 72:8
Jewish 46:4
Joe 75:3
Joel 56:20
Joseph 27:7 35:8
Josephine 51:19
journey 18:5,23
judge 73:3
jumping 58:3
jurisdiction 63:15 85:2 85:6 86:17 87:19,21 87:22,25 88:1
jurisdictions 89:20
just 4:6 6:23,23 8:2,13 9:12,16 14:3,17 15:17 15:20 17:15 19:10,17 21:24 22:18 23:10,15 29:5,8,17 33:16 34:20 34:21 35:9 36:8 37:2 38:6,20 39:5,8,10 44:9 47:9 48:8 51:9 53:9 57:21 58:2 65:17 66:1 67:16 68:8 69:20 73:4 74:12,16 76:1,5 87:8 87:8 89:2 91:21 93:2 93:7,22 94:2 95:11
justice 19:14

K
keep 3:12 17:8 18:22 30:19 66:10 77:19
keeping 17:7
Keller 75:3
kept 17:21 51:23
kids 39:22
kind 11:2 26:20,20 30:1 68:19 70:23
Kiryas 56:20
kitchen 38:8 45:11
kitchens 28:18 45:9

knew 58:5,6
know 12:7 15:18 18:20 18:24 19:16,22,23 24:2,10 26:4,11 29:6 29:7,8 36:9 39:21 44:23 45:15 47:2,15 48:8 49:10 50:6 51:8 53:17 56:12,14,17,18 56:24 57:3,6 58:2 58:10,17 66:23 67:13 70:22 72:13 82:25 90:10 92:5,13 94:22 95:1,11,12,25
knowing 64:22
knows 5:10

L
Ladentown 82:13
ladies 4:1 8:23 13:10 19:16 25:8 46:22 56:23 58:19 64:22 65:23 75:19 94:10
LAMER 1:13 31:9 36:18 37:5 62:20 68:6 70:10 75:14,25 78:6 80:12
land 32:4 76:12 90:14 91:18 92:8,9
landowner 86:24
landscape 13:7 93:12
Lane 16:25 31:4 91:10
language 28:11 71:18
large 10:14 48:11,12 54:21 64:8 81:12 93:5,10
largely 35:2
larger 93:22
largest 5:16 11:25 83:7 83:8
Larry 32:2
last 4:15,25 5:10 27:14 41:1 50:19,21,22 72:12,14 74:25 75:2 96:2
later 42:20 43:17 45:20
laughed 23:6,24,25
laundry 41:8
law 1:4,5 4:13,15,22,22 5:14,24 6:3,15,17 7:13 8:22 10:18,25 11:16 12:10,11,16,21 14:2,4 16:7,19 18:18 18:19 19:18 20:3 24:22,24 25:8,10,12 27:16,17 28:9,15,23 29:5,6,11,17 30:11,13 30:18,24 31:8,10,10 33:3,13,23,24,25 34:14,21,24 35:2,4,11 35:23,24 36:1,2,4,15 39:25 40:24 41:25 42:6,10,16,25 43:11 43:14,16,18,23 44:1,3 44:6,6,7,9,11,14,15 44:17,18,19,24,25,25 46:15,23,24,25 47:4,5 47:5 48:23 49:24 50:2,12,23,24 52:8,24

53:6 54:5,22,22,22 55:1,3,21 58:12 59:12 60:25 61:3 62:20 63:20 67:10 69:13,22 70:1,1,10,14 71:1,4,6 71:8,17,19,21 72:2,4 72:7,14,15,19,24 73:13 74:14,18,20,22 75:17,20 76:3,6,9,24 76:25 77:5,23 79:2,4 79:8,16,16,17,21,23 80:3,17,24 81:3,6,8 81:11,12 82:5 83:9,14 84:25 85:20 86:21 87:4,9 88:13,16,18,19 88:20 89:19 93:4 94:11,24 96:16,20 97:2
laws 4:17,18 7:22 8:21 10:12,13 26:4,5,6,10 26:22 29:18 31:16 33:18 34:12,21,23,25 35:1,14,17 44:10,21 46:2,21 47:13 48:5,7 48:8,9 49:2,17 83:20 84:11 85:5,19 89:22 91:20 93:1
lawyer 36:12
layer 85:15 87:6
leadway 52:18
learned 7:3
least 51:1 74:14
leave 20:18
Ledentown 23:5 43:6
left 21:5
legal 16:4
legally 13:13 34:13 74:5
legislation 4:20 79:11
length 4:24
LESLIE 1:15
less 35:13 73:15 89:13
let 7:14 14:3,15,16 15:12 21:8,12,17 40:5 41:18 47:2 52:23 58:19 60:24 72:12 74:10 80:16 81:2 85:25
letter 79:24 80:2
letting 21:14
let's 21:17 29:10 71:15 72:10 93:2
level 43:25 73:7
Leventhal 9:24
Lewis 65:21
liable 49:19,19,20
Lieber 91:10
life 14:19,23 15:12 17:9 19:3
lifestyle 19:6,9 26:16
like 3:4,17 5:13 6:2 11:8,20 14:7 15:17 16:22 21:5 22:15 23:11,14,25 25:7 26:8 26:14 27:5 29:9 31:16 34:21 35:12,19 36:13 37:2,23 44:9 45:6 53:17 56:13,16 57:6,7,13,15,20 56 61:19 62:8,8 65:8,

RC 1166

67:15 68:19 69:7
70:6 72:24 73:20
77:20 78:2 82:8
83:14 85:3 89:9 90:9
91:24 93:15 94:18,22
94:24,25
likely 79:12
limit 8:24 32:15 46:11
46:12,12 61:9,11,13
limitation 6:22 28:20
28:21 29:19 32:24
52:7,24
limitations 53:10 58:21
59:12
limited 3:11,18 45:4
77:3
limiting 63:9 79:7
limits 6:18 53:7
Linden 75:3
line 43:15 44:21,24
50:3 54:22 58:3 66:2
72:12,14 81:19
lines 15:4
listening 56:14 69:21
87:13
Litman 10:21,22 91:10
little 24:20 66:19 71:9
live 8:1 10:22 15:9 16:9
16:10,25 18:14 20:25
21:21 23:1 25:14,22
31:3 36:24,25 40:1
44:3 68:12 69:1,24
90:13
lived 8:9 17:1,13,14
19:12 22:25 75:8
living 7:12 10:2 38:16
38:20 39:15,18
local 1:4,5 4:13 10:18
16:19 19:18 20:3
24:22 25:8,10,12
27:16 43:14,18,23
44:18 53:6 60:25
75:20 77:23 79:4,8,16
79:16,21 80:16,24
81:3,6,11 88:13,19
97:2
located 2:12 22:9 41:3
86:1
logging 84:8
logistically 15:1
long 3:17 47:21 81:24
82:21
look 12:20 13:3,4,5,6
24:20 25:23 26:19
43:14 44:18 45:19
56:12 61:11 68:24
72:23 95:8 96:25
looked 67:6,6
looking 34:12 61:15
62:11,11
looks 21:4
loophole 46:19
loopholes 16:6 71:12
lose 69:9
lot 6:23 8:25 27:15,22
28:13 29:25 30:1,2,8
32:17 41:3 47:22
52:18 53:8 57:24
66:12;13,13,15,17,20
66:20,22 67:5 73:18

80:7,8 93:21
lots 13:21,21 21:15
57:4 64:20 66:16
67:1 80:6 86:7,10
89:18,23 92:9 93:21
Louis 88:15
lounge 41:8
love 13:2 23:7
lovely 51:23
low 89:1
lower 28:6 88:8
luxury 59:1

M

M 3:19
machine 13:3
mad 4:6
made 26:18 27:15
33:18 74:6,7 75:13
93:1,8 95:7,10 97:4
Main 1:7
maintain 17:20 20:20
48:5,10
major 26:1 61:8,22
majority 85:5
make 6:20 11:10 12:21
12:23 14:22 28:8
31:24 33:6 34:12
35:11,19 36:11 37:2,4
39:7,17,23 43:1 44:17
45:15 57:18 59:18
62:14 63:10 66:7
68:8 69:11 72:3 74:1
74:17 76:8 77:20,22
83:9 88:13 90:24
91:1,1 93:13,17 94:22
95:16
makes 29:17 36:10
making 19:5 33:4
39:20 47:11 55:25
73:20
management 65:7 84:9
manner 48:21 83:25
84:1
many 2:21 12:15,17
14:13 19:17 24:6
37:17 54:21 58:16
83:11,11 84:20 86:7
87:12,12,12 89:20
mapping 81:23
March 85:9
Marlena 19:17 20:24
married 6:11 74:15
Marshall 1:11 2:2 4:8
5:7 8:23 9:3,6,14,19
9:23 10:16 11:4,7
13:10 14:5,8,15,17
15:20 16:13,23 17:23
18:1 19:16 20:7,16
21:7,9,25 23:19,22
24:3,20 27:4,13 29:3
29:14 30:18 31:6
32:25 34:18 37:15
38:22 40:7,19,22 42:3
43:5,9 45:11,19,23
46:22 47:7,19 49:2,7
49:10 50:10,17,22
51:11,16,18 52:2,7,19
52:23 53:21,25 54:2,7

54:11,16 55:15,18,24
56:23 58:3,19 60:24
63:8 64:12 65:16
67:8,24 68:10 69:11
69:19 70:17 71:7,10
71:15,24 72:12,25
73:13,21 74:6,10,21
74:24 75:10,15,24
77:20 78:2 80:10,13
80:21,23 81:17 82:11
82:15,18 83:4 87:14
91:7 94:8 95:2,13,24
96:4,7,25 97:5
Martin 16:24 43:6
Marvin 59:14
matter 13:2 15:1,3 26:9
72:23
maximum 7:8 29:16
50:4 73:14
may 3:21 5:17 34:11
36:19,19 37:5 41:9,12
55:13 59:7,8 63:3,9
69:21 82:18
maybe 5:22 21:11
25:23 38:15 45:23
66:7 67:7 71:21
mayor 1:11,12 2:2 4:8
5:7 8:23 9:3,6,14,19
9:23 10:16 11:4,7
13:10 14:5,8,15,17
15:20 16:13,23 17:5
17:23 18:1 19:16
20:7,15,16 21:7,9,25
23:19,22 24:3,20 27:4
27:13 29:3,14 30:18
31:6 32:25 34:18
37:15 38:22 40:7,19
40:22 42:3 43:5,9
45:11,19,23 46:22
47:7,19 49:2,7,10
50:10,17,22 51:11,16
51:18 52:2,7,19,23
53:21,25 54:2,7,11,16
55:15,18,24 56:4,13
56:23 58:3,19 60:24
61:5 63:8 64:12
65:16,23 67:8,24
68:10 69:11,19 70:17
71:7,10,15,24 72:12
72:25 73:13,21 74:6
74:10,21,24 75:10,15
75:24 77:7,20 78:2
80:10,13,21,23 81:17
82:11,15,18 83:4
87:14 91:7 94:8 95:2
95:13,24 96:4,7,25
97:5
Meadow 56:4
mean 18:16 19:7 29:20
40:13 47:14 69:23
89:4
meaningful 5:13
means 89:9
measure 69:6
measured 69:8
measuring 31:19
mechanical 76:5
mechanism 91:3,8
meeting 2:1,6,8,19,20
3:3,19,22 4:3,11 9:6

9:10 13:25 14:18
20:18 21:10,12 22:1,4
24:3 25:19 26:20,24
56:16 58:9 94:13,19
95:3,13,14,17 96:3,5
96:10 97:8
meetings 24:9,15
meets 18:10
member 12:5 43:13
59:2 68:10 83:19
members 68:4 70:3,8
82:18
mention 92:1
mentioned 51:9 93:10
MICHAEL 1:14
Michelle 38:3
mid 85:4
middle 4:8 50:18 78:10
might 13:23 48:11 52:8
52:9 64:18
mile 61:9,10,13 62:16
62:16 63:16 64:10
miles 62:13 63:13
million 88:10
mind 30:19 57:22
minimum 30:2 63:22
63:22 80:8
minor 4:16,24 5:17
6:12 24:24 25:2,3,11
30:15 42:24 53:9
72:3
minuscule 89:15
minute 21:23 81:18
minutes 3:11,18 8:25
9:16,18 39:6 55:14
95:15
mirrors 81:13
mischaracterized 6:17
misconception 27:22
40:25
misinformation 47:23
47:24
misinterpretation
57:16
misinterpreting 57:8
57:11
miss 49:7 59:16
missed 67:7
missing 84:3,9
mistaken 69:21 73:6
misunderstanding 2:6
22:2 40:18
mitigate 79:4 85:24
mitigation 64:18 84:10
84:17,23 85:15 96:19
96:19
Modell 32:2
modifications 94:18,22
Monday 1:6
monstrosity 21:6 56:7
Montella 51:19
month 50:21,22
more 9:3 11:11 18:2
20:16 30:16,22 32:19
33:7 35:11 36:12
37:21 41:16,18 44:19
51:8 55:25 64:2 66:7
66:19 67:9,10,15 68:3
68:25 71:9 77:16
79:11 85:5 89:13

90:19 96:13
most 28:4,5 30:3 39:2
40:9 53:1,9 66:2 93:3
93:21
motion 75:11,17 77:21
77:22 78:1,1,11,13,15
78:19 80:11,19 94:15
97:1,4,6
mountain 44:4 55:7
66:24
move 4:3 39:20
moved 11:14 12:25
13:1 17:15,16 80:20
moving 2:17 39:8 61:16
MR. MAYOR 61:20
much 10:15 11:6 18:2
33:25 34:3,18 54:24
63:14 75:23 81:7
83:3 84:7
multifamily 28:2 41:21
multiple 9:2,5 15:19
20:6,15 21:19 25:6
27:9,12 42:2 47:6
multi-family 72:16
Municipal 79:23
municipalities 89:21
must 12:21 28:13 83:2
myself 19:4 43:13

N

naivety 68:18
name 3:7,9 5:8 11:13
14:9,10 15:14 16:24
20:21,24 22:15 32:2
38:3 51:19 57:2
68:13 69:20 87:15
91:12
nameless 68:16
Nanuet 5:9
natural 82:22
nature 12:21 13:7
19:13
near 6:13
necessarily 47:24
necessary 3:5 37:11
64:1 87:9 88:7 94:12
need 26:5 29:25 45:14
49:17 66:7,10 76:16
76:19 78:7 88:14
needed 82:3 85:5
needs 80:8 94:5
negative 57:19,19
negatively 91:21
neighbor 68:24
neighborhood 12:24
18:17 51:23
neighborhoods 79:3
neighbors 48:19
Neil 97:14
Neiman 59:14 61:6
neither 47:7
net 29:25 30:8 66:13,13
66:15,19,20,22 67:5
93:19
neutral 63:11 76:3
never 15:12 23:6
Nevertheless 36:23
new 1:8,24,24 4:20,21
5:9 23:2 28:4 29:5

RC 1167

30:16 31:10,23 32:4 32:14 33:6 35:9,11,14 44:16 49:14 67:19 70:7 79:1 81:12 85:10 87:21 90:16 91:25 92:3
news 47:23
newspaper 13:13 52:12
next 9:11,19 10:17,21 11:4 16:7 20:17 31:2 37:15 44:8 55:15 61:5 65:16 80:22,23 94:13,19
nice 56:10,11 68:1
NICK 1:12
nilly 65:6
ninth 11:24
nobody 89:4
noise 9:2 65:22 78:25
non-conforming 86:8 89:18,23
normal 2:10 4:16 22:6 39:2 40:12 60:8
North 68:6
nothing 2:15 12:13 19:20 22:11 24:10,11 25:3 32:22 33:1 42:24 49:25 68:25 83:18 86:17 89:9 96:11
November 6:14
number 2:15 10:14 12:4,13 13:20 22:12 49:23 50:3 79:21 81:3
numeric 76:5

**O**

O 1:9
object 27:11
objective 11:10 53:16 55:16
obviously 22:20 67:21
occur 89:16
occurring 17:11
odd 17:14
odors 78:25
off 25:19,21 53:18 58:1 61:24 68:1 78:25
office 5:9
official 95:14 97:14
officials 35:3
oh 59:6
okay 2:2 4:11 9:23 10:20 14:5 17:23 19:15 20:14 21:13,22 23:17 36:8,17 38:12 49:20,23 57:10,12 74:7,24 75:10,16 83:22 93:3,20 96:7
old 29:5 39:17 50:6,12 91:25 92:2
Oliver 31:3
once 16:17 20:10 42:11 44:1
one 5:4 7:6 9:15 10:6 10:14,15 11:12 18:5 21:24 22:22 24:15 25:21 28:14,15 29:21

30:23 31:9 34:15 36:7 38:8 40:10,10,21 41:11,16,19 44:25 45:10,11,13,14 47:3 49:23 50:12,14 51:22 57:4,14 59:5 61:7,8 61:10,12 62:3,7 64:19 65:1 67:9 68:3,6 73:4 74:9,12,25 76:20 77:15 78:13 79:21 80:1 81:3,17 83:19 86:2,3,11 88:1 90:23 90:25 93:21 95:16,18
only 7:1 9:18 16:25 19:4 20:3 22:24 25:5 38:1 38:6 54:23,24 59:18 63:8 64:19 70:2 72:10,22 83:9,10,16 83:20 86:13,24 87:11 88:1
onto 41:5
open 2:17,23 3:2,16,20 5:3 20:19 41:5 82:9 82:12
opened 2:1
opening 18:8
operated 41:2
opinion 15:3 30:15 57:23 77:13
opportunities 24:7
opportunity 13:22
opposed 29:11 75:15 80:15 97:6
order 2:16 9:7 22:13 30:1 66:18,23 74:1 92:9
ordinance 7:17,25 83:23 84:14,24 85:14
organization 7:23
oriented 84:14,15,16
original 8:20 16:6 50:24 95:20
originally 79:19
other 3:2 18:7,7 19:12 25:1 28:16 29:16,18 30:4,14 31:16 32:5 34:22 41:22 42:15,22 44:10,25 45:3,4 51:7 53:17 54:4 61:10 62:11,12 64:20 66:12 67:9 68:22 71:18 72:17 73:4,19 74:2 79:9 81:3 83:11 84:13 86:5,24 87:12 87:20 91:21 94:19,20
others 16:10
otherwise 48:7 70:7
out 2:3 3:25 15:24 16:21 18:3 21:13,14 23:10 25:7 27:22 31:20 36:13 37:4 46:16 48:1 57:5 58:6 58:7 65:4 70:23 77:14 81:2 85:4 86:15 91:25 92:4 94:18
outbursts 20:16
outcome 34:8
outcry 9:4
outset 20:20 22:1

outside 92:17
over 18:14 21:3 44:8 74:24 79:25 81:1 87:25 92:8,9
overall 34:22 43:24
own 16:2
Oversized 86:10
owner 87:5
owns 48:21 54:18

**P**

P 3:19
pace 61:17
page 50:3 68:9
paid 12:1
paper 10:4 24:11 38:15 70:4,16,18,18,22
papers 19:23 26:18
paragraph 6:16 60:25 89:12
parcel 5:16 81:23 82:4 82:6 83:7,8 90:14
parcels 93:5
parking 21:15 80:2
part 4:16 22:7 31:11 41:23 46:24 48:9 63:14 64:15 69:13 72:18 81:12,12 88:13 91:19
partially 76:7
participation 2:3 3:6 4:9 5:2
particular 5:15 6:5 8:16 62:22 67:23 71:22 84:1 87:11 91:20
particularly 4:19 6:4
pass 8:21 11:6 48:8,9 74:13
passage 51:2
passed 6:13 92:13
passing 94:20
passive 56:11
past 29:7 37:16 48:16 91:24
Pat 15:14
Patrick 87:23
pattern 33:11
Paul 5:7,9 83:5 94:16
paying 19:8 52:17
Payone 20:24
penny 89:10
people 7:11 9:8,13,17 10:9,14 12:17 17:13 17:15 18:18 19:1,12 19:12 21:21 22:20 25:22 26:1,3 37:2,3 37:17,20,21 38:1,16 39:20 40:1 45:22 48:20 57:8,10 58:16 73:19 89:7 90:1 91:17,21 93:25
per 7:5,18 88:16 89:5 90:5 91:4
percent 6:23 7:10,11 25:24 32:6,6,15,21 46:10 77:18,18 94:3
percentage 30:7 32:4

32:13
percentages 10:2
perhaps 34:19 43:12 45:14 68:20
period 2:17 3:2,4,16,20 17:1
permission 10:8
permit 6:4 8:18,21 28:16,18 62:23 72:22 76:10 79:5,13 86:12 86:19
permits 70:13
permitted 7:8,24 32:18 60:14 61:1 79:3
permitting 6:8 8:5 85:14 87:6
person 9:11,19 10:17 10:21 11:4 20:17 27:8
personal 3:17
persons 10:3
pertaining 8:2
phon 10:1 20:25 35:8 38:4 56:3 67:18
photo 65:18
physical 78:23
pictures 21:13
piece 8:17 48:22 68:24
pieces 81:25
pin 23:9
pitched 66:3,9
place 12:18 13:2 87:10
placed 19:11 58:21
places 28:5 43:9 52:24
plain 30:10
plains 31:17
plan 33:6,7 36:14 79:5 79:13
planning 42:14,15 56:6 63:23 79:25 90:4 94:11
plans 2:14 13:16 22:10 36:9 93:16
play 64:21 65:12
please 2:3 8:24 10:18 14:18 15:20 17:20 20:22 26:22 27:1,15 30:19 32:10 54:1 59:8 61:20 65:23 70:17
Pledge 2:1
plus 5:15 60:4
podium 3:8 14:8
point 6:2 18:22 33:2 34:9 46:20 69:6,11 74:6,7 81:2 87:5,17 89:6
points 90:6
police 21:14
policy 64:11,12
polishing 55:20
politics 10:10
Pomona 1:8,10 10:5,23 12:25 13:14 14:11 15:8 16:25 17:25 18:4,20 19:22 21:1 24:13 25:15,23 31:14 32:3 36:25 38:4 49:14,16 51:21 57:10

65:21 67:19 68:12 77:24 79:17 80:25 81:4 82:14 92:11
POMONA-NEW 1:1
pond 86:1
ponds 85:3
pool 86:4 90:1 92:12,14
pools 89:19
population 10:5 17:18
portion 65:19
portions 84:13
position 43:21 87:10
positive 57:18
possibility 7:22
possible 3:13 5:13 50:25 51:2 52:15 53:14 94:17 95:1
possibly 59:20 70:6
potential 61:18 64:6 79:4,10
practice 12:11,22
precedent 33:12
precedents 49:17
preclude 86:8
precludes 7:12
predecessors 17:6
preference 31:11
premature 47:25
prepared 75:22
present 1:11 84:11 85:6 85:19
presentation 59:16
presented 77:25 80:18 81:11,24
presently 70:10,12 86:16
preserve 90:17,21
president 82:19
press 6:24 58:5
pretty 63:15 64:7 70:3 93:10
prevent 87:7
previous 92:1
primary 78:24
principal 28:14 41:4 77:4
principles 17:4,20
prior 3:19 28:9 32:11 32:20 33:23
private 15:7 39:1 41:5 80:3
probably 11:25 42:20 57:4 77:17 81:1
problem 25:14 46:17 89:23
problems 24:2 83:14
procedure 16:3 95:5
proceed 3:10
proceeding 22:3
proceedings 2:7 97:10
process 4:16 11:11 13:20 42:6 44:12 45:22 47:21 50:23 62:6 63:23 64:3,14 65:1,2,4
processes 79:6,14
produce 36:14
produces 58:14
progress 4:18
prohibit 8:11

prohibits 6:19 10:13
  28:1 61:3
project 13:13,18 19:20
  19:21 20:10 23:19
  24:5 25:9 30:3,3
  35:11,13,15,20,22
  36:21,24 37:7 58:12
  58:13 61:8,19,21,22
  62:1,3,22,25 63:1,23
  64:21 65:9,9,13,13
  68:15 70:20
projects 37:3 55:3
  64:13
promote 37:11
properties 30:25,25
  63:21 83:11 87:12
  90:20
property 2:12 5:15 6:5
  7:2,12,23 8:4,14,17
  10:14 20:5 22:9 25:4
  30:5,6,20,21,23 31:1
  33:8 48:22,23 54:18
  55:4,4,6,7 61:12 62:22
  63:10 68:25 81:25
  83:10,17 84:13,18,19
  85:12 86:2,3,13,14
  87:5,11,17 90:17
  92:12
proposal 6:20 25:20,20
  27:23 32:4 36:3
  37:13 70:25
proposals 26:10 43:7
propose 94:17
proposed 2:12 6:15
  8:12 16:19 19:21
  20:3 22:8 24:21
  25:12,17,25 26:7,18
  29:6 37:7 42:4,6
  50:13 62:22 67:20
  68:17,23 70:1 71:22
  73:14,23,23 75:21
  77:12 78:20 79:4,15
  79:16,19 80:14,24
  83:20 84:3,10 92:15
  92:18,20 94:2,7,11
proposing 43:23 51:11
  51:12
prospect 19:6
protect 17:13 21:20,22
  38:17,19 39:14 43:22
  43:24 44:7 49:21
  58:11 71:6,23,25
  81:10,20 82:1,1,5,22
  82:23 83:24 90:17
protected 36:16 81:22
  83:2 88:9
protecting 88:13
protection 80:25 81:8
  81:25 87:16
protocol 56:15
provide 64:18 82:25
  87:6
provided 41:9,13,17,19
provision 28:7
provisions 89:14
proviso 74:17
public 1:4 2:9,16,18,23
  3:1,1,2,4,13 4:12,15
  4:25 5:3 6:13 9:3,22
  10:17 13:11,19,21

16:14,17 19:18 20:22
  22:5,12 37:11,17,23
  42:7,8 44:16 48:16
  50:13,17,19,24 61:22
  75:11,20 77:9,19,25
  79:19 80:19,21 82:11
  83:3 90:12 94:13
  95:7,11,17,19,20,21
  97:2,7
published 3:14
publishing 85:10
purchased 92:10
purpose 2:20 13:24,25
  31:22 32:23 33:2
purposes 41:18,20 64:1
pursuant 88:17
purview 54:16
put 5:5 12:17 22:15
  23:13 43:12 44:7,16
  69:3,7 70:1,7 71:6
  72:1,7 90:1 92:12,14
  92:16
puts 19:1 43:21
putting 19:3 21:15
p.m 1:6

                Q
Quaker 15:15
qualified 90:24 91:1,8
quarters 10:3 41:6
question 5:22,24 15:16
  16:2,15,16 22:24,24
  26:24 34:10 35:10
  36:18 38:21,23,24
  39:4,5 43:4 51:10
  61:7,14 64:11,19,20
  67:20 68:3 74:9,12,16
  75:2 90:23 96:18
questioned 3:11
questions 3:21 59:15
  73:18 91:22
quick 8:3 58:2 90:23
quickly 5:12
quite 13:22 17:9 44:13
  73:8
quote 93:7,18

                R
R 1:9
rabbinical 12:8 15:6
  70:4
Rachel 90:8
railroaded 16:6
raise 14:19 69:8
raised 39:16
raising 28:24
Ramapo 6:10 8:14 21:1
  48:15 55:19 57:5,9
  68:7 88:5,11
range 90:18
rarely 85:3
rather 33:9 35:20
  67:16 79:8 84:22
  89:4
Re 1:3
reaction 6:9 33:10
read 10:4 16:5 19:23
  24:11 25:7 26:5 36:5
  36:25 39:5,6 40:7,23

53:4,6 58:10 70:4,22
  71:19 72:12,14
real 8:3 24:2 29:13 35:5
  53:15
realize 45:25 47:16,17
really 13:8 29:10 31:22
  47:3 56:14 57:11,21
  66:15 67:14 70:6
  71:10 87:9 88:1
rear 51:5,15
reason 37:13 38:18
  45:25 46:1,17 93:3
reasonable 10:6 84:16
  85:17,22 86:7,19
reasons 78:22 79:25
  95:16
recall 44:13
received 4:25 13:14,17
recent 43:20 44:19
recently 17:15 81:10
recognized 3:5
record 3:9 22:16 27:8
  80:16 95:7,11
recreational 41:9
reduction 93:18
refer 85:8
referring 61:2
regard 62:20
regarding 16:20 50:2
  61:12 62:14 63:6
  87:16
regards 63:19
register 75:6
regrade 69:2
regular 2:22 3:18 4:19
  34:25 77:2 92:11,25
regularities 94:4
regularly 2:7 22:3
regulate 83:23
regulations 37:8 63:5,6
  76:12 81:16 85:11
rehabilitation 84:5
related 80:5
relating 63:24 80:25
  97:2
relation 32:15 77:24
  79:17 97:3
release 65:18
religion 19:9
religious 7:24 12:9,22
  14:24 26:15 46:19,24
  46:25 55:9 62:12
relocation 84:6,12
remain 68:15
remediation 88:3,6
remember 11:17 74:14
rendering 89:18,23
repeat 41:18 83:6
Reporter 97:14
REPORTING 1:22
represent 5:10 61:17
  68:5
representing 87:5
request 2:3 3:6 4:9 5:2
  74:16 87:8
requesting 93:11
require 76:10
required 3:8 29:16
  35:16 50:23 64:18
  79:2

requirement 30:13
  62:4 80:2 93:9
requirements 18:11
  32:1 74:2
requires 63:20
requiring 11:25 81:22
reside 68:4
residence 77:4 92:6,7
residences 59:18,19
  66:1,6 68:22 93:6
resident 14:11 68:11
  92:11,25
residential 16:10 33:5
  76:14,15 79:3
residents 10:5 37:12
  75:5
resolution 78:8 80:14
resolved 78:19 79:15
  79:22
resource 83:1 88:2
resources 82:23 88:6
respect 83:12 84:18
  87:11,12
respectfully 7:20 85:8
  85:16 87:2,8
respond 11:16 12:3
  16:13
responded 42:13
responds 42:14,15
response 5:25 13:19
  46:14 89:17 94:11
responses 42:16
responsibility 48:13
responsible 19:8 35:3
  65:7,8
rest 14:23 44:21 52:10
restoration 84:5
restrict 3:14 10:19
  36:21 37:6 59:13
  74:23
restricted 59:24,25
restricting 12:4 74:13
restriction 8:5 10:7
  74:18 76:13,17
restrictions 37:8,10,10
  59:20 60:16
restrictive 30:16 51:8
restricts 12:13
result 43:11,19 81:11
  85:13
resulted 8:10
review 64:3,16 79:23
  94:25
revising 4:17
rezoned 8:14
Rheel 18:4
Rhoda 22:17
Richard 61:6
rid 31:8 76:7
ridden 79:25
ridge 66:2 68:6
right 2:5 3:23 11:14
  23:1 27:4,11,13 29:7
  31:12 36:4 37:15
  38:1 44:1,10,11 45:13
  48:22 58:1 65:12
  72:3 75:4 86:15
  93:16
rights 17:13 18:15
  38:17,19 48:20

Rita 65:16,21 88:15
road 11:14 15:15 18:4
  22:21 23:1,5 32:3
  35:9 36:25 43:7 56:4
  61:24 62:16,17 63:4
  63:17 65:10 68:6
  82:14 87:23
roads 15:4 53:25 61:8
  61:16,19 62:13 63:3,7
roadway 64:10
roadways 62:19
Rockland 5:25 12:2
  39:16 72:9 24 82:19
  88:9
ROMAN 1:13 75:22
roof 66:3,5,8,9,10
  76:18
room 4:3 7:6,11,18 9:4
  9:8 28:18 40:2,10,11
  40:15 41:14,17,19
  61:1
rooms 28:17 39:1 41:5
  41:6,10,16 45:14
  76:20 77:14
roots 96:14
Route 2:13,13 10:23
  20:25 22:9
rule 34:4 45:7
rules 9:13,15 55:10
ruling 43:13
run 17:6 24:3 48:2
  59:14 78:25
running 21:9,11
rural 17:8,16,17,21
  90:21

                S
safe 12:15 14:21
safely 23:8
safety 37:11 64:1 87:3
Sagamore 67:19
sake 9:17 95:4
same 17:20 28:3,10,13
  28:21 29:15 30:13
  39:5 41:3 44:12 45:3
  50:20 62:4 68:9
  71:17 76:25 81:22
SANDERSON 1:12,15
  75:13 77:8,22 78:4,9
  78:15,18
SANDY 1:22
satisfied 53:19
SAUNDERS 1:22
Savad 5:7,9 11:16
  15:25 32:7 36:20
  37:5 42:9,12 83:5
  89:17 94:16
Savad's 12:3 16:15
  87:16
Savarello 67:18
saw 70:15,18,19
saying 15:15 18:15
  24:9 25:16 39:19
  44:22 46:12,13 50:7
  56:11 69:16,21 72:9
says 12:15,21 16:14
  20:17 46:11 48:24
  53:6 55:1 60:25
  70:12 72:15,19 72

RC 1169

87:17 88:17 96:11
scheduled 2:7 3:15:22 23
scholastic 54:15
school 7:9,25 15:7,9
28:9,14 32:12 36:8,10
39:22 40:12 41:4
46:25 53:3 54:11
55:1,9,9,10 61:12
63:17,21 64:6 68:7
74:15 78:24 79:11
schools 28:6 46:25
72:10,11 80:3
scope 54:20 63:1
screaming 37:4
second 1:23 3:20 5:7,24
14:15,17 15:20 19:17
50:2 60:24 75:14
78:6 80:10,12
secondary 28:6
seconded 80:20 97:4
Secondly 92:3 93:18
Secor 49:13 65:21
87:15 88:15
secret 26:12
Section 6:16 88:17
secular 7:24 14:24
26:15 55:10
see 21:4,5 28:3,5 42:5
56:4 67:15,25 68:16
69:15 70:15,19 71:15
89:5,22
seeing 64:21
seem 4:5 89:15
seems 19:11 27:24
36:11 37:2 62:10
seen 17:11 18:7 24:21
semi-private 39:1 41:5
seniors 68:7
sense 27:15 56:18
95:15
sent 42:23 96:5
separate 13:23 41:10
53:25
SEQRA 78:7,14 84:8
serve 83:3
services 79:1
sessions 28:7
set 2:25 47:20 51:4,9,11
51:13 56:8 61:14
62:14,15 63:21 64:2,7
64:8,14 67:16 76:21
79:23 80:1
setback 93:8,11
setbacks 79:8
setting 31:13
seventy-five 7:2,7
several 25:1 81:2
sewage 15:4
sham 46:16
shape 76:2
share 22:21
shavings 14:1
shed 92:16
Shop 23:8
short 17:1
shortly 17:3
shot 74:25
shouting 15:24 28:25
40:3,6 42:2 47:6
shouts 21:19

show 80:16
sic 23:14 85:11
side 18:19 50:1 57:15
64:23 67:2
sides 67:16
sidewalk 23:5
sidewalks 23:16
sign 65:18
significant 2:10 22:6
63:18 78:21
similar 28:5 34:5 81:15
simple 4:15 49:6 61:7
simply 2:24 48:12
55:20,24
simultaneous 20:6 25:6
since 2:13 4:23 22:10
39:15 57:14 81:5
85:15
single 28:1 29:18 40:2
41:20 72:16 92:6
93:5
Sir 83:4
site 24:14,21 37:1 79:5
79:13 94:21
sitting 56:24 58:14,20
situation 57:20
six 7:19 11:23 12:20
52:1,3,11,11,19 53:11
53:15,18 54:3 66:25
70:20
size 6:22 24:16,18,25
52:25 53:7 63:1
78:23 79:7
Sky 56:3
Skymetal 35:9
sleeping 41:6
slope 30:6,8 89:22
slopes 31:17 37:9 44:4
slot 2:18
small 11:1
smaller 81:20,21
smiled 23:25 24:1
smoothly 11:11
social 15:5
society 91:13
sold 8:6
solely 54:18
solution 10:12
some 5:13 6:1 12:7
16:15 17:14 18:22
27:14 33:7,18,22 34:9
36:5,21 37:6 38:18
50:25 51:1 57:16
71:11 72:3 81:3
83:14 96:13
somebody 19:8 24:4
52:17 55:8 60:19
93:10
somehow 63:6
someone 6:1 23:9 48:21
66:23 72:25 77:20
something 20:17 22:1
23:11 24:5 32:5 33:9
34:3,19 35:4,5 38:18
42:4 44:12,14 46:23
49:7 50:10 51:6
52:12,17 58:20 60:19
66:19 68:2 70:1,7,18
70:19 72:20,25 73:17
73:22 82:3 88:22,24

89:17 90:2 91:5
96:17
sometime 81:2
somewhat 51:8
somewhere 6:13
sorry 40:18 59:24
sort 16:5 55:8 64:19
70:9,25
sounds 57:14 73:20
South 1:23
space 46:10,11 66:9
73:10
speak 2:2 5:4,12,12
9:21 11:8,12 14:6,7
14:16 16:18,22 17:24
19:4 24:4 25:11
37:16,17,21,24 38:2
55:13 65:22 74:10
91:12
speaker 3:10 37:22
38:2 41:1 46:18
speakers 15:21,23
speaking 38:5 55:2,3
82:15,17 83:9,20
86:13
speaks 24:4
special 62:23 63:15
76:10 79:5,13
specific 2:25 20:5 28:10
29:25 30:20 31:1
32:13 33:1 55:4
62:21 63:10 66:8,19
67:2,10 71:9 82:4
93:19,21
specifically 6:7 28:19
33:1 76:12 84:15
93:1
specification 32:23
specifications 18:10
specify 74:22
speed 61:9,10,13 63:2
speeds 63:6
spelling 78:3
spirit 17:7
spoken 75:1 83:13,19
91:23
spouse 69:24
spouses 74:18,22
Spring 8:6,7,13
square 6:25 7:3,5,7,9
7:15,16,17 12:14
32:16,17,19 66:25
67:1 80:6
St 12:6
stab 31:9 36:18
staff 41:7,13 70:12
staid 9:7
stand 4:1,4,7,7 23:4,10
58:18
standard 7:4,18
standards 84:5,10
85:15 96:19,20
standing 91:18
start 43:10 44:6,7
53:18 78:13
started 25:19,21
starting 96:13
state 7:13,21 8:20 15:7
20:21 28:4 31:10,25
36:2 39:3 54:22 70:8

71:8,22 74:14 79:2
81:13,15 84:11 85:19
87:21 88:20 90:16
stated 11:16 24:15
63:24
statement 12:4 80:1
statements 33:25 47:11
states 38:25 70:2
statute 32:20 76:22
84:3
stay 90:13
stayed 38:13,14
steep 30:6,7 31:17 37:9
44:4 89:22
step 7:14 16:7 18:5,6,6
27:14 44:2 81:17
sterilizes 86:4
Steve 68:13
stick 23:15,15 42:19
still 73:11
stop 15:22 21:18,19
23:8 87:3
stories 12:19,20 50:5
59:24 60:1,3,4,11,13
73:9,15
storm 84:9
story 11:23 52:1,3,4,11
52:11,20,22 53:11,15
53:18,20 54:3,8 60:8
70:21,21,23 73:12
stream 86:2
streamlining 14:1
street 1:23 8:14 11:14
21:1 51:4,13
stretching 56:15
strong 23:4,10
strongly 48:17 91:13
structure 69:3,5 86:5
structures 63:21
stuck 23:16
student 5:20 6:7,10,19
7:5 8:11 21:2,4 74:15
students 6:11 7:1,6,10
7:16,19,25 8:9 12:4
12:13,16 15:2 38:20
39:8,11 40:11 41:7
54:21 70:2,4,13 72:10
74:18 75:3
study 61:25 65:10
subdivide 86:25
subdivided 86:11
Subdivision 6:16
subject 3:15 8:4 76:8
79:7,15
subjective 76:7 84:1
85:23
submit 3:5 7:13,20 11:8
submits 36:3
submitted 2:14 20:11
20:11,13,14 22:10,23
22:23 23:20 24:6
33:8 42:11 83:18
substance 27:24 42:25
substantive 85:1 96:15
subtract 31:20
subtracting 32:5
suburban 14:20
succeeding 45:23
sudden 39:11
suddenly 66:24

Suffern 35:9
sufficient 76:21 80:4
suggest 68:20 69:4
suggested 42:22 45:13
suggests 43:8
SUNY 72:9
superintendent 41:13
supervisor 57:6
supervisory 41:13
support 19:7 90:13
supporting 19:6 34:20
supports 90:18
supposed 24:19 95:25
sure 34:13 37:19,24
39:7,17,24 59:21 68:8
70:3 74:17 91:20
92:23
surrounded 61:8
surrounding 48:14
61:16 62:18 63:17
survive 86:22,23
Susan 5:4 11:4
suspect 48:1
sustainable 76:6
system 65:14

T

table 58:20 62:5 78:12
take 7:7,14 12:10 18:14
21:5 22:22 23:10
26:19 27:13 31:9,15
33:22 34:22 36:18
44:18 60:9 76:2
93:20 96:25
taken 43:20 81:10
86:17
Taking 81:17
talk 19:19 21:8,12,14
25:20 64:23 65:25
66:12 85:25
talked 13:13 38:7 67:11
talking 8:3 25:4 40:4
46:8 47:4,5 49:11
51:25,25 52:1,2,3,4,5
55:2 62:21 67:21
86:14
Tamarack 16:25
tape 65:19
taping 46:2
targeted 87:6
Tartikov 5:11 12:9
83:16 84:18 86:14,24
tax 13:5
tell 4:6 26:5,6,13 27:21
35:21 44:1 69:12
telling 24:18 26:8
tells 58:23
Temple 12:5 67:14
ten 12:14 22:25 25:24
38:7 60:9 66:24 69:2
69:9,9 70:21 86:18
89:5
terms 66:16 69:14 71:4
89:19,20,23
text 6:12 84:10
thank 8:22,23 9:19
10:15,16 11:3,6 13:9
15:12 16:12 17:21
21:6 23:17 34:16,

39:9 47:8 51:18 61:4
65:15,20,24 67:3,17
69:18 74:7 75:9 83:3
87:13,14 88:14 90:7,9
91:6,11 94:7 95:23
**their** 3:14 5:11 15:11
18:18 19:2 21:20,20
36:12 39:12 61:11
66:17 70:5,16 71:23
90:2
**theoretical** 36:21 37:7
**theoretically** 63:2
**theory** 60:10
**they'd** 57:25 66:4
**thing** 5:21 16:5 20:4
21:24 22:24 26:15,15
26:16 28:10 29:24
36:11 39:6 47:3 48:3
55:8 57:19 66:12
67:9,10 84:2 96:16
**things** 2:5 5:13 22:18
22:23 24:8 25:1
27:14 28:16 46:5
57:7,18 64:20 65:11
71:14 81:2 83:6 92:8
94:1,1
**think** 10:6,11,25 11:1
11:20,24 12:9,12
13:23 17:12 18:16
19:23 23:21 26:2
27:20,22 29:12 33:15
33:20 34:2,5,5 35:18
36:10,15 47:9 52:14
56:9 57:8,10,16,17,21
57:24 58:8,16 63:13
65:8 66:18 67:10
69:4 71:7,17,19,21
73:18 76:12,24 77:4,8
77:9 82:10 83:13,22
89:19 90:6,19 92:18
93:3,4 94:5 96:22
**thinking** 73:5
**third** 11:24 50:3
**Thirdly** 92:6
**thirty** 6:25 7:9
**though** 17:24
**thought** 67:24 68:18
96:21
**thousand** 6:25 7:1,9,15
12:14 25:22 32:17,19
66:25 67:1 88:16,22
89:5,8,13
**threat** 61:18
**three** 3:11 7:15 8:24
9:15,18 21:15 25:22
25:24 37:20,21 38:1,2
42:24 53:20 55:14
60:3,4,11,13 79:9
86:10 88:10,16,21
89:8 91:17
**through** 8:25 10:12,12
11:24 16:6 35:12,14
35:16 36:13 44:12
47:21 53:14,16 91:22
92:8,15,19,19 93:24
93:25 94:2
**throughout** 39:3 68:21
**throw** 21:12
**throwing** 46:16
**tighten** 31:22 33:3

**time** 2:18,24 5:1,10
9:17 10:20 13:18,19
13:22 16:20 17:2
19:5,19,22 20:1,9
24:10 25:9 27:3 33:8
35:6 62:6,9 67:23
87:25
**times** 2:25 18:7
**today** 37:14
**told** 88:2 96:3
**tolerated** 90:12
**tonight** 2:3 9:1 13:25
18:12,13 22:13 24:9
24:17,22,24 25:16
47:22 62:21 67:11,24
94:24
**tonight's** 2:7,8,16 22:3
22:4,13
**top** 66:2
**topic** 10:19
**total** 32:16 80:6
**totally** 5:19 6:19 7:22
8:17,18 18:25 19:2
**tougher** 35:19
**towards** 42:8 81:24
84:16,17
**town** 1:8 8:13 14:12,24
20:25 38:19 48:15
51:7,21 55:19 57:5,9
88:5
**traditional** 28:2
**traffic** 61:16 62:2 63:24
78:25
**transcribed** 80:22
**transcript** 97:10
**transition** 12:1
**transmit** 95:4
**treated** 47:16
**trees** 81:22
**tremendous** 17:11
52:18
**tributary** 88:1
**tried** 17:6,8
**tries** 15:22
**triggered** 44:13,14
**triple** 39:13
**trouble** 71:2
**true** 66:2 73:7
97:9
**truly** 49:24 71:6 73:8
**TRUSTEE** 1:12,13,13
**trustees** 1:1,10 2:8,21
22:4 85:16 96:23
**try** 3:12 10:18 16:16
42:20 43:17 48:2,4
52:23 57:18 59:10
68:2 89:7
**trying** 31:15,24 35:19
43:1 44:11 46:14
53:4,16,23,23 56:4
63:10 66:6 71:23,25
91:14
**turn** 2:4
**turned** 4:10 14:6 87:25
88:4
**turnout** 22:20
**turns** 23:9
**tweak** 51:1 66:7
**tweaking** 49:16
**twelve** 50:3 60:25

**twenty** 11:22 32:21
62:15 77:3,6 84:7
**two** 7:6,11,19 12:19
28:1,16 40:20,21
41:21 42:18,23 45:10
45:14 50:5 52:4,22
53:25 54:8 59:24
60:1 61:8 68:7 72:16
73:15 76:20 77:14
80:5,22 91:17
**type** 10:24 64:19 66:8
71:13
**types** 89:15 93:2
**typo** 50:3 78:4

**U**

**ULMAN** 1:14 27:20
28:23 29:15 32:7,11
32:22 33:13,20 34:11
35:15,22 36:1,14
38:11,25 40:1,4,9
50:12 60:6,12,18,21
63:20 64:7 67:4
71:17 72:5,7,22 73:10
73:24 74:1,5,9,19,22
75:5 78:7,13,17 81:15
82:10 88:20,24 95:6
95:12,16 96:21
**Ulman's** 59:16
**ultimate** 34:8
**unclear** 67:12,17
**under** 7:17,24 31:9
40:25 59:12 70:14
73:1 74:14 75:18
79:1 81:4 82:6 84:11
85:6 87:18,20 96:4
**understand** 15:15
21:16 25:15 46:23
49:14,16 52:24 53:22
53:23 61:20 70:17
92:1 93:25
**understanding** 68:15
**understood** 17:4 34:7
**underway** 3:24
**undeveloped** 5:16 83:7
83:8
**unfair** 19:1,11
**unfairly** 36:21 37:6
**Unfortunately** 91:19
**Unidentified** 4:5 9:12
20:12 24:13 26:23
27:2,5,10,18 29:1
40:20 45:17,21 46:18
47:2 48:25 49:4
55:13 57:24
**uniform** 63:16 64:9
**uniformly** 63:12
**unit** 41:12 61:1,23
**units** 28:2 41:22 72:17
**university** 15:7
**unless** 3:11 46:18 52:16
68:11
**unlike** 15:25
**unlisted** 78:20
**until** 92:13 94:24
**upheld** 93:4
**upset** 58:8,17
**upwards** 89:5
**urban** 23:11

**urban-ness** 23:14
**urge** 10:23
**usage** 93:20
**use** 12:11 28:9,9,14
31:12,19,20 32:4,12
32:12,14,15 33:6,8
41:4 46:7,8,9,24,25
47:1 50:1 53:3 54:11
59:22 65:19 66:13
71:10 76:12,25 77:1,3
77:5 78:23,24 79:11
80:5,5 83:23 84:14,16
84:22 85:22 86:7,20
87:7 93:19 95:19
**used** 29:7,8 31:24 41:17
41:20 66:8 83:25
**uses** 29:16 30:14 31:11
36:6 67:5 68:22
85:17
**usually** 43:10 57:20
**utility** 30:12 31:18
**utilization** 61:11

**V**

**valid** 64:25 90:7
**Valley** 8:6,7,13
**valuable** 83:1
**variance** 56:7
**variances** 56:5
**varies** 64:14
**various** 31:15 43:9
**vast** 85:5
**version** 81:7
**versus** 93:5
**very** 4:16,23,24 10:15
11:6 25:2,2 28:15
30:15 33:17,20,23
34:18 36:19 39:20,21
44:2 47:16 48:17
51:24 53:19 56:9
57:3 58:7,7 59:3,3,9
63:3,10 64:4 77:10
81:15 83:3 89:19
90:10,16 95:18
**victimized** 93:1
**videotaped** 26:24 27:11
**view** 23:1,3 87:5
**village** 1:1,10,14,15 2:4
2:8,10,14,22 3:6 4:18
5:1,16 6:5 8:8 10:10
10:11,23 11:1,3 13:14
13:16 14:2,13 15:8,10
16:1,4,7,11 17:3,4,6,7
17:12,21 18:14,14,20
18:24,25 19:12,14,22
21:22 22:4,6,11 24:6
24:14 26:1,14 27:23
30:14,22,23 31:1,5,14
35:16 36:15,22 37:1
37:12 43:10,22,24
44:8 45:4 47:14 48:1
48:5,6,13 49:14,15,19
49:19 52:10 54:17
57:10 59:19,19 61:21
62:4 66:14 68:4,11,22
70:25 72:1 77:2,2,23
79:17 80:3,24 81:4
82:2,5,7 83:7,12 85:8
85:13 86:2,6,6,9,20

**W**

**walk** 23:7 53:20
**wall** 26:25
**want** 2:2 6:23 9:9,10,21
11:15 13:10,12 15:21
17:17,17 19:10,13,20
19:25 20:10,12,13
21:4,24 22:18 23:3,14
24:8 25:11 26:9,12,13
26:16 30:9 37:17,24
39:17 42:5,18 44:22
44:23 51:24 55:17
66:1 68:8 69:8 72:5
74:11,24 90:1 91:11
91:21 92:14,15,16,24
93:7 96:16
**wanted** 8:8 12:3 13:8
22:25 51:9 89:11
92:12,17 93:16
**wants** 18:13 19:25 24:7
66:24 86:25
**warranted** 15:17 16:1
**wasn't** 8:12 22:19
34:19 88:11 96:6
**watching** 21:2
**water** 78:25 84:9 88:14
**waterways** 85:4
**way** 19:2 26:8,14 45:1
51:1 52:16 53:14
64:14 72:17 77:19
81:24 85:19 92:10
**ways** 71:13
**web** 24:14,21 37:1
94:21
**week** 50:19
**weighed** 34:23
**Weinberger** 27:7
**welcome** 12:8 48:2
**welfare** 37:12 48:10
87:3
**well** 7:6 17:5 30:3
31:10 33:12 36:7
37:9 38:9 44:22,25
48:14 53:13 55:16
63:3 70:22 73:22
77:8 78:18 86:13
87:21 89:8 91:16,21
96:16
**well-being** 48:11
**went** 12:5 38:13 40:12
40:14 69:23 74:15
75:7 94:2
**were** 4:24 6:13 7:11

**87:10,13 89:9,25**
90:24 91:2,7,23 93:21
94:1 95:14 97:8
**villagers** 14:14
**villages** 71:23
**village's** 14:25
**Vince** 56:3
**violation** 88:17 89:6,6
89:14
**violations** 89:16
**virtue** 10:7
**vital** 81:25
**void** 84:25 85:1 87:2,4
**vote** 20:2 35:21 75:4,8
**voting** 67:22,22

RC 1171

23:13 24:15 25:22
30:12 31:2 32:11
38:4,6,16 42:22,23
47:12,13 56:9 58:7
69:22 72:14 77:12
82:21 84:21 87:23
88:7 93:8,22 95:25
west 12:20 85:4
wetlands 1:5 30:9,10
30:12 31:17 43:19
44:6 80:25 81:9,14,16
81:19,20,21 82:24,25
83:13,24 85:3,6 86:17
87:16,17,20,22 88:4
89:3,7,24 90:3,15,16
90:18 91:19 92:21
93:19 94:7 97:3
we'll 42:17 67:8,25
68:2 95:24 96:8,25
we're 3:23 4:6,11 9:16
18:15 20:4 21:17,21
25:2,10,16,17 26:8,12
26:16,21 27:17 30:19
31:13,15,23,23 38:24
40:4 43:1,17 44:10,11
45:22,25 46:14,16,17
46:17,20 47:3 50:14
50:17 51:25,25 52:2,3
52:5,13 53:5,5,19,21
53:25 55:2,2,11,24
56:19 61:15 62:20
63:10 65:8 68:9
70:24 71:24,25 72:2
76:7 77:17 96:13
we've 89:22
whichever 73:15
while 42:9
white 46:3 51:20 68:13
whole 11:11 19:13 33:2
36:11,24 37:1 48:7
55:16 72:7 90:18
wife 12:6 39:23
Wiley 9:20 90:24
willy 65:6
win 34:1
wind 87:7
wish 3:7 5:12 37:21
wishing 14:6 16:18
woman's 91:12
wonderful 17:2
wondering 31:4
Woodfield 32:3
word 2:19 28:12
words 34:22 53:17
94:20
work 4:18 59:9
worked 14:13,19 15:11
82:21
working 35:25
works 59:2 65:14
workshop 95:3,13,15
96:10
worry 24:19 56:6
worship 50:20 67:12
wouldn't 92:14
wow 59:5
written 44:15,15 52:12
63:5 85:20
wrong 14:12,13 46:5
81:13 92:20

wrote 70:18

X
X 1:2,6

Y
Yagel 49:13
yard 85:16
yards 85:11
years 11:15,22 13:1
17:1,2,14 22:25 39:16
44:8 82:22 84:7,20
Yeshiva 8:6,6,9,12 12:5
York 1:1,8,24 5:9 28:4
31:10 35:9 49:14
67:19 70:8 79:1
87:21 90:16

Z
Zingali 22:17 24:1
zone 8:10 67:14,17
zones 67:12
zoning 10:12,13 16:2,9
16:11 17:20 25:18
26:4,22 29:17 49:1,2
49:5,8 50:1 51:8,21
51:22,22,24,24 52:16
55:17,22 56:6 63:6
76:14 77:23 79:17
80:3 86:12 90:5
ZRELAK 1:14

1
1 65:21 88:15
10 3:19 22:17
100 93:13
10956 1:24
11 82:13
118 67:7
12 6:16 50:4 68:13
12th 96:10
125 63:22 64:2,7 93:8
126 82:24
130 67:6
130-10 6:16
14 16:25 59:14
15 29:13
18th 77:12,13,25 79:20
79:23 85:9
1930 82:20
1991 8:4
1997 81:5 92:1
1999 88:9

2
2 67:18-68:6
2.2 7:10
20 32:6,6 56:8 77:18
2004 4:23 6:5,14 8:10
2006 6:21 79:24
2007 1:7 6:21 8:15,15
79:21 85:9 97:17
202 2:13 22:9 55:6
63:13
22 1:7 7:10
23 32:2
24 97:17
25 6:22 28:22 29:7,9,12
29:13 32:5,6,15,19

38:6 45:5 46:10 50:5
52:4,6 61:6 66:11
73:15 76:18 77:16,18
254 1:23
26th 94:14 97:8
29 31:4 56:3
292 15:14

3
3 6:16
30 35:8 61:13 62:13,16
64:10
306 2:13 10:23 20:25
22:9 55:5
32 39:16
3200 10:5
35 28:20,20,24 29:9,12
29:15,19,21 45:4 50:7
50:8 52:4,8,9 59:17
59:23,25 60:6,13,14
66:1,1,5,9 68:17,25
69:3 73:5,16 76:13
77:4,15
350 7:5,17
37 86:15
383 38:4

4
4.4 7:10
40 17:1,2,14 55:6 61:10
61:23 86:1
44 7:10
45 3:18 39:12 61:10
4500 10:8
46 51:20
48 43:6
49 9:8

5
5 91:10
50 45:14 61:9 62:16
63:13 85:12 86:1

6
619 20:25
634-7561 1:24
682 10:22

7
7 11:13 25:14 75:3
7:30 1:6
70 18:4
71-2303 88:18
750 7:16

8
845 1:24

9
9 49:13 87:15

RC 1172

LAWYER'S NOTES

| Page | Line | |
|------|------|---|
| | | |

RC 1173