**POMONA VILLAGE BOARD ELECTION**

MARCH 20TH

Village Hall

12 NOON – 9:00 PM

**VOTE ROW A**

Nick Sanderson
*Mayor*

Rita Louie
*Trustee*

Brett Yagel
*Trustee*

*Village Community Party*

**FIGHTING FOR THE FUTURE OF POMONA**



PRSRT STD
U.S. POSTAGE
**PAID**
PERMIT #76
MONSEY, NY

VILLAGE COMMUNITY PARTY
1581 Route 202, #141
Pomona, NY 10970



**Nick, Rita & Brett**
Village Community Party

**FIGHTING FOR THE FUTURE OF POMONA**



PLAINTIFF'S EXHIBIT
487
EC 7-31-19

POM 20045



# VILLAGE OF POMONA ELECTION
## TUESDAY, MARCH 20TH
## VILLAGE HALL 12 NOON - 9:00 PM



This year it is imperative that all village residents vote for leadership that has an unwavering long-term commitment to the Village.

We are, according to the lawyers for the Rabbinical College of Tartikov who have purchased land on Route 306 in the village, going to be faced with a proposal for a huge development that will include housing for thousands of adult students and their families. Their lawyers have not been shy to point out that they will use every legal avenue to pursue their plans, including the federal statute RLUIPA.

From what we know of the plan as it has been leaked to the public, it will have real environmental and safety problems; compelling interests that will allow the village to fight this plan, if and when presented to the Village Board.

You need to vote for a team that is prepared to stand up to this threat of using the fundamentally unfair RLUIPA statute as a hammer against our village. A team that is in it for the long term, and one that has already prepared themselves with a strategy to fight for Pomona

**VOTE ROW A**

**MARCH 20TH**

**SANDERSON - LOUIE - YAGEL**

### NICK SANDERSON
### CANDIDATE FOR MAYOR
### 354-0843

Nick Sanderson has been a Trustee since 1998, and Deputy Mayor since 2003. Prior to being elected to the Board of Trustees, Nick was a member of the village Planning Board, having been appointed by Mayor Mel Klingher in 1996. His experience in village government and his enthusiastic dedication to the village makes him an ideal candidate for Mayor.

### RITA LOUIE
### CANDIDATE FOR TRUSTEE
### 354-0292

Rita Louie was a member of the village Planning Board from 2002 to 2006. She is a member of the board of directors of the Rockland Municipal Planning Federation, and has been involved in real estate development for more than 20 years. She has been a PTA President and is very active in the community and schools.

### BRETT YAGEL
### CANDIDATE FOR TRUSTEE
### 364-8024

Brett's community service includes active membership in Preserve Ramapo and The Coalition to Keep Ramapo Green groups. He has been particularly involved in protecting the State/Federally protected wetlands on the Patrick Farm, having interfaced with officials from the US Corps of Engineers, NYS DEC, and the Rockland county DA's office. A father of two, Brett is committed to ensuring that the Pomona that is left to our children is better than it is today.

### ISSUES

The single most important issue facing the Village is clearly the Tartikov development. We will vigorously defend our land use codes and regulations.

There are, however other issues that face us. Here are just some of them:

### DEVELOPMENT & ENVIRONMENT

We will preserve our village today for future generations tomorrow. We need to ensure that further development in the village is done responsibly, to code, and with environmental responsibility.

We will be vigilant and actively participate in the planning and permitting processes for developments that adjoin or impact village borders.

### FISCAL & GOVERNMENTAL ISSUES

Our Village has a wealth of individuals that have skills that can assist village government in the challenges we are facing. We will reach out to these individuals so that they can participate in governmental processes.

We will instill a customer service outlook in the operation of all of the various village hall departments. Our residents are our customers, and they should be better served in all aspects of government.

### QUALITY OF LIFE

We will promote Pomona as a great place to live, not just sleep, and we will capitalize on the existing village assets (Cultural Center, Parks, Village Hall, etc.) and open up these and other assets to community members.