

| | |
|---|---|
| **From:** | Brett Yagel <brett.yagel@pomonavillage.com> |
| **Sent:** | Friday, August 3, 2007 10:37 PM |
| **To:** | Nick Sanderson <nick.sanderson@pomonavillage.com>; Rita Louie <rita.louie@pomonavillage.com> |
| **Subject:** | I located the Election Video Interviews with the Journal News in March |

Here's an **exact** transcription from the Videos... these are located at:

http://www.lohud.com/apps/pbcs.dll/article?AID=/20070315/VIDEO0101/303150103/1017

**Sanderson Election Video at Journal News Offices**

" Good Morning! My name is Nick Sanderson. I am currently Deputy Mayor of the Village and I'm running for election as Mayor.

I have been Trustee for nine (9) years, and before that I've spent two (2) years on the Village Planning Board.

This election is critical for the village. We are facing a huge, proposed, or as yet un- proposed development that has been leaked, that could completely change the village and the make-up of the village.

We need a strong leader as Mayor and Chief Executive Officer of the Village. I believe that my passion for the village, my experience in village government, my experience in running my own company for the last 30 years, will help this village and allow this village to fight this proposed development."

**Yagel Election Video at Journal News Offices**

" Hello my name is Brett Yagel and I'm a Candidate for the Board of Trustees in Pomona.

When I and my family committed to run in this election it wasn't done on a whim, or in response to the most pressing issues that would be affecting our village in recent memory, I decided to run in order to enact change, to have village residents reconnect with on another, to establish and reestablish a sense of community that according to many in the village, older timers and new residents, appears to be lacking. And to communicate and address the issues which not only are affecting our village, developmental and environmental, but will be affecting our village especially with the proposal on the Tartikov property.

Having been actively involved in two community groups, Coalition to Keep Ramapo Green and Preserve Ramapo, I am keenly aware of the issues that are affecting our village and have been out in the community trying to make you the residents in our community and our extended community aware of these issues.

My vision for the village is one that is as pristine as it was 40 years ago when it was created. One that we can be proud to leave our children. Most importantly, I want to unite the village residents so that

we can stand together and legally fight the development that is being planned and to ensure that our zoning is enforced.

Thank you very much."


### Louie Election Video at Journal News Offices

"Hi, I'm Rita Louie, I'm running for Trustee in the Village of Pomona. I have four (4) years of study in Architecture; I have a B.A. in Urban Studies from Queens College in New York. I am a former member of the Planning Board, which I sat on for several years of the Village of Pomona. I currently sit on the Board of Directors of the Rockland [County] Municipal Planning Federation, and my career, my 25-year career in construction and development makes me at this point in time in the Village of Pomona, a prime candidate, to sit on the Board of Trustees.

I really have a heart-felt devotion to the Village of Pomona. I've built my house here 14 years ago, and raised my family here. My children have gone through the schools. I've been a PTA President and have been very, very active in the community in the schools, and in the village.

I believe that at this juncture of the village, where we are going through a crossroads, I absolutely must be sitting on the Board of Trustees to help this village.