# SAVAD CHURGIN, LLP
**ATTORNEYS AT LAW**

| | |
|---|---|
| Paul Savad | 55 OLD TURNPIKE ROAD – SUITE 209 |
| Joseph A. Churgin | (Rt. 59 & THRUWAY EXIT 14) |
| | NANUET, NEW YORK 10954 |
| Susan Cooper | |
| Donna Sobel | (845) 624-3820 |
| | |
| Of Counsel: | mail@savadchurgin.com |
| Mark F. Goodfriend | Fax: (845) 624-3821 |

February 7, 2020

Lisa Thorsen
Village Clerk
Village of Pomona
100 Ladentown Road
Pomona, NY 10970                                    *Via Overnight Mail and Fax*

      Re: Petition for Text Amendment

Dear Ms. Thorsen:

Enclosed please find the petition, pursuant to Pomona Village Code §§ 130-35-45, of Congregation Rabbinical College of Tartikov, Inc. for a text amendment of the Village Zoning Code. We have enclosed the fee of $3500, as you advised me that this is the fee for a petition for a text amendment when I came into Village Hall this morning.

Sincerely,

*[signature]*

JOSEPH A. CHURGIN
JAC/mc

## PETITION TO THE BOARD OF TRUSTEES OF THE VILLAGE OF POMONA

WHEREAS, Congregation Rabbinical College of Tartikov, Inc. ("Tartikov") is a New York religious corporation formed to establish a rabbinical college as a Torah community for its students and teachers on property that it owns in the Village of Pomona;

THEREFORE, Tartikov hereby petitions the Board of Trustees of the Village of Pomona, pursuant to Pomona Village Code §§ 130-35-45, to repeal Local Law No. 1 of 2001 and Local Law No. 5 of 2004.

Dated: Nanuet, New York
        February 7, 2020

SAVAD CHURGIN LLP

By: _____
JOSEPH A. CHURGIN, ESQ.
Attorneys for Petitioner
55 Old Turnpike Road - Suite 209
Nanuet, New York 10954
(845) 624-3820

**The Pines Homes Corp.**
**Tartikov Pomona**
**PO Box 304**
**Monsey, NY 10952**

Key Bank
Monsey, NY 10952
50-597/219



**4488**

2/7/2020

Pay to the Order of    Village of Pomona

$ **3,750.0

Village of Pomona
100 Ladentown Road
Pomona, NY 10970

Three Thousand Seven Hundred Fifty and 00/100

Memo:

⑈000004488⑈ ⑆021905977⑆ 476 53217 8⑈