# FEERICK NUGENT MacCARTNEY PLLC
## ATTORNEYS AT LAW

ROCKLAND COUNTY OFFICE
96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960
TEL. 845-353-2000   FAX. 845-353-2789

ORANGE COUNTY OFFICE
6 DEPOT STREET, SUITE 202
WASHINGTONVILLE, NEW YORK 10992
*(Not for service of papers)*

www.fnmlawfirm.com

*All correspondence must be sent to Rockland County Office*

DONALD J. FEERICK, JR.
BRIAN D. NUGENT*
J. DAVID MacCARTNEY, JR.
MARY E. MARZOLLA*

OF COUNSEL
DAVID J. RESNICK
KEVIN F. HOBBS
MICHAEL K. STANTON, JR.

JENNIFER M. FEERICK
STEPHEN M. HONAN*+
ALAK SHAH*
PATRICK A. KNOWLES*
JOHN J. KOLESAR III
PATRICK J. McGORMAN

*LICENSED ALSO IN NEW JERSEY
+LICENSED ALSO IN CONNECTICUT

February 12, 2020

*Via E-Mail*

Savad and Churgin, LLP
55 Old Nyack Turnpike Road
Nanuet, New York  10954

Attention: Joseph Churgin, Esq.

    Re:    Petition for Text Amendment:  Village of Pomona

Dear Mr. Churgin:

Our office has been provided with a copy of your February 7, 2020 submission to the Village Clerk regarding a Petition pursuant to Article XI of the Village Code.

The Village Board passed a Resolution at the February 10, 2020 Village Board meeting advising our office to communicate and receive future communications from your office regarding the submission.  A copy of that Resolution is attached for your review.  Please note that we have no objection if you wish to submit copies of any communications to the Village Clerk, but request any communications be copied to our office as Counsel to the Village Board of Trustees.

Our office will undertake a preliminary review of this matter and will keep you apprised

FEERICK NUGENT MACCARTNEY, PLLC

JOSEPH CHURGIN, ESQ.
FEBRUARY 12, 2020
PAGE TWO

of any developments. Please feel free to contact me in the office if you wish to discuss this matter.

Very truly yours,

Brian D. Nugent

BDN/sd
Attachment
cc:   Mayor Ian Banks
      Trustee Carol McFarlane
      Trustee Robert Klein
      Trustee Ilan Fuchs
      Trustee Mendy Lasker
      Village Clerk, Lisa Thorsen



BOARD OF TRUSTEES Workshop

Monday Feb 10, 2020

Resolution

Trustee Fuchs made the following motion:

LET IT BE IT RESOLVED that:

Mr Brian Nugent Esq be directed to communicate with Savad Churgin LLP that all future communications concerning the petition for amendment of village zoning code by the application of the Tartikov Rabbinical College be transmitted directly to the offices of Mr Brian Nugent, and he will later communicate and transfer the information and the documents to the Village Board , Mayor and Clerk.

Seconded trustee Lasker  4-1