# FEERICK NUGENT MacCARTNEY PLLC
## ATTORNEYS AT LAW

**ROCKLAND COUNTY OFFICE**
96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960
TEL. 845-353-2000   FAX. 845-353-2789

ORANGE COUNTY OFFICE
6 DEPOT STREET, SUITE 202
WASHINGTONVILLE, NEW YORK 10992
*(Not for service of papers)*

www.fnmlawfirm.com

*All correspondence must be sent to Rockland County Office*

DONALD J. FEERICK, JR.
BRIAN D. NUGENT*
J. DAVID MacCARTNEY, JR.
MARY E. MARZOLLA*

**OF COUNSEL**
DAVID J. RESNICK
KEVIN F. HOBBS
MICHAEL K. STANTON, JR.

JENNIFER M. FEERICK
STEPHEN M. HONAN*+
ALAK SHAH*
PATRICK A. KNOWLES*
JOHN J. KOLESAR III
PATRICK J. McGORMAN

*LICENSED ALSO IN NEW JERSEY
+LICENSED ALSO IN CONNECTICUT

February 26, 2020

*Via E-Mail*

Savad and Churgin, LLP
55 Old Nyack Turnpike Road
Nanuet, New York  10954

Attention:  Joseph Churgin, Esq.

Re:   Petition for Text Amendment:  Village of Pomona

Dear Mr. Churgin:

As you are aware, our office serves as legal Counsel to the Village Board of Trustees. With respect to the February 7, 2020 Petition to the Board of Trustees to repeal Local Law No. 1 of 2001 and Local Law No. 5 of 2004, the Village Board declined to formally consider the proposed amendment.

As there was no move to formally consider the Petition, our response is not a formal opinion on the sufficiency of the Petition or any other requirements applicable to the Petition.

As there was no formal consideration of the submitted Petition, our office recommended and the Board resolved to return the full fee that was submitted with the Petition.  We note that your February 7, 2020 correspondence indicated the fee was $3,500, but we note that the check submitted was for $3,750.  Accordingly, our recommendation will be to return the check if it has not been cashed and to otherwise refund the full amount of $3,750 if it was deposited.

FEERICK NUGENT MACCARTNEY, PLLC

JOSEPH CHURGIN, ESQ.
FEBRUARY 26, 2020
PAGE TWO

Please feel free to contact me in the office if you wish to discuss this matter further.

Very truly yours,

Brian D. Nugent

BDN/sd
cc: Mayor Ian Banks
      Trustee Carol McFarlane
      Trustee Robert Klein
      Trustee Ilan Fuchs
      Trustee Mendy Lasker
      Village Clerk Lisa Thorsen
      Treasurer Dorinda Mittiga