**Donna Sobel**

| | |
|---|---|
| **From:** | efilingsupport@supremecourt.gov |
| **Sent:** | Thursday, August 27, 2020 4:01 PM |
| **To:** | Donna Sobel |
| **Subject:** | Supreme Court Electronic Filing System |

A new docket entry, "Response Requested. (Due September 28, 2020)" has been added for Congregation Rabbinical College of Tartikov, Inc., et al., Petitioners v. Village of Pomona, New York, et al.. You have been signed up to receive email notifications for 20-14.

If you no longer wish to receive email notifications on this case, please click here.

1

**Donna Sobel**

| | |
|---|---|
| **From:** | efilingsupport@supremecourt.gov |
| **Sent:** | Monday, September 14, 2020 2:14 PM |
| **To:** | Donna Sobel |
| **Subject:** | Supreme Court Electronic Filing System |

A new docket entry, "Motion to extend the time to file a response is granted and the time is extended to and including October 28, 2020." has been added for Congregation Rabbinical College of Tartikov, Inc., et al., Petitioners v. Village of Pomona, New York, et al.. You have been signed up to receive email notifications for 20-14.

If you no longer wish to receive email notifications on this case, please click here.