## One who studies the Torah should reside in a community of Torah scholar's and pious people

## To dwell in a place of Torah and Torah scholars

1. Avos [chapter 4, mishnah 14]: "Even if you can learn in the place you are in, exile yourself to a place of Torah."

2. Avos [chapter 6, mishnah 9]: Rabbi Yose ben Kisma says, "One time I was traveling on the way and I happened upon a person on the road, etc.  I said to him, "My son, if you gave me all of the silver and gold and precious jewels and pearls in the world, I would not dwell anywhere other than a place of Torah."

3. Gemara Ta'anis 7a:  Rabbah bar bar Chana said: Why is Torah compared to fire, as it is written, "Behold all of My Words are like fire, says HaShem"?  To teach you that just as fire does not ignite from a single piece of wood, so, too the Words of Torah are so etc. "A sword upon those who are alone" one who learns Torah by himself.

4. She'iltos, parshas Toldos:  One who has a father and mother and is obligated to provide them with food and drink etc. and who needs to go to his teacher to learn or to a place of Torah etc.  Which is more important?   It concludes that learning Torah is more important than honoring one's father and mother.

5. Meiri [Ketubos 111a]:  Everyone who dwells in a place in which wisdom and fear of sin are found, it is as if he dwelled in the land of Israel.

6. Midrash Rabbah to Song of Songs [chapter 8, siman 10]:  One who learns Torah not in his place gets a reward of 200.

7. Tiferes Yisroel [Avos, chapter 4, mishnah 14]:  One should leave his father, mother and family, and all of his delights in excess of his needs and travel to a place where he lacks all of this etc. for a person cannot succeed, not as to character traits and not as to learning Torah, except in a place other than his place of birth etc.

8. Sefer Av BeHochmah [Yudelovich, Aharon], introduction:  To dwell in a place of Torah scholars, because a person's environment has an extremely important influence upon him.  And a place of Torah where there is an assembly of Torah scholars will enable him to know good character traits also and how a Torah scholar needs to conduct himself with humility and fear of G-d all of the day.

9. Tos., Bava Basra 21a:  "From Zion emanated Torah."  This is because one witnessed the great holiness and the priests involved

10. Rabbenu Yonah [Avos, chapter 4, mishnah 18]:  That one should dwell in a place where there is much Torah and many Torah Scholars.

S

11.  Midrash Shmuel [di Uzeda Shmuel benYitzchok] chapter 4:
What does it mean, "Exile oneself to a place of Torah"?  It means a city or country whose essential occupation is Torah, in order that he can subdue his coarse heart and he will want to learn Torah.  He should flee to a real place of Torah, for if he goes to a big city where there are two or three Torah scholars or even if there are many Torah scholars who are involved in Torah in their homes but no one pays attention to their presence or their existence - the person who flees there at the beginning of his things before appreciating the value of the Torah - there is no doubt that he will not go to ask those wise men to learn from them when he sees that the entire community goes after materialism etc.

12.  Or HaHayyim [R. Hayyim ben Attar] Leviticus 26:3:  One must walk a lot from place to place in order to learn Torah, for it says "In my ordinances," which is the occupation of Torah, you need to travel from your place after it and also in order to be free etc.

13.  Or HaHayyim [R. Hayyim ben Attar] Exodus 19:2:  The third step, which is the aspect of whole-hearted and pure cooperation among Torah scholars and not that they dwell separately etc. rather that they assemble together and unite with each other and exchange ideas with each other.

## The Torah is acquired through attendance on scholars

## To master the Torah one must Constantly be besides scholars

14.  Avos, chapter 6, mishnah 5:  The Torah is acquired through attending to Torah scholars.

15.  Midrash Shmuel Avos chapter 6, mishnah 5:  The Torah is acquired through attending to the sages, for it is not enough to learn from a teacher occasionally; one needs to be constantly is the teacher's home to serve him and not to depart from his tent.  For even the casual speech of Torah scholars needs to be studied.

16.  Rambam, Knowledge (chapter 6 of "Ideas," halakhah 2):  There is an affirmative commandment to attach oneself to sages in order to learn from their actions.

## One should reside in a Torah community since a person is influenced by society

## To dwell in a place of Torah in order not to be influenced by people of the place.

17.  Rambam, Knowledge (chapter 6 of "Ideas," halakhah 1):
It is the nature of a person to be drawn as to his ideas and actions after his companions and friends to behave according to the pattern of the people of his country.  Therefore, a person must attach himself to the righteous and settle near the sages always in order to learn from their acts, etc.

18.  Derekh Chayim Maharil (Avos, chapter 4, mishnah 15, page 191):  When they say exile oneself to a place of Torah, they meant that it should be a place where there is much Torah and

S

not to a place where there isn't Torah and people are drawn after their lusts and represent the opposite of Torah, etc.  For this removes the Torah mentality which is the opposite of lust.  And when they say exile oneself to a place of Torah, they are saying not to dwell in a place where there is no Torah because in such a place one is pulled after worldly pleasures.

19.  Avos, chapter 1, mishnah 7:  Distance oneself from a bad neighbor and do not associate with a wrongdoer.

20.  Rambam, Women (Laws of Marriage, chapter 13, halakhah 15):  A man who says I will not dwell in a this community because the people here are evil or promiscuous, etc.:  listen to him because this is what the sages commanded:  "Distance oneself from a bad neighbor."  Similarly, if a woman says this, listen to her.

21.  Pesahim 112b:  Do not live in Shechantziv for they are mockers and they will draw you into mockery.

### To dwell in a place where there are Torah schools.
### A Torah scholar should reside only where there is a Torah School, Rabbinical court and a synagogue

22.  Sanhedrin 17b:  "Every city that does not have these ten things, a Talmud scholar cannot live there:  a rabbinical court . . . a synagogue . . . . and a teacher of children."

23.  Yad Ramah, Sanhedrin 17b:  Because a Talmud sage may not live except in a place of justice.  "A teacher of children" so that there will be a teacher who can teach his son and because a Talmud sage can only live in a place of Torah.

24.  Rambam, Knowledge (chapter 4 of "Ideas," halakhah 23):  Any city that does not have these ten things, a Talmud sage may not dwell within it, and these are they [i.e., the ten things]:  . . . synagogue, a teacher of children, . . . a charity collector/distributor and a rabbinic court that punishes and imprisons.

### Sources regarding the commandment to appoint judges to rule in accordance with Jewish Law and the importance of this matter

### THE OBLIGATION AND IMPORTANCE OF APPOINTMENT AND NOMINATING JUDGES TO JUDGE ACCORDING TO JEWISH (TORAH) LAW

1.   Judges and police you shall put upon yourself in all of your gates that the Lo-rd your G-d gives to your tribes.  (Deut. 16, 18)  Devorim (Deuteronomy) 16:18.

2.   There is an affirmative commandment of the Torah to establish judges in every city and in every town.  (Rambam, Laws of Sanhedrin, chapter 1, halakhah 1)  Rambam (Maimonides) Sanhedrin 1:1.

S

3.   Every judge who rules in accordance with the depth of the law is made a partner with the Holy One, Blessed be He, in the work of creation.  (Sabbath 10; cited by Rashi, Exodus 18:13, and Tur, Hoshen Mishpat, siman 1).  And the Tur explains that the reason is that the universe is sustained through law, truth and peace (Avos, chapter 1, Mishnah 18).  Thus a judge who rules in accordance with the law and establishes peace preserves the universe through these three things.  Talmud, Shabbos page 10; Rashi Shemos (Exodus 18:13); Tur Choshen Mishpat 1.

4.   Tur Choshen Mishpat, siman 1:  And Abraham, our father, G-d only loved him and called him "my beloved" because he acted in accordance with justice and guided his children in this way, as it is written (Genesis 18:19), "For I loved him because he would command his children and all of his household after him and would guard the way of G-d to do righteousness and justice.  And Moses our teacher, may he rest in peace, the teacher of all of the prophets, heeded the advice of Jethro with respect to law and established judges to admonish Israel and to command them with respect to justice and G-d agreed with this etc.  And the King Messiah, may he be revealed soon and in our days, is praised by the verse with respect to justice, as it is written (Isaiah 11:4):  "And he will judge the poor with righteousness and reprove fairly for the humble of the earth."  And Jerusalem was only destroyed and Israel only exiled because they did not act in accordance with the law, as it is written (Isaiah 1:21):  "Full of justice, righteousness dwelled in her, but now murderers."  And it is written (Isaiah 1:23):  "They do not render justice to the orphan; the complaint of the widow does not come to them."  And it is written after this (Isaiah 1:24):  Oh, I shall be relieved of my oppressors and I shall avenge myself upon my enemies."  Through justice will it ultimately be redeemed, as it is written (Isaiah 1:27):  "Zion will be redeemed through justice, and those who return to her through righteousness."  And it is written (Isaiah 1:17):  "Seek justice, vindicate the victim, do justice to the orphan, address the complaint of the widow," and written afterwards (Isaiah 1:18):  "If your sins are like scarlet, they will be as white as snow."  And this will hasten the redemption as it is written (Isaiah 56:1):  "Observe justice and do righteousness for My salvation is soon to come and My righteousness to be revealed."  The Holy One, Blessed be He, desires it more than all of the offerings, as it is written (Proverbs 21:23):  "G-d prefers the doing of what is just and right over an offering."   It does not say "over a sin-offering or a burnt-offering," but "over an offering."

### Judges need to be wise in the wisdom of the Torah

### THE JUDGES SHOULD HAVE THOROUGH KNOWLEDGE OF THE TORAH LAW

1.   Anyone who appoints a judge who is not wise in the wisdom of the Torah, even if he is completely pleasant and possesses other virtues, violates a negative commandment (Rambam Sanhedrin, chapter 3, halakhah 8; Hinnukh, commandment 414; Tur and Shulhan Arukh Hoshen Mishpat siman 8.  rambam (Maimonides) Sanhedrin 3:8; Chinuch 414; Tur & Shulchan Aruch (Code of Jewish Law) 8.

2.   "Righteousness, righteousness, pursue . . .."  (Deuteronomy 16:20).  Seek a well-qualified rabbinical court.  Rashi on this verse.  "[S]o that you live and inherit the Land . . . ." (Rashi, there.  Appointing qualified judges is sufficiently worthy to sustain the lives of Israel and to settle them in their Land.  See the commentary of Rashi on this verse.  The repetition of "righteousness" is to say that not only the judges must judge people with righteous judgment but

S

you must always pursue righteousness.  You must go from your place to a place of great sages [to litigate your claims] such as to Rabban Yohanon ben Zakai in Yavneh and to Rebbi in Beth-Shearim.  See the commentary of Nahmanides on this verse. Ramban (Nachmonides) Devorim (Deuteronomy) 16:20.

### The obligation to apprentice with sages

### THE IMPORTANCE OF DOING RESIDENCY AND RECEIVING A DIPLOMA TO PRACTICE JEWISH LAW

1.   It is found in Berakhos 7b:  Serving is more important than just study." Talmud, Brachos 7

2.   And in Berakhos 47 and tractate Soteh 22a:  "A person who reads and reviews but does not serve [the Sages], he is like an ignoramus. Talmud Brachos 47 & Sotah 22

3.   And see Rivash, number 271, and Rema, Yoreh De'ah siman 242, sif 14, regarding the custom of rabbinical ordination instituted by the Ashkenazi sages to show that a particular student has reached the level at which he can judge.  Rivash 271; Rema Yora diah 242:14

### The prohibition to litigate in non-Jewish courts

### THE PROHIBITION AGAINST SETTLING CONFLICTS AND DISPUTES AT ANY COURT SYSTEM BESIDES RABBINICAL (TORAH) COURTS

1.   Tur and Shulhan Arukh [Hoshen Mishpat] 26:  It is prohibited to litigate before non-Jewish judges and in their courts, even if the law that they apply is like the law of Israel; even if the two litigants agree to litigate before them, it is prohibited.  Anyone who goes to litigate before them is an evil-doer and it is as if he insulted, cursed and raised his hand against the Torah of Moses, our teacher, may he rest in peace. Tur & Shulchan Aruch (Code of Jewish law) 26.

2.   Rambam (Mishneh Torah, Laws of Sanhedrin, chapter 26, halakhah 7):  Anyone who litigates before non-Jewish judges and in their courts, even though their laws are like the laws of Israel, he is an evil-doer and it is as if he insulted, cursed and raised his hand against Moses, our teacher, because it is said, "And these are the laws that you shall place before them," 'before them' and not  before non-Jews; 'before them' and not before Jewish laymen." Rambam (Maimonides) Sanhedrin 26:7

3.   Midrash Tanhuma (Exodus 21:1, cited in the commentary of Rashi there):  These are the laws that you should place before them.  "Before them" and not "before non-Jews." How do you know that if  Jewish litigants have a case with each other and  know that the non-Jews apply laws that are like Jewish laws, that it is prohibited for them to appear before them?  It is taught from the words "before them;" "before Jews and not before non-Jews." Anyone who ignores Jewish judges and goes to non-Jewish judges has first rejected the Holy One, Blessed be He, and has later rejected the Torah, as it is said, "For our Rock is not like their rock - yet our enemies judge us!" (Deuteronomy 32:31)

S

4.   Ramban, Exodus 21:1:  And therefore it says here that these laws are to be placed before the "elohim" who will be referred to later, and not before non-Jews or before someone who is not a trained judge according to the Torah but is a layman in this regard, for it is prohibited to go before him just as it is to go before non-Jews.  Even if it known that . . . this layman knows the basic law applicable to this case and that he will judge properly , it is still prohibited for one to establish him as a judge and to cry out to him to force one's adversary to litigate before him, and it is forbidden for this layman to rule for them.

### The importance and the great obligation and virtue of Torah study
### THE IMPORTANCE AND PRIMACY OF TORAH STUDY

1.   This is a very basic and fundamental principle in Judaism, and the Talmud and all of the literature of Jewish law and thought are replete with it, and as it is written in the first Mishnah in tractate Peah (chapter 1, Mishnah 1), which every Jew recites every morning:  "And these are the things from which a person enjoys the principal in this world, while the interest is enjoyed in the World to Come:  honoring one's father and mother, acts of kindliness, promoting peace between a person and his friend, and the study of Jewish law is greater than them all!  The Sages said (in Berakhot 8a): "From the time of the destruction of the Holy Temple, there is nothing for G-d except the four cubits of Jewish law."  They also said (Megillah 16b) "Studying Jewish law is greater than saving a life."  The Taz (Yoreh De'ah 251:6) explains:  "Even though the saving of a life pushes off Jewish law, one who is more worthy enjoys the ability to engage in the study of Jewish law, and is not confronted with the opportunity to engage in the saving of life."

### The importance of Torah study by young scholars

### THE IMPORTANCE OF TORAH STUDY BY YOUNG MEN

1.   The sages taught in Avos (chapter 4, mishnah 24):  A person who learns in his youth, to what is he compared?  To a writing that is written on fresh paper.  A person who learns when he is old etc.? To ink written on erased paper. They also said (Sabbath 21):  "If I  had been worthy, I would have acquired this teaching etc.  The difference is with respect to the "studies of one's youth."

### The urgency of studying Torah regularly for all or most of the day

### THE IMPORTANCE OF STUDYING TORAY MOST OF THE DAY AND NIGHT

1.   Rambam (Maimonides) Talmud Torah 3:9.  Rambam (Laws of Torah Study, chapter 3, halakhah 9).

2.   Shulchan Aruch Harav 3:2, 3.  Shulkhan Arukh Harav (Laws of Torah Study, chapter 3, halakhah 2 and halakah 3).

3.   Meharshal Chulin 3:9.  Maharshal (Yam Shel Shelomo Hullin, chapter "These are traif," siman 9).

S

4.   "For if the earlier sages, who were like angels, said that it was impossible to study Torah and to become wise while also working to support oneself with his own labor, a fortiori is this true for our generation, who are like orphans of orphans."  Moses Feinstein, Igros Moshe, Yoreh Deah part 2, number 116.  Igros Moshe Yora diah 2 116.

**The obligation to separate oneself from worldy pleasures in order to succeed in Torah**

**THE NEED AND OBLIGATION TO EXCLUDE ONESELF AND REFRAIN FROM ALL WORLDLY AND MATERIALISTIC PLEASURES, TO SUCCED IN TORAH STUDY**

1.   This is the way of Torah.  Bread in salt shallyou eat and water in measure shall you drink and on the ground you shall sleep.  If you do this, you will be happy in this world and it will be good for you in the world to come.  Avos, chapter 6, mishnah 4.  Mishnah Avos 6:4.

2.   (6)  One who desires to fulfill this commandment properly and to be crowned with the crown of Torah must not allow his mind to be distracted with other things, and not to entertain the thought that he could acquire Torah plus wealth and honor at once.  This is the way of Torah:  Bread with salt shall you eat, water in measure shall you drink, and on the ground shall you sleep; a life of discomfort shall you live, and in the Torah shall you labor.  It is not your obligation to complete, but neither are your free to refrain from continuing to study it.  If you increase your Torah knowledge, you increase your reward, and the reward is in accordance with the pain.

     (7)  Perhaps you will say, "After I amass wealth, I will return and read or after I acquire what I need I will turn away from my activities and return to read. "  If such a thought enters your mind, you will never merit the crown of Torah.  Instead, make the study of Torah your fixed occupation and your work an intermittent distraction.  Do not [make your work your focus and] say that when I will turn away I will learn, for perhaps you will never turn away.

     (8)  It is written in the Torah, "It is not in the Heavens and not beyond the sea."
Not "in the Heavens," meaning it is not found in those who are conceited and it is not found by those who travel over the seas.  Therefore, the Sages stated that not everyone who is very involved in business can become wise, and the sages ordered that:  "One should diminish his work and occupy oneself in the study of Torah."

     (9)  The words of Torah are compared to water, as it is said, Whoever is thirsty, let them come to the water, as if to tell you, just as water does not gather on an incline, but flows  down from it and gathers in a low place,  so, too, are the words of Torah.  They are not found in the haughty and or in the hearts of the proud but, instead, in the humble and meek who sit in the dust at the feet of the Sages, who remove lusts and temporal pleasures from their hearts, who work but a little each day to sustain themselves if they have nothing to eat and the rest of the day and night occupy themselves with the Torah.

S

  (12) The words of Torah do not endure in he who applies himself feebly, and not by those who study amid pleasure and food and drink.  Instead, one must sacrifice his life for them, constantly straining his body beyond the point of discomfort, not granting sleep to his eyes or slumber to his eyelids.  The Sages hinted at this: "This is the Torah, a man should he die in a tent . . . ." The Torah cannot be lastingly acquired except by a person who sacrifices his life in the tents of the Sages [i.e., in rabbinic schools].  Similarly, Solomon said, "If you are feeble in the day of adversity, your strength is small." He also said, "'Af' my wisdom remained with me." Wisdom that I learned in "b'Af," this is what remained with me."

Rambam (Maimonides) Talmud torah 3:6,7,8,9,12; Shulchan Aruch (and Rema)(Code of Jewish Law) Yoreh De'ah 246:21.

3. Midrash tanchuma, parshas Noach.  Midrash Tanhuma, parshas Noah.

4. Shulchan Aruch Harav 3:3.  Shulhan Arukh Harav, Laws of Torah Study, chapter 3, halakhah 3.

5. Talmud, Shabbos page 83.  Sabbath 83a (Words of Torah do not endure except in one who kills himself for them).

## **The Commandment and obligation to marry and to establish a family**

## **THE OBLIGATION TO BE MARRIED AND HAVE CHILDREN**

1. Genesis 1:28:  And G-d said to them, "Be fruitful and multiply, and fill up the world." (Genesis 1:28)

2. Isaiah 45:18:  For thus says G-d, etc., "I did not create it to be a wasteland.  I created it to be inhabited." (Isaiah 45:18)

3. It was taught:  Rabbi Eliezer says, "Anyone who does not occupy himself in being fruitful and multiplying is as if he committed murder, etc., and caused the Holy Presence to abandon [the nation] of Israel.  (Yevamos 61b).  Talmud, Yevomos 61.

4. Each man is obligated to marry a woman and to be fruitful and multiply.  (Maimonides, Mishneh Torah, Laws of Marriage, chapter 15, halakhah16; Tur and Shulhan Arukh, Even Ha'Ezer 1:1).  Rambam (Maimonides) ishus (marriage) 15:16; Tur & Shulchan Aruch Even Ha'ezer (Code of Jewish law) 1:1

5. One may not desist from engaging in being fruitful and multiplying so long as he has the strength to do so, because everyone who adds one soul is as if he created an entire world.  (Maimonides, Mishneh Torah, Laws of Marriage, chapter 15, halakhah 16; Tur and Shulhan Arukh, Even Ha'Ezer 1:8)  Rambam (Maimonides) ishus (marriage) 15:16; Tur & Shulchan Aruch Even Ha'ezer (Code of Jewish law) 1:8

S

**A man's obligation to dwell with his wife and children**

**THE OBLIGATION TO LIVE TOGETHER WITH YOUR FAMILY**

1.   Even though a man has many children, it is prohibited for him to live without a wife. (Yevamos 61, Rambam, chapter 15, Laws of Marriage; halakha16; Tur and Shulhan Arukh, Even Ha'Ezer 68).  Rambam (Maimonides) ishus (marriage) 15:16; Tur & Shuchan Aruch Even Ha'ezer (Code of Jewish law) 68

2.   A son whom a father is obligated to teach his son Torah and to train him to perform commandments [his dwelling] must be near his father.  (Responsa of the Rosh, klal 82, no. 2; Tur and Shulhan Arukh, Even Ha'Ezer 82:7) response rosh 82:2; Tur & Shulchan Aruch Even Ha'ezer (Code of Jewish law) 82:7

3.   Nodah B'Yehudah, to Even Ha-Ezer, no. 89, sif 7:  "And I have thus ruled for a number of years and I have written that the law to be practiced is . . . . Thus the law is that a son, even when he is younger than 6 years old, must stay with his father so that he may train him and teach him.

**To marry a wife at age 18**

**THE OBLIGATION TO MARRY AT A YOUNG AGE**

1.   Avos 5:21 (Avot chapter 5, mishnah 21):  A boy of 18 should marry.

2.   Rav Huna says, "A man who is 20 years old and has not yet married a woman, all of his days are lived in sinful thoughts."  (Kiddushin 29b)  Talmud, Kidushin 29

3.   Rava says, "Until one reaches the age of] 20 years, the Holy One, Blessed be He, sits and waits, ''When will he marry a woman?'  Once he reaches 20 and has not married, he says, 'Let his bones swell!'"  ibid.

4.   When is a person obligated in this commandment?  From age 17, and once he passes age 20 and is not married, he has sinned and failed to perform this positive commandment. Rambam, chapter 15 of the Laws of Marriage, halakha 2)  rambam (Maimonides) Ishus (marriage) 15:2

5.   And in no case should he pass the age of 20 without having married.  (Tur and Shulhan Arukh, Even Ha'Ezer siman 1, sif 3)  Tur & Shulchan Aruch Even Ha'ezer (Code of Jewish law)

**Studying Torah while one is married**

**THE IMPORTANCE OF STUDYING TORAH WHILE MARRIED AS OPPOSED TO STUDYING WHEN SINGLE**

1.   One should marry a wife and afterwards study Torah. (Kiddushin 29b)  Talmud, Kidushin 29

S

2.   One who "learns Torah in purity," who is this?  One who marries a wife and then studies Torah.  (Yuma 72b)  Talmud, Yuma 72

3.   But if his evil inclination overwhelms him, he is obligated to marry and even have children, lest he come to sinful thoughts, and then study Torah. (Rambam, chapter 1 of Laws of Talmud Torah, halakhah 5; Rambam, chapter 15, Laws of Marriage, halakhah 2; Shulhan Arukh Harav, Laws of Torah Study chapter 3, halakhah 2)  Rambam (Maimonides) ishus (marriage) 15:2; Talmud torah 3:2; Shulchan Aruch Harav 3:2,3.

4.   And my master my father, the Rosh, says that which it says, "if it is impossible for him to learn after he marries a wife, then he should learn and afterwards he should marry," we do not find this applicable other than to Ben Azai whose soul was devoted to Torah. (Tur, Even Ha'Ezer siman 1) Tur Even Ha'ezer

5.   Any person who does not have a wife lives without joy, without blessing, without good, and <u>without Torah</u>.  Yevamos 62b; Rema, Shulhan Arukh, Even Ha'Ezer siman 1, sif 1) Yevomos 62; Rema Even He'ezer 1:1.

S