Attachment #2

1

# PROPOSED RABBINICAL COLLEGE OF TARTIKOV PROGRAM SCHEDULE

("Sections" refers to provisions of the *Shulchan Aruch*)

a. The study of the Shulchan Aruch may be supplemented as needed, by studying and referencing additional Religious Commentaries and Sources.

b. Toward the end (last two years) of the Choshen Mishpat study, students would sit and observe, and later on participate, in cases brought before the rabbinical courts. The same would also be done toward the end of the Yora Diah Even Ha'Ezer study.

c. On Friday night (Sabbath) and on Sabbath afternoons the students will attend a "schmooze" or "shmuz" an ethical talk/lecture, given by the campus rabbis/teachers, on Jewish ethics and philosophy that is essential in the learning program for future rabbinical judges.

| CHOSHEN MISHPAT | YORA DIAH | ORECH CHIAM |
|---|---|---|
| Morning: 9:30pm -1:30pm; Afternoon: 2:30pm – 6:00pm Fridays 9:30 – 12:30 (Services: 8:00 - 9:00; 1:30 -1:50) | Nights: 8:00pm – 10:00pm (Services:10:00 – 10:30) | Pre-dawn: 6:00am – 8:00am Sabbath: winter, 2:30 – 4:00; 9:00 – 11:00 pm summer, 3:00 – 7:00) |
| The laws regarding: | The laws regarding: | The laws regarding: |
| Real Estate Disputes *Sections 133-155* | Kosher Diet *Sections 69-78* | Awakening, Dressing *Sections 1-40* |
| Neighbors & Community's Regulations & Relations *Sections 156-175* | Kosher Diet *Sections 87-97* | Prayer *Sections 40-71* |
| Agents & Brokers, Partnership *Sections 178-204* Review & test | Kosher Diet *Sections 98-105* | Prayer *Sections 72-100* |

2

| | | |
|---|---|---|
| Transactions (Buying & Selling of Real Estate & Goods) *Sections 205-231* | Kosher Diet *Sections 106-111* **Review & test** | Prayer *Sections 101-127* |
| Wills *Sections 232-258* | Kosher Animals *Sections 29-44* | Prayer *Sections 128-149* **Review & test** |
| Inheritance; Trustees Lost & Found *Sections 259-290* **Review & test** | Salting Meat *Sections 45-60* | Eating&Meals *Sections 150-168* |
| Renting, Leasing & Borrowing *Sections 291-331* | Kosher Diet *Sections 61-68; 81-86* **Review & test** | Blessings *Sections 169-201* |
| Employer/Employee, Theft & Robbery *Sections 332-377* | Slaughtering *Sections 1-19* | Blessings *Sections 202-241* **Review & test** |
| Damages & Injuries *Sections 378-427* **Review & test** | Slaughtering *Sections 20-29* | Sabbath *Sections 242-262* |
| Contracts *Sections 39-49* | Kosher Diet *Sections 112-122* | Sabbath *Sections 263-300* |
| Loans *Sections 50-66* | **Review & test** | Sabbath *Sections 301-314* |
| Notes, Securities *Sections 67-75* | Kosher Wine *Sections 123-138* | Sabbath *Sections 315-321* |
| Litigation *Sections 76-82* | Idol Worship &Other Religions *Sections 139-158* | Sabbath *Sections 322-344* **Review & test** |

3

| | | |
|---|---|---|
| Litigation<br>*Sections 83-91*<br>**Review & test** | **Review & test** | Sabbath<br>*Sections 336-370* |
| Debt Collection<br>*Sections 92-109* | Family Purity<br>*Sections 183-190* | Sabbath<br>*Sections 371-407* |
| Debt Collection,<br>Guarantor & Cosigner<br>*Sections 110-132* | Family purity<br>*Sections 191-202* | Sabbath<br>*Sections 408-428* |
| Interest (on Loans)<br>*Sections 171-182 (YoraDiah)* | Review & test | Review & test |
| Interest (on Loans)<br>*Sections 159-170 (YoraDiah)* | Undertakings&Swearing,<br>*Sections 203-228* | Holidays (Passover)<br>*Sections 429-450* |
| Judges, Evidence, Procedure<br>*Section 1-38*<br>Review & test | Undertakings&Swearing<br>*Sections 229-239* | Holidays (Passover)<br>*Sections 451-470* |
| **EVEN HA'EZER** | Honoring Parents<br>&Rabbis, Charity<br>*Sections 240-259* | Holidays<br>*Sections 471-504* |
| Lineage, Marriage<br>*Sections 1-17* | Circumcision, Converts<br>*Sections 260-269* | Review & test |
| Marriage<br>*Sections 18-45* | Review & test | Fast Days<br>*Sections 505-529* |
| Marital Obligations & Contracts<br>*Sections 46-90* | Holy Scripts<br>*Sections 270-295* | Fast Days<br>*Sections 530-580* |

| Marital Obligations & Contracts<br>*Sections 91-118*<br>**Review & test** | Agriculture<br>*Sections 296-321* | Holidays<br>*Sections 581-624* |
|---|---|---|
| Divorce<br>*Sections 119-129* | Agriculture<br>*Sections 322-339* | Holidays<br>*Sections 625-671* |
| Divorce<br>*Sections 130-154* | Mourning<br>*Sections 340-403* | Holidays<br>*Sections 672-697* |
| Widowing, Adultery<br>*Sections 154-178*<br>**Review & test** | **Review & test** | **Review & test** |