
| | |
|---|---|
| ENVELOPE | ROCKLAND COUNTY, NEW YORK<br>Edward Gorman<br>RECORDING CERTIFICATE |

## INSTRUMENT ID: 2004-00049379

Type of Instrument: CTF    INC

CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC
TO
- - - - -

Received From: CONGREGATION RABBINICAL COLLE-
ROUTE 306 AND ROUTE 202
POMONA, NY

State of New York (County of Rockland) SS.
I, EDWARD GORMAN, County Clerk and Clerk of the Supreme and County Courts, Rockland County, DO HEREBY CERTIFY that I have compared this copy with the original thereof filed or recorded in my office on 8-5-04 and the same is a correct transcript thereof. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal.

8-5-04

Edward Gorman County Clerk & Clerk of the Supreme County Courts Rockland County

Recording Charge:    54.00    Recording Pages: 9

** EXAMINED AND CHARGED AS FOLLOWS : **
** TRANSFER TAX **                           ** MTG/DEED AMOUNT **
          .00                                          .00

RS#:                          Mortgage#:

                              Received Tax on Above Mortgage
Original ID#:                          Basic:         .00
                                Special Addl:         .00
Town:                              Additional:        .00
                                 RC Mortgage:         .00
                          Mortgage Tax Total:         .00

Total Recording Fees:    54.00

** THIS PAGE IS PART OF THE INSTRUMENT **

I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING WAS RECORDED IN THE CLERK'S OFFICE FOR ROCKLAND COUNTY, NEW YORK

      INSTRUMENT ID#: 2004-00049379
ON (Recorded Date): 08/05/04
         AT (Time): 09:15
      Operator Init: XYZ

*Edward Gorman*
**EDWARD GORMAN**
County Clerk

RC_00002806

\\DELL_SERVER\SharedDocs\sks_data\DOCS\JSK\Tauber, Michael\Rabbinical College\Certificate of Inc.wpd/bs

# CERTIFICATE OF INCORPORATION
# OF
# CONGREGATION RABBINICAL COLLEGE
# OF TARTIKOV, INC.
### Pursuant to the provisions of Article 10 of
### the Religious Corporation Law of the State of New York

We, the undersigned, all being of full age, and at least two-thirds of us citizens of the United States, and all of us residing in the State of New York, desiring to form a religious corporation pursuant to Article 10 of the Religious Corporation Law of the State of New York, do hereby make, sign, acknowledge and file this certificate for that purpose as follows:

**FIRST:** The name of the corporation shall be **Congregation Rabbinical College of Tartikov, Inc.**

**SECOND:** The purpose for which this corporation is formed are as follows:

(a) To promote the religious, intellectual, moral, and social welfare among its members and their families.

(b) To provide a suitable place of devine worship for the members of the corporation, their families and others of the Jewish Orthodox faith

(c) To promote and increase interest in the teachings and ideals of world renowned scholars of the Jewish Orthodox faith.

(d) To establish, maintain and conduct a school for the of the holy Torah and to maintain classes for the teachings of the customs, traditions and mode of worship of the Jewish Orthodox faith.

(e) To aid and assist worthy indigent members of the corporation

1

RC_00002807

with loans and housing.

(f) To do all things necessary to the accomplishment of the foregoing purposes and if the Trustees shall so decide, to associate itself with persons and organizations desiring to assist in the effectuation of the purposes hereinabove set forth.

(g) Membership shall be open to anyone on a non-discriminatory basis and shall remain such as long as the corporation is in existence.

(h) To carry out any other activities and function permitted by the Religious Corporation Law of the State of New York.

(i) Notwithstanding any other provision of these articles, the corporation is organized exclusively for one or more of he following purposes: religious,

charitable, scientific, testing for public safety, literary, or educational purposes, or to foster national or international amateur sports competition

(but only if no part of its activities involve the provision of athletic facilities or equipment), or for the prevention of cruelty to children or animals, as specified in Section 501 (c)(3) of the Internal Revenue Code of 1954 , and shall not carry on any activities not permitted to be carried on by a corporation exempt form Federal income tax under Section 501 (c) (3) of the Internal Revenue Code of 1954.

(j) No part of the net earnings of the corporation shall inure to the benefit of any member, trustee, director, officer of the corporation, or any private individual (except that reasonable compensation may be paid for services rendered to or for the corporation), and

RC_00002808

no member, trustee officer of the corporation or any private individual shall be entitled to share in the distribution of any of the corporate assets on dissolution of the corporation.

(k) No substantial part of the activities of the corporation shall be carrying on propaganda, or otherwise attempting, to influence legislation (except as otherwise provided by Internal Revenue Code Section 501 (h), or participating in, or intervening in (including the publication or distribution of statements), any political campaign on behalf of any candidate for public office.

(l) In the event of dissolution, all of the remaining assets and property of the corporation shall after necessary expenses thereof be distributed to such organizations as shall qualify under Section 501 (c) (3) of the Internal Revenue Code of 1954, as amended, or, to another organization to be used in such manner as in the judgment of a Justice of the Supreme Court of the State of New York will best accomplish the general purposes for which this corporation was formed.

**THIRD:** The principal place of worship of said corporation shall be located in the County of Rockland, at <u>Route 306 and Route 202, Pomona, New York.</u> The principal office of said corporation shall be located in the County of Rockland at <u>10 Jeffrey Place, Monsey, New York.</u>

**FOURTH:** That a meeting was duly called and notice duly posted conspicuously and held in conformation with Article 10 of the Religious Corporations Law at <u>1452 55TH Street, Brooklyn, New York</u> on the 1ST day of August, 2004, at which meeting a majority of the duly qualified voters, being at least six (6) in number were present. At the said meeting,

3

RC_00002809

Chaim Babad, one of the subscribers hereof, was the presiding officer, and the following subscribers were present and voted thereat:

| NAME | ADDRESS |
| --- | --- |
| Chaim Babad | 1531 57th Street, Brooklyn, New York |
| Abraham Halberstam | 1452 55th Street, Brooklyn, New York |
| Naftali Babad | 1411 56th Street, Brooklyn, New York |
| Samuel Chimmel | 1466 44th Street, Brooklyn, New York |
| Michael Tauber | 10 Jeffrey Place, Monsey, New York |
| Asher Mandel | 1057 55th Street, Brooklyn, New York |

**FIFTH:** That the number of Trustees decided upon at the aforesaid meeting was six (6) in number.

**SIXTH:** That Asher Mandel and Samuel Chimmel were elected Trustees to hold office until the first annual meeting.

That Michael Tauber and Naftali Babad were elected Trustees to hold office until the second annual meeting.

That Chaim Babad and Asher Mandel were elected Trustees to hold office until the third annual meeting.

4

RC_00002810

SEVENTH: That at such meeting, the date fixed for the annual election of Trustees was fixed as the first day of July of each year.

IN WITNESS WHEREOF, we, the undersigned, have subscribed and acknowledged this certificate this 1ST day of August, 2004.

_____
Chaim Babad

_____
Abraham Halberstam

_____
Naftali Babad

_____
Samuel Chimmel

_____
Michael Tauber

_____
Asher Mandel

5

RC_00002811

STATE OF NEW YORK )
                  )SS.:
COUNTY OF Rockland )

On the 1 day of August, in the year 2004 before me, the undersigned, personally appeared Chaim Babad personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

Michael Tauber
Notary Public, State of New York
No. 01TA5069580
Qualified in Rockland County
Commission Expires November 25, '06

STATE OF NEW YORK )
                  )SS.:
COUNTY OF Rockland )

On the 1 day of August, in the year 2004 before me, the undersigned, personally appeared Abraham Halbertam personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

Michael Tauber
Notary Public, State of New York
No. 01TA5069580
Qualified in Rockland County
Commission Expires November 25, '06

STATE OF NEW YORK )
                  )SS.:
COUNTY OF Rockland )

On the 1 day of August, in the year 2004 before me, the undersigned, personally appeared Naftali Babad personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

Michael Tauber
Notary Public, State of New York
No. 01TA5069580
Qualified in Rockland County
Commission Expires November 25, '06

6

STATE OF NEW YORK )
                           )SS.:
COUNTY OF Rockland )

On the / day of August, in the year 2004 before me, the undersigned, personally appeared Samuel Chimmel personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

Michael Tauber
Notary Public, State of New York
No. 01TA5069580
Qualified in Rockland County
Commission Expires November 25, '06

STATE OF NEW YORK )
                           )SS.:
COUNTY OF Rockland )

On the / day of August, in the year 2004 before me, the undersigned, personally appeared Michael Tauber personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

Paul Savad
Notary Public, State of New York
No. 02SA6075754
Qualified in Rockland County
Commission Expires 06/10/06

7

STATE OF NEW YORK )
                                        )SS.:
COUNTY OF Rockland )

On the 1 day of August, in the year 2004 before me, the undersigned, personally appeared Asher Mandel personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

NOTARY PUBLIC

Michael Tauber
Notary Public, State of New York
No. 01TA5099580
Qualified in Rockland County
Commission Expires November 25, '06

Paul Savad, Esq.
Paul Savad + Associates
55 Old Turnpike Rd
Suite 209
Nanuet NY 10954

8