

*Association of Advanced Rabbinical and Talmudic Schools*

January 9, 2008

Michael Tauber
10 Jeffrey Place
Monsey, NY 10952

**By Fax:**

Dear Mr. Tauber:

I am writing you to express, formally, the conclusion I shared with you in our meeting of January 4, 2007.

The Congregation Rabbinical College of Tartikov Inc. would not be eligible for accreditation by the Accreditation Commission of the Association for a number of reasons. First and foremost, the fact that you admit students into your school without an admissions test or other examination, is not consistent with our General Criteria (page 8 of our Handbook) which require that the school establish that the student has the prerequisite knowledge and skills mentioned there.

In our conversation I learned that your program is focused exclusively on Halachah which does not satisfy the requirement that our schools offer "a broad variety of programs centered around a common core of Talmudic studies". Although there are accredited schools which offer a program concentrating on Halachah, these programs are always centered around a core of Talmudic studies. While a program of Halachah *only* is unquestionably of value, it does not fit the scope of our accreditation activities.

To the best of my understanding your organization is not currently in operation as a post secondary school, with physical plant, faculty, curriculum, student services, and record keeping facilities which meet the standards of our organization. As such, your school has not been "in continuous existence as an institution of higher education for a period of two years" and again fails to meet the General Criteria noted in our Handbook.

I regret to say that your institution would not, as currently structured and organized, merit AARTS accreditation.

Sincerely,

Dr. Bernard Fryshman