UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF           Civil Action No.
TARTIKOV, INC., RABBI MORDECHAI BABAD,        7:20-cv-06158-KMK
RABBI MEILECH MENCZER, RABBI JACOB
HERSHKOWITZ, and RABBI CHAIM ROSENBERG,

                                       Plaintiffs,

      -against-

VILLAGE OF POMONA, NY and BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY,

                                       Defendants.
------------------------------------------------------------------------------X

<u>DECLARATION OF KEVIN KINSER, E. Ed.</u>

I, Kevin Kinser, Ed. D, declare as follows, pursuant to Title 28 U.S.C. § 1746:

1.     I make this declaration on behalf of the Plaintiffs named in the caption hereinabove.

2.     On May 11, 2017, I executed a document titled, "TRIAL DECLARATION OF KEVIN KINSER, Ed. D."

3.     I made that declaration on behalf of the Plaintiffs in the lawsuit styled, *Congregation Rabbinical College of Tartikov, Inc., et al. v. Village of Pomona, NY, et al.,* Case No. 07-CV6304(KMK) in support of certain opinions stated in that Trial Declaration.

4.     I have reviewed the "TRIAL DECLARATION OF KEVIN KINSER, Ed. D." for the purpose of making, and executing, this Declaration.

5.     Upon my review of the "TRIAL DECLARATION OF KEVIN KINSER, Ed. D.," I have concluded that the facts I cited and relied upon, and the opinions I expressed, have not modified or changed.

6. If called upon today to offer my opinion on the issues I addressed in the "TRIAL DECLARATION OF KEVIN KINSER, Ed. D.," I would offer exactly the same opinions today as expressed when I executed that trial declaration.

7. I have attached to this Declaration, as "Attachment A" to this Declaration, a copy of the "TRIAL DECLARATION OF KEVIN KINSER, Ed. D." that I reviewed in the making of this Declaration.

FURTHER YOUR DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of October, 2020 at State College, Pennsylvania.

_____
KEVIN KINSER, Ed. D.