UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD,
RABBI MEILECH MENCZER, RABBI JACOB
HERSHOKOWITZ, and RABBI CHAIM ROSENBERG,

                                      Plaintiffs,

      -against-

VILLAGE OF POMONA, NY, and BOARD OF
TRUSTEES OF THE VILLAGE OF POMONA, NY,

                                      Defendants.
-------------------------------------------------------------------X

No. 20-cv-6158-KMK

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. RULES 12(b)(1) AND (6)**

**PLEASE TAKE NOTICE** that, upon the Declaration of Mary E. Brady Marzolla, dated November 20, 2020, and the exhibits annexed thereto, the accompanying Memorandum of Law, dated November 20, 2020, and upon all the pleadings and proceedings heretofore had herein, Defendants Village of Pomona, NY, and Board of Trustees of the Village of Pomona, NY, will move this Court before the Honorable Kenneth M. Karas, U.S.D.J., at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be determined by the Court, for an Order pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Complaint in its entirety, together with such other and further relief as to this Court deems just, proper, and equitable.

Case 7:20-cv-06158-KMK   Document 43   Filed 11/20/20   Page 2 of 2

Dated: November 20, 2020
       South Nyack, NY

        Yours, etc.

        FEERICK NUGENT MACCARTNEY, PLLC
        By:  /s/ Mary E. Brady Marzolla
            Mary E. Brady Marzolla
            Patrick A. Knowles
        96 South Broadway
        South Nyack, New York 10960
        (845) 353-2000
        (845) 353-2789 (fax)

        *Attorneys for the Village Defendants*

To: All Counsel of Record (by ECF)