# EXHIBIT "A"

# SAVAD CHURGIN, LLP

**ATTORNEYS AT LAW**

Paul Savad
Joseph A. Churgin

Susan Cooper
Donna Sobel

Of Counsel:
Mark F. Goodfriend

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

(845) 624-3820

mail@savadchurgin.com
Fax: (845) 624-3821

February 7, 2020

Lisa Thorsen
Village Clerk
Village of Pomona
100 Ladentown Road
Pomona, NY 10970                       *Via Overnight Mail and Fax*

Re: Petition for Text Amendment

Dear Ms. Thorsen:

Enclosed please find the petition, pursuant to Pomona Village Code §§ 130-35-45, of
Congregation Rabbinical College of Tartikov, Inc. for a text amendment of the Village
Zoning Code.  We have enclosed the fee of $3500, as you advised me that this is the fee for
a petition for a text amendment when I came into Village Hall this morning.

Sincerely,

JOSEPH A. CHURGIN
JAC/mc

## **PETITION TO THE BOARD OF TRUSTEES OF THE VILLAGE OF POMONA**

WHEREAS, Congregation Rabbinical College of Tartikov, Inc. ("Tartikov") is a New York religious corporation formed to establish a rabbinical college as a Torah community for its students and teachers on property that it owns in the Village of Pomona;

THEREFORE, Tartikov hereby petitions the Board of Trustees of the Village of Pomona, pursuant to Pomona Village Code §§ 130-35-45, to repeal Local Law No. 1 of 2001 and Local Law No. 5 of 2004.


Dated:  Nanuet, New York
      February 7, 2020

                              SAVAD CHURGIN LLP


By: _____
       JOSEPH A. CHURGIN, ESQ.
       Attorneys for Petitioner
       55 Old Turnpike Road - Suite 209
       Nanuet, New York 10954
       (845) 624-3820

**The Pines Homes Corp.**
**Tartikov Pomona**
**PO Box 304**
**Monsey, NY 10952**

Key Bank
Monsey, NY 10952
50-597/219



**4488**

2/7/2020

$ **3,750.0

Pay to the Order of        Village of Pomona

Village of Pomona
100 Ladentown Road
Pomona, NY 10970

**Three Thousand Seven Hundred Fifty and 00/100**

Memo:

⑈000004488⑈ ⑆021905977⑆476⑈53217⑈8⑈