# EXHIBIT "D"


**SEARCH CRITERIA** Firm/Last Name CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC. (BEGINS WITH)

Name Search

| | Index | Date Filed | Instr Date | Kind | Party Ones | Party Twos | Description | File Number | Book/Page | Ref | Amount | Images |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAN | 08/05/2004 | | BUSINESS CERTIFICATE | CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC | ----- | RELIGIOUS CORPORATION [Kind: CTF INC ] | 2004-00049379 | | | | 9 |
| 2 | LAN | 08/31/2004 | | DEED | YESHIVA OF SPRING VALLEY INC | CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC | R ERLY ROUTE 306 [Kind: DEED ] | 2004-00056777 | | | | 6 |
| 3 | LAN | 11/02/2004 | | DEED | SUMMIT PARK FARMS LLC  J SAPANARO & J SAPANARO | CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC | R 3 PAR [Kind: DEED ] | 2004-00069601 | | | | 6 |
| 4 | COU | 07/26/2007 | | TAX CERTIORARIES | CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC | RAMAPO TOWN OF  RAMAPO TOWN BD OF ASSESSMENT | | SU-2007-006573 | | | $0.00 | |
| 5 | LAN | 05/19/2010 | | JUDGMENT | CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC | RAMAPO TOWN OF | | 2010-00018475 | | SU-2007-006573 | $4,340.00 | 3 |
| 6 | COU | 11/12/2010 | | REAL PROPERTY | CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC | TO SELL REAL PROPERTY | | SU-2010-014030 | | | $0.00 | |
| 7 | LAN | 03/01/2011 | | DEED | CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC | SUMMIT PATIO HOMES LLC | RAM  Address: 29 SUMMIT PARK ROAD NEW HEMPSTEAD, NEW YORK 10977 | 2011-00008604 | | | $5,000,000.00 | 7 |
| 8 | LAN | 06/29/2011 | | JUDGMENT | CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC | RAMAPO TOWN OF | | 2011-00023604 | | SU-2007-006573 | $1,219.48 | 3 |

© 2007 - 2020 Cott Systems, Inc.
Version 1.7.17.85

**Section Block and Lot references are NOT VERIFIED by the County Clerk's Office and may be incorrect. Contact the Town/Village Assessor's Office for accurate information.**

For Questions Related to Data or Images, you may contact the Clerk's Office during business hours at 845-638-5221.

For Website Technical Support, please contact via email: support@cottsystems.com or phone: 800-588-2688.

Normal Technical Support Business Hours are: 7:00AM EST - 6:00PM EST.