# EXHIBIT "E"

# NYS Department of State

## Division of Corporations

## Informational Message

The information contained in this database is current through November 16, 2020.

___

No business entities were found for CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC..

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

## Informational Message

The information contained in this database is current through November 16, 2020.

No business entities were found for CONGREGATION RABBINICAL COLLEGE OF TARTIKOV.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us