# EXHIBIT "J"



# Office of College and University Evaluation

## Inventory of Registered Program Searches

### REPORT ON SEARCHES REQUESTED BY
### INSTITUTION NAME / PROGRAM TITLE ORDER

-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 13170 - click here for more program information

PROGRAM TITLE : ADVANCED ARCHITECTURAL DESIGN            AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0202.00

UNIT CODE     : OP

-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 05588 - click here for more program information

PROGRAM TITLE : AEROSPACE ENGINEERING                   AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0902.00

UNIT CODE     : OP

-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 13323 - click here for more program information

PROGRAM TITLE : AEROSPACE ENGINEERING                   AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0902.00

UNIT CODE     : OP

-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 13640 - click here for more program information

PROGRAM TITLE : AEROSPACE ENGINEERING                   AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0902.00

UNIT CODE     : OCUE

-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 13531 - click here for more program information

PROGRAM TITLE : AFRICANA STUDIES                        AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2211.00

UNIT CODE     : OCUE

-----------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>36503 - click here for more program information</u>

PROGRAM TITLE : AFRICANA STUDIES                    AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA     HEGIS : 2211.00

FORMATS      : DAY  STD

UNIT CODE    : OCUE

-----------------------------------------------------------------------------

PROGRAM CODE  : <u>36466 - click here for more program information</u>

PROGRAM TITLE : AFRICANA STUDIES                    AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA     HEGIS : 2211.00

UNIT CODE    : OCUE

-----------------------------------------------------------------------------

PROGRAM CODE  : <u>13174 - click here for more program information</u>

PROGRAM TITLE : AMERICAN STUDIES                    AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA     HEGIS : 0313.00

UNIT CODE    : OCUE

-----------------------------------------------------------------------------

PROGRAM CODE  : <u>05778 - click here for more program information</u>

PROGRAM TITLE : ANTHROPOLOGY                        AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA     HEGIS : 2202.00

UNIT CODE    : OCUE

-----------------------------------------------------------------------------

PROGRAM CODE  : <u>17045 - click here for more program information</u>

PROGRAM TITLE : ANTHROPOLOGY                        AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA     HEGIS : 2202.00

UNIT CODE    : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

-----------------------------------------------------------------------------

PROGRAM CODE  : <u>17140 - click here for more program information</u>

PROGRAM TITLE : ANTHROPOLOGY                        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA     HEGIS : 2202.00

UNIT CODE    : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------------

PROGRAM CODE   : <u>30598 - click here for more program information</u>

PROGRAM TITLE : APPAREL DESIGN                        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1303.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------

PROGRAM CODE   : <u>13055 - click here for more program information</u>

PROGRAM TITLE : APPLIED ECONOMICS & MANAGEMENT         AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0111.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------

PROGRAM CODE   : <u>13056 - click here for more program information</u>

PROGRAM TITLE : APPLIED ECONOMICS AND MANAGEMENT       AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0111.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------

PROGRAM CODE   : <u>13057 - click here for more program information</u>

PROGRAM TITLE : APPLIED ECONOMICS AND MANAGEMENT       AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0111.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------

PROGRAM CODE   : <u>39239 - click here for more program information</u>

PROGRAM TITLE : APPLIED ECONOMICS AND MANAGEMENT       AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 2204.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------

PROGRAM CODE   : <u>05724 - click here for more program information</u>

```
PROGRAM TITLE : APPLIED MATHEMATICS              AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1703.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------------

PROGRAM CODE  : 13443 - click here for more program information

PROGRAM TITLE : APPLIED MATHEMATICS              AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1703.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------------

PROGRAM CODE  : 05610 - click here for more program information

PROGRAM TITLE : APPLIED PHYSICS                  AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0919.00

UNIT CODE     : OP


-------------------------------------------------------------------------------

PROGRAM CODE  : 13334 - click here for more program information

PROGRAM TITLE : APPLIED PHYSICS                  AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0919.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------------

PROGRAM CODE  : 22119 - click here for more program information

PROGRAM TITLE : APPLIED STATISTICS               AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1702.00

UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
-------------------------------------------------------------------------------

PROGRAM CODE  : 15274 - click here for more program information

PROGRAM TITLE : ARCHAEOLOGY                      AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 2203.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------------

PROGRAM CODE  : 05781 - click here for more program information

PROGRAM TITLE : ARCHAEOLOGY                      AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 2203.00
```

UNIT CODE     : OCUE

-------------------------------------------------------------------------------------

PROGRAM CODE   : <u>39213 - click here for more program information</u>

PROGRAM TITLE : ARCHITEC SCI-MATTER DESIGN COMPUTATION     AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0299.00

UNIT CODE     : OP

-------------------------------------------------------------------------------------

PROGRAM CODE   : <u>13632 - click here for more program information</u>

PROGRAM TITLE : ARCHITECTURAL SCIENCE     AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0299.00

UNIT CODE     : OP

-------------------------------------------------------------------------------------

PROGRAM CODE   : <u>13630 - click here for more program information</u>

PROGRAM TITLE : ARCHITECTURE     AWARD : B ARCH

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0202.00

FORMATS     : 5-YR

UNIT CODE     : OP

-------------------------------------------------------------------------------------

PROGRAM CODE   : <u>26485 - click here for more program information</u>

PROGRAM TITLE : ARCHITECTURE I     AWARD : M ARCH

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0202.00

UNIT CODE     : OP

-------------------------------------------------------------------------------------

PROGRAM CODE   : <u>05650 - click here for more program information</u>

PROGRAM TITLE : ASIAN LITERATURE, RELIGION, AND CULTURE     AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 1107.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------------

PROGRAM CODE   : <u>13373 - click here for more program information</u>

PROGRAM TITLE : ASIAN LITERATURE, RELIGION, AND CULTURE     AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 1107.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------------

PROGRAM CODE  : 26710 - click here for more program information

PROGRAM TITLE : ASIAN RELIGIONS                    AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0301.00

UNIT CODE     : OCUE

-----------------------------------------------------------------------------------

PROGRAM CODE  : 05447 - click here for more program information

PROGRAM TITLE : ASIAN STUDIES                      AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0301.00

UNIT CODE     : OCUE

-----------------------------------------------------------------------------------

PROGRAM CODE  : 13173 - click here for more program information

PROGRAM TITLE : ASIAN STUDIES                      AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0302.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

-----------------------------------------------------------------------------------

PROGRAM CODE  : 36264 - click here for more program information

PROGRAM TITLE : ASTRONOMY                          AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1911.00

FORMATS       : DAY   STD

UNIT CODE     : OCUE

-----------------------------------------------------------------------------------

PROGRAM CODE  : 05740 - click here for more program information

PROGRAM TITLE : ASTRONOMY AND SPACE SCIENCES       AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1911.00

UNIT CODE     : OCUE

-----------------------------------------------------------------------------------

PROGRAM CODE  : 13463 - click here for more program information

PROGRAM TITLE : ASTRONOMY AND SPACE SCIENCES       AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1911.00

UNIT CODE     : OCUE

-----------------------------------------------------------------------------------

PROGRAM CODE  : 24419 - click here for more program information

PROGRAM TITLE : ATMOSPHERIC SCIENCES        AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1913.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

----------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>24420 - click here for more program information</u>

PROGRAM TITLE : ATMOSPHERIC SCIENCES        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1913.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

----------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>17020 - click here for more program information</u>

PROGRAM TITLE : BEHAVIORAL BIOLOGY        AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0425.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

----------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>17115 - click here for more program information</u>

PROGRAM TITLE : BEHAVIORAL BIOLOGY        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0425.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

----------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>17105 - click here for more program information</u>

PROGRAM TITLE : BIOCHEMISTRY        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0414.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

----------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>17010 - click here for more program information</u>

PROGRAM TITLE : BIOCHEMISTRY        AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0414.00

UNIT CODE    : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05589 - click here for more program information</u>

PROGRAM TITLE : BIOLOGICAL AND ENVIRONMENTAL ENGINEERING   AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0903.00

UNIT CODE    : OP

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>13236 - click here for more program information</u>

PROGRAM TITLE : BIOLOGICAL AND ENVIRONMENTAL ENGINEERING   AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0903.00

UNIT CODE    : OP

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>76365 - click here for more program information</u>

PROGRAM TITLE : BIOLOGICAL AND ENVIRONMENTAL ENGINEERING   AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0903.00

UNIT CODE    : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>13235 - click here for more program information</u>

PROGRAM TITLE : BIOLOGICAL ENGINEERING          AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0903.00

UNIT CODE    : OP

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05451 - click here for more program information</u>

PROGRAM TITLE : BIOLOGICAL SCIENCES            AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0401.00

UNIT CODE    : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 15253 - click here for more program information

PROGRAM TITLE : BIOLOGY & SOCIETY                   AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA    HEGIS : 0499.00

UNIT CODE     : OCUE

**\*\*\* This program is offered by more than one institution and leads to more than one award, Click on program to view**


---------------------------------------------------------------------------------------------

PROGRAM CODE  : 15253 - click here for more program information

PROGRAM TITLE : BIOLOGY & SOCIETY                   AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA    HEGIS : 0499.00

UNIT CODE     : OCUE

**\*\*\* This program is offered by more than one institution and leads to more than one award, Click on program to view**


---------------------------------------------------------------------------------------------

PROGRAM CODE  : 39342 - click here for more program information

PROGRAM TITLE : BIOMEDICAL & BIOLOGICAL SCIENCES    AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA    HEGIS : 0401.00

UNIT CODE     : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**


---------------------------------------------------------------------------------------------

PROGRAM CODE  : 39643 - click here for more program information

PROGRAM TITLE : BIOMEDICAL AND BIOLOGICAL SCIENCES  AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA    HEGIS : 0401.00

UNIT CODE     : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**


---------------------------------------------------------------------------------------------

PROGRAM CODE  : 37457 - click here for more program information

PROGRAM TITLE : BIOMEDICAL ENGINEERING              AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA    HEGIS : 0905.00

FORMATS       : DAY   STD

UNIT CODE     : OP


---------------------------------------------------------------------------------------------

PROGRAM CODE  : 20856 - click here for more program information

Office of College and University Evaluation home page - Institution page ....

PROGRAM TITLE : BIOMEDICAL ENGINEERING          AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0905.00

UNIT CODE      : OP

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------------------

PROGRAM CODE : 28557 - click here for more program information

PROGRAM TITLE : BIOMEDICAL ENGINEERING          AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0905.00

UNIT CODE      : OP

--------------------------------------------------------------------------------------

PROGRAM CODE : 20855 - click here for more program information

PROGRAM TITLE : BIOMEDICAL ENGINEERING          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0905.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------------------

PROGRAM CODE : 20210 - click here for more program information

PROGRAM TITLE : BIOPHYSICS                       AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0415.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------------------

PROGRAM CODE : 20209 - click here for more program information

PROGRAM TITLE : BIOPHYSICS                       AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0415.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------------------

PROGRAM CODE : 31155 - click here for more program information

PROGRAM TITLE : BOARDROOM EXECUTIVE (W/QUEENS U-ONTARIO)   AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0506.00

FORMATS      : DSTED

UNIT CODE    : OCUE

---------------------------------------------------------------

PROGRAM CODE  : <u>05591 - click here for more program information</u>

PROGRAM TITLE : CHEMICAL ENGINEERING            AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0906.00

UNIT CODE    : OP

---------------------------------------------------------------

PROGRAM CODE  : <u>05592 - click here for more program information</u>

PROGRAM TITLE : CHEMICAL ENGINEERING            AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0906.00

UNIT CODE    : OP

---------------------------------------------------------------

PROGRAM CODE  : <u>13325 - click here for more program information</u>

PROGRAM TITLE : CHEMICAL ENGINEERING            AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0906.00

UNIT CODE    : OP

---------------------------------------------------------------

PROGRAM CODE  : <u>76394 - click here for more program information</u>

PROGRAM TITLE : CHEMICAL ENGINEERING            AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0906.00

UNIT CODE    : OCUE

---------------------------------------------------------------

PROGRAM CODE  : <u>05733 - click here for more program information</u>

PROGRAM TITLE : CHEMISTRY            AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1905.00

UNIT CODE    : OCUE

---------------------------------------------------------------

PROGRAM CODE  : <u>05732 - click here for more program information</u>

PROGRAM TITLE : CHEMISTRY            AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1905.00

UNIT CODE    : OCUE

---------------------------------------------------------------

PROGRAM CODE  : <u>13452 - click here for more program information</u>

PROGRAM TITLE : CHEMISTRY AND CHEMICAL BIOLOGY          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 1905.00

UNIT CODE          : OCUE

---------------------------------------------------------------------------------------

PROGRAM CODE  : 29257 - click here for more program information

PROGRAM TITLE : CHINA AND ASIA-PACIFIC STUDIES          AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0301.00

UNIT CODE          : OCUE

---------------------------------------------------------------------------------------

PROGRAM CODE  : 13631 - click here for more program information

PROGRAM TITLE : CITY & REGIONAL PLANNING          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0206.00

UNIT CODE          : OCUE

---------------------------------------------------------------------------------------

PROGRAM CODE  : 13172 - click here for more program information

PROGRAM TITLE : CITY & REGIONAL PLANNING          AWARD : MRP

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0206.00

UNIT CODE          : OP

---------------------------------------------------------------------------------------

PROGRAM CODE  : 33126 - click here for more program information

PROGRAM TITLE : CITY AND REGIONAL PLANNING          AWARD : MRP

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0206.00

UNIT CODE          : OCUE

*** This program leads to more than one degree award, Click on program to view

---------------------------------------------------------------------------------------

PROGRAM CODE  : 36101 - click here for more program information

PROGRAM TITLE : CITY AND REGIONAL PLANNING          AWARD : MRP

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0206.00

UNIT CODE          : OP

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

---------------------------------------------------------------------------------------

PROGRAM CODE  : 13327 - click here for more program information

PROGRAM TITLE : CIVIL & ENVIRONMENTAL ENGINEERING        AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0908.00

UNIT CODE     : OP

------------------------------------------------------------------------------

PROGRAM CODE  : 14380 - click here for more program information

PROGRAM TITLE : CIVIL AND ENVIRONMENTAL ENGINEERING       AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0908.00

UNIT CODE     : OP

*** This program is offered jointly by more than one institution, Click on program to view

------------------------------------------------------------------------------

PROGRAM CODE  : 14381 - click here for more program information

PROGRAM TITLE : CIVIL AND ENVIRONMENTAL ENGINEERING       AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0908.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

------------------------------------------------------------------------------

PROGRAM CODE  : 13326 - click here for more program information

PROGRAM TITLE : CIVIL ENGINEERING                AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0908.00

UNIT CODE     : OP

------------------------------------------------------------------------------

PROGRAM CODE  : 05703 - click here for more program information

PROGRAM TITLE : CLASSICS                     AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1504.00

UNIT CODE     : OCUE

------------------------------------------------------------------------------

PROGRAM CODE  : 13648 - click here for more program information

PROGRAM TITLE : CLASSICS                     AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1504.00

UNIT CODE     : OCUE

------------------------------------------------------------------------------

PROGRAM CODE  : 13649 - click here for more program information

11/18/2020
Case 7:20-cv-06158-KMK Document 44-10 Filed 11/20/20 Page 15 of 51
Office of College and University Evaluation homepage - Inventory of registered programs

PROGRAM TITLE : CLASSICS                          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA        HEGIS : 1504.00

UNIT CODE     : OCUE

--------------------------------------------------------------------------

PROGRAM CODE  : 76471 - click here for more program information

PROGRAM TITLE : COLLEGE SCHOLAR                   AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA        HEGIS : 4901.00

UNIT CODE     : OCUE

--------------------------------------------------------------------------

PROGRAM CODE  : 17265 - click here for more program information

PROGRAM TITLE : COMMUNICATION                      AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA        HEGIS : 0601.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------

PROGRAM CODE  : 17285 - click here for more program information

PROGRAM TITLE : COMMUNICATION                      AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA        HEGIS : 0601.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------

PROGRAM CODE  : 17125 - click here for more program information

PROGRAM TITLE : COMMUNICATION ARTS                 AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA        HEGIS : 0601.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------

PROGRAM CODE  : 13413 - click here for more program information

PROGRAM TITLE : COMPARATIVE LITERATURE             AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA        HEGIS : 1503.00

UNIT CODE     : OCUE

--------------------------------------------------------------------------

```
PROGRAM CODE  : 05702 - click here for more program information

PROGRAM TITLE : COMPARATIVE LITERATURE          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1503.00

UNIT CODE     : OCUE


-----------------------------------------------------------------------------

PROGRAM CODE  : 79376 - click here for more program information

PROGRAM TITLE : COMPARATIVE LITERATURE          AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1503.00

UNIT CODE     : OCUE


-----------------------------------------------------------------------------

PROGRAM CODE  : 29598 - click here for more program information

PROGRAM TITLE : COMPUTATIONAL BIOLOGY           AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0419.00

UNIT CODE     : OCUE
```

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

```
-----------------------------------------------------------------------------

PROGRAM CODE  : 79377 - click here for more program information

PROGRAM TITLE : COMPUTER SCIENCE                AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0701.00

UNIT CODE     : OCUE


-----------------------------------------------------------------------------

PROGRAM CODE  : 81257 - click here for more program information

PROGRAM TITLE : COMPUTER SCIENCE                AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0701.00

UNIT CODE     : OCUE


-----------------------------------------------------------------------------

PROGRAM CODE  : 05567 - click here for more program information

PROGRAM TITLE : COMPUTER SCIENCE                AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0701.00

UNIT CODE     : OCUE


-----------------------------------------------------------------------------

PROGRAM CODE  : 81043 - click here for more program information

PROGRAM TITLE : COMPUTER SCIENCE                AWARD : ME
```

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0701.00

UNIT CODE      : OCUE

---------------------------------------------------------------------------------------------------

PROGRAM CODE  : 13303 - click here for more program information

PROGRAM TITLE : COMPUTER SCIENCE                  AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0701.00

UNIT CODE      : OCUE

---------------------------------------------------------------------------------------------------

PROGRAM CODE  : 80189 - click here for more program information

PROGRAM TITLE : CREATIVE VISUAL ARTS              AWARD : MFA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1002.00

UNIT CODE      : OCUE

---------------------------------------------------------------------------------------------------

PROGRAM CODE  : 13650 - click here for more program information

PROGRAM TITLE : CREATIVE WRITING                  AWARD : MFA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1507.00

UNIT CODE      : OCUE

---------------------------------------------------------------------------------------------------

PROGRAM CODE  : 76356 - click here for more program information

PROGRAM TITLE : DESIGN COMMUNICATION              AWARD : BFA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0299.00

UNIT CODE      : OP

---------------------------------------------------------------------------------------------------

PROGRAM CODE  : 78435 - click here for more program information

PROGRAM TITLE : DEVELOPMENT SOCIOLOGY             AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2208.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

---------------------------------------------------------------------------------------------------

PROGRAM CODE  : 78436 - click here for more program information

PROGRAM TITLE : DEVELOPMENT SOCIOLOGY             AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2208.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 13490 - click here for more program information

PROGRAM TITLE : DEVELOPMENTAL PSYCHOLOGY                AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2009.00

UNIT CODE      : OP

*** This program is offered jointly by more than one institution, Click on program to view

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 13491 - click here for more program information

PROGRAM TITLE : DEVELOPMENTAL PSYCHOLOGY                AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2009.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 34451 - click here for more program information

PROGRAM TITLE : DEVELOPMENTAL PSYCHOLOGY                AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2009.00

UNIT CODE      : OCUE

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 39374 - click here for more program information

PROGRAM TITLE : EARTH AND ATMOSPHERIC SCIENCES         AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1999.10

UNIT CODE      : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 39364 - click here for more program information

PROGRAM TITLE : EARTH AND ATMOSPHERIC SCIENCES         AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1999.10

UNIT CODE      : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 17015 - click here for more program information

PROGRAM TITLE : ECOLOGY                                AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0420.00

UNIT CODE    : OCUE


*** This program is offered jointly by more than one institution, Click on program to view


-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 17110 - click here for more program information

PROGRAM TITLE : ECOLOGY                        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0420.00

UNIT CODE    : OCUE


*** This program is offered jointly by more than one institution, Click on program to view


-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 05784 - click here for more program information

PROGRAM TITLE : ECONOMICS                      AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2204.00

UNIT CODE    : OCUE


-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 17180 - click here for more program information

PROGRAM TITLE : ECONOMICS                      AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2204.00

UNIT CODE    : OCUE


*** This program is offered jointly by more than one institution, Click on program to view


-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 17185 - click here for more program information

PROGRAM TITLE : ECONOMICS                      AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 2204.00

UNIT CODE    : OCUE


*** This program is offered jointly by more than one institution, Click on program to view


-----------------------------------------------------------------------------------------------

PROGRAM CODE  : 17210 - click here for more program information

PROGRAM TITLE : EDUCATION                      AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0801.00

UNIT CODE    : OCUE


*** This program is offered jointly by more than one institution, Click on program to view

-------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>17200 - click here for more program information</u>

PROGRAM TITLE : EDUCATION                   AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA       HEGIS : 0801.00

UNIT CODE    : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

-------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>17205 - click here for more program information</u>

PROGRAM TITLE : EDUCATION                   AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA       HEGIS : 0801.00

UNIT CODE    : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

-------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05595 - click here for more program information</u>

PROGRAM TITLE : ELECTRICAL AND COMPUTER ENGINEERING     AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA       HEGIS : 0909.00

UNIT CODE     : OP

-------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05596 - click here for more program information</u>

PROGRAM TITLE : ELECTRICAL AND COMPUTER ENGINEERING     AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA       HEGIS : 0909.00

UNIT CODE     : OP

-------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>13328 - click here for more program information</u>

PROGRAM TITLE : ELECTRICAL AND COMPUTER ENGINEERING     AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA       HEGIS : 0909.00

UNIT CODE     : OP

-------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>76420 - click here for more program information</u>

PROGRAM TITLE : ELECTRICAL AND COMPUTER ENGINEERING     AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA       HEGIS : 0909.00

UNIT CODE    : OCUE

```
------------------------------------------------------------------------------------------

PROGRAM CODE  : 31007 - click here for more program information

PROGRAM TITLE : ENGINEERING MANAGEMENT              AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA     HEGIS : 4904.00

FORMATS       : DSTED

UNIT CODE     : OCUE


------------------------------------------------------------------------------------------

PROGRAM CODE  : 05612 - click here for more program information

PROGRAM TITLE : ENGINEERING MECHANICS              AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA     HEGIS : 0921.00

UNIT CODE     : OP


------------------------------------------------------------------------------------------

PROGRAM CODE  : 13335 - click here for more program information

PROGRAM TITLE : ENGINEERING PHYSICS                AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA     HEGIS : 0919.00

UNIT CODE     : OP


------------------------------------------------------------------------------------------

PROGRAM CODE  : 05608 - click here for more program information

PROGRAM TITLE : ENGINEERING PHYSICS                AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA     HEGIS : 0919.00

UNIT CODE     : OP


------------------------------------------------------------------------------------------

PROGRAM CODE  : 05688 - click here for more program information

PROGRAM TITLE : ENGLISH                            AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA     HEGIS : 1501.00

UNIT CODE     : OCUE


------------------------------------------------------------------------------------------

PROGRAM CODE  : 13395 - click here for more program information

PROGRAM TITLE : ENGLISH LANGUAGE AND LITERATURE    AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY       ITHACA     HEGIS : 1502.00

UNIT CODE     : OCUE


------------------------------------------------------------------------------------------

PROGRAM CODE  : 13396 - click here for more program information
```

PROGRAM TITLE : ENGLISH LANGUAGE AND LITERATURE          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 1502.00

UNIT CODE       : OCUE

------------------------------------------------------------------------------------

PROGRAM CODE  : 13159 - click here for more program information

PROGRAM TITLE : ENTOMOLOGY                               AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0421.00

UNIT CODE       : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

------------------------------------------------------------------------------------

PROGRAM CODE  : 13160 - click here for more program information

PROGRAM TITLE : ENTOMOLOGY                               AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0421.00

UNIT CODE       : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

------------------------------------------------------------------------------------

PROGRAM CODE  : 39709 - click here for more program information

PROGRAM TITLE : ENVIRONMENT & SUSTAINABILITY             AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 1999.20

UNIT CODE       : OCUE

------------------------------------------------------------------------------------

PROGRAM CODE  : 40427 - click here for more program information

PROGRAM TITLE : ENVIRONMENTAL & SUSTAINABILITY SCIENCES  AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 1999.20

UNIT CODE       : OCUE

------------------------------------------------------------------------------------

PROGRAM CODE  : 29299 - click here for more program information

PROGRAM TITLE : ENVIRONMENTAL ENGINEERING               AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0922.00

UNIT CODE       : OP

*** This program is offered jointly by more than one institution, Click on program to view

------------------------------------------------------------------------------------

PROGRAM CODE   : <u>17190 - click here for more program information</u>

PROGRAM TITLE : ENVIRONMENTAL TOXICOLOGY              AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0426.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

-----------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>17195 - click here for more program information</u>

PROGRAM TITLE : ENVIRONMENTAL TOXICOLOGY              AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0426.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

-----------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>17075 - click here for more program information</u>

PROGRAM TITLE : EVOLUTIONARY BIOLOGY                  AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0401.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

-----------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>17070 - click here for more program information</u>

PROGRAM TITLE : EVOLUTIONARY BIOLOGY                  AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0401.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

-----------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>41223 - click here for more program information</u>

PROGRAM TITLE : EXECUTIVE HOSPITALITY MANAGEMENT       AWARD : MMH

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0508.00

FORMATS        : DSTED N-FT

UNIT CODE      : OCUE

-----------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>31084 - click here for more program information</u>

PROGRAM TITLE : EXECUTIVE MBA                          AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0506.00

UNIT CODE      : OCUE

---------------------------------------------------------------------------------

PROGRAM CODE  : 38148 - click here for more program information

PROGRAM TITLE : EXECUTIVE MBA                          AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 0506.00

UNIT CODE      : OCUE

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

---------------------------------------------------------------------------------

PROGRAM CODE  : 40902 - click here for more program information

PROGRAM TITLE : EXECUTIVE PUBLIC ADMINISTRATION         AWARD : MPA

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 2102.00

FORMATS        : DSTED N-FT

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

---------------------------------------------------------------------------------

PROGRAM CODE  : 92075 - click here for more program information

PROGRAM TITLE : FEMINIST, GENDER AND SEXUALITY STUDIES    AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 4903.00

UNIT CODE      : OCUE

---------------------------------------------------------------------------------

PROGRAM CODE  : 86385 - click here for more program information

PROGRAM TITLE : FIBER SCIENCE                          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 1303.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

---------------------------------------------------------------------------------

PROGRAM CODE  : 81163 - click here for more program information

PROGRAM TITLE : FIBER SCIENCE                          AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY          ITHACA          HEGIS : 1303.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

Office of College and University Evaluation home page 1 2 / education / organization

---------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05622 - click here for more program information</u>

PROGRAM TITLE : FINE ARTS                        AWARD : BFA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1002.00

UNIT CODE      : OCUE


---------------------------------------------------------------------------------------

PROGRAM CODE  : <u>17060 - click here for more program information</u>

PROGRAM TITLE : FOOD SCIENCE & TECHNOLOGY        AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0113.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view


---------------------------------------------------------------------------------------

PROGRAM CODE  : <u>17065 - click here for more program information</u>

PROGRAM TITLE : FOOD SCIENCE & TECHNOLOGY        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0113.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view


---------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05636 - click here for more program information</u>

PROGRAM TITLE : FRENCH                        AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1102.00

UNIT CODE      : OCUE


---------------------------------------------------------------------------------------

PROGRAM CODE  : <u>13416 - click here for more program information</u>

PROGRAM TITLE : GENERAL LINGUISTICS                AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1505.00

UNIT CODE      : OCUE

*** This program is offered jointly by more than one institution, Click on program to view


---------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05520 - click here for more program information</u>

PROGRAM TITLE : GENETICS                        AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0422.00

UNIT CODE    : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>13168 - click here for more program information</u>

PROGRAM TITLE : GENETICS                        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0422.00

UNIT CODE    : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05744 - click here for more program information</u>

PROGRAM TITLE : GEOLOGICAL SCIENCES              AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1914.00

UNIT CODE    : OCUE

--------------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>13467 - click here for more program information</u>

PROGRAM TITLE : GEOLOGICAL SCIENCES              AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1914.00

UNIT CODE    : OCUE

--------------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>88188 - click here for more program information</u>

PROGRAM TITLE : GEOLOGICAL SCIENCES              AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0911.00

UNIT CODE    : OP

--------------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>76354 - click here for more program information</u>

PROGRAM TITLE : GERMAN  STUDIES                  AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0310.00

UNIT CODE    : OCUE

--------------------------------------------------------------------------------------------------

PROGRAM CODE  : <u>05641 - click here for more program information</u>

PROGRAM TITLE : GERMANIC STUDIES                 AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1103.00

UNIT CODE      : OCUE

----------------------------------------------------------------------------------

PROGRAM CODE  : <u>13357 - click here for more program information</u>

PROGRAM TITLE : GERMANIC STUDIES         AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 1103.00

UNIT CODE      : OCUE

----------------------------------------------------------------------------------

PROGRAM CODE  : <u>17155 - click here for more program information</u>

PROGRAM TITLE : GLOBAL DEVELOPMENT       AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 2299.00

UNIT CODE      : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

----------------------------------------------------------------------------------

PROGRAM CODE  : <u>05800 - click here for more program information</u>

PROGRAM TITLE : GOVERNMENT            AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 2207.00

UNIT CODE      : OCUE

----------------------------------------------------------------------------------

PROGRAM CODE  : <u>05801 - click here for more program information</u>

PROGRAM TITLE : GOVERNMENT            AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 2207.00

UNIT CODE      : OCUE

----------------------------------------------------------------------------------

PROGRAM CODE  : <u>13524 - click here for more program information</u>

PROGRAM TITLE : GOVERNMENT            AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 2207.00

UNIT CODE      : OCUE

----------------------------------------------------------------------------------

PROGRAM CODE  : <u>32328 - click here for more program information</u>

PROGRAM TITLE : HEALTH ADMINISTRATION      AWARD : MHA

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 1202.00

UNIT CODE      : OCUE

Office of College Evaluation inventory of registered programs - home page 1 of 2

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>36508 - click here for more program information</u>

PROGRAM TITLE : HEALTH ADMINISTRATION       AWARD : MHA

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 1202.00

UNIT CODE    : OCUE

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>38148 - click here for more program information</u>

PROGRAM TITLE : HEALTH CARE POLICY & RESEARCH       AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 1299.00

UNIT CODE     : OCUE

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>33789 - click here for more program information</u>

PROGRAM TITLE : HEALTH STUDIES       AWARD : CERT

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 1201.00

UNIT CODE     : OCUE

------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>76352 - click here for more program information</u>

PROGRAM TITLE : HISTORIC PRESERVATION PLANNING       AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0299.00

UNIT CODE     : OP

------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>05797 - click here for more program information</u>

PROGRAM TITLE : HISTORY       AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 2205.00

UNIT CODE     : OCUE

------------------------------------------------------------------------------------------------

PROGRAM CODE : <u>05786 - click here for more program information</u>

PROGRAM TITLE : HISTORY       AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 2205.00

11/18/2020 Office of College University Evaluation home page. New York education organization

Case 7:20-cv-06158-KMK Document 44-10 Filed 11/20/20 Page 29 of 51

UNIT CODE    : OCUE

-------------------------------------------------------------------------------------------------

PROGRAM CODE : 13511 - click here for more program information

PROGRAM TITLE : HISTORY                          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 2205.00

UNIT CODE    : OCUE

-------------------------------------------------------------------------------------------------

PROGRAM CODE : 76355 - click here for more program information

PROGRAM TITLE : HISTORY OF ARCH. & URBAN DEVEL.        AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0202.00

UNIT CODE    : OP

-------------------------------------------------------------------------------------------------

PROGRAM CODE : 13345 - click here for more program information

PROGRAM TITLE : HISTORY OF ARCHITECTURE                AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0202.00

UNIT CODE    : OP

-------------------------------------------------------------------------------------------------

PROGRAM CODE : 13346 - click here for more program information

PROGRAM TITLE : HISTORY OF ARCHITECTURE & URBAN DEVELOP    AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0202.00

UNIT CODE    : OCUE

-------------------------------------------------------------------------------------------------

PROGRAM CODE : 05625 - click here for more program information

PROGRAM TITLE : HISTORY OF ART                         AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1003.00

UNIT CODE    : OCUE

-------------------------------------------------------------------------------------------------

PROGRAM CODE : 13340 - click here for more program information

PROGRAM TITLE : HISTORY OF ART AND ARCHAEOLOGY         AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1001.00

UNIT CODE    : OCUE

-------------------------------------------------------------------------------------------------

PROGRAM CODE : 05616 - click here for more program information

PROGRAM TITLE : HISTORY OF ART AND ARCHAEOLOGY          AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1001.00

UNIT CODE     : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 76440 - click here for more program information

PROGRAM TITLE : HISTORY OF URBAN DEVELOPMENT            AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0202.00

UNIT CODE     : OP

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 36868 - click here for more program information

PROGRAM TITLE : HOSPITALITY MANAGEMENT                  AWARD : MMH

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0508.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 05556 - click here for more program information

PROGRAM TITLE : HOSPITALITY MANAGEMENT                  AWARD : MMH

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0508.00

UNIT CODE     : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 05557 - click here for more program information

PROGRAM TITLE : HOTEL ADMINISTRATION                    AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0508.00

UNIT CODE     : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 13301 - click here for more program information

PROGRAM TITLE : HOTEL ADMINISTRATION                    AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0508.00

UNIT CODE     : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE  : 05555 - click here for more program information

PROGRAM TITLE : HOTEL AND RESTAURANT ADMINISTRATION     AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0508.00

UNIT CODE    : OCUE

--------------------------------------------------------------------------

PROGRAM CODE : <u>13384 - click here for more program information</u>

PROGRAM TITLE : HUMAN DEVEL. & FAMILY STUDIES        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1305.00

UNIT CODE    : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------

PROGRAM CODE : <u>13382 - click here for more program information</u>

PROGRAM TITLE : HUMAN DEVELOPMENT        AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1305.00

UNIT CODE    : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

--------------------------------------------------------------------------

PROGRAM CODE : <u>05586 - click here for more program information</u>

PROGRAM TITLE : INDEPENDENT MAJOR        AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0901.00

UNIT CODE    : OP

--------------------------------------------------------------------------

PROGRAM CODE : <u>76470 - click here for more program information</u>

PROGRAM TITLE : INDEPENDENT MAJOR        AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 4901.00

UNIT CODE    : OCUE

--------------------------------------------------------------------------

PROGRAM CODE : <u>36128 - click here for more program information</u>

PROGRAM TITLE : INDUSTRIAL AND LABOR RELATIONS        AWARD : MILR

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0516.00

UNIT CODE    : OCUE

**\*\*\* This program is offered by more than one institution and leads to more than one award, Click on program to view**

--------------------------------------------------------------------------

PROGRAM CODE : <u>33731 - click here for more program information</u>

PROGRAM TITLE : INFORMATION SCIENCE        AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0702.00

UNIT CODE      : OCUE

-------------------------------------------------------------------------------------------

PROGRAM CODE  : 28766 - click here for more program information

PROGRAM TITLE : INFORMATION SCIENCE                AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0702.00

UNIT CODE      : OCUE

-------------------------------------------------------------------------------------------

PROGRAM CODE  : 28116 - click here for more program information

PROGRAM TITLE : INFORMATION SCIENCE                AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0702.00

UNIT CODE      : OCUE

-------------------------------------------------------------------------------------------

PROGRAM CODE  : 32672 - click here for more program information

PROGRAM TITLE : INFORMATION SCIENCE                AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0702.00

UNIT CODE      : OCUE

-------------------------------------------------------------------------------------------

PROGRAM CODE  : 28452 - click here for more program information

PROGRAM TITLE : INFORMATION SCIENCE, SYSTEMS AND TECH      AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0702.00

UNIT CODE      : OCUE

-------------------------------------------------------------------------------------------

PROGRAM CODE  : 05643 - click here for more program information

PROGRAM TITLE : ITALIAN                AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1104.00

UNIT CODE      : OCUE

-------------------------------------------------------------------------------------------

PROGRAM CODE  : 32626 - click here for more program information

PROGRAM TITLE : LANDSCAPE ARCHITECTURE                AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0204.00

UNIT CODE      : OP

*** This program is offered jointly by more than one institution, Click on program to view

------------------------------------------------------------------------------------------------

PROGRAM CODE  : <ins>13087 - click here for more program information</ins>

PROGRAM TITLE : LANDSCAPE ARCHITECTURE              AWARD : MLA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 0204.00

UNIT CODE      : OP

*** This program is offered jointly by more than one institution, Click on program to view

------------------------------------------------------------------------------------------------

PROGRAM CODE  : <ins>36101 - click here for more program information</ins>

PROGRAM TITLE : LANDSCAPE ARCHITECTURE              AWARD : MLA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 0204.00

UNIT CODE      : OP

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

------------------------------------------------------------------------------------------------

PROGRAM CODE  : <ins>20326 - click here for more program information</ins>

PROGRAM TITLE : LANDSCAPE ARCHITECTURE-ADVANCED DEGREE    AWARD : MLA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 0204.00

UNIT CODE      : OP

*** This program is offered jointly by more than one institution, Click on program to view

------------------------------------------------------------------------------------------------

PROGRAM CODE  : <ins>13387 - click here for more program information</ins>

PROGRAM TITLE : LAW                                 AWARD : LLM

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 1401.00

UNIT CODE      : OCUE

------------------------------------------------------------------------------------------------

PROGRAM CODE  : <ins>13633 - click here for more program information</ins>

PROGRAM TITLE : LAW                                 AWARD : JD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 1401.00

UNIT CODE      : OCUE

------------------------------------------------------------------------------------------------

PROGRAM CODE  : <ins>34451 - click here for more program information</ins>

PROGRAM TITLE : LAW                                 AWARD : JD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 1401.00

11/18/2020
Case 7:20-cv-06158-KMK Document 44-10 Filed 11/20/20 Page 34 of 51
Office of College University Evaluation homepage 1/20/20 education department

```
UNIT CODE    : OCUE
```

**\*\*\* This program is offered by more than one institution and leads to more than one award, Click on program to view**

```
---------------------------------------------------------------------------------------

PROGRAM CODE  : 36168 - click here for more program information

PROGRAM TITLE : LAW                              AWARD : JD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA    HEGIS : 1401.00

UNIT CODE    : OCUE
```

**\*\*\* This program leads to more than one degree award, Click on program to view**

```
---------------------------------------------------------------------------------------

PROGRAM CODE  : 36388 - click here for more program information

PROGRAM TITLE : LAW                              AWARD : JD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA    HEGIS : 1401.00

UNIT CODE    : OCUE
```

**\*\*\* This program leads to more than one degree award, Click on program to view**

```
---------------------------------------------------------------------------------------

PROGRAM CODE  : 13388 - click here for more program information

PROGRAM TITLE : LAW                              AWARD : JSD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA    HEGIS : 1401.00

UNIT CODE    : OCUE
```

```
---------------------------------------------------------------------------------------

PROGRAM CODE  : 40738 - click here for more program information

PROGRAM TITLE : LAW, TECH & ENTREPRENEURSHIP-INT'L 3 SEM   AWARD : LLM

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA    HEGIS : 1401.00

UNIT CODE    : OCUE
```

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

```
---------------------------------------------------------------------------------------

PROGRAM CODE  : 32537 - click here for more program information

PROGRAM TITLE : LEGAL STUDIES                    AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA    HEGIS : 1401.00

FORMATS      : DSTED N-FT

UNIT CODE    : OCUE

---------------------------------------------------------------------------------------
```

PROGRAM CODE   : 39380 - click here for more program information

PROGRAM TITLE : LIBERAL ARTS                         AWARD : CERT

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 5649.00

FORMATS       : N-FT

UNIT CODE     : OCUE

--------------------------------------------------------------------------------

PROGRAM CODE   : 13417 - click here for more program information

PROGRAM TITLE : LINGUISTICS                          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1505.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------------

PROGRAM CODE   : 05705 - click here for more program information

PROGRAM TITLE : LINGUISTICS                          AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 1505.00

UNIT CODE     : OCUE

--------------------------------------------------------------------------------

PROGRAM CODE   : 36168 - click here for more program information

PROGRAM TITLE : MANAGEMENT                           AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0506.00

FORMATS       : ACCEL DSTED STD

UNIT CODE     : OCUE

*** This program leads to more than one degree award, Click on program to view

--------------------------------------------------------------------------------

PROGRAM CODE   : 32328 - click here for more program information

PROGRAM TITLE : MANAGEMENT                           AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0506.00

UNIT CODE     : OCUE

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

--------------------------------------------------------------------------------

PROGRAM CODE   : 32784 - click here for more program information

PROGRAM TITLE : MANAGEMENT                           AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0506.00

FORMATS        : ACCEL STD

UNIT CODE        : OCUE

**\*\*\* This program leads to more than one degree award, Click on program to view**

-----------------------------------------------------------------------------------------

PROGRAM CODE  :  36128 - click here for more program information

PROGRAM TITLE : MANAGEMENT                        AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0506.00

FORMATS        : ACCEL DSTED STD

UNIT CODE        : OCUE

**\*\*\* This program is offered by more than one institution and leads to more than one award, Click on program to view**

-----------------------------------------------------------------------------------------

PROGRAM CODE  :  87073 - click here for more program information

PROGRAM TITLE : MANAGEMENT                        AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0506.00

UNIT CODE        : OCUE

-----------------------------------------------------------------------------------------

PROGRAM CODE  :  37732 - click here for more program information

PROGRAM TITLE : MANAGEMENT                        AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0506.00

UNIT CODE        : OCUE

-----------------------------------------------------------------------------------------

PROGRAM CODE  :  05542 - click here for more program information

PROGRAM TITLE : MANAGEMENT                        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0506.00

UNIT CODE        : OCUE

-----------------------------------------------------------------------------------------

PROGRAM CODE  :  36678 - click here for more program information

PROGRAM TITLE : MANAGEMENT (W/TSINGHUA U-CHINA)        AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0506.00

FORMATS        : BILNG

UNIT CODE        : OCUE

Office of College and University Evaluation homepage.  Inventory of registered programs

*** This program is offered jointly by more than one institution, Click on program to view

-------------------------------------------------------------------------------

PROGRAM CODE  : 40893 - click here for more program information

PROGRAM TITLE : MANAGEMENT SCIENCE, 1 YEAR              AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA       HEGIS : 0506.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 40894 - click here for more program information

PROGRAM TITLE : MANAGEMENT SCIENCE, 2 YEAR              AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA       HEGIS : 0506.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 41122 - click here for more program information

PROGRAM TITLE : MANAGEMENT, 1 YEAR                      AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA       HEGIS : 0506.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 05551 - click here for more program information

PROGRAM TITLE : MANAGEMENT, 2 YEAR                      AWARD : MBA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA       HEGIS : 0506.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 05602 - click here for more program information

PROGRAM TITLE : MATERIALS SCIENCE & ENGINEERING         AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA       HEGIS : 0915.00

UNIT CODE     : OP

-------------------------------------------------------------------------------

PROGRAM CODE  : 05604 - click here for more program information

PROGRAM TITLE : MATERIALS SCIENCE & ENGINEERING         AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA       HEGIS : 0915.00

UNIT CODE     : OP

-------------------------------------------------------------------------------

PROGRAM CODE  : 13332 - click here for more program information

```
PROGRAM TITLE : MATERIALS SCIENCE & ENGINEERING          AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA         HEGIS : 0915.00

UNIT CODE     : OP


---------------------------------------------------------------------------------

PROGRAM CODE  : 13333 - click here for more program information

PROGRAM TITLE : MATERIALS SCIENCE & ENGINEERING          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA         HEGIS : 0915.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------------

PROGRAM CODE  : 05718 - click here for more program information

PROGRAM TITLE : MATHEMATICS                              AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA         HEGIS : 1701.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------------

PROGRAM CODE  : 14743 - click here for more program information

PROGRAM TITLE : MATHEMATICS                              AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA         HEGIS : 1701.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------------

PROGRAM CODE  : 14744 - click here for more program information

PROGRAM TITLE : MATHEMATICS                              AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA         HEGIS : 1701.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------------

PROGRAM CODE  : 14745 - click here for more program information

PROGRAM TITLE : MATHEMATICS                              AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA         HEGIS : 1701.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------------

PROGRAM CODE  : 78715 - click here for more program information

PROGRAM TITLE : MECHANICAL ENGINEERING                   AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA         HEGIS : 0910.00

UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

-------------------------------------------------------------------------------------

PROGRAM CODE  : 05598 - click here for more program information

PROGRAM TITLE : MECHANICAL ENGINEERING          AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0910.00

UNIT CODE     : OP

-------------------------------------------------------------------------------------

PROGRAM CODE  : 78714 - click here for more program information

PROGRAM TITLE : MECHANICAL ENGINEERING          AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0910.00

UNIT CODE     : OP

*** This program is offered jointly by more than one institution, Click on program to view

-------------------------------------------------------------------------------------

PROGRAM CODE  : 13330 - click here for more program information

PROGRAM TITLE : MECHANICAL ENGINEERING          AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0910.00

UNIT CODE     : OP

-------------------------------------------------------------------------------------

PROGRAM CODE  : 13426 - click here for more program information

PROGRAM TITLE : MEDIEVAL STUDIES          AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1599.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------------

PROGRAM CODE  : 13427 - click here for more program information

PROGRAM TITLE : MEDIEVAL STUDIES          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1599.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------------

PROGRAM CODE  : 17095 - click here for more program information

PROGRAM TITLE : MICROBIOLOGY          AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0411.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

    --------------------------------------------------------------------------------------------

    PROGRAM CODE : <u>17090 - click here for more program information</u>

    PROGRAM TITLE : MICROBIOLOGY             AWARD : MS

    INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0411.00

    UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

    --------------------------------------------------------------------------------------------

    PROGRAM CODE : <u>17175 - click here for more program information</u>

    PROGRAM TITLE : MOLECULAR & CELL BIOLOGY       AWARD : PHD

    INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0416.00

    UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

    --------------------------------------------------------------------------------------------

    PROGRAM CODE : <u>17260 - click here for more program information</u>

    PROGRAM TITLE : MOLECULAR & CELL BIOLOGY       AWARD : MS

    INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0416.00

    UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

    --------------------------------------------------------------------------------------------

    PROGRAM CODE : <u>13347 - click here for more program information</u>

    PROGRAM TITLE : MUSIC                 AWARD : MFA

    INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1004.00

    UNIT CODE     : OCUE

    --------------------------------------------------------------------------------------------

    PROGRAM CODE : <u>05626 - click here for more program information</u>

    PROGRAM TITLE : MUSIC                 AWARD : DMA

    INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1004.00

    UNIT CODE     : OCUE

    --------------------------------------------------------------------------------------------

    PROGRAM CODE : <u>05628 - click here for more program information</u>

    PROGRAM TITLE : MUSIC                 AWARD : AB

```
INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1005.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------

PROGRAM CODE  : 13349 - click here for more program information

PROGRAM TITLE : MUSIC                         AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1006.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------

PROGRAM CODE  : 05629 - click here for more program information

PROGRAM TITLE : MUSICOLOGY                    AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1006.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------

PROGRAM CODE  : 13351 - click here for more program information

PROGRAM TITLE : NEAR EASTERN STUDIES           AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1101.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------

PROGRAM CODE  : 05635 - click here for more program information

PROGRAM TITLE : NEAR EASTERN STUDIES           AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1101.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------

PROGRAM CODE  : 05450 - click here for more program information

PROGRAM TITLE : NEAR EASTERN STUDIES           AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0399.00

UNIT CODE     : OCUE


-------------------------------------------------------------------------

PROGRAM CODE  : 17120 - click here for more program information

PROGRAM TITLE : NEUROBIOLOGY                   AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0425.00

UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

11/18/2020
Case 7:20-cv-06156-KMK Document 44-10 Filed 11/20/20 Page 42 of 51
Office of College University Evaluation homepage_ New York education department

-------------------------------------------------------------------------------

PROGRAM CODE  : <u>17025 - click here for more program information</u>

PROGRAM TITLE : NEUROBIOLOGY                          AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0425.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

-------------------------------------------------------------------------------

PROGRAM CODE  : <u>13337 - click here for more program information</u>

PROGRAM TITLE : NUCLEAR ENGINEERING                   AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0920.00

UNIT CODE     : OP

-------------------------------------------------------------------------------

PROGRAM CODE  : <u>05611 - click here for more program information</u>

PROGRAM TITLE : NUCLEAR SCIENCE & ENGINEERING         AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0920.00

UNIT CODE     : OP

-------------------------------------------------------------------------------

PROGRAM CODE  : <u>76432 - click here for more program information</u>

PROGRAM TITLE : OPERATIONS RESEARCH                   AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0913.00

UNIT CODE     : OP

-------------------------------------------------------------------------------

PROGRAM CODE  : <u>76433 - click here for more program information</u>

PROGRAM TITLE : OPERATIONS RESEARCH                   AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0913.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : <u>13331 - click here for more program information</u>

PROGRAM TITLE : OPERATIONS RESEARCH & INFO ENGINEERING   AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA      HEGIS : 0913.00

UNIT CODE     : OP

-------------------------------------------------------------------------------

PROGRAM CODE  : <u>05601 - click here for more program information</u>

```
PROGRAM TITLE : OPERATIONS RESEARCH AND ENGINEERING        AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0913.00

UNIT CODE     : OP


---------------------------------------------------------------------------

PROGRAM CODE  : 35315 - click here for more program information

PROGRAM TITLE : PERFORMING AND MEDIA ARTS                  AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1099.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------

PROGRAM CODE  : 76442 - click here for more program information

PROGRAM TITLE : PERFORMING AND MEDIA ARTS                  AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1007.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------

PROGRAM CODE  : 76443 - click here for more program information

PROGRAM TITLE : PERFORMING AND MEDIA ARTS                  AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1007.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------

PROGRAM CODE  : 36388 - click here for more program information

PROGRAM TITLE : PHILOSOPHY                                 AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1509.00

UNIT CODE     : OCUE


*** This program leads to more than one degree award, Click on program to view


---------------------------------------------------------------------------

PROGRAM CODE  : 05717 - click here for more program information

PROGRAM TITLE : PHILOSOPHY                                 AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1509.00

UNIT CODE     : OCUE


---------------------------------------------------------------------------

PROGRAM CODE  : 05714 - click here for more program information

PROGRAM TITLE : PHILOSOPHY                                 AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1509.00
```

UNIT CODE    : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 13425 - click here for more program information

PROGRAM TITLE : PHILOSOPHY                    AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1509.00

UNIT CODE    : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 13444 - click here for more program information

PROGRAM TITLE : PHYSICS                      AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1902.00

UNIT CODE    : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 05728 - click here for more program information

PROGRAM TITLE : PHYSICS                      AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1902.00

UNIT CODE    : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 05725 - click here for more program information

PROGRAM TITLE : PHYSICS                      AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 1902.00

UNIT CODE    : OCUE

-------------------------------------------------------------------------------

PROGRAM CODE  : 13094 - click here for more program information

PROGRAM TITLE : PLANT BIOLOGY                AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0402.00

UNIT CODE    : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

-------------------------------------------------------------------------------

PROGRAM CODE  : 13093 - click here for more program information

PROGRAM TITLE : PLANT BIOLOGY                AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA        HEGIS : 0402.00

UNIT CODE    : OCUE

```
              -----------------------------------------------------------------------

     PROGRAM CODE  : 17230 - click here for more program information

     PROGRAM TITLE : POLICY ANALYSIS AND MANAGEMENT          AWARD : PHD

     INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA       HEGIS : 2101.00

     UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
              -----------------------------------------------------------------------

     PROGRAM CODE  : 17225 - click here for more program information

     PROGRAM TITLE : POLICY ANALYSIS AND MANAGEMENT          AWARD : MS

     INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA       HEGIS : 2101.00

     UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
              -----------------------------------------------------------------------

     PROGRAM CODE  : 05758 - click here for more program information

     PROGRAM TITLE : PSYCHOLOGY                               AWARD : AB

     INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA       HEGIS : 2001.00

     UNIT CODE     : OCUE


              -----------------------------------------------------------------------

     PROGRAM CODE  : 17235 - click here for more program information

     PROGRAM TITLE : PSYCHOLOGY                               AWARD : MA

     INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA       HEGIS : 2001.00

     UNIT CODE     : OP
```

*** This program is offered jointly by more than one institution, Click on program to view

```
              -----------------------------------------------------------------------

     PROGRAM CODE  : 17240 - click here for more program information

     PROGRAM TITLE : PSYCHOLOGY                               AWARD : PHD

     INST.NAME/CITY: CORNELL UNIVERSITY         ITHACA       HEGIS : 2001.00

     UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
              -----------------------------------------------------------------------

     PROGRAM CODE  : 17040 - click here for more program information
```

PROGRAM TITLE : PUBLIC ADMINISTRATION          AWARD : MPA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 2102.00

UNIT CODE     : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

----------------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>36508 - click here for more program information</u>

PROGRAM TITLE : PUBLIC ADMINSTRATION        AWARD : MPA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 2102.00

UNIT CODE      : OCUE

**\*\*\* This program is offered by more than one institution and leads to more than one award, Click on program to view**

----------------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>38174 - click here for more program information</u>

PROGRAM TITLE : PUBLIC HEALTH              AWARD : MPH

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 1214.00

UNIT CODE     : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

----------------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>19454 - click here for more program information</u>

PROGRAM TITLE : REAL ESTATE               AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0511.00

UNIT CODE     : OCUE

----------------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>32784 - click here for more program information</u>

PROGRAM TITLE : REAL ESTATE               AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0511.00

FORMATS      : ACCEL STD

UNIT CODE     : OCUE

**\*\*\* This program leads to more than one degree award, Click on program to view**

----------------------------------------------------------------------------------------------------

PROGRAM CODE   : <u>33126 - click here for more program information</u>

PROGRAM TITLE : REAL ESTATE               AWARD : MPS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA      HEGIS : 0511.00

```
UNIT CODE     : OCUE
```

**\*\*\* This program leads to more than one degree award, Click on program to view**

```
     -----------------------------------------------------------------------------
```

PROGRAM CODE  : <u>13277 - click here for more program information</u>

PROGRAM TITLE : REGIONAL SCIENCE                    AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 2299.00

UNIT CODE     : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

```
     -----------------------------------------------------------------------------
```

PROGRAM CODE  : <u>13276 - click here for more program information</u>

PROGRAM TITLE : REGIONAL SCIENCE                    AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 2299.00

UNIT CODE     : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

```
     -----------------------------------------------------------------------------
```

PROGRAM CODE  : <u>13275 - click here for more program information</u>

PROGRAM TITLE : REGIONAL SCIENCE                    AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 2299.00

UNIT CODE     : OCUE

**\*\*\* This program is offered jointly by more than one institution, Click on program to view**

```
     -----------------------------------------------------------------------------
```

PROGRAM CODE  : <u>26990 - click here for more program information</u>

PROGRAM TITLE : RELIGIOUS STUDIES                    AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 1510.00

UNIT CODE     : OCUE

```
     -----------------------------------------------------------------------------
```

PROGRAM CODE  : <u>05637 - click here for more program information</u>

PROGRAM TITLE : ROMANCE STUDIES                    AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 1102.00

UNIT CODE     : OCUE

```
     -----------------------------------------------------------------------------
```

PROGRAM CODE  : <u>13352 - click here for more program information</u>

```
PROGRAM TITLE : ROMANCE STUDIES                    AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 1102.00

UNIT CODE      : OCUE


-----------------------------------------------------------------------

PROGRAM CODE  : 17270 - click here for more program information

PROGRAM TITLE : SCIENCE & TECHNOLOGY STUDIES        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 2299.00

UNIT CODE      : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
-----------------------------------------------------------------------

PROGRAM CODE  : 17275 - click here for more program information

PROGRAM TITLE : SCIENCE AND TECHNOLOGY STUDIES      AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 2299.00

UNIT CODE      : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
-----------------------------------------------------------------------

PROGRAM CODE  : 92104 - click here for more program information

PROGRAM TITLE : SCIENCE AND TECHNOLOGY STUDIES      AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 2299.00

UNIT CODE      : OCUE


-----------------------------------------------------------------------

PROGRAM CODE  : 78286 - click here for more program information

PROGRAM TITLE : SCIENCE OF EARTH SYSTEMS            AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 1914.00

UNIT CODE      : OCUE


-----------------------------------------------------------------------

PROGRAM CODE  : 39375 - click here for more program information

PROGRAM TITLE : SCIENCE OF EARTH SYSTEMS            AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY        ITHACA    HEGIS : 1999.10

UNIT CODE      : OCUE


-----------------------------------------------------------------------

PROGRAM CODE  : 05806 - click here for more program information
```

```
PROGRAM TITLE : SOCIOLOGY                        AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA    HEGIS : 2208.00

UNIT CODE     : OCUE


    -------------------------------------------------------------------------

PROGRAM CODE  : 17055 - click here for more program information

PROGRAM TITLE : SOCIOLOGY                        AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA    HEGIS : 2208.00

UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
    -------------------------------------------------------------------------

PROGRAM CODE  : 17050 - click here for more program information

PROGRAM TITLE : SOCIOLOGY                        AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA    HEGIS : 2208.00

UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
    -------------------------------------------------------------------------

PROGRAM CODE  : 13007 - click here for more program information

PROGRAM TITLE : SOIL AND CROP SCIENCES           AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA    HEGIS : 0102.00

UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
    -------------------------------------------------------------------------

PROGRAM CODE  : 13008 - click here for more program information

PROGRAM TITLE : SOIL AND CROP SCIENCES           AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA    HEGIS : 0102.00

UNIT CODE     : OCUE
```

*** This program is offered jointly by more than one institution, Click on program to view

```
    -------------------------------------------------------------------------

PROGRAM CODE  : 05645 - click here for more program information

PROGRAM TITLE : SPANISH                          AWARD : AB

INST.NAME/CITY: CORNELL UNIVERSITY      ITHACA    HEGIS : 1105.00

UNIT CODE     : OCUE
```

--------------------------------------------------------------------------------

PROGRAM CODE : <u>33021 - click here for more program information</u>

PROGRAM TITLE : STATISTICAL SCIENCE          AWARD : BA

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA      HEGIS : 1702.00

UNIT CODE     : OCUE

--------------------------------------------------------------------------------

PROGRAM CODE : <u>17035 - click here for more program information</u>

PROGRAM TITLE : STATISTICS               AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA      HEGIS : 1702.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------------

PROGRAM CODE : <u>17150 - click here for more program information</u>

PROGRAM TITLE : STATISTICS               AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA      HEGIS : 1702.00

UNIT CODE     : OCUE

*** This program is offered jointly by more than one institution, Click on program to view

--------------------------------------------------------------------------------

PROGRAM CODE : <u>40048 - click here for more program information</u>

PROGRAM TITLE : SYSTEMS                 AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA      HEGIS : 4904.00

UNIT CODE     : OCUE

--------------------------------------------------------------------------------

PROGRAM CODE : <u>38142 - click here for more program information</u>

PROGRAM TITLE : SYSTEMS                 AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA      HEGIS : 4904.00

UNIT CODE     : OCUE

--------------------------------------------------------------------------------

PROGRAM CODE : <u>24754 - click here for more program information</u>

PROGRAM TITLE : SYSTEMS ENGINEERING         AWARD : ME

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA      HEGIS : 0999.00

FORMATS      : DSTED STD

UNIT CODE     : OP

--------------------------------------------------------------------------------

PROGRAM CODE  : <u>13339 - click here for more program information</u>

PROGRAM TITLE : THEORETICAL AND APPLIED MECHANICS      AWARD : PHD

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0921.00

UNIT CODE     : OCUE

--------------------------------------------------------------------------------

PROGRAM CODE  : <u>05613 - click here for more program information</u>

PROGRAM TITLE : THEORETICAL AND APPLIED MECHANICS      AWARD : MS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0921.00

UNIT CODE     : OP

--------------------------------------------------------------------------------

PROGRAM CODE  : <u>13348 - click here for more program information</u>

PROGRAM TITLE : THEORY OF MUSIC      AWARD : MA

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 1004.10

UNIT CODE     : OCUE

--------------------------------------------------------------------------------

PROGRAM CODE  : <u>79450 - click here for more program information</u>

PROGRAM TITLE : URBAN & REGIONAL STUDIES      AWARD : BS

INST.NAME/CITY: CORNELL UNIVERSITY     ITHACA     HEGIS : 0206.00

UNIT CODE     : OP

--------------------------------------------------------------------------------

**Back to IRP Search Page**