# EXHIBIT "K"



# Office of College and University Evaluation

## Inventory of Registered Program Searches

### REPORT ON SEARCHES REQUESTED BY
### INSTITUTION NAME / PROGRAM TITLE ORDER

---

PROGRAM CODE   : 82220 - click here for more program information

PROGRAM TITLE : ANTHROPOLOGY                    AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 2202.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 84271 - click here for more program information

PROGRAM TITLE : ANTHROPOLOGY                    AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 2202.00

UNIT CODE     : OCUE

   *** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE   : 30961 - click here for more program information

PROGRAM TITLE : APPLIED RESEARCH ETHICS          AWARD : ADV CRT

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0499.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 82221 - click here for more program information

PROGRAM TITLE : ART HISTORY                     AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 1003.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 84255 - click here for more program information

PROGRAM TITLE : ART HISTORY                     AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 1003.00

UNIT CODE     : OCUE

\*\*\* This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE : 84273 - click here for more program information

PROGRAM TITLE : ART OF TEACHING                AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 0802.00

UNIT CODE     : OCUE

\*\*\* This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE : 84274 - click here for more program information

PROGRAM TITLE : ART OF TEACHING                AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 0802.00

UNIT CODE     : OCUE

\*\*\* This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE : 84275 - click here for more program information

PROGRAM TITLE : ART OF TEACHING                AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 0802.00

UNIT CODE     : OCUE

\*\*\* This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE : 84276 - click here for more program information

PROGRAM TITLE : ART OF TEACHING                AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 0802.00

UNIT CODE     : OCUE

\*\*\* This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE : 84277 - click here for more program information

PROGRAM TITLE : ART OF TEACHING                AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 0802.00

UNIT CODE     : OCUE

\*\*\* This program leads to more than one degree award, Click on program to view

```
 -------------------------------------------------------------------------------------------------

  PROGRAM CODE   : 84278 - click here for more program information

  PROGRAM TITLE  : ART OF TEACHING                        AWARD  : MSED

  INST.NAME/CITY : SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS  : 0802.00

  UNIT CODE      : OCUE
```

 *** This program leads to more than one degree award, Click on program to view

```
 -------------------------------------------------------------------------------------------------

  PROGRAM CODE   : 25671 - click here for more program information

  PROGRAM TITLE  : ART OF TEACHING                        AWARD  : MSED

  INST.NAME/CITY : SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS  : 0802.00

  FORMATS        : EVE

  UNIT CODE      : OCUE
```

```
 -------------------------------------------------------------------------------------------------

  PROGRAM CODE   : 84255 - click here for more program information

  PROGRAM TITLE  : ART OF TEACHING                        AWARD  : MSED

  INST.NAME/CITY : SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS  : 0802.00

  UNIT CODE      : OCUE
```

 *** This program leads to more than one degree award, Click on program to view

```
 -------------------------------------------------------------------------------------------------

  PROGRAM CODE   : 84259 - click here for more program information

  PROGRAM TITLE  : ART OF TEACHING                        AWARD  : MSED

  INST.NAME/CITY : SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS  : 0802.00

  UNIT CODE      : OCUE
```

 *** This program leads to more than one degree award, Click on program to view

```
 -------------------------------------------------------------------------------------------------

  PROGRAM CODE   : 84261 - click here for more program information

  PROGRAM TITLE  : ART OF TEACHING                        AWARD  : MSED

  INST.NAME/CITY : SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS  : 0802.00

  UNIT CODE      : OCUE
```

 *** This program leads to more than one degree award, Click on program to view

```
 -------------------------------------------------------------------------------------------------

  PROGRAM CODE   : 84262 - click here for more program information
```

```
PROGRAM TITLE : ART OF TEACHING                        AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

UNIT CODE     : OCUE
```

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE  : <u>84263 - click here for more program information</u>

PROGRAM TITLE : ART OF TEACHING                        AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

UNIT CODE     : OCUE

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE  : <u>84264 - click here for more program information</u>

PROGRAM TITLE : ART OF TEACHING                        AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

UNIT CODE     : OCUE

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE  : <u>84265 - click here for more program information</u>

PROGRAM TITLE : ART OF TEACHING                        AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

UNIT CODE     : OCUE

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE  : <u>84266 - click here for more program information</u>

PROGRAM TITLE : ART OF TEACHING                        AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

UNIT CODE     : OCUE

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE  : <u>84267 - click here for more program information</u>

PROGRAM TITLE : ART OF TEACHING                        AWARD : MSED

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

 UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view

---

 PROGRAM CODE  : [84268 - click here for more program information](#)

 PROGRAM TITLE : ART OF TEACHING                   AWARD : MSED

 INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

 UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view

---

 PROGRAM CODE  : [84269 - click here for more program information](#)

 PROGRAM TITLE : ART OF TEACHING                   AWARD : MSED

 INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

 UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view

---

 PROGRAM CODE  : [84270 - click here for more program information](#)

 PROGRAM TITLE : ART OF TEACHING                   AWARD : MSED

 INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

 UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view

---

 PROGRAM CODE  : [84271 - click here for more program information](#)

 PROGRAM TITLE : ART OF TEACHING                   AWARD : MSED

 INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

 UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view

---

 PROGRAM CODE  : [84272 - click here for more program information](#)

 PROGRAM TITLE : ART OF TEACHING                   AWARD : MSED

 INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE    HEGIS : 0802.00

 UNIT CODE     : OCUE

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE   : 82222 - click here for more program information

PROGRAM TITLE : ASIAN STUDIES                     AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 0301.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 82223 - click here for more program information

PROGRAM TITLE : BIOLOGY                           AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 0401.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 82224 - click here for more program information

PROGRAM TITLE : CHEMISTRY                         AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 1905.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 84269 - click here for more program information

PROGRAM TITLE : CHEMISTRY                         AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 1905.00

UNIT CODE      : OCUE

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE   : 09867 - click here for more program information

PROGRAM TITLE : CHILD DEVELOPMENT                 AWARD : MA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 1305.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 27625 - click here for more program information

PROGRAM TITLE : CHILD DEVELOPMENT                 AWARD : MA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 1305.00

UNIT CODE      : OP

\*\*\* This program is offered by more than one institution and leads to more than one award, Click on program to view

---

PROGRAM CODE   : 82225 - click here for more program information

PROGRAM TITLE : CLASSICS                           AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE      HEGIS : 1504.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 84263 - click here for more program information

PROGRAM TITLE : CLASSICS                           AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE      HEGIS : 1504.00

UNIT CODE     : OCUE

\*\*\* This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE   : 09865 - click here for more program information

PROGRAM TITLE : DANCE                              AWARD : MFA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE      HEGIS : 1008.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 82226 - click here for more program information

PROGRAM TITLE : DANCE                              AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE      HEGIS : 1008.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 09864 - click here for more program information

PROGRAM TITLE : DANCE                              AWARD : MA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE      HEGIS : 1008.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 35070 - click here for more program information

PROGRAM TITLE : DANCE/MOVEMENT THERAPY             AWARD : MS

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE      HEGIS : 1099.00

FORMATS       : EVE   DAY   STD

UNIT CODE     : OP

```
 -------------------------------------------------------------------------------------------------

  PROGRAM CODE  : 82227 - click here for more program information

  PROGRAM TITLE : ECONOMICS                            AWARD : BA

  INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 2204.00

  UNIT CODE     : OCUE


 -------------------------------------------------------------------------------------------------

  PROGRAM CODE  : 84272 - click here for more program information

  PROGRAM TITLE : ECONOMICS                            AWARD : BA

  INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 2204.00

  UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view


 -------------------------------------------------------------------------------------------------

  PROGRAM CODE  : 84259 - click here for more program information

  PROGRAM TITLE : FILM HISTORY & FILMMAKING            AWARD : BA

  INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1010.00

  UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view


 -------------------------------------------------------------------------------------------------

  PROGRAM CODE  : 82228 - click here for more program information

  PROGRAM TITLE : FILM HISTORY AND FILMMAKING          AWARD : BA

  INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1010.00

  UNIT CODE     : OCUE


 -------------------------------------------------------------------------------------------------

  PROGRAM CODE  : 82229 - click here for more program information

  PROGRAM TITLE : FRENCH                               AWARD : BA

  INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1102.00

  UNIT CODE     : OCUE


 -------------------------------------------------------------------------------------------------

  PROGRAM CODE  : 84262 - click here for more program information

  PROGRAM TITLE : FRENCH                               AWARD : BA

  INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1102.00

  UNIT CODE     : OCUE
```

\*\*\* This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE   : 80027 - click here for more program information

PROGRAM TITLE : HEALTH ADVOCACY                    AWARD : MA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 4901.00

FORMATS       : DSTED STD

UNIT CODE     : OCUE

---

PROGRAM CODE   : 37034 - click here for more program information

PROGRAM TITLE : HEALTH ADVOCACY                    AWARD : MA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 4901.00

FORMATS       : DSTED DAY   STD

UNIT CODE     : OP

\*\*\* This program is offered by more than one institution and leads to more than one award, Click on program to view

---

PROGRAM CODE   : 82230 - click here for more program information

PROGRAM TITLE : HISTORY                            AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 2205.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 84273 - click here for more program information

PROGRAM TITLE : HISTORY                            AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 2205.00

UNIT CODE     : OCUE

\*\*\* This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE   : 09859 - click here for more program information

PROGRAM TITLE : HUMAN GENETICS                     AWARD : MS

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 0422.00

UNIT CODE     : OCUE

---

PROGRAM CODE   : 02769 - click here for more program information

```
           PROGRAM TITLE : HUMAN GENETICS                      AWARD : MPS

           INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 0422.00

           UNIT CODE     : OCUE


           ---------------------------------------------------------------------------------------

           PROGRAM CODE  : 09869 - click here for more program information

           PROGRAM TITLE : INDIVIDUALIZED STUDIES                AWARD : MA

           INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 4901.00

           UNIT CODE     : OCUE


           ---------------------------------------------------------------------------------------

           PROGRAM CODE  : 28513 - click here for more program information

           PROGRAM TITLE : LAW                                   AWARD : JD

           INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1401.00

           UNIT CODE     : OCUE

      *** This program is offered by more than one institution and leads to more than one award, Click on program to view


           ---------------------------------------------------------------------------------------

           PROGRAM CODE  : 31724 - click here for more program information

           PROGRAM TITLE : LEADERSHIP IN THE ARTS (WRITING)      AWARD : MSED

           INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 0828.00

           UNIT CODE     : OCUE

      *** This program is offered jointly by more than one institution, Click on program to view


           ---------------------------------------------------------------------------------------

           PROGRAM CODE  : 32614 - click here for more program information

           PROGRAM TITLE : LEADERSHIP IN THE ARTS(WRITING)-BLDG LDR   AWARD : MSED

           INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 0828.00

           UNIT CODE     : OCUE

      *** This program is offered jointly by more than one institution, Click on program to view


           ---------------------------------------------------------------------------------------

           PROGRAM CODE  : 84277 - click here for more program information

           PROGRAM TITLE : LIBERAL ARTS                          AWARD : BA

           INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 4901.00

           UNIT CODE     : OCUE

      *** This program leads to more than one degree award, Click on program to view
```

---

PROGRAM CODE  : 09870 - click here for more program information

PROGRAM TITLE : LIBERAL ARTS                           AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 4901.00

UNIT CODE     : OCUE

---

PROGRAM CODE  : 82231 - click here for more program information

PROGRAM TITLE : LITERATURE                             AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 1599.00

UNIT CODE     : OCUE

---

PROGRAM CODE  : 84267 - click here for more program information

PROGRAM TITLE : LITERATURE                             AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 1599.00

UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE  : 82232 - click here for more program information

PROGRAM TITLE : MATHEMATICS                            AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 1701.00

UNIT CODE     : OCUE

---

PROGRAM CODE  : 84268 - click here for more program information

PROGRAM TITLE : MATHEMATICS                            AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 1701.00

UNIT CODE     : OCUE

 *** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE  : 84261 - click here for more program information

PROGRAM TITLE : MODERN LANGUAGE AND LITERATURE         AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 1101.00

UNIT CODE     : OCUE

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE   : 82233 - click here for more program information

PROGRAM TITLE : MODERN LANGUAGE AND LITERATURE          AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1101.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 82234 - click here for more program information

PROGRAM TITLE : MUSIC                                  AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1004.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 82235 - click here for more program information

PROGRAM TITLE : PHILOSOPHY                             AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1509.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 84265 - click here for more program information

PROGRAM TITLE : PHILOSOPHY                             AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1509.00

UNIT CODE      : OCUE

*** This program leads to more than one degree award, Click on program to view

---

PROGRAM CODE   : 82236 - click here for more program information

PROGRAM TITLE : POLITICAL SCIENCE                      AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 2207.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 84274 - click here for more program information

PROGRAM TITLE : POLITICAL SCIENCE                      AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 2207.00

UNIT CODE      : OCUE

```
    *** This program leads to more than one degree award, Click on program to view


    ---------------------------------------------------------------------------------------------------

     PROGRAM CODE   : 82237 - click here for more program information

     PROGRAM TITLE : PRE-MEDICAL                             AWARD : BA

     INST.NAME/CITY: SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS : 4901.00

     UNIT CODE      : OCUE


    ---------------------------------------------------------------------------------------------------

     PROGRAM CODE   : 84278 - click here for more program information

     PROGRAM TITLE : PRE-MEDICAL                             AWARD : BA

     INST.NAME/CITY: SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS : 4901.00

     UNIT CODE      : OCUE


    *** This program leads to more than one degree award, Click on program to view


    ---------------------------------------------------------------------------------------------------

     PROGRAM CODE   : 82238 - click here for more program information

     PROGRAM TITLE : PSYCHOLOGY                              AWARD : BA

     INST.NAME/CITY: SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS : 2001.00

     UNIT CODE      : OCUE


    ---------------------------------------------------------------------------------------------------

     PROGRAM CODE   : 84270 - click here for more program information

     PROGRAM TITLE : PSYCHOLOGY                              AWARD : BA

     INST.NAME/CITY: SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS : 2001.00

     UNIT CODE      : OCUE


    *** This program leads to more than one degree award, Click on program to view


    ---------------------------------------------------------------------------------------------------

     PROGRAM CODE   : 30960 - click here for more program information

     PROGRAM TITLE : PUBLIC HEALTH GENETICS/GENOMICS          AWARD : ADV CRT

     INST.NAME/CITY: SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS : 1214.00

     UNIT CODE      : OCUE


    ---------------------------------------------------------------------------------------------------

     PROGRAM CODE   : 82239 - click here for more program information

     PROGRAM TITLE : RELIGION                                AWARD : BA

     INST.NAME/CITY: SARAH LAWRENCE COLLEGE      BRONXVILLE       HEGIS : 1510.00
```

```
UNIT CODE     : OCUE

-------------------------------------------------------------------------------------------------

PROGRAM CODE  : 84266 - click here for more program information

PROGRAM TITLE : RELIGION                         AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 1510.00

UNIT CODE     : OCUE
```

*** This program leads to more than one degree award, Click on program to view

```
-------------------------------------------------------------------------------------------------

PROGRAM CODE  : 27625 - click here for more program information

PROGRAM TITLE : SOCIAL WORK                      AWARD : MSW

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 2104.00

UNIT CODE     : OP
```

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

```
-------------------------------------------------------------------------------------------------

PROGRAM CODE  : 37034 - click here for more program information

PROGRAM TITLE : SOCIAL WORK                      AWARD : MSW

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 2104.00

UNIT CODE     : OP
```

*** This program is offered by more than one institution and leads to more than one award, Click on program to view

```
-------------------------------------------------------------------------------------------------

PROGRAM CODE  : 82240 - click here for more program information

PROGRAM TITLE : SOCIOLOGY                        AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 2208.00

UNIT CODE     : OCUE

-------------------------------------------------------------------------------------------------

PROGRAM CODE  : 84275 - click here for more program information

PROGRAM TITLE : SOCIOLOGY                        AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE     HEGIS : 2208.00

UNIT CODE     : OCUE
```

*** This program leads to more than one degree award, Click on program to view

```
-------------------------------------------------------------------------------------------------

PROGRAM CODE  : 82241 - click here for more program information
```

PROGRAM TITLE : STUDIO ARTS                          AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1099.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 82242 - click here for more program information

PROGRAM TITLE : THEATER                              AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1007.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 09863 - click here for more program information

PROGRAM TITLE : THEATRE                              AWARD : MA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1007.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 09862 - click here for more program information

PROGRAM TITLE : THEATRE                              AWARD : MFA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 1007.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 14923 - click here for more program information

PROGRAM TITLE : WOMEN'S HISTORY                      AWARD : MA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 2299.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 28513 - click here for more program information

PROGRAM TITLE : WOMEN'S STUDIES                      AWARD : MA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 2299.00

UNIT CODE      : OCUE

 *** This program is offered by more than one institution and leads to more than one award, Click on program to view

---

PROGRAM CODE   : 82243 - click here for more program information

PROGRAM TITLE : WOMEN'S STUDIES                      AWARD : BA

INST.NAME/CITY: SARAH LAWRENCE COLLEGE    BRONXVILLE       HEGIS : 2299.00

```
   UNIT CODE       : OCUE


   -------------------------------------------------------------------------------------------

   PROGRAM CODE   : 84276 - click here for more program information

   PROGRAM TITLE : WOMEN'S STUDIES                     AWARD : BA

   INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 2299.00

   UNIT CODE       : OCUE


 *** This program leads to more than one degree award, Click on program to view


   -------------------------------------------------------------------------------------------

   PROGRAM CODE   : 84264 - click here for more program information

   PROGRAM TITLE : WRITING                             AWARD : BA

   INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 1507.00

   UNIT CODE       : OCUE


 *** This program leads to more than one degree award, Click on program to view


   -------------------------------------------------------------------------------------------

   PROGRAM CODE   : 09868 - click here for more program information

   PROGRAM TITLE : WRITING                             AWARD : MFA

   INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 1507.00

   UNIT CODE       : OCUE


   -------------------------------------------------------------------------------------------

   PROGRAM CODE   : 82244 - click here for more program information

   PROGRAM TITLE : WRITING                             AWARD : BA

   INST.NAME/CITY: SARAH LAWRENCE COLLEGE     BRONXVILLE      HEGIS : 1507.00

   UNIT CODE       : OCUE


   -------------------------------------------------------------------------------------------
```

**Back to IRP Search Page**