**EXHIBIT "L"**



# Office of College and University Evaluation

## Inventory of Registered Program Searches

### REPORT ON SEARCHES REQUESTED BY
### INSTITUTION NAME / PROGRAM TITLE ORDER

---

PROGRAM CODE   : 31714 - click here for more program information

PROGRAM TITLE : ADOLESCENCE ED W/MIDDLE CHLDHD EXTENSION    AWARD : MS

INST.NAME/CITY: DOWLING COLLEGE          OAKDALE         HEGIS : 0803.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 23827 - click here for more program information

PROGRAM TITLE : ADOLESCENCE EDUCATION: MATHEMATICS        AWARD : BA

INST.NAME/CITY: DOWLING COLLEGE          OAKDALE         HEGIS : 1701.01

UNIT CODE      : OCUE

---

PROGRAM CODE   : 27284 - click here for more program information

PROGRAM TITLE : ADOLESCENT AND SPECIAL ED: OPTION I       AWARD : MS

INST.NAME/CITY: DOWLING COLLEGE          OAKDALE         HEGIS : 0808.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 27288 - click here for more program information

PROGRAM TITLE : ADOLESCENT AND SPECIAL ED: PROFESSIONAL   AWARD : MS

INST.NAME/CITY: DOWLING COLLEGE          OAKDALE         HEGIS : 0808.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : 27279 - click here for more program information

PROGRAM TITLE : ADOLESCENT EDUCATION                      AWARD : MS

INST.NAME/CITY: DOWLING COLLEGE          OAKDALE         HEGIS : 0802.00

UNIT CODE      : OCUE

---

PROGRAM CODE   : [28519 - click here for more program information](#)

PROGRAM TITLE : BUSINESS ADMIN:PUBLIC MGMT                AWARD : MBA

INST.NAME/CITY: DOWLING COLLEGE           OAKDALE        HEGIS : 0506.00

UNIT CODE     : OCUE

**\*\*\* This program leads to more than one degree award, Click on program to view**

---------------------------------------------------------------------------------------------

PROGRAM CODE   : [27285 - click here for more program information](#)

PROGRAM TITLE : CHILDHOOD AND SPECIAL ED: OPTION II       AWARD : MS

INST.NAME/CITY: DOWLING COLLEGE           OAKDALE        HEGIS : 0808.00

UNIT CODE     : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE   : [27011 - click here for more program information](#)

PROGRAM TITLE : CHILDHOOD EDUCATION (GRADES 1-6)          AWARD : MS

INST.NAME/CITY: DOWLING COLLEGE           OAKDALE        HEGIS : 0802.00

UNIT CODE     : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE   : [26675 - click here for more program information](#)

PROGRAM TITLE : LITERACY EDUCATION                        AWARD : MS

INST.NAME/CITY: DOWLING COLLEGE           OAKDALE        HEGIS : 0830.00

FORMATS       : DSTED STD

UNIT CODE     : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE   : [29051 - click here for more program information](#)

PROGRAM TITLE : SCHOOL BUILDING LEADER                    AWARD : ADV CRT

INST.NAME/CITY: DOWLING COLLEGE           OAKDALE        HEGIS : 0828.00

UNIT CODE     : OCUE

---------------------------------------------------------------------------------------------

PROGRAM CODE   : [28519 - click here for more program information](#)

PROGRAM TITLE : SCHOOL BUSINESS LEADER                    AWARD : ADV CRT

INST.NAME/CITY: DOWLING COLLEGE           OAKDALE        HEGIS : 0827.00

UNIT CODE     : OCUE

**\*\*\* This program leads to more than one degree award, Click on program to view**

```
-------------------------------------------------------------------------------------------------

PROGRAM CODE   : 29050 - click here for more program information 

PROGRAM TITLE : SCHOOL DISTRICT LEADER                AWARD : ADV CRT

INST.NAME/CITY: DOWLING COLLEGE            OAKDALE          HEGIS : 0828.00

UNIT CODE      : OCUE


-------------------------------------------------------------------------------------------------
```

**Back to IRP Search Page**