# EXHIBIT "O"

MEMO ENDORSED

**FEERICK NUGENT MACCARTNEY PLLC**
ATTORNEYS AT LAW

ROCKLAND COUNTY OFFICE
96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960
TEL. 845-353-2000 FAX. 845-353-2789

ORANGE COUNTY OFFICE
6 DEPOT STREET, SUITE 202
WASHINGTONVILLE, NEW YORK 10992
*(Not for service of papers)*

www.fnmlawfirm.com

*All correspondence must be sent to Rockland County Office*

DONALD J. FEERICK, JR.
BRIAN D. NUGENT*
J. DAVID MACCARTNEY, JR.
MARY E. MARZOLLA*

OF COUNSEL
DAVID J. RESNICK
KEVIN F. HOBBS
MICHAEL K. STANTON, JR.

JENNIFER M. FEERICK
STEPHEN M. HONAN*+
ALAK SHAH*
PATRICK A. KNOWLES*
JOHN J. KOLESAR III
PATRICK J. MCGORMAN

*LICENSED ALSO IN NEW JERSEY
+LICENSED ALSO IN CONNECTICUT

October 14, 2020

**Via ECF**
Honorable Kenneth M. Karas, U.S.D.J.
U.S District Court for the S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re: Congregation Rabbinical College of Tartikov, Inc. et al v. Village of Pomona, NY et al,
7:20-cv-06158-KMK

Dear Judge Karas:

Our firm serves as Special Counsel to the Defendants, Village of Pomona and Board of Trustees of Village of Pomona, in the above-referenced matter. We submit this in response to ECF Document 28 submitted by Plaintiffs. While the Village has no objection to Plaintiffs' request, we note Plaintiffs characterize the Village's submission on November 20, 2020 as "opposition". However, please allow this correspondence to confirm the Village's request during the September 29, 2020 conference call with Your Honor to simultaneously oppose the motion and move to dismiss on November 20, 2020 for the same reasons stated in the Village's letter at ECF No. 17 as well as to preserve Village resources. While Your Honor granted the Village's request, Your Honor asked the Village to submit a letter to this effect before moving to dismiss. The Village hereby submits this letter in compliance with Your Honor's instruction during the conference.

Thank you for your attention to the Village's submission.

Respectfully submitted,

Mary E. Brady Marzolla

cc: All Counsel via ECF

So Ordered.
KMK 10/15/20