UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF                7:20-cv-06158-KMK
TARTIKOV, INC., RABBI MORDECHAI BABAD,
RABBI MEILECH MENCZER, RABBI JACOB
HERSHKOWITZ, and RABBI CHAIM ROSENBERG,


                                              Plaintiffs,

            -against-

VILLAGE OF POMONA, NY and BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY,

                                              Defendants.
---------------------------------------------------------------------------X

        JOSEPH A. CHURGIN declares as follows, pursuant to 28 U.S.C. §1746:

        1.      I am a member of Savad Churgin, and I am duly admitted to practice law in the

courts of the State of New York and New Jersey and United States District Courts for the

Southern and Eastern Districts of New York.

        2.      I make this Declaration in support of the motion by Plaintiffs Congregation

Rabbinical College of Tartikov, Inc. ("Tartikov" or the "Rabbinical College"), Rabbi Mordechai

Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Meilech

Menczer, Rabbi Jacob Hershkowitz, Rabbi Chaim Rosenberg, and Rabbi David A. Menczer

(collectively, the "Plaintiffs") for a preliminary injunction enjoining Defendants Village of

Pomona, N.Y.  and the Board of Trustees of the Village of Pomona, N.Y. (collectively

"Pomona", the "Village" or "Defendants") from enforcing certain land use regulations that

prohibit them from applying for, constructing and using a rabbinical college on property located

within the Village and in opposition to Defendants' motion to dismiss..

1

3.      Attached hereto as **Exhibit 1** is, a true and correct copy of Plaintiffs' Opposition to Defendants' memorandum of law in support of Defendants' Motion to Dismiss in Civ. No. 7:07-cv-06304.

Dated:      Nanuet, New York
            December 17, 2020


                                    ___/s/ Joseph. A. Churgin_____
                                    JOSEPH A. CHURGIN

2