UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC., *et al.*,

Plaintiffs,

v.

VILLAGE OF POMONA, *et al.*,

Defendants.

---

No. 20-CV-6158 (KMK)

ORDER OF DISMISSAL

KENNETH M. KARAS, United States District Judge:

On September 24, 2021, the Court issued an Opinion and Order granting Defendants' Motion To Dismiss and denying Plaintiffs' Motion for a Preliminary Injunction. (*See* Op. & Order (Dkt. No. 74).) The Opinion stated clearly that the "Complaint is dismissed without prejudice" and afforded Plaintiffs the right to "file an amended complaint within 30 days of the date of this Opinion & Order." (*Id.* at 24.) Plaintiffs have since affirmed that they "are not filing an amended complaint." (Letter To Judge Kenneth M. Karas from Joseph Churgin, Esq., dated Oct. 25, 2021 (Dkt. No. 77).) Moreover, the time for Plaintiffs to have filed an amended complaint has lapsed. Accordingly, the Clerk of Court is respectfully directed to dismiss and close this case.

SO ORDERED.

Dated: October 27, 2021
      White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE