UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

| | |
|---|---|
| CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI MEILECH MENCZER, RABBI JACOB HERSHKOWITZ, and RABBI CHAIM ROSENBERG, | 7:20-cv-06158-KMK  **NOTICE OF APPEAL** |

                                                                     Plaintiffs,

            -against-

VILLAGE OF POMONA, NY and BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY,

                                                                     Defendants.

-------------------------------------------------------------------------------X

      Notice is hereby given that CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI MEILECH MENCZER, RABBI JACOB HERSHKOWITZ, and RABBI CHAIM ROSENBERG, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of Dismissal entered in this action on October 27, 2021 and from the Court's Opinion and Order from September 24, 2021, as is merged into the Order of Dismissal.

Dated: Nanuet, New York
        November 8, 2021

BY: _____
Joseph A. Churgin (JC 6854)
Donna C. Sobel (DS 3267)
Savad Churgin
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

John G. Stepanovich (JS 8876)
Stepanovich Law, P.L.C.
618 Village Drive, Suite K
Virginia Beach, Virginia 23454
(757)-410-9696

Storzer & Associates, P.C.
Roman Storzer, *pro hac vice*
1025 Connecticut Avenue, NW
Suite 1000
Washington, D.C. 20036
(202) 857-9766