# SAVAD | CHURGIN
### ATTORNEYS AT LAW

MEMO ENDORSED

Paul Savad (1941-2020)
Joseph A. Churgin

Of Counsel
Susan Cooper
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954
mail@savadchurgin.com
(845) 624-3820
Fax: (845) 624-3821

July 23, 2023

**Via ECF**

The Honorable Kenneth M. Karas
US District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Congregation Rabbinical College of Tartikov, Inc., et al. v. Village of Pomona, et al.*,
7:20-cv-06158-KMK

Your Honor:

We are counsel for Plaintiffs in this matter and we submit this joint letter along with counsel for Defendants.

We write to advise the Court that the parties are in the process of global settlement discussions. We therefore request that the case be stayed and that the Court not issue a decision on the pending attorney's fee application while the discussions are ongoing.

Respectfully submitted,

*Joseph Churgin*

JOSEPH A. CHURGIN
JC/ds
cc: All Counsel via ECF

---

*The case will be stayed for 30 days. Counsel are to provide a status report by then.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/25/2023