# SAVAD | CHURGIN
### ATTORNEYS AT LAW

**MEMO ENDORSED**

Paul Savad (1941-2020)
Joseph A. Churgin

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

**Of Counsel:**
Susan Cooper
Donna Sobel

(845) 624-3820
Fax: (845) 624-3821
mail: SavadChurgin.com

August 24, 2023

**Via ECF**

The Honorable Kenneth M. Karas
US District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: *Congregation Rabbinical College of Tartikov, Inc., et al. v. Village of Pomona, et al.*, 7:20-cv-06158-KMK,

We are counsel for Plaintiffs in this matter and we submit this joint letter along with counsel for Defendants.

We write jointly with Defendants' counsel to advise the Court of the status of the parties' global settlement discussions. On July 25, 2023, the Court granted the parties a thirty day stay while the parties discussed settlement. ECF Doc. No. 101. We write to advise the Court that the parties continued to meet without counsel to discuss general parameters and that the parties are scheduling a meeting with counsel right after Labor Day to continue the discussions.

We therefore request that the case be stayed and that the Court not issue a decision on the pending attorney's fee application while the discussions are ongoing.

Respectfully submitted,

*Joseph Churgin*

JOSEPH A. CHURGIN
JC/mc
cc: All Counsel via ECF

Granted. The case will continue to be stayed through 10/2/2023.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

August 25, 2023