# SAVAD CHURGIN
## ATTORNEYS AT LAW

Paul Savad (1941-2020)
Joseph A. Churgin

**Of Counsel**
Susan Cooper
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

(845) 624-3820
Fax: (845) 624-3821
mail@SavadChurgin.com

September 20, 2023

**Via ECF**

The Honorable Magistrate Judge Judith C. McCarthy
US District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Congregation Rabbinical College of Tartikov, Inc., et al. v. Village of Pomona, et al.,*
7:20-cv-06158-KMK

Your Honor:

The parties have conferred with respect to your Order dated September 18, 2023 *(copy annexed)* and agree that we do not need a conference on October 2, 2023.

Respectfully submitted,

*Joseph Churgin*

JOSEPH A. CHURGIN
JC/mc
enc
cc: All Counsel via ECF

---

**SO ORDERED:**
The settlement conference scheduled for October 2, 2023 at 2:00 p.m. is canceled.

_____  9-20-23
JUDITH C. McCARTHY
United States Magistrate Judge