

96 South Broadway
South Nyack, New York 10960
845.353.2000
845.353.2767 (direct line)

**Brian D. Nugent, Partner**
bnugent@fnmlawfirm.com

November 28, 2023

**Via ECF**

Honorable Kenneth M. Karas, U.S.D.J.
U.S District Court for the S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

      Re: Congregation Rabbinical College of Tartikov, Inc. et al v. Village of Pomona, NY et al, 7:20-cv-06158-KMK

Dear Judge Karas:

      This office represents the Village of Pomona and Board of Trustees in the above referenced matter.

      On September 14, 2022 this office submitted our Notice of Motion for Attorney's Fees. Since that filing the parties had requested that the Court place this matter on hold as settlement discussions were being held. However, the parties are no longer engaged in settlement discussions and we would therefore, respectfully request this matter be taken off the hold calendar and a decision be rendered by the Court on the motion.

      Thank you for the Court's time and consideration of this request.

Very truly yours,

Brian D. Nugent

BDN/sd
cc:    Joseph Churgin, Esq. *(Via NYSCEF)*

www.fnmlawfirm.com